COURT OF THE STATE/CITY OF NEW YORK

COUNTY OF: **DISTRICT OF NY** ATTORNEY: **MICHAEL V. KAPLEN, ESQ.**
**SOUTHERN**

2007051010 2754

| | | |
|---|---|---|
| **SABINA PARADI, ET AL**<br>- against -<br>**MICHAEL R. PHILLIPS** | Petitioner(s)<br>Plaintiff(s)<br>Respondent(s)<br>Defendant(s) | **AFFIDAVIT<br>OF SERVICE**<br><br>INDEX#<br>07 CV 3640 |

STATE OF: NEW JERSEY - COUNTY OF: UNION ss:

ANDREW PAWELEK_____, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in ___NJ___.
That on date/time: 05/22/2007  07:23PM  , at 2 ROBIN ROAD  RUMSON  NJ  07760 _____
deponent served the within: SUMMONS AND COMPLAINT, ATTACHMENTS _____
    [ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: MICHAEL R. PHILLIPS _____
            [X] Defendant  [ ] Respondent  [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL**
**A    [X]**
By  personally delivering to and leaving with said MICHAEL R. PHILLIPS _____
and that he knew the person so served to be the person mention and described in said SUMMONS AND COMPLAINT, ATTACHMENTS

**CORPORATION**
**B    [ ]**
By delivering to and leaving with _____ . _____
at _____
and that he knew the person so served to be the SELF _____ of the corporation.

**SUITABLE**
**AGE PERSON**
**C    [ ]**
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with _____
a person of suitable age and discretion at _____
the said premises being the recipient's [ ] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York.

**AFFIXING TO**
**DOOR, ETC.**
**D    [ ]**
By affixing a true copy thereof to the door of said premises, the same being the recipient's
[ ] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. Deponent had previously attempted to serve
the above named recipient on/at:        1. _____ 2. _____ 3. _____
Deponent spoke with _____ who stated to deponent that the said recipient(s)
lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO**
**RESIDENCE**
**E1  [ ]**
Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient
to recipient's last known residence at _____
and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service
within New York State on 05/22/2007      .

**MAILING TO**
**BUSINESS**
**E2  [ ]**
Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient
to recipient's actual place of business at _____
in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the
legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication
was from an attorney or concerned an action against the recipient and mailed on 05/22/2007      .

**F    [X]**
DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.
DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**VOID WITHOUT**
**DESCRIPTION**
Use with A,B,C,D

| | | | | | |
|---|---|---|---|---|---|
| [X] Male | [X] White Skin | [ ] Black Hair | [ ] White Hair | [ ] 14 - 20 Yrs. | [ ] Under 5' | [ ] Under 100 Lbs. |
| [ ] Female | [ ] Black Skin | [X] Brown Hair | [ ] Balding | [ ] 21 - 35 Yrs. | [ ] 5'0" - 5'3" | [ ] 100 - 130 Lbs. |
| | [ ] Yellow Skin | [ ] Blonde Hair | [ ] Moustache | [ ] 36 - 50 Yrs. | [X] 5'4" - 5'8" | [ ] 131 - 160 Lbs. |
| | [ ] Brown Skin | [ ] Gray Hair | [ ] Beard | [X] 51 - 65 Yrs. | [ ] 5'9" - 6'0" | [X] 161 - 200 Lbs. |
| | [ ] Red Skin | [ ] Red Hair | [ ] Glasses | [ ] Over 65 Yrs. | [ ] Over 6' | [ ] Over 200 Lbs. |

Other identifying features: _____

**WITNESS FEE**
**G    [ ]**
Witness fee of $0   the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient  [ ] was mailed to the witness with subpoena copy.

**MILITARY**
**SERVICE**
**[X]**
I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any
capacity whatsoever and received a negative reply. *Defendant wore civilian clothes and no military uniform*. The source of my
information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this

24 _____ day of May _____ , 2007

Notary Signature: _____
CHERYL M. DE VERA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 6, 2010 Commission Expiration
Name of Notary

I, _____ ANDREW PAWELEK,
was at the time of service a competent adult
not having a direct interest in the litigation.
I declare under penalty of perjury that the
foregoing is true and correct.

_____  5/24/2007
Signature of Process Server    Date

**S.P.**