UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT ELECTRONICALLY FILED

------------------------------------x
SABINA PARADI, a Judicially Declared
Incapacitated Person by the Guardians
of her Person and Property, BODO
PARADY and MARY MOORE, Plaintiff(s),

- against -

MICHAEL R. PHILLIPS,

                 Defendant(s).
------------------------------------x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

__07__ Civ. __3640__ ( VM ) ( JCF )

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____  Michael V. Kaplen, Esq.
Attorney(s) for Plaintiff(s) (6132/MVK)
Address 20 Vesey Street, New York, NY 10007
Telephone (212) 732-2262

_____  James D. Butler (JDB/942
Attorney(s) for Defendant(s)
Address 591 Summit Avenue, Jersey City, NJ 07306
Telephone (201) 653-1676

Attorney(s) for _____
Address
Telephone

Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.


_____
                       U.S.D.J.

Magistrate Judge _____ was assigned this case on _____.


_____
For: Clerk U.S.D.C. S.D.N.Y.