DOCUMENT ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————x
SABINA PARADI, a Judicially Declared
Incapacitated Person by the Guardians
of her Person and Property, BODO
PARADY and MARY MOORE,  Plaintiff(s),

           - against -

MICHAEL R. PHILLIPS,

              Defendant(s).
————————————————————x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

___07___ Civ. __3640__ ( VM )( JCF )

IT IS HEREBY STIPULATED by the undersigned:

      1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

      2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____ Michael V. Kaple, Esq
Attorney(s) for Plaintiff(s) (6132/MVK)
Address 20 Vesey Street, New York, NY
                     10007
Telephone (212) 732-2262

_____
Attorney(s) for Defendant(s) James D. Butler(JDB/942
Address 591 Summit Avenue, Jersey City, NJ
                     07306
Telephone (201) 653-1676

_____
Attorney(s) for
Address
Telephone

_____
Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED. 16 July 2007

_____
     Victor Marrero         U.S.D.J.

Magistrate Judge ___FRANCIS___ was assigned this case on _____.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-07

_____
For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99