**MEMO ENDORSED**

**DE CARO & KAPLEN, LLP**

*Counselors at Law*

20 VESEY STREET
NEW YORK, NEW YORK 10007

(212) 732-2262
mvk.brainlaw@verizon.net

MICHAEL V. KAPLEN*
SHANA DE CARO

*ADMITTED NEW YORK
AND FLORIDA BAR

*CERTIFIED CIVIL TRIAL ADVOCATE,
NATIONAL BOARD OF TRIAL ADVOCACY

*PRESIDENT,
BRAIN INJURY ASSOCIATION OF NYS

July 27, 2007

**BY HAND**
Hon. James C. Francis
United States Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/07
```

Re:   *Paradi, et al. v. Phillips*
      Case Number: 07 Civ. 3640 (VM) (JCF)

Dear Magistrate Judge Francis:

We represent plaintiffs in the above referenced matter.

We wish to ask the Court's permission to allow this firm and defense counsel, James D. Butler, Esq., to make copies of all medical and hospital subpoenaed records located at the Court's Records Management Office at Room 270. *

Thank you for your courtesies and attention to this matter.

Respectfully yours,

MICHAEL V. KAPLEN

MVK/AB
cc:   James D. Butler, Esq.
      *Attorney for Defendant*
      591 Summit Avenue
      Jersey City, NJ 07306
      **(By Hand)**

* Counsel are permitted to remove the records from the courthouse for copying. JCF

SO ORDERED:

James C. Francis IV
United States Magistrate Judge

7/27/07