```
UNITED STATES DISTRICT COURT                (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
SABINA PARADI,                       : 07 Civ. 3640 (JCF)
                                     :
                Plaintiff,           :     O R D E R
                                     :
       - against -                   :
                                     :
MICHAEL R. PHILLIPS,                 :
                                     :
                Defendant.           :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/07

A pretrial conference having been held on July 27, 2007, it is hereby ORDERED as follows:

1. All discovery shall be completed by December 31, 2007.

2. The pretrial order shall be submitted by January 31, 2008 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         July 27, 2007

Copies mailed this date:

Michael V. Kaplen, Esq.
De Caro & Kaplen LLP
20 Vesey Street
New York, New York 10007

James D. Butler, Esq.
James D. Butler PA
591 Summit Avenue
Jersey City, New Jersey 07306