UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SABINA PARADI, a Judicially Declared Incapacitated
Person by the Guardians of her Person and Property,
BODO PARADY and MARY MOORE,
                             Plaintiff,

                                                                           07 CIVIL 3640   ( VM )(JCF)

        -against-

MICHAEL R. PHILLIPS,

                             Defendant.
-------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ___Michael V. Kaplen, Esq., De Caro & Kaplen, LLP___

[X]    *Attorney*

     [X]    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
               __MVK6132__

     [ ]    I am a Pro Hac Vice attorney

     [ ]    I am a Government Agency attorney

[ ]    *Law Firm/Government Agency Association*

     From: _____

     To: _____

     [ ]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

     [ ]    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[ ]    *Address:*    __427 Bedford Road, Suite 260, Pleasantville, NY 10570__

[ ]    *Telephone Number:*    __212-732-2262__

[ ]    *Fax Number:*    _____

[ ]    *E-Mail Address:*    __mvk.brainlaw@verizon.net__

Dated: _____       _____