UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SABINA PARADI, a Judicially Declared Incapacitated
Person by the Guardians of her Person and Property,
BODO PARADY and MARY MOORE,
                            Plaintiff,

                        07 CIVIL 3640 ( VM )(JCF)

      -against-

MICHAEL R. PHILLIPS,

                            Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Shana De Caro, Esq.,     De Caro & Kaplen, LLP

[X] *Attorney*

    [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: SDC7183

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[ ] *Law Firm/Government Agency Association*

    From: _____

    To: _____

    [ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[ ] *Address:*     427 Bedford Road, Suite 260, Pleasantville, NY 10570

[ ] *Telephone Number:*   212-732-2262

[ ] *Fax Number:*   _____

[ ] *E-Mail Address:*   mvk.brainlaw@verizon.net

Dated: _____   _____