DE CARO & KAPLEN, LLP
Counselors at Law
427 Bedford Road
Suite 260
PLEASANTVILLE, NEW YORK 10570

(212) 732-2262
mvk.brainlaw@verizon.net

MICHAEL V. KAPLEN*
SHANA DE CARO

*ADMITTED NEW YORK
AND FLORIDA BAR

*CERTIFIED CIVIL TRIAL ADVOCATE,
NATIONAL BOARD OF TRIAL ADVOCACY

*CHAIR, STATE OF NEW YORK,
TRAUMATIC BRAIN INJURY
SERVICES COORDINATING COUNCIL

# MEMO ENDORSED

October 3, 2007

Hon. James C. Francis
United States Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:**   *Paradi, et al. v. Phillips*
         **Case Number: 07 Civ. 3640 (JCF)**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07

Dear Magistrate Judge Francis:

This office represents plaintiffs in the above matter. During the course of the Initial Conference held with the Court on July 27, 2007, permission was requested and granted by the Court to serve an Amended Complaint in this matter reflecting the wrongful death of Sabina Paradi from injuries she received in this matter.

I am enclosing a copy of the Amended Complaint.

Upon attempting to file this Complaint with Clerk of the Court, this office has been informed that the Complaint would not be accepted for filing without written permission from the Court if more than twenty days has expired since the filing of defendant's Answer.

Accordingly, it is respectfully requested that the Court endorse this correspondence to allow filing of the enclosed Amended Complaint.

Respectfully yours,

MICHAEL V. KAPLEN

MVK/AB
Enc.
cc:   James D. Butler, Esq.
      *Attorney for Defendant*
      591 Summit Avenue
      Jersey City, NJ 07306
      *(With enclosure)*

SO ORDERED.
James C. Francis IV
USMJ