UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
BODO PARADY, as Special Administrator of the Estate     07 CIV 3640 (JCF)
of SABINA PARADI and BODO PARADY and MARY
MOORE, individually,                                    **AFFIDAVIT
                                                        OF SERVICE**
                    Plaintiffs,                **For Amended Complaint**

      -against-

MICHAEL R. PHILLIPS,

                    Defendant,
-----------------------------------------------------------------------X

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK )

    I, the undersigned, solemnly swear(or affirm): I am not a party to the action, am over 18 years of age and reside at Queens County.

    On October 5, 2007, I served the within **Summons and Amended Complaint,** by depositing a true copy of same enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to the following persons at the last known address set forth after each name below.

JAMES D. BUTLER, ESQ.
Attorney for Defendant
MICHAEL R. PHILLIPS
591 Summit Avenue
Jersey City, NJ 07306
(201) 653-1676

Sworn to before me this

5th day of October, 2007


_____          _____
NOTARY PUBLIC                              ANDY BROUARD

MARINA KANTOROVICH
Notary Public, State of New York
No. 01KA6097272
Qualified in Kings County
Commission Expires August 18, 20 11