UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SABINA PARADI, a Judicially Declared Incapacitated
Person by the Guardians of her Person and Property,
BODO PARADY and MARY MOORE,

      07 CIV 3640 (VM) (JCF)
      ECF CASE

Plaintiffs,

-against-

      Judge Marrero

MICHAEL R. PHILLIPS,

      **NOTICE OF APPEARANCE**

Defendant.

---

    To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in his individual capacity sued for punitive damages in this case for DEFENDANT MICHAEL R. PHILLIPS.

    I certify that I am admitted to practice in this Court.

October 23, 2007

    Respectfully submitted,

    *Richard Wedinger*

    Richard Wedinger, Esq.
    **BARRY, McTIERNAN & WEDINGER**
    1024 Amboy Avenue
    Edison, New Jersey 08837
    732-225-3510
    *Attorneys for Defendant in his individual capacity*