UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SABINA PARADI, a Judicially Declared Incapacitated Person by the Guardians of her Person and Property, BODO PARADY and MARY MOORE,

Plaintiffs,

-against-

MICHAEL R. PHILLIPS,

Defendant.

---

07 CIV 3640 (VM) (JCF)
ECF CASE

Judge Marrero

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in his individual capacity sued for punitive damages in this case for DEFENDANT MICHAEL R. PHILLIPS.

I certify that I am admitted to practice in this Court.

October 23, 2007

Respectfully submitted,

*Richard Wedinger*

Richard Wedinger, Esq.
**BARRY, McTIERNAN & WEDINGER**
1024 Amboy Avenue
Edison, New Jersey 08837
732-225-3510
*Attorneys for Defendant in his individual capacity*