## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on October 23, 2007 I served the foregoing **Notice of Appearance of**

**RICHARD W. WEDINGER** with the Clerk of Court via first class mail, and a copy of said

documents served via first class mail, to the following parties:

Michael V. Kaplen, Esq.
De Caro & Kaplen, LLP
20 Vesey Street
New York, NY 10007
(212) 732 – 2262
6132-MVK
Attorney for Plaintiffs

James D. Butler, Esq.
JAMES D. BUTLER, P.A.
591 Summit Avenue
Jersey City, New Jersey 07306-2703
201-653-1676
Attorneys for Defendant

October 23, 2007                    Respectfully submitted,

Richard Wedinger

Richard Wedigner, Esq.
**BARRY, McTIERNAN & WEDINGER**
1024 Amboy Avenue
Edison, New Jersey 08837
732-225-3510
*Attorneys for Defendant in his individual capacity*