DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07

*Counselors at Law*
127 BEDFORD ROAD
SUITE 260
PLEASANTVILLE, NEW YORK 10570

(212) 732-2262
mvk.brainlaw@verizon.net

**MEMO ENDORSED**

MICHAEL V. KAPLEN*
SHANA DE CARO

*ADMITTED NEW YORK
AND FLORIDA BAR

*CERTIFIED CIVIL TRIAL ADVOCATE
NATIONAL BOARD OF TRIAL ADVOCACY

*CHAIR, NYS TRAUMATIC BRAIN INJURY
SERVICES COORDINATING COUNCIL

November 14, 2007

Hon. James C. Francis
United States Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:    *Paradi, et al. v. Phillips***
         **Case Number: 07 Civ. 3640 (JCF)**

Dear Magistrate Judge Francis:

This office represents plaintiffs in the above referenced matter.

With the consent of defense counsel, James Butler and defendant's personal counsel Richard Wedinger, we are requesting that the discovery deadline be extended in this matter for ninety days, until March 31, 2008 with a pre trial order then due on May 2, 2008.

Although the parties have been actively pursuing discovery since our conference with the Court including the deposition of plaintiffs and defendant, the deposition of a non party witness and the exchange of medical information, it has recently come to our attention that other eye witnesses to this accident exist. One of these witnesses resides in California. She has consented to her in state video deposition which is scheduled for December 14, 2007. Additionally, the parties are still awaiting the report of the New York City Medical Examiner. Plaintiff intends to make a motion for summary judgment on issues of liability and personal counsel for defendant intends to make a motion concerning plaintiff's

claim for punitive damages.

Thank you for your courtesies and attention to this matter.

                        Respectfully yours,

                        MICHAEL V. KAPLEN

MVK/AB
cc:  James D. Butler, Esq.
      *Attorney for Defendant*
      591 Summit Avenue
      Jersey City, NJ 07306

      Richard Wedinger, Esq.
      Personal Counsel for defendant
      Barry, McTiernan & Wedinger
      1024 Amboy Avenue
      Edison, NJ 08837

11/26/07

Application granted.
No further extensions.

SO ORDERED:

James C. Francis IV
United States Magistrate Judge

2