UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X    (ECF)
BODO PARADY, as Special Administrator of the Estate    07 CIV 3640 (JCF)
of SABINA PARADI and BODO PARADY and MARY
MOORE, individually,                                   Magistrate Judge
                                                       Francis-all purposes
                              Plaintiffs,
                                                       **NOTICE OF MOTION**
                                                       **WITH EXHIBITS**
MICHAEL R. PHILLIPS,

                              Defendant,

------------------------------------------------------------------------X

        PLEASE TAKE NOTICE that upon the annexed affidavit of MICHAEL V.

KAPLEN, ESQ., duly sworn to on the  17th  day of January, 2008 and the

exhibits annexed thereto consisting of:

        A.  Amended complaint

        B.  Answer to amended complaint

        C.  Deposition transcript of defendant MICHAEL PHILLIPS

        D.  Signed Statement of MICHAEL PHILLIPS to Police Department, City

of New York

        E.  Photograph marked as exhibit 1 during the deposition of defendant

PHILLIPS.

        F.  Photograph marked as exhibit 6 during the deposition of defendant

PHILLIPS.

        G.  Photograph marked as exhibit 3 during the deposition of defendant

PHILLIPS.

        H.  Deposition of non party witness, MATTHEW BLANK

I.  Deposition of non party witness, MARIA EBERLINE

J.  Deposition on non party witness ;

Plaintiffs statement Pursuant to Rule 56 of the Local Rules of the Southern and Eastern Districts of New York and the Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment through their counsel, MICHAEL V. KAPLEN of the law firm, DE CARO & KAPLEN, LLP, the undersigned will move this Court before the Honorable Magistrate Judge James C. Francis, IV, at the Courthouse located at 500 Pearl Street, New York, New York on February 8, 2008 at 9:30 o'clock in the forenoon, or as soon thereafter as counsel can be heard for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Summary Judgment in favor of plaintiffs on the issue of negligence and granting an immediate trial on the issue of damages and exemplary damages and for such other and further relief as this Court may deem just, proper and equitable.

Dated: Pleasantville, New York
January  17 ,  2008                    DE CARO & KAPLEN, LLP

By:_ S/ Michael V. Kaplen
_____
Michael V.  Kaplen, Esq.
A member of the firm
Attorneys for Plaintiff
427 Bedford Road
Pleasantville, NY 10570
(914) 747 4410
6132-MVK

To:
James D. Butler, P.A.
591 Summit Avenue
Jersey City, N.J. 07306
Attorney for defendant Phillips

Richard W. Wedinger, Esq.
Barry, McTiernan & Wedinger
1024 Amboy Avenue
Edison, N.J. 08837
Personal attorney for defendant Phillips