**WITNESS STATEMENT — VEHICLE ACCIDENT**
PD 301-061 (Rev. 2-00)-Pent
CASE #/No. 20-6

| STATEMENT OF: | FIRST NAME Ralph | LAST NAME Phillips | PCT. 10 PCT | ACCIDENT NO. 458 | COMPLAINT NO. 991 |
|---|---|---|---|---|---|

MICHAEL

RESIDENCE ADDRESS: 2 Robin RD Rumson NJ 07760   RESIDENCE TEL. NO. 732-758-1141   BUSINESS TEL. NO. c-908-227-8932

| LOCATION OF INTERVIEW | ☒ SCENE OF ACCIDENT | ☐ PRECINCT ☐ STATION HOUSE | ☐ OTHER (DESCRIBE) | TIME OF REPORT 0030 | D Month Day Year E 2/26/07 |
|---|---|---|---|---|---|

| IDENTITY OF ABOVE NAMED PERSON | ☐ OPERATOR OF VEH. NO. 01 | ☐ PASSENGER IN VEH. NO. | ☐ PEDESTRIAN | ☐ WITNESS | DATE OF BIRTH 2-20-55 (52) |
|---|---|---|---|---|---|

| DATE OF ACC. 2-25-07 | TIME 2120 | LOCATION W/B 37ST to S/B 9TH | ACCIDENT INVOLVED ☐ DEATH ☒ PERSONAL INJURY |
|---|---|---|---|

### QUESTIONS FOR WITNESS, PASSENGER OR PEDESTRIAN ONLY

Did you see the accident? ☐ Yes ☒ No

Where were you at the time of the accident? I WAS DRIVING My Pick-up

Do you know any of the persons involved in this accident? ☐ Yes ☒ No
If yes, whom?

At the time of the accident, was your visibility obstructed in any way? ☒ Yes ☐ No
If yes, describe: 2 cars on my Left side SNOW/RAIN

### QUESTIONS FOR OPERATOR OF VEHICLE ONLY

How many years have you driven? 35 yrs

How long have you driven the vehicle involved in the accident? Since 1988

Was there any mechanical failure or defects with the vehicle you were driving? NO

Did you consume any intoxicants or medication prior to the accident? ☐ Yes ☒ No
If yes, what, how much & where? ADViL Sinus cold 12Noon

Where were you coming from or going to? work (44-45 Bway) to Home

Who was with you at time of accident? I WAS ALONE AT THE Time

### BELOW QUESTIONS TO BE ANSWERED IN ALL CASES, WHETHER SUBJECT IS OPERATOR, PASSENGER, PEDESTRIAN OR WITNESS

Briefly describe this accident? I WAS W/B on 37ST in the Right Lane. Two cars were to my Left. I was going to make a Left turn on 9th Ave. The Two cars to my Left went straight at 9th Ave. We had the Green Light. When the two cars cleared I Began to make my turn AND I DiDNT even see them. I Heard the Bangs and Stopped. ✗ [signature]

What was the cause of the accident? The weather (snow). The Pedestrians had A umbrella I think and Maybe they couldNT see. (the other 2 cars that went straight)

| INSERT ANSWERS PERTAINING TO EACH VEHICLE UNDER APPROPRIATE COLUMN | VEHICLE NO. 1 | VEHICLE NO. 2 | VEHICLE NO. 3 |
|---|---|---|---|
| License plate No. | NJ CMP88D | | |
| Make, type and color of vehicle | 1988 Chevy P/u Blue | 2500 Scottsdale Blue/silver | |
| Direction of travel and on what street | W/B 37TH to S/B 9TH Ave | | |
| Speed of vehicle(s) involved | maybe 3 mph | | |
| Was vehicle subject to traffic control devices, signal lights, signs, pavement markings, etc.? | I had the Green Light | | |
| Did vehicle swerve or turn to avoid contact? | I didNt see them | | |
| Immediately prior to accident, was any signal given? (horn – hand – other) | NO | | |
| What lights on vehicle were lighted? | Head/TAIL/L/Directional | | |
| What were the points of impact? | L/Ft FenDer – Bumper | | |

At time of accident, were there any other vehicles on the street in the vicinity? ☒ Yes ☐ No   If yes, describe: 2 cars to my Left

In what direction was pedestrian (if any) going? ☒ With signal light ☐ Against signal light   Not sure   ☐ Walking ☐ Running ☐ Standing

Accident occurred during ☐ Daylight ☐ Dawn ☐ Dusk ☒ Darkness
Weather Condition ☐ Clear ☐ Fog ☒ Rain ☒ Snow   Other (Describe)
ROADWAY LIGHTED ☒ Yes ☐ No
Road Condition ☐ Dry ☒ Wet ☐ Muddy ☒ Snowy ☐ Icy ☒ Other Slush

Obstructions of holes in street ☐ Yes ☒ No   If yes, describe:

| SIGNATURE OF WITNESS ✗ [signature] | RANK [signature] | SIGNATURE OF INVESTIGATING OFFICER [signature] 12/17/08 | TAX REG. NO. 887573 | COMMAND 10 Acs |
|---|---|---|---|---|

DEPOSITION EXHIBIT
PLS 7
8/21/07
BILL VISCONTI