

DEPOSITION EXHIBIT
PLF 3
8/31/07
BILL VISCONTI