# EXHIBIT A

# POLICE ACCIDENT REPORT (NYC)
**New York State Department of Motor Vehicles**
MV-104AN (5/04)

Page 1 of 1
Precinct: 010
Accident No: #458
Complaint Number: #991
☐ AMENDED REPORT

**Accident Date:** Month 02 Day 25 Year 2007
**Day of Week:** SUN
**Military Time:** 2120
**No. of Vehicles:** 1
**No. Injured:** 1
**No. Killed:** —
**Not Investigated at Scene:** ☐
**Reconstructed:** ☑
**Left Scene:** ☐
**Police Photos:** ☑ Yes ☐ No

☐ VEHICLE 2  ☐ BICYCLIST  ☑ PEDESTRIAN  ☐ OTHER PEDESTRIAN

## VEHICLE 1
- **Driver License ID Number:** P34625447902555
- **State of Lic.:** NJ
- **Driver Name:** MICHAEL R PHILIPS
- **Address:** 2 ROBIN ROAD
- **City/Town:** RUMSON  **State:** NJ  **Zip:** 07760
- **Date of Birth:** 02/20/55  **Sex:** M
- **Unlicensed:** ☐  **No. of Occupants:** 1  **Public Property Damaged:** ☐
- **Name on registration:** MICHAEL R PHILIPS  **Sex:** M  **DOB:** 02/20/55
- **Address:** 2 ROBIN ROAD
- **City/Town:** RUMSON  **State:** NJ  **Zip:** 07760
- **Plate Number:** CMP88D  **State of Reg:** NJ
- **Vehicle Year & Make:** 1988 CHEVY  **Vehicle Type:** PU  **Ins. Code:** 903
- **Ticket/Arrest Number:** SUM# OAC8786982
- **Violation Section:** 4-03(A)(1)I

## VEHICLE 2 (PEDESTRIAN)
- **Driver License ID Number:** D1251187
- **State of Lic.:** CA
- **Driver Name:** SABINA BEATA PARADI
- **Address:** 116 GATETREE CT
- **City/Town:** DANVILLE  **State:** CA  **Zip:** 94526
- **Date of Birth:** 04/01/83  **Sex:** F

### VEHICLE 1 DAMAGE CODES
Box 1 - Point of Impact: 12
Box 2 - Most Damage: 2
Vehicle Towed By: N/A

### Accident Diagram
SB 9th Ave / WB W 37 St

**Cost of repairs more than $1000:** ☐ Yes ☑ No

**Place Where Accident Occurred:** ☑ NEW YORK
**Road on which accident occurred:** W 37 STREET
**at intersecting street:** 9th AVENUE

### Accident Description/Officer's Notes
AT T/P/O VEH. 1 WAS TRAVELING W/B ON W 37 STREET ON RT/S OF LANE @ I/S OF 9th AVE. WHEN VEHICLES PASSED ON LEFT/SIDE OF LANE VEH. #1 PROCEEDED TO MAKE A LEFT TURN ONTO S/B 9th AVE STRIKING PEDESTRIAN WALKING E/B ON SOUTH CROSSWALK.

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all Involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | 1 | 52 | M | — | 13 | 6 | — | — | MICHAEL R PHILIPS | |
| B | P | — | — | — | 23 | F | 1 | 5 | 2 | 1868 | 7252 | SABINA BEATA PARADI | |

**Officer's Rank and Signature:** P.O.
**Print Name:** LOUKOPOULOS
**Tax ID No:** 925633
**NCIC No:** 03030
**Precinct:** HWY3
**Post/Sector:** 308
**Date/Time Reviewed:** 2/28/07

PERSONS KILLED OR INJURED IN ACCIDENT (Letter designation of persons killed or injured must correspond...)

| | A Last Name | First | M.I. | | D Last Name | First | M.I. |
|---|---|---|---|---|---|---|---|
| Address | | | | Address | | | |
| Date of Birth | Month | Day | Year | Telephone (Area Code) | Date of Birth Month Day Year | Telephone (Area Code) | |

**B** Last Name: PARADI, First: SABINA, M.I.: B
Address: 116 GATETREE CT - DANVILLE, CA
Date of Birth: Month 24, Day 19, Year 83
Telephone: (925) 820-6249

**E** Last Name: ___
Address: ___
Date of Birth: ___
Telephone: ___

Highway Dist. at Scene?  ☐ Yes  ☐ No
Name: ___

**C** Last Name: ___
Address: ___
Date of Birth: ___
Telephone: ___

Shield No: ___

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1: 980241817 1051
Expiration Date: 4-01-07
VIN: 2GCFK24K5J1181081

Vehicle No. 2: ___
Expiration Date: ___
VIN: ___

**WITNESS** (Attach separate sheet, if necessary)
Name: MATTHEW C BLANK
Address: 61 BAYARD ST, MANHATTAN
Phone: 408-898-8847

**DUPLICATE COPY REQUIRED FOR:**

☒ Dept. of Motor Vehicles (if anyone is killed/injured)
☐ Motor Transport Division (P.D. vehicle involved)
☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)
☐ Other City Agency (Specify)
☐ Office of Comptroller (if a City vehicle involved)
☐ Personnel Safety Unit (if a P.D. vehicle involved)
☒ Highway Unit  3

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

SHELLY MOORE, MOTHER, 2-25-07 @ 2230  (925) 820-6249

**PROPERTY DAMAGED** (other than vehicles): ___

**OWNER OF PROPERTY** (include city agency, where applicable): ___

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle—Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|
| | | | | | |

| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |
|---|---|---|---|---|---|
| | | | | | |

Equipment In Use At Time of Accident
☐ Siren  ☐ Horn  ☐ Turret Light  ☐ 4-Way Flasher  ☐ High-Level Warning Lights  ☐ Traffic Cones  ☐ Headlights

**ACTIONS OF POLICE VEHICLE**
☐ Responding to Code Signal ___
☐ Pursuing Violator
☐ Other (Describe) ___
☐ Complying with Station House Directive
☐ Routine Patrol

MV-104AN (5/04)


EXHIBIT B

# WITNESS STATEMENT - VEHICLE ACCIDENT

PD 301-061 (Rev. 2-00)-Pent

CASE # 40 T-03

WA 718-565-6500 EXT 32

**STATEMENT OF:** FIRST NAME: Matthew  C  LAST NAME: Blank
**PCT:** 10
**ACCIDENT NO:**
**COMPLA:**

**RESIDENCE ADDRESS:** 61 Bayard St #14 N.Y.C. N.Y. 10013
**RESIDENCE TEL. NO.:** 408-892-8847
**BUSINESS TEL. NO:**

**LOCATION OF INTERVIEW:**
☐ SCENE OF ACCIDENT  ☐ PRECINCT STATION HOUSE  ☒ OTHER (DESCRIBE): Telephone — Companion of Victim
**TIME OF REPORT:** 0430
**DATE:** Month 2 / Day 26 / 07

**IDENTITY OF ABOVE NAMED PERSON:** ☐ OPERATOR OF VEH. NO. ☐ PASSENGER IN VEH. NO. ☐ PEDESTRIAN ☒ WITNESS
**DATE OF BIRTH:** 01-09-83  24

**DATE OF ACC.:** 2-25-07
**TIME:** 2120
**LOCATION:** W/B 37st to S/B 9Ave
**ACCIDENT INVOLVED:** ☐ DEATH  ☒ PERSONAL I

## QUESTIONS FOR WITNESS, PASSENGER OR PEDESTRIAN ONLY

**Did you see the accident?** ☒ Yes ☐ No

**Where were you at the time of the accident?** We were walking E/B on 37st crossing 9th Ave.

**Do you know any of the persons involved in this accident?** ☒ Yes ☐ No
**If yes, whom?** Sabrina

**At the time of the accident, was your visibility obstructed in any way?** ☐ Yes ☐ No — Heavy snow
**If yes, describe:**

## QUESTIONS FOR OPERATOR OF VEHICLE ONLY
(crossed out)

**Who was with you at time of accident?** Sabrina

## BELOW QUESTIONS TO BE ANSWERED IN ALL CASES, WHETHER SUBJECT IS OPERATOR, PASSENGER, PEDESTRIAN OR WITNESS

**Briefly describe this accident:** We were crossing 9th Ave at 37st. We were going from West to East. We were heading toward the Vintage Bar on 52st and 8th. I was holding an umbrella. It was snowing, we had the green light. The umbrella was up, high not blocking our sight. All of a sudden the P/U truck came around the turn and hit Sabrina. As soon as she got hit she fell. The truck stopped.

**What was the cause of the accident?** The driver got right out and ask if we were O.k.
→ 10% us not looking / 90% him making a turn not giving us the RT of

| | VEHICLE NO. 1 | VEHICLE NO. 2 | VEHICLE NO. 3 |
|---|---|---|---|
| License plate No. | I don't know | | |
| Make, type and color of vehicle | Pick/up trk / Dark / | | |
| Direction of travel and on what street | W/B 37st to S/B 9th Ave | | |
| Speed of vehicle(s) involved | 15 MPH | | |
| Was vehicle subject to traffic control devices, signal lights, signs, pavement markings, etc.? | He had the light and we had the light | | |
| Did vehicle swerve or turn to avoid contact? | I never saw him coming | | |
| Immediately prior to accident, was any signal given? (horn – hand – other) | Maybe | | |
| What lights on vehicle were lighted? | I don't remember | | |
| What were the points of impact? | The FT D/S Bumper (Hit her shoulder to H | | |

**At time of accident, were there any other vehicles on the street in the vicinity?** ☒ Yes ☐ No  **If yes, describe:** Very few — and then she fell to the ground

We were talking, not really paying attention (fast pace)

**In what direction was pedestrian (if any) going?** ☒ With signal light ☐ Against signal light  ☒ Walking (fast pace) ☐ Running ☐ Standing

**Accident occurred during:** ☐ Daylight ☐ Dawn ☐ Dusk ☒ Darkness
**Weather Condition:** ☐ Clear ☐ Fog ☐ Rain ☒ Snow  **Other (Describe):**
**ROADWAY LIGHTED:** ☒ Yes ☐ No — Sufficient
**Road Condition:** ☐ Dry ☒ Wet ☐ Muddy ☒ Snowy ☐ Icy ☐ Other — Sloppy

**Obstructions of holes in street:** ☐ Yes ☒ No   **If yes, describe:**

**SIGNATURE OF WITNESS:** Telephone Interview
**RANK:** Det
**SIGNATURE OF INVESTIGATING OFFICER:** Rooney
**TAX REG. NO.:** 887573
**COMM:**