
EXHIBIT C

New York State - Department of Motor Vehicles
**ARREST RECORD**

0AC8786982

POLICE AGENCY: N.Y.P.D
LOCAL POLICE CODE: 010

LAST NAME: Phillips
FIRST NAME: Michael
M.I.: K

NUMBER & STREET ADDRESS: 2 Robin Road
APT. NO.: PHOTO LIC SHOWN

CITY: Rumson
STATE: N.J
ZIP CODE: 0771_
OWNER IS OPER.
LIC CLASS/ID TYPE

I.D. NUMBER: P346254 47
SEX: M
DATE OF BIRTH (MMDDYY): 02 20 55

STATE: NJ
LICENSE EXPIRES (MMDDYY): 043007
VEH. TYPE: 1
VEH. YR.: 1988
VEH. MAKE: Chev
VEH. COLOR: Bl

PLATE #: CMP88D
REG. STATE: NJ
REGISTRATION EXPIRES (MMDDYY): 09 - - 07

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

TIME (24hour HHMM): 2125
DATE OF OFFENSE (MMDDYY): 022507
VTL: ●
TRAFF RULES: ○  ADMIN CODE: ○  PRHPL: ○  ECL: ○
NAV LAW: ○  TAX LAW: ○  TRANS LAW: ○  NYCRR TITLE: ○

IN VIOLATION OF: (SECTION AND SUBDIVISION)
4-03(A)(1) I
TR INF: ○  MISD: ●  FEL: ○
OTHER LAW

○306B  ○319-1  ○509-1  ○1110A  ○1111D1  ○1225C2A  ○1229C3A  1180 ○B  ●C  ○D  ○F

DESCRIPTION / NARRATIVE:
902555
Failure to Yield to Ped

MPH: ___  IN MPH ZONE: ___
COM VEH: ○  BUS: ○  HAZ MAT: ○
US DOT#:

PLACE OF OCCURRENCE: W37 St + 9th Ave
HWY #: ___  LOCATION CODE: ___
HWY TYPE: 6  NCIC: NYC

IN THE ● City ○ Town ○ Village
OF: N.Y
COUNTY OF: NY
PRECINCT: 010

COMPLAINANT SIGN AND PRINT NAME/RANK (Affirmed under penalty of perjury):
PO Shawn Miredo

RADAR OPERATOR NAME (Print):

DATE AFFIRMED: 022507
ARREST TYPE: 1
OFFICER ID #: 942217
OFFICER'S COMMAND: 0010

THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN THE:
○ City  ○ Town  ○ Village  ○ Criminal  ○ District

COURT OF:  COUNTY OF:  SUMMONS PART:
ADDRESS:
CITY:  STATE:  ZIP CODE:

○ RETURN BY MAIL BEFORE, OR IN PERSON ON:
○ MUST APPEAR IN PERSON ON: __/__/__ at __:__ M

0AC8786982

DWI/DWAI/DRUGS Test: 1. Given ___ 2. Refused ___ 3. No Test ___
DWI/DWAI/DRUGS Test Results: BR ___% 2BL ___% 3UR ___%

UT-60.4 (1/06)

## TO PLEAD GUILTY OR NOT GUILTY BY MAIL

- Carefully read and follow **ALL** instructions. Complete and **SIGN** the Plea Notice below. Mail within **15 days of offense date**, (with your payment if Pleading Guilty) to: TRAFFIC VIOLATIONS PLEA UNIT, P.O. BOX 2950-ESP, ALBANY, NY 12220-0950.
- **DO NOT SEND CASH!** Only credit cards, checks or money orders payable to the Department of Motor Vehicles are accepted.
- If this ticket is for **uninsured operation** and you have insurance, enclose a copy of your insurance card; for **unlicensed operation** and you have a license, enclose a copy of your license; for **unregistered operation** and you are registered, enclose a copy of your registration. You will be notified if you are required to appear for a hearing.
- Tickets for equipment violations can only be dismissed by mailing an authorized repair document showing the repair was made within 1 business day of the violation. Mail to the above address within 15 days from the date of violation.

## FINE SCHEDULE FOR GUILTY PLEAS BY MAIL ONLY

This fine schedule applies to **Guilty Pleas by Mail ONLY**. Fines could be higher if you plead NOT GUILTY and are found GUILTY at a hearing, or when appearing before a Judge, even to plead Guilty. The **MAXIMUM SURCHARGE** for a single incident with multiple violations is $100. Fines and surcharges are minimum and by law CANNOT be reduced. **YOU MUST PAY BOTH THE FINE AND THE SURCHARGE** (Fine + Surcharge) as shown below.

### VIOLATIONS

| RED LIGHT (# in 18 months) | SPEEDING | UNINSPECTED |
|---|---|---|
| NEW YORK CITY: 1st offense = $150 + $50; 2nd offense = $300 + $50; 3rd offense = $750 + $50. EVERYWHERE ELSE: 1st offense = $75 + $50; 2nd offense = $150 + $50; 3rd offense = $375 + $50 | (Fines double in school zone, fines AND surcharge double in work zone) 1-10 MPH over limit = $45 + $50; 11-30 MPH over limit = $90 + $50; 31 or more MPH over limit - You must appear in person. EQUIPMENT $30 + $30 | Exp. 60 days or less = $25 + $50; Exp. over 60 days = $50 + $50. UNLICENSED, UNREGISTERED Exp. 60 days or less = $40 + $50; Exp. over 60 days = $75 + $50. UNINSURED You must appear in person |
| OVERSIZED / OVERWEIGHT Complete and mail Plea Notice. You will be notified by mail of the exact amount you need to pay. | | SEAT BELT, CELL PHONE, OR ANY VIOLATION NOT LISTED $40 + $50 |

**NOTE:** You may be notified of a balance due if a particular violation requires a higher fine or the amount of your payment is insufficient.

## PLEA NOTICE

**I, THE UNDERSIGNED, PLEAD:** ☐ GUILTY

If you are pleading GUILTY, it is the same as being found guilty by a judge. In either case, you may be required to pay a fine and in addition your driver license and/or registration, if any, may be suspended or revoked as prescribed by law. In addition, a Driver Responsibility Assessment may be imposed.

**I, THE UNDERSIGNED, PLEAD:** ☐ **NOT GUILTY**

If you are pleading NOT GUILTY you will be notified by mail of your hearing date, time and location.

**YOUR PLEA WILL NOT BE RETURNED. PLEASE MAKE A COPY FOR YOUR RECORDS.**

Print Name _____ Phone# _____
Current Street Address _____
City _____ State _____ Zip Code _____

Signature of Person Entering Plea _____ Date _____

### TO PAY FINE WITH CREDIT CARD WHEN PLEADING GUILTY, FILL OUT INFORMATION BELOW

Credit Card Number _____ Amount _____
Name As It Appears On Card _____
Cardholder Signature _____ Expiration Date _____
DMV USE ONLY - AUTH CODE _____

**FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGMENT AGAINST YOU.** UT-60.3 (1/06)