
EXHIBIT D

```
 1
                    DEPARTMENT OF MOTOR VEHICLES
 2              ADMINISTRATIVE ADJUDICATION BUREAU

 3     ----------------------------------------------------

                         IN THE MATTER OF
 4
                         MICHAEL R. PHILLIPS
 5
                    Summons Number 0AC8786982
 6
 7     ----------------------------------------------------

               The above-entitled matter came on for
 8     hearing, pursuant to Notice of the New York State
       Department of Motor Vehicles at Manhattan South, New
 9     York, on June 1, 2007 at 10:30 a.m., before the
       Administrative Law Judge.
10
11
12
13
14
15
16
17
18
19
20
21
                    Associated Reporters Int'l., Inc.
22                    P.O. Box 165, Massena, NY 13662
23             National and International Court Reporting Coverage
24
25
```

```
 1        THE ADMINISTRATIVE LAW JUDGE:  All right.  There's one
 2   ticket issued to Michael Phillips.  Ticket number zero A C
 3   eight seven eight six nine eight two, Mr. Phillips is
 4   charged with failure to yield to a pedestrian.  He's
 5   represented by counsel.
 6        MR. LEVINE:  Jeffrey Levine, 19 Rector, New York, for
 7   the motorist.  The plea is not guilty.  Ready to proceed.
 8        THE ADMINISTRATIVE LAW JUDGE:  Officer, do you swear or
 9   affirm to tell us the truth?
10        OFFICER REDLAND:  I swear.
11                    OFFICER REDLAND; Sworn
12                    EXAMINATION/REDLAND
13   BY THE ADMINISTRATIVE LAW JUDGE:
14   Q.   You do.
15   A.   Yeah.
16   Q.   And would you identify yourself for the record?
17   A.   Yes.  Officer Redland (phonetic spelling), 3rd
18   precinct, shield number four one nine two.
19   Q.   Give us your statement of facts, please.
20   A.   Okay.  I was sitting on the northwest corner of Western
21   and West 37th and 9th Avenue on February 25th of 2007.  I
22   observed the Defendant, I.D. number P three four six two
23   four four four seven, license plate C M P eight eight D,
24   driving black Chevy, 1998.
25        He was traveling through the crosswalk, the
```

```
1   intersection where it was -- it had a -- at that -- at that
2   point in the intersection, the pedestrians that were
3   crossing in the crosswalk had the walk signal.  At no point
4   did the Defendant stop while crossing through the
5   crosswalk.  During this time, the pedestrians had to stop,
6   taking the extra steps to let the person -- to let the
7   Defendant cross through, clearly the infraction of failure
8   to yield to a pedestrian.
9   Q.  Was there anything else, Officer?
10  A.  (Inaudible-1s).
11      THE ADMINISTRATIVE LAW JUDGE:  Counsel, anything?
12      MR. LEVINE:  I've no cross-examination but here's my
13  application.  I don't believe there's a prima facie case.
14  There's no indication what street the motorist is traveling
15  on and in what direction, where the pedestrians were
16  crossing, what time the events was (inaudible-1s) facts
17  necessary to (inaudible-3s) prima facie case.
18      THE ADMINISTRATIVE LAW JUDGE:  I reserve decision.
19  Do you want (inaudible-1s)?
20      MR. LEVINE:  We rest.
21      THE ADMINISTRATIVE LAW JUDGE:  After taking in all of
22  the evidence, I conclude this hearing.
23  I find the trooper (sic) did not make a clear and
24  convincing case in this.  The Defendant is not guilty.
25      MR. LEVINE:  Thank you, your Honor.
```