# EXHIBIT A

# In The Matter Of:

*SABINA PARADI v.*
*MICHAEL R. PHILLIPS*

---

## MICHAEL R. PHILLIPS
*August 21, 2007*                    JPB

---

# MERRILL LEGAL SOLUTIONS

*25 West 45th Street – Suite 900*
*New York, NY 10036*
*PH: 212-557-7400 / FAX: 212-692-9171*

**PHILLIPS MICHAEL R. - Vol. 1**

## Page 1

09:30:56

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
SABINA PARADI, a Judicially Declared
Incapacitated Person by the Guardians
of her Person and Property, BODO PARADY
and MARY MOORE,

          Plaintiffs,

                  Civil Action No.
   -against-      07 CIV 3640 (JCF)

MICHAEL R. PHILLIPS,

         Defendant.

--------------------------------x

         August 21, 2007
         9:47 a.m.

    Videotape Deposition of MICHAEL R. PHILLIPS,
taken by Plaintiff, pursuant to Notice, at the
offices of DeCaro & Kaplen, 20 Vesey Street, New
York, New York, before William Visconti, a
Shorthand Reporter and Notary Public within and
for the State of New York.

## Page 2

1
2  A P P E A R A N C E S:
3    DE CARO & KAPLEN
    Attorneys for Plaintiffs
4      20 Vesey Street
      New York, New York 10007
5
6  BY:  MICHAEL V. KAPLEN, ESQ.
7
    JAMES D. BUTLER, ESQ
8    Attorneys for Defendant
    591 Summit Avenue
9      Jersey City, New Jersey 07306
10
11
12
    ALSO PRESENT:
13
    SARAH ENGELMAN, Videographer
14   SUSAN PHILLIPS
15
16
17
18
19
20
21
22
23
24
25

## Page 3

1
2        IT IS HEREBY STIPULATED AND AGREED
3  by and between the attorneys for the
4  respective parties herein that filing and
5  sealing be and the same are hereby waived.
6        IT IS FURTHER STIPULATED AND AGREED
7  that all objections, except as to the form
8  of the question, shall be reserved to the
9  time of the trial.
10        IT IS FURTHER STIPULATED AND AGREED
11  that the within deposition may be signed
12  and sworn to before any officer authorized
13  to administer an oath with the same force
14  and effect as if signed and sworn to before
15  the Court.
16
17
18
19
20
21
22
23
24
25

## Page 4

09:46:56 1
09:46:58 2        MR. KAPLEN:  I just want the record
09:47:10 3  to reflect before we start that I had informed
09:47:14 4  Defendant's counsel that Sabina Paradi passed
09:47:20 5  away on June 30th, 2007 and that we have agreed
09:47:24 6  that although formal substitution has not taken
09:47:26 7  place and legal proceedings of California have
09:47:30 8  not taken place as of yet to substitute the
09:47:32 9  estate of Miss Paradi as party Plaintiff in this
09:47:38 10  action, we have agreed nonetheless to go forward
09:47:42 11  with the deposition of Defendant today to be used
09:47:46 12  as if all of that has formally taken place.
09:47:58 13        MR. BUTLER:  That's correct.
09:48:02 14        THE VIDEOGRAPHER:  This is the video
09:48:04 15  operator speaking Sarah Engelman of Merrill Legal
09:48:10 16  Services, 25 West 45th Street, New York, New York
09:48:16 17  10037.  Today is August 21, 2007 and the time is
09:48:20 18  9:47 a.m.  We are at the offices of
09:48:22 19  DeCaro & Kaplen to take the videotape deposition
09:48:26 20  of Michael Phillips in the matter of Sabina
09:48:28 21  Paradi a judicially declared incapacitated person
09:48:34 22  by the guardians of her person and property, Bodo
09:48:38 23  Paradi and Mary Moore versus Michael R. Phillips
09:48:38 24  in the United States District Court Souther
        25  District of New York.  Will counsel introduce

2 (Pages 5 to 8)

**Page 5**

| | |
|---|---|
| 09:48:40 1 | |
| 09:48:40 2 | themselves for the record. |
| 09:48:44 3 | MR. KAPLEN: Good morning, I'm |
| 09:48:44 4 | Michael Kaplen and I represent the Plaintiffs in |
| 09:48:46 5 | this case. |
| 09:48:48 6 | MR. BUTLER: James D. Butler on |
| 09:48:50 7 | behalf of the Defendant. |
| 09:48:52 8 | THE VIDEOGRAPHER: Will the court |
| 09:48:58 9 | reporter, Bill Visconti, of Merrill Legal |
| .10 | Services swear the witness. |
| 11 | |
| 12 | MICHAEL R. PHILLIPS, |
| 13 | having been first duly sworn by the Notary Public |
| 14 | (William Visconti), was examined and testified as |
| 15 | follows: |
| 09:49:04 16 | EXAMINATION CONDUCTED BY MR. KAPLEN |
| 09:49:04 17 | Q. Good morning. |
| 09:49:06 18 | A. Good morning. |
| 09:49:10 19 | Q. Again, my name is Michael Kaplen and |
| 09:49:12 20 | I represent the late Sabina Paradi and her family |
| 09:49:16 21 | in connection with this case. I'm going to be |
| 09:49:20 22 | asking you questions today concerning an incident |
| 09:49:22 23 | that happened on February 25th of 2007 and if you |
| 09:49:24 24 | don't understand my questions please tell me and |
| 25 | we will rephrase those questions for you. Okay? |

**Page 6**

| | |
|---|---|
| | MICHAEL R. PHILLIPS |
| 09:49:26 1 | |
| 09:49:28 2 | A. Okay. |
| 09:49:28 3 | Q. You understand that this is being |
| 09:49:30 4 | videotaped? |
| 09:49:30 5 | A. Yes. |
| 09:49:32 6 | Q. You understand please that your |
| 09:49:32 7 | answers have to be oral? |
| 09:49:36 8 | A. Yes. |
| 09:49:38 9 | Q. So we get it all down both by our |
| 09:49:38 10 | stenographer and as well as the video? |
| 09:49:40 11 | A. Yes. |
| 09:49:40 12 | Q. Can you tell us please where you |
| 09:49:42 13 | currently reside? |
| 09:49:44 14 | A. 2 Robin Road, Rumson, New Jersey. |
| 09:49:46 15 | Q. Is that a private residence? |
| 09:49:46 16 | A. Yes. |
| 09:49:50 17 | Q. Who did you reside there with? |
| 09:49:52 18 | A. My wife Susan and my son John. |
| 09:49:54 19 | Q. What is Susan's full name? |
| 09:49:56 20 | A. Susan Raquel Phillips. |
| 09:49:58 21 | Q. How long have you resided there? |
| 09:49:58 22 | A. I have been there for almost 20 |
| 09:50:02 23 | years. |
| 09:50:04 24 | Q. Is this a one-family house? |
| 25 | A. Yes. |

**Page 7**

| | |
|---|---|
| | MICHAEL R. PHILLIPS |
| 09:50:04 1 | |
| 09:50:06 2 | Q. Does anybody else reside there |
| 09:50:06 3 | besides the three of you? |
| 09:50:10 4 | A. No. |
| 09:50:10 5 | Q. And your wife, does she own a |
| 09:50:12 6 | vehicle? |
| 09:50:14 7 | A. Yes. |
| 8 | Q. Did she own a vehicle in February of |
| 09:50:16 9 | 2007? |
| 09:50:16 10 | A. Yes. |
| 09:50:18 11 | Q. What type of vehicle was that that |
| 09:50:20 12 | she owned? |
| 09:50:24 13 | A. She owns a Dodge Caravan. |
| 09:50:26 14 | Q. In addition to that Dodge Caravan and |
| 09:50:28 15 | the vehicle that you were driving on the date of |
| 09:50:32 16 | this incident, which we will get to in a moment, |
| 09:50:32 17 | does anybody in that household own any other |
| 09:50:34 18 | vehicles? |
| 09:50:36 19 | A. Besides myself, no. |
| 09:50:36 20 | Q. And your wife? |
| 09:50:38 21 | A. Yes. |
| 09:50:38 22 | Q. Your son owns a vehicle? |
| 09:50:40 23 | A. No. |
| 09:50:40 24 | Q. So there is only two vehicles in the |
| 25 | house? |

**Page 8**

| | |
|---|---|
| | MICHAEL R. PHILLIPS |
| 09:50:42 1 | |
| 09:50:44 2 | A. Yes. |
| 09:50:46 3 | Q. On February 25th of 2007 what type of |
| 09:50:50 4 | vehicle were you driving? |
| 09:50:52 5 | A. My '88 Chevolet pickup. |
| 09:50:54 6 | Q. What year vehicle was that? |
| 09:50:56 7 | A. 1988. |
| 09:50:56 8 | Q. Does that vehicle have power |
| 09:50:58 9 | steering? |
| 09:50:58 10 | A. Yes. |
| 09:50:58 11 | Q. Power brakes? |
| 09:51:00 12 | A. Yes. |
| 09:51:00 13 | Q. Antilock brakes? |
| 09:51:02 14 | A. Yes. |
| 09:51:04 15 | Q. Automatic or manual transmission? |
| 09:51:08 16 | A. Manual. |
| 09:51:12 17 | Q. As a result of the incident that |
| 09:51:14 18 | happened on February 25th of 2007 was there any |
| 09:51:14 19 | damage to your vehicle? |
| 09:51:22 20 | A. No. |
| 09:51:22 21 | Q. No damage whatsoever to any portion |
| 09:51:22 22 | of the vehicle? |
| 09:51:26 23 | A. No, sir. |
| 09:51:28 24 | Q. Did you take your vehicle anyplace |
| 25 | for an inspection of any kind? |

Page 9

MICHAEL R. PHILLIPS

```
09:51:28  1
09:51:30  2      A.   No.
09:51:32  3      Q.   Do you know if your vehicle was
09:51:36  4  photographed?
09:51:38  5      A.   I don't know .
09:51:42  6          MR. KAPLEN:  Mr. Butler, do you have
09:51:44  7  the color photographs of this incident of the
09:51:46  8  truck involved in this incident?
09:51:48  9          MR. BUTLER:  The vehicle was
09:51:52 10  photographed. I sent you all that I have which
09:51:56 11  are photocopies. I have arranged and I
09:51:58 12  anticipate getting within the next day or two the
09:52:02 13  color photo and which you have been trying and I
09:52:04 14  finally succeeded but I have not seen it yet.
09:52:06 15      Q.   Do you know if any videos were taken
09:52:06 16  of the vehicle subsequent to this accident?
09:52:08 17      A.   I don't know.
09:52:08 18          MR. KAPLEN:  Mr. Butler, were any
09:52:20 19  videos taken?
09:52:22 20          MR. BUTLER:  Not to my knowledge.
09:52:22 21      Q.   Now, on February 25th of 2007 can you
09:52:30 22  tell me by whom were you employed?
09:52:34 23      A.   Niederlander Organization.
09:52:38 24      Q.   What is your business or profession?
         25      A.   My profession is an assistant
```

Page 10

MICHAEL R. PHILLIPS

```
09:52:40  1  carpenter. I'm a stagehand.
09:52:44  2
09:52:44  3      Q.   How long were you employed by them?
09:52:46  4      A.   I have been working in the business
09:52:48  5  for over 32 and a half years.
09:52:50  6      Q.   At that time did you have any other
09:52:52  7  employment in addition to your employment with
09:52:52  8  Niederlander?
09:52:54  9      A.   I don't understand.
09:52:56 10      Q.   Were you employed anyplace else on
09:52:56 11  February 25th?
09:52:56 12      A.   No.
09:53:00 13      Q.   Did you have any other independent
09:53:00 14  work that you did in addition to working with
09:53:00 15  Niederlander?
09:53:02 16      A.   No.
09:53:06 17      Q.   Did you have any independent business
09:53:06 18  that you operated in addition to your employment
09:53:08 19  with Niederlander?
09:53:10 20      A.   No.
09:53:16 21      Q.   Approximately what time did this
09:53:18 22  incident happen with Sabina Paradi?
09:53:24 23      A.   Approximately 9:20 p.m. Sunday night.
09:53:26 24      Q.   Where were you coming from?
         25      A.   I was coming from work.
```

Page 11

MICHAEL R. PHILLIPS

```
09:53:26  1
09:53:30  2      Q.   Where was that?
09:53:32  3      A.   The Mintzcoff Theater.
09:53:34  4      Q.   Where was that located?
09:53:34  5      A.   Between 44th and 45th street and
09:53:38  6  Broadway.
09:53:38  7      Q.   What time did you get to work that
09:53:40  8  day?
         9      A.   I got to work that day at twelve
09:53:42 10  o'clock.
09:53:42 11      Q.   What time did your employment end
09:53:44 12  that day?
09:53:52 13      A.   9:05.
09:53:54 14      Q.   During the course of that day did you
09:53:54 15  have any alcoholic beverages to drink?
09:53:56 16      A.   No.
09:53:58 17      Q.   During the course of that day were
09:54:02 18  you under any type of medication?
09:54:04 19      A.   I had Advil Sinus And Cold Medicine.
09:54:06 20      Q.   And that was for a common cold?
09:54:08 21      A.   Yes.
09:54:12 22      Q.   When was the last time that you took
09:54:14 23  this medication prior to 9:05 p.m.
09:54:22 24      A.   At lunchtime that day.
         25      Q.   After you left your place of
```

Page 12

MICHAEL R. PHILLIPS

```
09:54:24  1  employment, what was your intended destination?
09:54:26  2
09:54:28  3      A.   Going home.
09:54:28  4      Q.   At the time of this incident was
09:54:28  5  there anybody in your vehicle?
09:54:32  6      A.   No.
09:54:34  7      Q.   From the time that you got in your
09:54:36  8  vehicle intending to go home, did you have
09:54:36  9  anybody in your vehicle that you dropped off
09:54:38 10  prior to this incident?
09:54:42 11      A.   No.
09:54:48 12      Q.   Prior to reaching the location of
09:54:50 13  this accident which I understand to be Ninth
09:54:52 14  Avenue and West 37th Street in Manhattan, did you
09:54:52 15  make any stops?
09:54:58 16      A.   No.
09:54:58 17      Q.   Did you have anything to eat during
09:55:00 18  the course of that day?
09:55:00 19      A.   Yes.
09:55:02 20      Q.   How many meals did you eat?
09:55:02 21      A.   Two meals.
09:55:04 22      Q.   What meals were those?
09:55:08 23      A.   I don't remember. I don't know.
09:55:12 24      Q.   While you were in your vehicle
         25  proceeding to this location, were you eating
```

| Page 13 | |
|---|---|
| | MICHAEL R. PHILLIPS |

09:55:12  1        MICHAEL R. PHILLIPS
09:55:12  2  anything at the time?
09:55:14  3        A.  No.
09:55:16  4        Q.  Were you drinking at the time
09:55:16  5  anything?
09:55:18  6        A.  No.
09:55:18  7        Q.  Any coffee or soda or water?
09:55:22  8        A.  No.
09:55:22  9        Q.  Do you own a cell phone?
09:55:24 10        A.  Yes.
09:55:24 11        Q.  Did you own a cell phone on
09:55:24 12  February 25th?
09:55:26 13        A.  Yes.
09:55:26 14        Q.  Is it the same cell phone that you
09:55:26 15  own today?
09:55:28 16        A.  No.
09:55:30 17        Q.  The same phone number?
09:55:32 18        A.  The same phone number, yes.
09:55:36 19        Q.  What is that phone number?
09:55:38 20        A.  908-227-8932.
09:55:38 21        Q.  What carrier is that?
09:55:46 22        A.  Verizon.
09:55:50 23        Q.  From the time that I got into the
09:55:52 24  vehicle at approximately 9:05 until the time of
         25  that incident, did you use that cell phone for

| Page 14 | |
|---|---|
| | MICHAEL R. PHILLIPS |

09:55:52  1        MICHAEL R. PHILLIPS
09:55:54  2  any reason?
09:56:04  3        A.  No.
09:56:04  4        Q.  Did you use the cell phone after the
09:56:06  5  incident?
09:56:06  6        A.  Yes.
09:56:08  7        Q.  Who did you call afterwards?
09:56:08  8        A.  I called my wife.
09:56:10  9        Q.  Did you call anybody else?
09:56:12 10        A.  And I called the person that I was
09:56:16 11  supposed to work for the following morning.
09:56:16 12        Q.  Where were you supposed to work the
09:56:20 13  following morning?
09:56:22 14        A.  At the Imperial Theater.
09:56:24 15        Q.  You work for Niederlander but your
09:56:26 16  place of employment would change from theater to
09:56:26 17  theater on any given date?
09:56:28 18        A.  Yes.
09:56:30 19        Q.  Was your truck equipped with a radio?
09:56:34 20        A.  No.
         21        Q.  Was it equipped with a CB radio of
09:56:36 22  any kind?
09:56:42 23        A.  No.
09:56:44 24        Q.  Now, you were traveling prior to this
         25  incident on West 37th Street?

| Page 15 | |
|---|---|
| | MICHAEL R. PHILLIPS |

09:56:46  1        MICHAEL R. PHILLIPS
09:56:46  2        A.  Yes.
09:56:48  3        Q.  And you were going westbound?
09:56:50  4        A.  Yes.
09:56:54  5        Q.  As you approached the intersection of
09:57:00  6  Ninth Avenue what were the weather conditions?
09:57:06  7        A.  Snowing, nasty, dark, icy, wet.
09:57:08  8        Q.  Had there been any accumulation of
09:57:18  9  snow on the roadway?
09:57:24 10        A.  Slush, ice, wet roadways.
09:57:30 11        Q.  How long had it been snowing?
09:57:30 12        A.  The whole day, pretty much.  I guess
09:57:32 13  the whole day.
09:57:36 14        Q.  While you were driving and you were
09:57:40 15  approaching this intersection of Ninth Avenue and
09:57:42 16  West 37th Street, can you describe the snow
09:57:42 17  conditions for me as being light, medium or heavy
09:57:46 18  or something else?
09:57:48 19        A.  Heavy.
09:57:48 20        Q.  Did you have windshield wipers in
09:57:48 21  your truck?
09:57:50 22        A.  Yes.
09:57:50 23        Q.  Were they operational?
09:57:52 24        A.  Yes.
         25        Q.  Were you using them at the time?

| Page 16 | |
|---|---|
| | MICHAEL R. PHILLIPS |

09:57:52  1        MICHAEL R. PHILLIPS
09:57:54  2        A.  Yes.
09:57:56  3        Q.  Did your truck have lights, yes?
09:57:56  4        A.  Yes.
09:57:56  5        Q.  Were these lights on?
09:58:00  6        A.  Yes.
09:58:02  7        Q.  As you approached West 37th Street
09:58:06  8  and the intersection of Ninth Avenue, how many
09:58:10  9  lanes of travel are there on West 37th Street?
09:58:14 10        A.  Two.
09:58:14 11        Q.  Is that in addition to lanes for
09:58:18 12  parked vehicles?
09:58:18 13        A.  That is in addition to lanes for
09:58:22 14  parked vehicles.
09:58:24 15        Q.  Would there be lanes for parked
09:58:26 16  vehicles on West 37th Street both on the left and
09:58:26 17  right side?
09:58:28 18        A.  Yes.
09:58:30 19        Q.  As you were approaching this
09:58:34 20  intersection of Ninth Avenue while traveling on
09:58:36 21  West 37th Street were there any cars parked in
09:58:36 22  either the right or left lane?
09:58:38 23        A.  Yes.
09:58:40 24        Q.  Both or one?
         25        A.  Both.  There were cars on the left

Page 17

```
09:58:40  1            MICHAEL R. PHILLIPS
09:58:48  2    and the right.
09:58:48  3        Q.  Were both moving lanes, the two lanes
09:58:52  4    that you described open for the flow of traffic?
09:58:52  5        A.  Yes.
09:58:54  6        Q.  Were you familiar with this
09:58:54  7    intersection?
09:58:56  8        A.  Yes.
09:58:58  9        Q.  Is this an intersection that you
09:59:00 10    would pass on a regular basis?
09:59:02 11        A.  Yes.
09:59:02 12        Q.  What was your intended route when you
09:59:06 13    reached this intersection?
09:59:10 14        A.  Approaching the Lincoln Tunnel.
09:59:12 15        Q.  And that would be an approach from
09:59:12 16    Ninth Avenue?
09:59:14 17        A.  Yes.
09:59:18 18        Q.  And that would be an approach from
09:59:20 19    Ninth Avenue.  If you got onto Ninth Avenue and
09:59:24 20    you were going to go to the Lincoln Tunnel, where
09:59:26 21    would you then get on to the Lincoln Tunnel?
09:59:28 22        A.  The two extreme right lanes.
09:59:30 23        Q.  How far would you travel on Ninth
09:59:34 24    Avenue before the entrance to the Lincoln Tunnel?
         25        A.  Right on Ninth Avenue right from the
```

Page 18

```
09:59:38  1            MICHAEL R. PHILLIPS
09:59:52  2    middle before 37th Street and 36th Street.
09:59:54  3        Q.  Following this incident, did the New
09:59:54  4    York City Police arrive?
09:59:56  5        A.  Yes.
09:59:58  6        Q.  Did you speak to the New York City
09:59:58  7    Police?
10:00:00  8        A.  Yes.
10:00:00  9        Q.  Did you give them a written
10:00:04 10    statement?
10:00:04 11        A.  New York City Police, no.
10:00:06 12        Q.  Did you sign a statement for the New
10:00:12 13    York City Police?
10:00:16 14        A.  No, I don't recall.  It was very
         15    confusing. I don't recall, maybe, I may have
10:00:16 16    not.
10:00:20 17        Q.  Do you recall speaking to them?
10:00:20 18        A.  Sorry, yes, I recall speaking to
10:00:22 19    them.
10:00:22 20        Q.  Did they ask you questions concerning
10:00:22 21    this incident?
10:00:24 22        A.  Yes.
10:00:26 23        Q.  Did you answer those questions
10:00:26 24    truthfully and honestly?
         25        A.  To the best of my knowledge.
```

Page 19

```
10:00:30  1            MICHAEL R. PHILLIPS
10:00:32  2        Q.  And you understood that questions
10:00:36  3    that the New York Police Department were asking
10:00:36  4    you were in connection with their investigation
10:00:38  5    of this incident?
10:00:38  6        A.  At times.
10:00:40  7        Q.  I'm sorry?
10:00:42  8        A.  At times I understood.
10:00:44  9        Q.  What do you mean by at times?
10:00:44 10        A.  Because I had to ask them a couple of
10:00:46 11    times to repeat the question.
10:00:48 12        Q.  You understood why they were asking
10:00:48 13    you questions?
10:00:50 14        A.  Yes.
10:00:50 15        Q.  It was in connection with this
10:00:52 16    incident and the investigation that they were
10:00:52 17    conducting?
10:00:54 18        A.  Yes.
10:00:54 19        Q.  And you were not under the influence
10:00:56 20    of any drugs or medication?
10:00:58 21        A.  No.
         22        Q.  That impaired your thinking in any
10:01:02 23    way?
         24        A.  No.
         25            (Plaintiff's Exhibit 7
```

Page 20

```
          1            MICHAEL R. PHILLIPS
10:01:04  2    for identification, Statement.)
10:01:10  3        Q.  I show you a document marked as
10:01:10  4    Plaintiff's Exhibit 7 and ask you if you have ever
10:01:20  5    seen this document before today?
10:01:42  6            MR. KAPLEN:  Mr. Butler, I have a
10:01:44  7    copy for you.
          8            (Witness reviewing document.)
10:01:46  9        Q.  My question to you, have you ever
10:01:46 10    seen that document before today?
10:01:48 11        A.  Yes, I have.
10:01:50 12        Q.  When was the last time prior to
10:01:52 13    entering into the room that you saw this
10:01:52 14    document?
10:01:54 15        A.  I don't recall.
10:01:54 16        Q.  Did your lawyer ever show you this
10:01:56 17    document?
10:01:58 18        A.  No.
10:02:02 19        Q.  Did anybody on behalf of your lawyer
10:02:02 20    and anybody else representing you in this matter
10:02:04 21    ever show you this document?
10:02:06 22        A.  No.
10:02:06 23        Q.  Anybody ever read to you the contents
10:02:12 24    of this document?
         25        A.  After I had told the policeman what
```

6 (Pages 21 to 24)

---

Page 21

MICHAEL R. PHILLIPS

10:02:14 1
10:02:18 2 happened, he reread it to me and that was it.
10:02:20 3      Q.   This document was dictated by you to
10:02:22 4 the police officer?
10:02:24 5      A.   It was dictated to me by the police
10:02:26 6 officer after I had told him.
         7      Q.   You told him what happened, he wrote
10:02:26 8 it down?
10:02:28 9      A.   Yes.
10:02:30 10     Q.   And then he read it back?
10:02:34 11     A.   Yes, he read it back to me.
10:02:34 12     Q.   After he read it back to you, did you
10:02:36 13 then sign this document?
10:02:38 14     A.   Yes.
10:02:38 15     Q.   Is the signature on the bottom your
10:02:40 16 signature?
10:02:52 17     A.   Yes.
10:02:56 18     Q.   Is this statement by you a truthful
10:03:02 19 recitation of the events that took place on
10:03:04 20 February 25th, 2007 in connection with the
10:03:08 21 incident involving Miss Paradi?
10:03:10 22     A.   At the time of the incident it is as
10:03:12 23 accurate as it could be.
10:03:14 24     Q.   Have things changed since then to
         25 render this document inaccurate in any way?

---

Page 22

MICHAEL R. PHILLIPS

10:03:18 1
10:03:20 2      A.   Yes.
10:03:26 3      Q.   What has changed?
10:03:30 4      A.   Just how things had happened and
10:03:32 5 being confused, I was confused and very extremely
10:03:34 6 upset that night.
10:03:36 7      Q.   What things have changed since this
10:03:44 8 incident concerning what happened?
10:03:44 9      A.   Just mentally my mind has changed. I
10:03:48 10 don't know. I don't know, but I don't know.
10:03:48 11     Q.   You were being truthful and honest
10:03:50 12 then, weren't you?
10:03:50 13     A.   Yes, sir.
10:03:54 14     Q.   And you were attempting at that point
10:03:54 15 to give a full and complete recitation of what
10:03:56 16 happened, right?
10:03:58 17     A.   Yes.
10:04:00 18     Q.   When you gave this statement to the
10:04:02 19 New York City Police you didn't discuss this
10:04:02 20 incident with anybody first, right?
10:04:12 21     A.   No, sir.
10:04:14 22     Q.   Tell me at the present time what do
10:04:22 23 you believe to be inaccurate about this
10:04:30 24 statement? Before you answer that question, I
         25 will ask you please to do this for me. Can you

---

Page 23

MICHAEL R. PHILLIPS

10:04:34 1
10:04:36 2 read the statement that was read to you by the
10:04:36 3 New York City Police Department before you signed
10:04:38 4 this document?
10:04:40 5      A.   It was dark.
10:04:42 6      Q.   Can you read it now?
10:04:44 7      A.   Can I read it now?
10:04:44 8      Q.   Can you read it into the record for
10:04:44 9 us?
10:04:48 10     A.   Yes.
10:04:50 11     Q.   And what you're going to read now is
10:04:50 12 what was read to you by the police department
10:04:52 13 before you signed this document?
10:04:52 14     A.   Yes.
10:04:58 15     Q.   Read that, please?
10:05:00 16     A.   "I was Westbound on 37th Street in
10:05:04 17 the right lane, two cars were to my left. I was
10:05:08 18 going to make a left turn on Ninth Avenue. The
10:05:14 19 two cars to my left went straight on Ninth
10:05:18 20 Avenue. At Ninth Avenue. We had the green light
10:05:32 21 as the two cars cleared I began to make may turn
10:05:32 22 and I didn't even see them. I heard the bang and
10:05:32 23 stopped."
10:05:32 24     Q.   Then a place for your signature?
         25     A.   Yes.

---

Page 24

MICHAEL R. PHILLIPS

10:05:34 1
10:05:34 2      Q.   And you signed it at that location?
10:05:36 3      A.   Yes.
10:05:38 4      Q.   And that was signed by you after it
10:05:44 5 was read to you by the police officer?
10:05:48 6      A.   Yes.
10:05:48 7      Q.   What about that statement do you now
10:05:52 8 contend is inaccurate?
10:05:54 9      A.   That the second car that was making --
10:06:00 10 that was going straight had its left blinker on
10:06:00 11 and I had stated it also and it was not put in
10:06:02 12 the report.
10:06:06 13     Q.   Say this again for me?
10:06:10 14     A.   The second car that was to my left
10:06:12 15 that went straight had its left blinker on and it
10:06:14 16 was not put into the report.
10:06:14 17     Q.   Anything else inaccurate about this
10:06:16 18 report?
10:06:18 19     A.   Not to my knowledge right there, no.
10:06:18 20          MR. BUTLER:   The statement part of
10:06:22 21 the report?
10:06:22 22          MR. KAPLEN:   Just what he read into
10:06:22 23 the record.
10:06:30 24          MR. BUTLER:   Yes.
         25     Q.   Now, there is then a series of

---

## Page 25

MICHAEL R. PHILLIPS

10:06:36 1
10:06:40 2     questions and written answers in some boxes under
10:06:40 3     what you just read. Okay, do you see that on
10:06:44 4     this statement?
10:06:44 5       A. Yes.
10:06:48 6       Q. Were those the answers that you gave
10:07:04 7     to the police department at the scene?
10:07:06 8       A. Yes.
10:07:06 9       Q. Were those answers read to you before
10:07:08 10     you signed the bottom of this statement?
10:07:08 11       A. Yes.
10:07:10 12       Q. Are those answers accurate?
10:07:12 13       A. Yes.
10:07:14 14       Q. Anything inaccurate about those
10:07:14 15     answers?
10:07:32 16       A. Not to my knowledge.
10:07:34 17       Q. Since this incident, have you given a
10:07:36 18     written statement to anybody else?
10:07:36 19       A. Yes.
10:07:38 20       Q. Who was that?
10:07:42 21       A. My insurance company.
10:07:42 22       Q. Anybody else in addition to that
10:07:50 23     insurance company?
10:07:52 24       A. Not to my knowledge.
       25       Q. Did you give one written statement --

## Page 26

MICHAEL R. PHILLIPS

10:07:56 1
10:07:58 2       A. Sorry, except for the highway patrol
10:08:00 3     policeman.
10:08:04 4       Q. That is what we just read?
10:08:04 5       A. This was highway patrol or the New
10:08:06 6     York City Police.
10:08:08 7       Q. Did you give more than one statement?
10:08:10 8       A. New York City Police, there is an
10:08:12 9     accident report.
10:08:14 10       MR. BUTLER: The question is did you
10:08:18 11     give a written report.
10:08:20 12       Q. In addition -- let's stop. At the
10:08:22 13     scene, in addition to signing this statement, did
10:08:24 14     you sign any other statement?
10:08:28 15       A. Yes.
10:08:28 16       Q. Was that one statement or more than
10:08:32 17     one statement?
10:08:36 18       A. I don't remember.
10:08:40 19       Q. The additional statement that you
10:08:42 20     signed at the scene, did that have any different
10:08:42 21     information other than what you just read into
10:08:52 22     the record?
10:08:54 23       A. The additional information that I
10:08:58 24     signed was for my insurance provider at home.
       25       Q. So you gave additional information in

## Page 27

MICHAEL R. PHILLIPS

10:08:58 1
10:09:00 2     the statement that you gave at home to someone
10:09:00 3     else?
10:09:00 4       A. Yes.
10:09:04 5       Q. And this statement that you gave to
10:09:06 6     your insurance agent, was this a written
10:09:08 7     statement that you wrote or that somebody else
10:09:08 8     wrote and you signed?
10:09:10 9       A. Someone else wrote and I signed.
10:09:12 10       Q. How many pages was that statement?
10:09:14 11       A. I don't recall.
10:09:16 12       Q. Do you know who took that statement
10:09:16 13     from you?
10:09:18 14       A. Not offhand, no.
10:09:18 15       Q. Do you know what the purpose of that
10:09:20 16     statement was?
10:09:24 17       A. Investigation.
10:09:26 18       Q. When was that statement given?
10:09:28 19       A. I don't recall.
10:09:30 20       MR. KAPLEN: I would ask,
10:09:32 21     Mr. Butler, for a copy of that statement.
10:09:36 22       MR. BUTLER: I believe that that
10:09:36 23     statement falls within both work product and the
10:09:42 24     attorney-client privilege.
       25       Q. In addition to that statement and the

## Page 28

MICHAEL R. PHILLIPS

10:09:44 1
10:09:46 2     statements that you gave at the scene to the
10:09:48 3     police department, have you ever given any
10:09:48 4     written statements to anybody else?
10:09:52 5       A. No.
10:09:52 6       Q. Have you ever given any taped
10:09:52 7     statements to anybody else?
10:09:58 8       A. No.
10:10:02 9       Q. Have you ever revisited this location
10:10:04 10     for the purposes of looking and taking a walk
10:10:04 11     around or anything else in connection with this
10:10:06 12     incident?
10:10:10 13       A. No.
10:10:12 14       Q. Has anybody ever shown you
10:10:14 15     photographers of this location?
       16       A. Of this location?
       17       Q. Yes.
10:10:14 18       A. Yes.
10:10:16 19       Q. Who was that?
10:10:22 20       A. My insurance provider who took the
10:10:22 21     statement. Just the pictures themselves of the
10:10:24 22     location.
10:10:26 23       Q. Did he ask you to mark those pictures
10:10:26 24     in any way to show him different things?
       25       A. No.

8 (Pages 29 to 32)

**Page 29**

```
10:10:30  1           MICHAEL R. PHILLIPS
10:10:32  2      Q.   In addition to that individual from
10:10:36  3   the insurance company showing you any
10:10:36  4   photographs, has anybody else shown you any
10:10:36  5   photographs?
10:10:40  6      A.   No.
10:10:42  7      Q.   Have you ever seen photographs taken
10:10:42  8   by the New York City Police Department?
10:10:44  9      A.   No.
10:10:48 10      Q.   Have you ever seen any photographs
10:10:50 11   that were provided to your attorney by my office
10:10:52 12   concerning this location?
10:11:14 13      A.   No.
10:11:14 14      Q.   At the scene of this incident, did
10:11:14 15   you speak to any witnesses?
10:11:18 16      A.   No.
10:11:18 17      Q.   Do you know if there are any
10:11:18 18   witnesses?
10:11:22 19      A.   Not to my knowledge.
10:11:24 20      Q.   In addition to speaking to police
10:11:24 21   officers at the scene, did you speak to anybody
10:11:24 22   else?
10:11:46 23      A.   No.
10:11:48 24      Q.   Now, did your truck strike Sabina
         25   Paradi?
```

**Page 30**

```
10:11:48  1           MICHAEL R. PHILLIPS
10:11:52  2      A.   I don't know.
10:11:54  3      Q.   Did you hear any sound indicating
10:11:56  4   that your vehicle made contact with an
10:11:58  5   individual?
10:12:02  6      A.   I heard a loud bang.
10:12:02  7      Q.   Was that bang on the right side of
10:12:02  8   your truck or left side?
10:12:04  9      A.   Left side.
10:12:06 10      Q.   Where on the left side was that bang?
10:12:12 11      A.   Left front fender.
10:12:16 12      Q.   Before you heard that bang did you
10:12:18 13   see any pedestrians crossing the intersection of
10:12:18 14   Ninth Avenue and West 37th Street?
10:12:22 15      A.   No.
10:12:24 16      Q.   Did you see any pedestrians standing
10:12:24 17   on any of the corners waiting to cross?
10:12:26 18      A.   No.
10:12:30 19      Q.   Was your visibility of the
10:12:34 20   intersection of West 37th Street and Ninth Avenue
10:12:38 21   obstructed in any way as you were making your
10:12:38 22   turn -- were you making a turn from West 37th
10:12:38 23   Street on to Ninth Avenue?
10:12:40 24      A.   Yes.
         25      Q.   And that would be a left turn?
```

**Page 31**

```
10:12:40  1           MICHAEL R. PHILLIPS
10:12:42  2      A.   Yes.
10:12:46  3      Q.   Was your visibility obstructed in any
10:12:48  4   way while you were making that turn from West
10:12:48  5   37th Street on to Ninth Avenue?
10:13:02  6      A.   Just the weather conditions.
10:13:04  7      Q.   Were you able to see clearly through
10:13:04  8   your front windshield with the windshield wipers
10:13:04  9   operating?
10:13:04 10      A.   Yes.
10:13:04 11      Q.   Your visibility of the curbs weren't
10:13:04 12   obstructed in any way?
10:13:06 13      A.   Besides the slush and ice.
10:13:06 14      Q.   Was it just the slush and ice?
10:13:10 15      A.   Yes.
10:13:14 16      Q.   Was your visibility of the crosswalk
10:13:16 17   itself where people would be walking obstructed
10:13:18 18   in any way? And I don't mean any slush or snow
10:13:20 19   on the ground. You could see clearly?
10:13:20 20      A.   I don't recall. I don't remember.
10:13:34 21      Q.   At the time that you heard this
10:13:36 22   impact with the left front fender of your
10:13:38 23   vehicle, what speed were you traveling at?
10:13:42 24      A.   Approximately three miles an hour.
         25      Q.   Had you completed your turn yet?
```

**Page 32**

```
10:13:42  1           MICHAEL R. PHILLIPS
10:13:46  2      A.   No.
10:13:46  3      Q.   Where on the roadway was your
10:13:50  4   vehicle?
         5      A.   I don't remember. I don't know. I
10:13:54  6   don't know.
10:13:56  7      Q.   Was it on anyway -- let's do this
10:14:00  8   first. I'm going to show you some photographs
10:14:04  9   that we have marked Plaintiff's Exhibit s 1
10:14:08 10   through 6. I ask you to look at these
10:14:10 11   photographs first and then I will ask you some
         12   questions about them. Okay?
10:14:10 13           (Plaintiff's Exhibit 1-6
10:14:16 14   for identification, Photographs.).
10:14:26 15           (Witness reviewing document.)
10:14:26 16      MR. KAPLEN:  Do you want to look at
10:14:28 17   them, Mr. Butler?
10:14:36 18      MR. BUTLER:  Please.
10:14:38 19      MR. KAPLEN:  Those are enlargements
10:14:38 20   of the photographs that I previously provided to
10:14:56 21   you.
10:15:38 22      Q.   Could you just flip through those
10:15:38 23   pictures, and I'm going to be asking you
10:15:42 24   questions about these photographs. I don't want
         25   you to think I'm crazy, but we have to do this in
```

Page 33

MICHAEL R. PHILLIPS

10:15:44  1
10:15:46  2   a certain way under our legal proceedings. I
10:15:48  3   show you what is marked as Plaintiff's Exhibit 1
10:15:50  4   for identification and ask you if you recognize
10:15:52  5   this, what is depicted on that photo?
10:15:54  6      A.  Yes.
10:15:56  7      Q.  Can you tell us, please?
10:16:00  8      A.  West 37th Street and Ninth Avenue.
10:16:02  9      Q.  Is that a fair and accurate depiction
10:16:04 10   of this location as it existed at the time of
10:16:04 11   this incident on February 25th?
10:16:06 12      A.  No.
10:16:10 13      Q.  In what way is it different?
10:16:12 14      A.  The weather, it was snowing, roads
10:16:14 15   were not clear and it was dark.
10:16:16 16      Q.  Other than that, is the geographic
10:16:20 17   depiction accurate?
10:16:26 18      A.  Yes, geographically, yes.
10:16:28 19      Q.  Can you tell us Plaintiff's Exhibit 2
10:16:30 20   except for the weather conditions and the fact
10:16:34 21   that this was taken in the daytime rather than
10:16:38 22   evening is also a fair and accurate depiction of
10:16:40 23   this location of Ninth Avenue and West 37th
10:16:54 24   Street as it existed on February 25th of 2007?
         25      A.  Yes, whatever the road conditions

Page 34

MICHAEL R. PHILLIPS

10:16:56  1   there are, I don't know.
10:16:58  2
10:17:00  3      Q.  Understanding that all of those
10:17:04  4   pictures that I'm going to show you were taken in
10:17:06  5   daylight and understanding that it was snowing
10:17:10  6   that night, I will ask you to look at each one of
10:17:14  7   these to tell me if each one of these is a fair
10:17:18  8   and accurate depiction of this intersection as it
10:17:20  9   appeared on February 25th. Exhibit 3, fair and
10:17:24 10   accurate depiction?
10:17:26 11      A.  Yes.
10:17:30 12      Q.  Exhibit 4?
10:17:32 13      A.  Yes.
10:17:42 14      Q.  Exhibit 5?
10:17:42 15      A.  Yes.
10:17:50 16      Q.  Exhibit 6?
10:17:56 17      A.  Yes.
10:18:00 18      Q.  Now, looking at Exhibit No. 6, we are
10:18:02 19   looking at a view of Ninth Avenue going
10:18:02 20   southbound?
10:18:06 21      A.  Yes.
10:18:06 22      Q.  And that would be the street that you
10:18:08 23   would be turning on to?
10:18:16 24      A.  Yes, sir.
         25      Q.  Looking at this photo, Exhibit 6, can

Page 35

MICHAEL R. PHILLIPS

10:18:22  1
10:18:26  2   you tell us, please, or point to me, please,
10:18:36  3   where your vehicle was when you heard this
10:18:42  4   sound? And if you could put a X at that spot.
          5      A.  I don't know. I don't know. I don't
10:18:52  6   know.
10:18:52  7      Q.  You were in the process of making the
10:18:54  8   turn?
10:18:56  9      A.  Yes.
10:19:04 10      Q.  And Ninth Avenue at this location has
10:19:06 11   five lanes for moving traffic, okay. Two of
10:19:10 12   those being on the right and those would be the
10:19:12 13   lanes for turning into the Lincoln Tunnel?
10:19:14 14      A.  Yes.
10:19:14 15      Q.  Was it your intent to get into one of
10:19:18 16   these two right lanes as you were making your
10:19:24 17   turn?
10:19:28 18      A.  Yes.
10:19:32 19      Q.  When you made your left turn on to
10:19:34 20   Ninth Avenue, did you get on to Ninth Avenue in
10:19:36 21   any location other than these two right lanes?
10:19:38 22      A.  I don't know.
10:19:40 23      Q.  I'm asking you --
10:19:44 24      A.  I don't know. I don't know. When I
         25   turned left I started approaching left and I

Page 36

MICHAEL R. PHILLIPS

10:19:46  1
10:19:48  2   heard the bang. I don't know what position my
10:19:52  3   truck was in, whether it was in the two right
10:19:52  4   lanes approaching the Lincoln Tunnel or in the
10:19:54  5   middle approach, I don't know.
10:19:58  6      Q.  You could have been in the third lane
10:19:58  7   or fourth lane or any lane for that matter, you
10:20:00  8   just don't know?
10:20:14  9      A.  I don't know.
10:20:16 10      Q.  As you were making that turn, did you
10:20:24 11   observe any pedestrians standing in the location
10:20:26 12   where the H&R Block office is located?
10:20:26 13      A.  I don't know. I did not see anyone
10:20:30 14   there.
10:20:32 15      Q.  And -- I'm going to show you --
         16      A.  If there was anyone there, I don't
10:20:34 17   know.
10:20:40 18      Q.  I show you Exhibit 3, and would that
10:20:42 19   be the view as you were making your left turn?
10:20:46 20      A.  Yes.
10:20:48 21      Q.  And again you see the H&R Block
10:20:48 22   location?
10:20:50 23      A.  Yes.
10:20:54 24      Q.  And that would be on the side of the
         25   street where the two right turning lanes would be

|  | Page 37 |
|---|---|
| 10:20:54 1 | MICHAEL R. PHILLIPS |
| 10:20:56 2 | for the tunnel? |
| 10:20:58 3 | A.  Yes. |
| 10:21:00 4 | Q.  And as you were making your turn, do |
| 10:21:00 5 | you know if any pedestrians were standing on that |
| 10:21:02 6 | corner? |
| 10:21:04 7 | A.  I don't know. |
| 10:21:10 8 | Q.  Before you started making your turn, |
| 10:21:12 9 | did you see any pedestrians crossing Ninth Avenue |
| 10:21:12 10 | either westbound or eastbound? |
| 10:21:14 11 | A.  No. |
| 10:21:14 12 | Q.  No, you didn't or no, you don't |
| 10:21:16 13 | recall? |
| 10:21:26 14 | A.  No, I did not see anyone crossing. |
| 10:21:30 15 | Q.  Plaintiff's Exhibit 4, is that |
| 10:21:34 16 | another view of West 37th Street in the direction |
| 10:21:36 17 | that you were traveling as you were approaching |
| 10:21:38 18 | this intersection of Ninth Avenue? |
| 10:21:48 19 | A.  Yes, it is. |
| 10:21:52 20 | Q.  Is Plaintiff's Exhibit 1 another view |
| 10:21:54 21 | of the direction that you were traveling on West |
| 10:21:56 22 | 37th Street as you were approaching Ninth Avenue? |
| 10:22:00 23 | A.  Yes. |
| 10:22:04 24 | Q.  And Exhibit 2 would be the view of |
| 25 | someone who was standing by the H&R Block |

|  | Page 38 |
|---|---|
| 10:22:08 1 | MICHAEL R. PHILLIPS |
| 10:22:18 2 | location looking on down West 37th Street? |
| 10:22:20 3 | A.  Yes. |
| 10:22:24 4 | Q.  The sound that you heard, I'm sorry, |
| 10:22:24 5 | was that a loud sound, light sound, what kind of |
| 10:22:24 6 | sound? |
| 10:22:28 7 | A.  Loud. |
| 10:22:28 8 | Q.  Can you mimic that kind of sound for |
| 10:22:28 9 | us? |
| 10:22:30 10 | A.  No. |
| 10:22:32 11 | Q.  Did you understand what that sound |
| 10:22:36 12 | was after you heard it? |
| 10:22:42 13 | A.  That either someone hit my truck with |
| 10:22:44 14 | a car or someone's hands laid on my car, my truck |
| 10:22:46 15 | fender. |
| 10:22:48 16 | Q.  Just prior to hearing that sound, did |
| 10:22:50 17 | you see anyone crossing in front of your truck |
| 10:22:52 18 | either from the right or from the left? |
| 10:23:26 19 | A.  No. |
| 10:23:28 20 | Q.  After you heard that sound, what did |
| 10:23:30 21 | you do in regard to the operation of your truck? |
| 10:23:32 22 | A.  I stopped it immediately.  Put the |
| 10:23:34 23 | emergency brake on and got out of my truck to see |
| 10:23:36 24 | what the noise was from. |
| 25 | Q.  And what did you see? |

|  | Page 39 |
|---|---|
| 10:23:42 1 | MICHAEL R. PHILLIPS |
| 10:23:44 2 | A.  I saw a young woman laying down on |
| 10:23:46 3 | Ninth Avenue. |
| 10:23:48 4 | Q.  Where was she in relationship to this |
| 10:23:48 5 | crosswalk? |
| 10:23:50 6 | A.  I don't know. |
| 10:23:50 7 | Q.  Was she in the crosswalk? |
| 10:23:52 8 | A.  I don't know. |
| 10:23:54 9 | Q.  Why don't you know? |
| 10:23:58 10 | A.  Because of the street conditions, the |
| 11 | road conditions, I don't know.  Slush.  I don't |
| 10:24:00 12 | know. |
| 10:24:02 13 | Q.  Did this happen in the middle of the |
| 10:24:04 14 | street somewhere or near somewhere in the |
| 10:24:06 15 | vicinity of the crosswalk? |
| 16 | A.  It could have been in the vicinity. |
| 10:24:12 17 | I don't know. |
| 10:24:14 18 | Q.  How far in your turn were you when |
| 10:24:22 19 | you heard this sound? |
| 10:24:24 20 | A.  Maybe three quarters of the way in. |
| 10:24:28 21 | Maybe. |
| 10:24:30 22 | Q.  Was anybody by this young woman that |
| 10:24:30 23 | you saw on the ground? |
| 10:24:30 24 | A.  Yes. |
| 25 | Q.  Who was that? |

|  | Page 40 |
|---|---|
| 10:24:32 1 | MICHAEL R. PHILLIPS |
| 10:24:34 2 | A.  A young man. |
| 10:24:34 3 | Q.  And did you ever speak to that young |
| 10:24:36 4 | man? |
| 10:24:40 5 | A.  No. |
| 10:24:40 6 | Q.  Did you have any words to say with |
| 10:24:44 7 | him at all? |
| 10:24:44 8 | A.  No, my reaction was oh, my God, what |
| 10:24:48 9 | happened here.  That was it. |
| 10:24:50 10 | Q.  This young lady on the ground, what |
| 10:24:58 11 | did you observe about her conditions? |
| 10:25:00 12 | A.  I didn't.  She was lying there and |
| 10:25:02 13 | there were a lot of people and I didn't.  I was |
| 10:25:04 14 | asked to step away. |
| 10:25:04 15 | Q.  There were a lot people as soon as |
| 10:25:10 16 | you got out of your truck? |
| 10:25:14 17 | A.  The police van showed up, with plain |
| 10:25:14 18 | clothes police, New York City Police right there |
| 10:25:16 19 | on the spot. |
| 10:25:16 20 | Q.  Before or after you got out of your |
| 10:25:18 21 | truck? |
| 10:25:18 22 | A.  After. |
| 10:25:22 23 | Q.  I'm asking when you got out of your |
| 10:25:24 24 | truck and you walked around and saw this girl on |
| 25 | the ground, in addition to the young man that was |

| | |
|---|---|
| **Page 41** | **Page 43** |

**Page 41**

MICHAEL R. PHILLIPS

10:25:30 1
10:25:30 2  with her, was there anybody else there at that
10:25:30 3  moment?
10:25:36 4     A.  I don't know.
10:25:36 5     Q.  How soon did the police van show up?
10:25:40 6     A.  Within seconds.
10:25:42 7     Q.  Do you know who called the police van
10:25:44 8  or if anybody called them?
10:25:46 9     A.  I don't believe anybody did.  I think
10:25:48 10  it was coincidence that they were there.
10:25:48 11     Q.  Did you observe this girl on the
10:25:48 12  ground moving in any way?
10:25:52 13     A.  I did not.
10:25:52 14     Q.  Did you hear any sounds?
10:25:56 15     A.  No.
10:25:58 16     Q.  After you observed this girl on the
10:26:02 17  ground, what if anything did you do next?
10:26:04 18     A.  I was asked to step to the sidewalk
10:26:06 19  away from the incident.
10:26:06 20     Q.  Who asked you to do that?
10:26:08 21     A.  The New York City Police.
10:26:08 22     Q.  Did you do that?
10:26:10 23     A.  Yes.
10:26:10 24     Q.  Did you ever return to observe this
25  girl?

**Page 42**

MICHAEL R. PHILLIPS

10:26:10 1
10:26:14 2     A.  No.
10:26:16 3     Q.  Did you ever speak to her or the
10:26:16 4  young man that she was with?
10:27:00 5     A.  No.
10:27:02 6     Q.  Did you observe whether this girl
10:27:06 7  that you saw on the ground had any bags or
8  packages, umbrellas, anything else with her at
10:27:08 9  that time?
10:27:10 10     A.  I don't know.  I did not.
10:27:10 11     Q.  Do you know if the young man that she
10:27:14 12  was with did?
10:27:20 13     A.  All I know is that he had very dark
10:27:24 14  clothes on, what I had seen of him when he stood
10:27:26 15  up overlooking his friend and I seen an umbrella
10:27:28 16  behind him in the middle of Ninth Avenue.
10:27:30 17     Q.  Did you observe the kind of clothes
10:27:32 18  that the girl was wearing?
10:27:34 19     A.  She had light slacks on and I don't
10:27:40 20  know what she was wearing on top because they
10:28:04 21  were trying to keep her warm with other coats.
10:28:04 22     Q.  Now, while you were traveling on West
10:28:08 23  37th Street approaching this intersection of
10:28:10 24  Ninth Avenue, did you observe a traffic light?
25     A.  Yes.

**Page 43**

MICHAEL R. PHILLIPS

10:28:12 1
10:28:14 2     Q.  Is there a traffic light controlling
3  this intersection of Ninth Avenue and 37th
10:28:16 4  Street?
10:28:18 5     A.  Yes.
10:28:24 6     Q.  As you approached this intersection
10:28:24 7  in the direction that you were proceeding on West
10:28:26 8  37th Street, that would be westbound?
10:28:28 9     A.  Yes.
10:28:28 10     Q.  Did you observe the color of the
10:28:28 11  traffic signal?
10:28:30 12     A.  Yes.
10:28:32 13     Q.  What color was it?
10:28:36 14     A.  Red.
10:28:38 15     Q.  Did you stop your vehicle because of
10:28:40 16  this red signal before you proceeded to make your
10:28:40 17  turn?
10:28:44 18     A.  Yes.
10:28:46 19     Q.  When you stopped your vehicle, were
10:28:46 20  there any cars in front of you?
10:28:50 21     A.  No.
10:28:54 22     Q.  And you would be the first car then
10:28:54 23  at this intersection of West 37th Street and
10:29:02 24  Ninth Avenue?
25     A.  In the right lane, yes.

**Page 44**

MICHAEL R. PHILLIPS

10:29:04 1
10:29:04 2     Q.  You were intending to make a left
10:29:04 3  turn from the right lane?
10:29:06 4     A.  Yes.
10:29:10 5     Q.  How long were you stopped there with
10:29:10 6  the light being red before it turned to green?
10:29:12 7     A.  I don't know.
10:29:14 8     Q.  When you were stopped in this
10:29:16 9  right-hand lane of West 37th Street at the
10:29:18 10  intersection of Ninth Avenue, were there any cars
10:29:20 11  in the lane immediately to your left?
10:29:22 12     A.  Yes.
10:29:22 13     Q.  And they were also stopped at this
10:29:22 14  light?
10:29:24 15     A.  Yes.
10:29:26 16     Q.  Were there any cars behind you in the
10:29:26 17  right lane?
10:29:32 18     A.  I don't know.
10:29:36 19     Q.  Now, if you were intending to make a
10:29:38 20  left turn on to Ninth Avenue, can you tell me why
10:29:42 21  you were in the right-hand lane as opposed to
10:29:44 22  being in the left-hand lane while you were
10:29:46 23  stopped at this intersection?
10:29:50 24     A.  Yes.  The two cars that were to my
25  left, one car, the first car proceeded across

12 (Pages 45 to 48)

Page 45

```
10:29:54  1        MICHAEL R. PHILLIPS
10:29:58  2   Ninth Avenue, the second car had its left blinker
10:30:00  3   on proceeding to go in the Lincoln Tunnel, I
10:30:02  4   presume and I proceeded to follow him, but that
10:30:04  5   car decided to go straight.
10:30:08  6        Q.   That is not the question I'm asking.
10:30:12  7        A.   It's a common of traffic flow.
10:30:12  8        Q.   You understand, sir, that to make a
10:30:14  9   left turn --
10:30:16 10        A.   Yes.
10:30:20 11        Q.   -- from a street within the City of
10:30:24 12   New York you should be in the left lane of the
10:30:26 13   flow of traffic, do you understand that?
10:30:26 14        MR. BUTLER:   Note my objection as
10:30:28 15   far as that question.
10:30:36 16        Q.   You can answer that question?
10:30:36 17        A.   Yes.
10:30:38 18        Q.   You understood that to be the law?
10:30:40 19        A.   No.
10:30:42 20        MR. BUTLER:   Note my objection to
10:30:42 21   any questions along those lines.
10:30:48 22        Q.   Understanding that you were supposed
10:30:50 23   to be in the left-hand lane of West 37th Street
10:30:52 24   to make the left turn, why were you not in the
         25   left lane but in the right lane?
```

Page 46

```
10:30:54  1        MICHAEL R. PHILLIPS
10:30:56  2        MR. BUTLER:   Note my objection to
10:31:00  3   the form of the question.  You may answer it.
10:31:06  4        A.   Because of the weather conditions.
10:31:08  5   Safer to drive a wide turn instead of a narrow
10:31:08  6   short turn to get across Ninth Avenue because of
10:31:10  7   the weather conditions.
10:31:14  8        Q.   What about the weather conditions
10:31:14  9   made it safer the way that you intended to make
10:31:16 10   the turn?
10:31:20 11        A.   So my truck would not slip around
10:31:24 12   instead of making a sharp left turn into and make
10:31:26 13   a quick turn into the Lincoln Tunnel. It's a
10:31:30 14   nice wide turn so the rear end of my truck
10:31:30 15   wouldn't slide out because of the road
10:31:32 16   conditions.
10:31:38 17        Q.   While you were stopped at this
10:31:42 18   traffic light, did anybody cross in front of your
10:31:46 19   vehicle crossing West 37th Street either going
10:31:46 20   northbound or southbound?
10:31:52 21        A.   I don't know. I don't recall.
10:31:54 22        Q.   While you stopped at this traffic
10:32:00 23   light, did you observe any pedestrians crossing
10:32:04 24   West 37th Street on either the northbound --
         25   crossing Ninth Avenue either on the northbound
```

Page 47

```
10:32:08  1        MICHAEL R. PHILLIPS
10:32:08  2   side of West 37th Street or the southbound side
10:32:10  3   of West 37th Street?
10:32:18  4        A.   I did not see any, no.
10:32:18  5        Q.   Did you see any pedestrians walking
10:32:18  6   in that area that night?
10:32:30  7        A.   I don't remember.
10:32:34  8        Q.   After the light turned green the car
10:32:34  9   that was immediately to your left, what did that
10:32:38 10   vehicle do?
10:32:38 11        A.   It went straight across Ninth Avenue.
10:32:42 12        Q.   Did that vehicle turn?
10:32:42 13        A.   The other vehicle did not turn.
10:32:44 14        Q.   The first car?
10:32:46 15        A.   Did not turn, it went straight.
10:32:48 16        Q.   Did that first vehicle -- was this a
10:32:48 17   car or truck?
10:32:50 18        A.   It was a car.
10:32:52 19        Q.   Did that first vehicle have its
10:32:52 20   signal light on?
10:33:02 21        A.   No.
10:33:06 22        Q.   Did you start moving at the same time
10:33:08 23   as this first vehicle -- that this first vehicle
10:33:08 24   to your left after the light turned green?
         25        A.   No.
```

Page 48

```
10:33:12  1        MICHAEL R. PHILLIPS
10:33:12  2        Q.   Who moved first?
10:33:14  3        A.   The car moved first.
10:33:16  4        Q.   The car to your left?
10:33:20  5        A.   Yes.
10:33:22  6        Q.   And how far did that car get through
10:33:28  7   this intersection before you started to move?
10:33:30  8        A.   Approximately four feet.
10:33:30  9        Q.   And then you started to move?
10:33:32 10        A.   Yes.
10:33:34 11        Q.   And then there is a car behind that
10:33:34 12   car on your left?
10:33:36 13        A.   Yes.
10:33:36 14        Q.   Was that a car or truck?
10:33:38 15        A.   It was a car.
10:33:40 16        Q.   And did you see that car start to
10:33:40 17   move before you started to move?
10:33:42 18        A.   Yes.
10:33:44 19        Q.   And did that car have its signal on?
10:33:46 20        A.   Yes.
10:33:46 21        Q.   Was that its left signal on?
10:33:48 22        A.   Yes.
10:33:48 23        Q.   Did that car turn on to Ninth Avenue?
10:33:54 24        A.   No.
         25        Q.   Did you wait until that car proceeded
```

Page 49

MICHAEL R. PHILLIPS

10:33:56 1
10:33:56 2  past you before you began to make your turn?
10:33:58 3      A.  Yes.
10:34:00 4      Q.  And as that car was proceeding past
10:34:00 5  you, were you moving or stopped?
10:34:06 6      A.  I was stopped.
10:34:08 7      Q.  What was your intent at being stopped
10:34:10 8  at that moment?
10:34:10 9      A.  Waiting for the cars to clear so
10:34:12 10  there would be no accidents.
10:34:16 11      Q.  Waiting for both of these cars on
10:34:18 12  your left to proceed in front of you and then you
10:34:20 13  would make this left turn behind them?
10:34:24 14      A.  Yes.
10:34:24 15      Q.  And did they both proceed in front of
10:34:28 16  you?
10:34:32 17      A.  Yes.
10:34:36 18      Q.  Did they both clear the intersection
10:34:38 19  of Ninth Avenue and West 37th Street before you
10:34:38 20  began to make your left turn?
10:34:42 21      A.  No.
10:34:42 22      Q.  Did either one of these vehicles --
10:34:44 23      A.  I don't recall.
10:34:50 24      Q.  Where was this second vehicle in
10:34:50 25  relationship to this intersection when you began

Page 50

MICHAEL R. PHILLIPS

10:34:50 1  to work your left turn?
10:34:54 2
10:35:04 3      A.  I don't know. I don't know.
10:35:08 4      Q.  If we look at the roadway of Ninth
10:35:12 5  Avenue and West 37th Street, Plaintiff's Exhibit
10:35:16 6  6, can you point to us where the second vehicle
10:35:16 7  would have been when you began to make your left
10:35:24 8  turn?
10:35:28 9      A.  I don't know. I don't know.
10:35:28 10      Q.  And that would be the same by looking
10:35:34 11  at any of the pictures?
10:35:34 12      A.  Yes, it would be. Just, I don't
10:35:42 13  know.
10:35:46 14      Q.  Looking at Plaintiff's Exhibit 1,
10:35:48 15  that would be West 37th Street in the direction
10:35:48 16  that you were traveling?
10:35:50 17      A.  Yes.
10:35:50 18      Q.  And that shows the two lanes of
10:35:52 19  traffic?
10:35:52 20      A.  Yes.
10:35:54 21      Q.  That we just discussed?
10:35:56 22      A.  Yes.
10:35:58 23      Q.  Could you put a checkmark in the lane
10:36:00 24  that your vehicle was in while you were stopped
10:36:00 25  at this traffic light?

Page 51

MICHAEL R. PHILLIPS

10:36:00 1
10:36:08 2      A.  Yes.
10:36:10 3      (Witness complies.)
10:36:12 4      Q.  You put an X there?
10:36:12 5      A.  Yes.
10:36:14 6      Q.  I asked you --
10:36:16 7      A.  Is that what you asked me to do?
10:36:20 8      Q.  I asked you to make a checkmark, but
10:36:20 9  I need the record to reflect what you put. You
10:36:20 10  put an X there?
10:36:22 11      A.  Yes.
10:36:24 12      Q.  And that depicts the location that
10:36:24 13  you were stopped at this light?
10:36:26 14      A.  Yes.
10:36:26 15      Q.  And that is on Plaintiff's Exhibit 1?
10:36:28 16      A.  Yes.
10:36:30 17      MR. BUTLER:  It depicts the lane.
10:36:32 18      MR. KAPLEN:  The lane, okay.
10:36:38 19      Q.  Did you understand that when this
10:36:40 20  light turned green for the flow of traffic on
10:36:44 21  West 37th Street, that if there were any
10:36:48 22  pedestrians waiting to cross Ninth Avenue they
10:36:48 23  would also have a green signal in their favor?
10:36:52 24      A.  Yes.
10:36:52 25      Q.  And you understand that pedestrians

Page 52

MICHAEL R. PHILLIPS

10:36:54 1
10:36:56 2  crossing Ninth Avenue would have the right of way
10:36:56 3  over your vehicle?
10:36:58 4      A.  Yes.
10:37:02 5      Q.  And you understand that it was your
10:37:06 6  obligation to yield to those pedestrians who were
10:37:10 7  crossing Ninth Avenue in either going westbound
10:37:14 8  or eastbound, you had an obligation to yield the
10:37:16 9  right of way to those pedestrians?
10:37:18 10      A.  Yes.
10:37:20 11      Q.  While you were in the process of
10:37:24 12  making this left turn, did you anticipate that
10:37:26 13  there might be any pedestrians crossing Ninth
10:37:28 14  Avenue at this location?
10:37:30 15      A.  Yes, I stopped when the second car
10:37:30 16  proceeded to go forward and I didn't see anyone
10:37:34 17  in the crosswalks at all.
10:37:36 18      Q.  Did you look left as well as right.
10:37:38 19      A.  I looked left, right, forward.
10:37:40 20      Q.  In addition to walking in the
10:37:40 21  crosswalk itself did you look on the curb?
10:37:44 22      A.  No.
10:37:44 23      Q.  So you don't know if there were any
10:37:44 24  pedestrians on the curb?
10:37:44 25      A.  I have no idea, I don't know.

Page 53

MICHAEL R. PHILLIPS

10:37:48  1
10:37:50  2     Q.   As you were making your turn, did you
10:37:52  3  continue to look to see if there were any
10:37:56  4  pedestrians in the crosswalk either crossing
10:37:58  5  Ninth Avenue westbound or crossing Ninth Avenue
10:37:58  6  crossing eastbound?
10:38:00  7     A.   I didn't see any.
10:38:00  8     Q.   You looked?
10:38:02  9     A.   I looked.
10:38:02 10     Q.   And you didn't see anybody crossing
10:38:02 11  either way?
10:38:06 12     A.   No, sir.
10:38:08 13     Q.   And that was -- and you kept looking
10:38:08 14  until you heard this bang?
10:38:10 15     A.   Yes.
10:38:12 16     Q.   And you never saw anybody?
10:38:14 17     A.   Never saw a person.
10:38:16 18     Q.   Never saw anybody walking in the
10:38:16 19  crosswalk anywhere?
10:38:18 20     A.   No.
10:38:20 21     Q.   Did you see anybody walking outside
10:38:20 22  of the crosswalk crossing Ninth Avenue?
10:38:44 23     A.   No.
10:38:48 24     Q.   As you were looking anticipating that
        25  there might be pedestrians crossing Ninth Avenue,

Page 54

MICHAEL R. PHILLIPS

10:38:50  1
10:38:56  2  was your view obstructed in any way?
10:39:06  3     A.   No, not to my knowledge, no.
10:39:08  4     Q.   Other than this evening did you take
10:39:08  5  any special precautions of any kind because of
10:39:10  6  the road or weather conditions?
10:39:12  7     A.   Yes.
10:39:12  8     Q.   What special precautions did you
10:39:14  9  take?
10:39:18 10     A.   Driving slow, carefully making sure
10:39:20 11  that everything was working on my truck safely.
10:39:24 12  Make sure that the windows were not fogged up.
10:39:28 13  Everything was clear, clean, the snow was off my
10:39:32 14  truck, the outside review mirrors were wiped
10:39:36 15  down, the windshield, back window and the back of
10:39:40 16  my truck was wiped down clear of any snow debris.
10:39:42 17     Q.   Was your windshield clear of snow
10:39:42 18  debris as you were making this turn?
10:39:50 19     A.   Yes, it was.
10:39:54 20     Q.   One of the questions that was asked
10:40:00 21  of you at the scene was what was the cause of the
10:40:02 22  accident and in parentheses it says as part of
10:40:04 23  that answer "the other two cars that went
10:40:12 24  straight".
        25     A.   Yes.

Page 55

MICHAEL R. PHILLIPS

10:40:14  1
10:40:20  2     Q.   What manner do you claim that these
10:40:22  3  two cars that went straight were in some way a
10:40:24  4  cause of this accident?
10:40:24  5     A.   The second car because it had its
10:40:28  6  left blinker and I was watching the car to
10:40:30  7  proceed to make a left and he did not and he
10:40:32  8  proceed to go straight away.
10:40:34  9     Q.   How in your opinion was that a cause
10:40:36 10  of you striking a pedestrian?
10:40:38 11     MR. BUTLER:   Note my objection to
10:40:40 12  the form of the question.
10:40:42 13     Q.   How was that in your opinion a cause
10:40:46 14  of this incident taking place?
10:40:50 15     A.   Stopping quickly, watching the second
10:40:52 16  car go and not seeing anybody in the crosswalk or
10:40:58 17  anywhere around my truck.
10:41:00 18     Q.   What do you mean stopping quickly?
10:41:04 19     A.   Because the second car looked like it
10:41:08 20  was making a left turn and it went straight
10:41:12 21  instead, so as I was proceeding assuming that the
10:41:14 22  car, the second car was going to make a left, so
10:41:16 23  I had to stop the truck to let that car past and
10:41:18 24  I proceeded to go and I heard the loud bang.
        25     Q.   After you began to move to make this

Page 56

MICHAEL R. PHILLIPS

10:41:22  1
10:41:22  2  left turn, there came a point in time that you
10:41:24  3  stopped your vehicle?
10:41:26  4     A.   Yes.
10:41:28  5     Q.   Where was your vehicle in
10:41:28  6  relationship to this intersection when you
10:41:28  7  stopped it?
10:41:32  8     A.   I don't know.
10:41:34  9     Q.   Were you in any way into Ninth Avenue
10:41:34 10  already?
10:41:38 11     A.   Yes, partially Ninth Avenue.
10:41:48 12     Q.   How many lanes of Ninth Avenue did
10:41:48 13  you traverse when you stopped your vehicle?
10:41:48 14     A.   I don't know.
10:41:48 15     Q.   Was it at least one lane?
10:41:48 16     A.   Yes.
10:41:48 17     Q.   At least two lanes?
10:41:48 18     A.   Possibly.
10:41:50 19     Q.   Why did you stop your vehicle?
10:41:54 20     A.   To let the second car go because I
10:41:54 21  realized that he was not making a left turn on to
10:41:56 22  Ninth Avenue.
10:41:56 23     Q.   When you stopped your vehicle, did
10:41:58 24  you have a clear visibility of this intersection?
        25     A.   No.

Page 57

MICHAEL R. PHILLIPS

10:42:00 1
10:42:02 2    Q.   In what way was your view --
10:42:04 3    A.   Snow --
10:42:10 4    Q.   Let me finish my question. In what
10:42:10 5  way was your view of this intersection obstructed
10:42:12 6  when you stopped?
10:42:14 7    A.   The snow, the weather, snowing very
10:42:16 8  heavy, visibility was not great, but it was
10:42:18 9  passable.
10:42:20 10   Q.   Before you began to move again, did
10:42:20 11  you take a look to your left?
10:42:22 12   A.   I don't know.
10:42:26 13   Q.   Did you take a look to your right?
        14    A.   I was making a left-hand turn, I
10:42:30 15  don't know.
10:42:34 16   Q.   You understand the pedestrians could
10:42:36 17  be crossing Ninth Avenue from either your left or
10:42:36 18  your right before you again proceeded to move?
10:42:38 19   A.   Yes.
10:42:40 20   Q.   And you understood that these
10:42:40 21  pedestrians would have the right of way?
10:42:42 22   A.   Yes.
10:42:44 23   Q.   And they would also be having a green
10:42:44 24  light?
        25    A.   Yes.

Page 58

MICHAEL R. PHILLIPS

10:42:46 1
10:42:46 2    Q.   And you don't know if you looked to
10:42:46 3  see them?
10:42:48 4    A.   I did not see anyone.
10:42:52 5    Q.   Did you look?
10:42:54 6    A.   I don't know if I looked or not.
10:42:56 7    Q.   So you don't know if you saw anybody
10:42:56 8  because you don't remember if you looked?
10:42:58 9    A.   I did not see anyone.
10:42:58 10   MR. BUTLER:  Note my objection to
10:43:04 11  the form of the question.
10:43:08 12   Q.   When you started again to move after
10:43:14 13  you stopped for this vehicle who what is not
10:43:16 14  making its left turn, where were you looking?
10:43:20 15   A.   Looking straight away toward the
10:43:24 16  entrance to the Lincoln Tunnel.
10:43:26 17   Q.   At any time while your vehicle was
10:43:28 18  moving, did you skid?
10:43:30 19   A.   No.
10:43:34 20   Q.   When you applied your brake to stop
10:43:38 21  for this vehicle who you said you anticipated
        22  making this left turn, did your vehicle skid in
10:43:38 23  any way?
10:43:42 24   A.   No.
        25    Q.   Did you have any problem stopping

Page 59

MICHAEL R. PHILLIPS

10:43:42 1
10:43:42 2  your vehicle?
10:43:48 3    A.   No.
10:43:50 4    Q.   After you began moving again after
10:43:58 5  you stopped for this other vehicle, how far did
10:44:02 6  your vehicle travel before you heard this sound?
        7    A.   Maybe five feet, six feet, maybe. I
10:44:06 8  don't know.
        9    Q.   Did you have your foot on the gas in
10:44:06 10  any way?
10:44:08 11   A.   Very little, yes.
10:44:10 12   Q.   What speed were you going?
10:44:36 13   A.   Approximately three miles an hour.
10:44:38 14   Q.   After you heard the sound in front of
10:44:38 15  your vehicle, did you ever sound your horn?
10:44:42 16   A.   No.
10:44:44 17   Q.   Did you ever attempt to apply your
10:44:44 18  brakes before you heard the sound?
10:44:48 19   A.   No.
10:44:50 20   Q.   After you came -- I know you came to
10:44:50 21  a stop so you had to apply your brakes and you
10:44:52 22  started moving again?
10:44:52 23   A.   Yes.
10:44:56 24   Q.   From the time you started moving
        25  again until you heard this sound, did you ever

Page 60

MICHAEL R. PHILLIPS

10:44:58 1
10:44:58 2  attempt to stop again?
10:45:32 3    A.   No.
10:45:36 4    Q.   From the time that you left the
10:45:42 5  accident scene, did you ever attempt to ascertain
10:45:42 6  that the condition of this girl that you saw on
10:45:44 7  this ground?
10:45:44 8    A.   I have asked and I got no response
10:45:48 9  from anyone.
10:45:48 10   Q.   From who?
10:45:50 11   A.   I asked the police and they didn't
10:45:52 12  give me any response.
10:45:52 13   Q.   Was that that same day or some other
10:45:54 14  day?
10:45:58 15   A.   It was the same night after they had
10:46:00 16  taken her to the hospital.
10:46:00 17   Q.   Did you accompany the police
10:46:00 18  anyplace?
10:46:04 19   A.   No.
10:46:04 20   Q.   Where did you go from the scene?
10:46:06 21   A.   I went home.
10:46:06 22   Q.   After you went home, did you ever
10:46:10 23  attempt to ascertain the condition of this girl?
10:46:14 24   A.   Not when I got home that night, no.
        25    MR. BUTLER:  Note my objection to

Page 61

| | | |
|---|---|---|
| 10:46:16 | 1 | MICHAEL R. PHILLIPS |
| 10:46:16 | 2 | the form of these questions. You may answer |
| 10:46:22 | 3 | them. |
| 10:46:22 | 4 | Q. At any time after you went home, did |
| 10:46:24 | 5 | you ever attempt to ascertain the condition of |
| 10:46:24 | 6 | this girl? |
| 10:46:30 | 7 | A. No. |
| 10:46:32 | 8 | Q. When you saw this girl on the ground, |
| 10:46:34 | 9 | did you observe her bleeding from anyplace? |
| 10:46:42 | 10 | A. I did not. |
| 10:46:44 | 11 | Q. What if anything did you observe the |
| 10:46:46 | 12 | person that she was with saying? |
| 10:46:48 | 13 | A. Pardon? |
| 10:46:50 | 14 | Q. The person that she was with, this |
| 10:46:56 | 15 | young man, what if anything did you hear him say? |
| 10:47:14 | 16 | A. I did not hear him say anything. |
| 10:47:20 | 17 | Q. Before you heard the sound on the |
| 10:47:22 | 18 | left front side of your vehicle, did you see |
| 10:47:24 | 19 | anybody at all crossing in front of your vehicle |
| 10:47:24 | 20 | from right to left? |
| 10:47:30 | 21 | A. No. |
| 10:47:30 | 22 | MR. KAPLEN: Thank you, I have no |
| 10:47:30 | 23 | further questions. |
| 10:47:36 | 24 | MR. BUTLER: Thank you. |
| | 25 | THE VIDEOGRAPHER: The time is 10:47 |

Page 62

| | | |
|---|---|---|
| 10:47:40 | 1 | MICHAEL R. PHILLIPS |
| 10:47:44 | 2 | a.m. and this marks the end of tape 1 and the end |
| 10:47:50 | 3 | of the deposition. We are off the record. |
| | 4 | (TIME NOTED: 10:41 A.M.) |
| | 5 | |
| | 6 | |
| | 7 | _____ |
| | 7 | MICHAEL R. PHILLIPS |
| | 8 | |
| | 9 | Subscribed and sworn to before me |
| | 10 | this _____ day of _____, 2007. |
| | 11 | |
| | 12 | _____ |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

Page 63

| | |
|---|---|
| 1 | |
| 2 | STATE OF NEW YORK    )   Pg__of__Pgs |
| 3 | ss: |
| 4 | COUNTY OF NEW YORK    ) |
| 5 | I wish to make the following changes, for |
| 6 | the following reasons: |
| 7 | PAGE LINE |
| 8 | _____ _____ CHANGE: _____ |
| 9 | REASON: _____ |
| 10 | _____ _____ CHANGE: _____ |
| 11 | REASON: _____ |
| 12 | _____ _____ CHANGE: _____ |
| 13 | REASON: _____ |
| 14 | _____ _____ CHANGE: _____ |
| 15 | REASON: _____ |
| 16 | _____ _____ CHANGE: _____ |
| 17 | REASON: _____ |
| 18 | _____ _____ CHANGE: _____ |
| 19 | REASON: _____ |
| 20 | _____ _____ CHANGE: _____ |
| 21 | REASON: _____ |
| 22 | _____ _____ CHANGE: _____ |
| 23 | REASON: _____ |
| 24 | |
| 25 | |

Page 64

| | |
|---|---|
| 1 | |
| 2 | C E R T I F I C A T E |
| 3 | STATE OF NEW YORK  ) |
| 4 | : ss. |
| 5 | COUNTY OF NEW YORK  ) |
| 6 | |
| 7 | I, WILLIAM VISCONTI, a Shorthand |
| 8 | Reporter and Notary Public within and for the |
| 9 | State of New York, do hereby certify: |
| 10 | That MICHAEL R. PHILLIPS, the witness |
| 11 | whose deposition is hereinbefore set forth, was |
| 12 | duly sworn by me and that such deposition is a |
| 13 | true record of the testimony given by the |
| 14 | witness. |
| 15 | I further certify that I am not |
| 16 | related to any of the parties to this action by |
| 17 | blood or marriage, and that I am in no way |
| 18 | interested in the outcome of this matter. |
| 19 | IN WITNESS WHEREOF, I have hereunto |
| 20 | set my hand this ____ day of _____, 2007. |
| 21 | |
| 22 | |
| 23 | _____ |
| 23 | WILLIAM VISCONTI |
| 24 | |
| 25 | |

Page 65

```
 1
 2                    E X H I B I T S
 3        DESCRIPTION                        PAGE
 4
 5        (Plaintiff's Exhibit 7 for identification,
 6        Statement.)................................... 19
 7
 8        (Plaintiff's Exhibit 1-6 for
 9        identification, Photographs.)................ 32
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## A

able 31:7
accident 9:16
  12:13 26:9
  54:22 55:4 60:5
accidents 49:10
accompany 60:17
accumulation
  15:8
accurate 21:23
  25:12 33:9,17
  33:22 34:8,10
action 1:8 4:10
  64:16
addition 7:14
  10:7,14,18
  16:11,13 25:22
  26:12,13 27:25
  29:2,20 40:25
  52:20
additional 26:19
  26:23,25
administer 3:13
Advil 11:19
agent 27:6
agreed 3:2,6,10
  4:5,10
alcoholic 11:15
answer 18:23
  22:24 45:16
  46:3 54:23 61:2
answers 6:7 25:2
  25:6,9,12,15
anticipate 9:12
  52:12
anticipated 58:21
anticipating
  53:24
Antilock 8:13
anybody 7:2,17
  12:5,9 14:9
  20:19,20,23
  22:20 25:18,22
  28:4,7,14 29:4
  29:21 39:22
  41:2,8,9 46:18
  53:10,16,18,21

55:16 58:7
  61:19
anyplace 8:24
  10:10 60:18
  61:9
anyway 32:7
appeared 34:9
applied 58:20
apply 59:17,21
approach 17:15
  17:18 36:5
approached 15:5
  16:7 43:6
approaching
  15:15 16:19
  17:14 35:25
  36:4 37:17,22
  42:23
approximately
  10:21,23 13:24
  31:24 48:8
  59:13
area 47:6
arranged 9:11
arrive 18:4
ascertain 60:5,23
  61:5
asked 40:14 41:18
  41:20 51:6,7,8
  54:20 60:8,11
asking 5:22 19:3
  19:12 32:23
  35:23 40:23
  45:6
assistant 9:25
assuming 55:21
attempt 59:17
  60:2,5,23 61:5
attempting 22:14
attorney 29:11
attorneys 2:3,8
  3:3
attorney-client
  27:24
August 1:12 4:17
authorized 3:12
Automatic 8:15

Avenue 2:8 12:14
  15:6,15 16:8,20
  17:16,19,19,24
  17:25 23:18,20
  23:20 30:14,20
  30:23 31:5 33:8
  33:23 34:19
  35:10,20,20
  37:9,18,22 39:3
  42:16,24 43:3
  43:24 44:10,20
  45:2 46:6,25
  47:11 48:23
  49:19 50:5
  51:22 52:2,7,14
  53:5,5,22,25
  56:9,11,12,22
  57:17
a.m 1:13 4:18
  62:2,4

## B

B 65:2
back 21:10,11,12
  54:15,15
bags 42:7
bang 23:22 30:6,7
  30:10,12 36:2
  53:14 55:24
basis 17:10
began 23:21 49:2
  49:20,25 50:7
  55:25 57:10
  59:4
behalf 5:7 20:19
believe 22:23
  27:22 41:9
best 18:25
beverages 11:15
Bill 5:9
bleeding 61:9
blinker 24:10,15
  45:2 55:6
Block 36:12,21
  37:25
blood 64:17
Bodo 1:6 4:22

bottom 21:15
  25:10
boxes 25:2
brake 38:23
  58:20
brakes 8:11,13
  59:18,21
Broadway 11:6
business 9:24
  10:4,17
Butler 2:7 4:13
  5:6,6 9:6,9,18
  9:20 20:6 24:20
  24:24 26:10
  27:21,22 32:17
  32:18 45:14,20
  46:2 51:17
  55:11 58:10
  60:25 61:24

## C

C 2:2 5:12 64:2,2
California 4:7
call 14:7,9
called 14:8,10
  41:7,8
car 24:9,14 38:14
  38:14 43:22
  44:25,25 45:2,5
  47:8,14,17,18
  48:3,4,6,11,12
  48:14,15,16,19
  48:23,25 49:4
  52:15 55:5,6,16
  55:19,22,22,23
  56:20
Caravan 7:13,14
carefully 54:10
CARO 2:3
carpenter 10:2
carrier 13:21
cars 16:21,25
  23:17,19,21
  43:20 44:10,16
  44:24 49:9,11
  54:23 55:3
case 5:5,21

cause 54:21 55:4
  55:9,13
CB 14:21
cell 13:9,11,14,25
  14:4
certain 33:2
certify 64:9,15
change 14:16
  63:8,10,12,14
  63:16,18,20,22
changed 21:24
  22:3,7,9
changes 63:5
checkmark 50:23
  51:8
Chevolet 8:5
City 2:9 18:4,6,11
  18:13 22:19
  23:3 26:6,8 29:8
  40:18 41:21
  45:11
CIV 1:8
Civil 1:8
claim 55:2
clean 54:13
clear 33:15 49:9
  49:18 54:13,16
  54:17 56:24
cleared 23:21
clearly 31:7,19
clothes 40:18
  42:14,17
coats 42:21
coffee 13:7
coincidence 41:10
cold 11:19,20
color 9:7,13 43:10
  43:13
coming 10:24,25
common 11:20
  45:7
company 25:21
  25:23 29:3
complete 22:15
completed 31:25
complies 51:3
concerning 5:22

Page 2

| | | | | |
|---|---|---|---|---|
| 18:20 22:8 29:12 | crosswalks 52:17 | discuss 22:19 | **ESQ** 2:5,7 | flip 32:22 |
| condition 60:6,23 61:5 | curb 52:21,24 | discussed 50:21 | estate 4:9 | flow 17:4 45:7,13 51:20 |
| conditions 15:6 15:17 31:6 | curbs 31:11 | **District** 1:2,3 4:24 4:25 | evening 33:22 54:4 | fogged 54:12 |
| 33:20,25 39:10 | currently 6:13 | document 20:3,5 | events 21:19 | follow 45:4 |
| 39:11 40:11 | | 20:8,10,14,17 | **EXAMINATION** | following 14:11 |
| 46:4,7,8,16 54:6 | **D** | 20:21,24 21:3 | 5:16 | 14:13 18:3 63:5 |
| **CONDUCTED** | **D** 2:7 5:6 | 21:13,25 23:4 | examined 5:14 | 63:6 |
| 5:16 | damage 8:19,21 | 23:13 32:15 | **Exhibit** 19:25 | follows 5:15 |
| conducting 19:17 | dark 15:7 23:5 | **Dodge** 33:13,14 | 20:4 32:9,13 | foot 59:9 |
| confused 22:5,5 | 33:15 42:13 | drink 11:15 | 33:3,19 34:9,12 | force 3:13 |
| confusing 18:15 | date 7:15 14:17 | drinking 13:4 | 34:14,16,18,25 | form 3:7 46:3 |
| connection 5:21 | day 9:12 11:8,9 | drive 46:5 | 36:18 37:15,20 | 55:12 58:11 |
| 19:4,15 21:20 | 11:12,14,17,24 | driving 7:15 8:4 | 37:24 50:5,14 | 61:2 |
| 28:11 | 12:18 15:12,13 | 15:14 54:10 | 51:15 65:5,8 | formal 4:6 |
| contact 30:4 | 60:13,14 62:10 | dropped 12:9 | existed 33:10,24 | formally 4:12 |
| contend 24:8 | 64:20 | drugs 19:20 | extreme 17:22 | forth 64:11 |
| contents 20:23 | daylight 34:5 | duly 5:13 64:12 | extremely 22:5 | forward 4:10 |
| continue 53:3 | daytime 33:21 | | | 52:16,19 |
| controlling 43:2 | DE 2:3 | **E** | **F** | four 48:8 |
| copy 20:7 27:21 | debris 54:16,18 | E 2:2,2 5:12 64:2 | F 64:2 | fourth 36:7 |
| corner 37:6 | DeCaro 1:19 4:19 | 64:2 65:2 | fact 33:20 | friend 42:15 |
| corners 30:17 | decided 45:2 | eastbound 37:10 | fair 33:9,22 34:7 | front 30:11 31:8 |
| correct 4:13 | declared 1:5 4:21 | 52:8 53:6 | 34:9 | 31:22 38:17 |
| counsel 4:4,25 | Defendant 1:10 | eat 12:17,20 | falls 27:23 | 43:20 46:18 |
| **COUNTY** 63:4 | 2:8 4:11 5:7 | eating 12:25 | familiar 17:6 | 49:12,15 59:14 |
| 64:5 | **Defendant's** 4:4 | effect 3:14 | family 5:20 | 61:18,19 |
| couple 19:10 | department 19:3 | either 16:22 | far 17:23 39:18 | full 6:19 22:15 |
| course 11:14,17 | 23:3,12 25:7 | 37:10 38:13,18 | 45:15 48:6 59:5 | further 3:6,10 |
| 12:18 | 28:3 29:8 | 46:19,24,25 | favor 51:23 | 61:23 64:15 |
| court 1:2 3:15 | depicted 33:5 | 49:22 52:7 53:4 | February 5:23 | |
| 4:24 5:8 | depiction 33:9,17 | 53:11 57:17 | 7:8 8:3,18 9:21 | **G** |
| crazy 32:25 | 33:22 34:8,10 | emergency 38:23 | 10:11 13:12 | gas 59:9 |
| cross 30:17 46:18 | depicts 51:12,17 | employed 9:22 | 21:20 33:11,24 | geographic 33:16 |
| 51:22 | deposition 1:17 | 10:3,10 | 34:9 | geographically |
| crossing 30:13 | 3:11 4:11,19 | employment 10:7 | feet 48:8 59:7,7 | 33:18 |
| 37:9,14 38:17 | 62:3 64:11,12 | 10:7,18 11:11 | fender 30:11 | getting 9:12 |
| 46:19,23,25 | describe 15:16 | 12:2 14:16 | 31:22 38:15 | girl 40:24 41:11 |
| 52:2,7,13 53:4,5 | described 17:4 | **Engelman** 2:13 | filing 3:4 | 41:16,25 42:6 |
| 53:6,10,22,25 | **DESCRIPTION** | 4:15 | finally 9:14 | 42:18 60:6,23 |
| 57:17 61:19 | 65:3 | enlargements | finish 57:4 | 61:6,8 |
| crosswalk 31:16 | destination 12:2 | 32:19 | first 5:13 22:20 | give 18:9 22:15 |
| 39:5,7,15 52:21 | dictated 21:3,5 | entering 20:13 | 32:8,11 43:22 | 25:25 26:7,11 |
| 53:4,19,22 | different 26:20 | entrance 17:24 | 44:25 47:14,16 | 60:12 |
| 55:16 | 28:24 33:13 | 58:16 | 47:19,23,23 | given 14:17 25:17 |
| | direction 37:16 | equipped 14:19 | 48:2,3 | 27:18 28:3,6 |
| | 37:21 43:7 | 14:21 | five 35:11 59:7 | 64:13 |
| | 50:15 | | | |

go 4:10 12:8
17:20 45:3,5
52:16 55:8,16
55:24 56:20
60:20
God 40:8
going 5:21 12:3
15:3 17:20
23:11,18 24:10
32:8,23 34:4,19
36:15 46:19
52:7 55:22
59:12
Good 5:3,17,18
great 57:8
green 23:20 44:6
47:8,24 51:20
51:23 57:23
ground 31:19
39:23 40:10,25
41:12,17 42:7
60:7 61:8
guardians 1:5
4:22
guess 15:12

**H**

H 5:12,12 65:2
half 10:5
hand 64:20
hands 38:14
happen 10:22
39:13
happened 5:23
8:18 21:2,7 22:4
22:8,16 40:9
hear 30:3 41:14
61:15,16
heard 23:22 30:6
30:12 31:21
35:3 36:2 38:4
38:12,20 39:19
53:14 55:24
59:6,14,18,25
61:17
hearing 38:16
heavy 15:17,19

57:8
hereinbefore
64:11
hereunto 64:19
highway 26:2,5
hit 38:13
home 12:3,8
26:24 27:2
60:21,22,24
61:4
honest 22:11
honestly 18:24
horn 59:15
hospital 60:16
hour 31:24 59:13
house 6:24 7:25
household 7:17
H&R 36:12,21
37:25

**I**

ice 15:10 31:13,14
icy 15:7
idea 52:25
identification
20:2 32:14 33:4
65:5,9
immediately
38:22 44:11
47:9
impact 31:22
impaired 19:22
Imperial 14:14
inaccurate 21:25
22:23 24:8,17
25:14
incapacitated 1:5
4:21
incident 5:22 7:16
8:17 9:7,8 10:22
12:4,10 13:25
14:5,25 18:3,21
19:5,16 21:21
21:22 22:8,20
25:17 28:12
29:14 33:11
41:19 55:14

independent
10:13,17
indicating 30:3
individual 29:2
30:5
influence 19:19
information
26:21,23,25
informed 4:3
inspection 8:25
insurance 25:21
25:23 26:24
27:6 28:20 29:3
intended 12:2
17:12 46:9
intending 12:8
44:2,19
intent 35:15 49:7
interested 64:18
intersection 15:5
15:15 16:8,20
17:7,9,13 30:13
30:20 34:8
37:18 42:23
43:3,6,23 44:10
44:23 48:7
49:18,25 56:6
56:24 57:5
introduce 4:25
investigation 19:4
19:16 27:17
involved 9:8
involving 21:21

**J**

James 2:7 5:6
JCF 1:8
Jersey 2:9,9 6:14
John 6:18
judicially 1:5
4:21
June 4:5

**K**

Kaplen 1:19 2:3,5
4:2,19 5:3,4,16
5:19 9:6,18 20:6

24:22 27:20
32:16,19 51:18
61:22
keep 42:21
kept 53:13
kind 8:25 14:22
38:5,8 42:17
54:5
know 9:3,5,15,17
12:23 22:10,10
22:10 27:12,15
29:17 30:2 32:5
32:6 34:2 35:5,5
35:6,22,24,24
36:2,5,8,9,13,17
37:5,7 39:6,8,9
39:11,12,17
41:4,7 42:10,11
42:13,20 44:7
44:18 46:21
50:3,3,9,9,13
52:23,25 56:8
56:14 57:12,15
58:2,6,7 59:8,20
knowledge 9:20
18:25 24:19
25:16,24 29:19
54:3

**L**

L 5:12,12,12
lady 40:10
laid 38:14
lane 16:22 23:17
36:6,7,7 43:25
44:3,9,11,17,21
44:22 45:12,23
45:25,25 50:23
51:17,18 56:15
lanes 16:9,11,13
16:15 17:3,3,22
35:11,13,16,21
36:4,25 50:18
56:12,17
late 5:20
law 45:18
lawyer 20:16,19

laying 39:2
left 11:25 16:16
16:22,25 23:17
23:18,19 24:10
24:14,15 30:8,9
30:10,11,25
31:22 35:19,25
35:25 36:19
38:18 44:2,11
44:20,25 45:2,9
45:12,24,25
46:12 47:9,24
48:4,12,21
49:12,13,20
50:2,7 52:12,18
52:19 55:6,7,20
55:22 56:2,21
57:11,17 58:14
58:22 60:4
61:18,20
left-hand 44:22
45:23 57:14
legal 4:7,15 5:9
33:2
let's 26:12 32:7
light 15:17 23:20
38:5 42:19,24
43:2 44:6,14
46:18,23 47:8
47:20,24 50:25
51:13,20 57:24
lights 16:3,5
Lincoln 17:14,20
17:21,24 35:13
36:4 45:3 46:13
58:16
LINE 63:7
lines 45:21
little 59:11
located 11:4
36:12
location 12:12,25
24:2 28:9,15,16
28:22 29:12
33:10,23 35:10
35:21 36:11,22
38:2 51:12

52:14
long 6:21 10:3
    15:11 44:5
look 32:10,16
    34:6 50:4 52:18
    52:21 53:3
    57:11,13 58:5
looked 52:19 53:8
    53:9 55:19 58:2
    58:6,8
looking 28:10
    34:18,19,25
    38:2 50:10,14
    53:13,24 58:14
    58:15
lot 40:13,15
loud 30:6 38:5,7
    55:24
lunchtime 11:24
lying 40:12

_____
**M**

M 5:12
making 24:9
    30:21,22 31:4
    35:7,16 36:10
    36:19 37:4,8
    46:12 52:12
    53:2 54:10,18
    55:20 56:21
    57:14 58:14,22
man 40:2,4,25
    42:4,11 61:15
Manhattan 12:14
manner 55:2
manual 8:15,16
mark 28:23
marked 20:3 32:9
    33:3
marks 62:2
marriage 64:17
Mary 1:6 4:23
matter 4:20 20:20
    36:7 64:18
meals 12:20,21,22
mean 19:9 31:18
    55:18

medication 11:18
    11:23 19:20
Medicine 11:19
medium 15:17
mentally 22:9
Merrill 4:15 5:9
Michael 1:9,17
    2:5 4:20,23 5:4
    5:19 6:1 7:1 8:1
    9:1 10:1 11:1
    12:1 13:1 14:1
    15:1 16:1 17:1
    18:1 19:1 20:1
    21:1 22:1 23:1
    24:1 25:1 26:1
    27:1 28:1 29:1
    30:1 31:1 32:1
    33:1 34:1 35:1
    36:1 37:1 38:1
    39:1 40:1 41:1
    42:1 43:1 44:1
    45:1 46:1 47:1
    48:1 49:1 50:1
    51:1 52:1 53:1
    54:1 55:1 56:1
    57:1 58:1 59:1
    60:1 61:1 62:1,7
    64:10
middle 18:2 36:5
    39:13 42:16
miles 31:24 59:13
mimic 38:8
mind 22:9
Mintzcoff 11:3
mirrors 54:14
moment 7:16
    41:3 49:8
Moore 1:6 4:23
morning 5:3,17
    5:18 14:11,13
move 48:7,9,17
    48:17 55:25
    57:10,18 58:12
moved 48:2,3
moving 17:3
    35:11 41:12
    47:22 49:5

58:18 59:4,22
59:24

_____
**N**

N 2:2
name 5:19 6:19
narrow 46:5
nasty 15:7
near 39:14
need 51:9
never 53:16,17,18
New 1:3,19,20,22
    2:4,4,9 4:16,16
    4:25 6:14 18:3,6
    18:11,12 19:3
    22:19 23:3 26:5
    26:8 29:8 40:18
    41:21 45:12
    63:2,4 64:3,5,9
nice 46:14
Niederlander
    9:23 10:8,15,19
    14:15
night 10:23 22:6
    34:6 47:6 60:15
    60:24
Ninth 12:13 15:6
    15:15 16:8,20
    17:16,19,19,23
    17:25 23:18,19
    23:20 30:14,20
    30:23 31:5 33:8
    33:23 34:19
    35:10,20,20
    37:9,18,22 39:3
    42:16,24 43:3
    43:24 44:10,20
    45:2 46:6,25
    47:11 48:23
    49:19 50:4
    51:22 52:2,7,13
    53:5,5,22,25
    56:9,11,12,22
    57:17
noise 38:24
northbound
    46:20,24,25

Notary 1:21 5:13
    64:8
Note 45:14,20
    46:2 55:11
    58:10 60:25
NOTED 62:4
Notice 1:18
number 13:17,18
    13:19

_____
**O**

oath 3:13
objection 45:14
    45:20 46:2
    55:11 58:10
    60:25
objections 3:7
obligation 52:6,8
observe 36:11
    40:11 41:11,24
    42:6,17,24
    43:10 46:23
    61:9,11
observed 41:16
obstructed 30:21
    31:3,12,17 54:2
    57:5
offhand 27:14
office 29:11 36:12
officer 3:12 21:4
    21:6 24:5
officers 29:21
offices 1:19 4:18
oh 40:8
okay 5:25 6:2
    25:3 32:12
    35:11 51:18
one-family 6:24
open 17:4
operated 10:18
operating 31:9
operation 38:21
operational 15:23
operator 4:15
opinion 55:9,13
opposed 44:21
oral 6:7

Organization
    9:23
outcome 64:18
outside 53:21
    54:14
overlooking
    42:15
owned 7:12
owns 7:13,22
o'clock 11:10

_____
**P**

P 2:2,2 5:12,12
packages 42:8
PAGE 63:7 65:3
pages 27:10
Paradi 1:5 4:4,9
    4:21,23 5:20
    10:22 21:21
    29:25
PARADY 1:6
Pardon 61:13
parentheses
    54:22
parked 16:12,14
    16:15,21
part 24:20 54:22
partially 56:11
parties 3:4 64:16
party 4:9
pass 17:10
passable 57:9
passed 4:4
patrol 26:2,5
pedestrian 55:10
pedestrians 30:13
    30:16 36:11
    37:5,9 46:23
    47:5 51:22,25
    52:6,9,13,24
    53:4,25 57:16
    57:21
people 31:17
    40:13,15
person 1:5,6 4:21
    4:22 14:10
    53:17 61:12,14

Pg 63:2
Pgs 63:2
Phillips 1:9,17
    2:14 4:20,23 6:1
    6:20 7:1 8:1 9:1
    10:1 11:1 12:1
    13:1 14:1 15:1
    16:1 17:1 18:1
    19:1 20:1 21:1
    22:1 23:1 24:1
    25:1 26:1 27:1
    28:1 29:1 30:1
    31:1 32:1 33:1
    34:1 35:1 36:1
    37:1 38:1 39:1
    40:1 41:1 42:1
    43:1 44:1 45:1
    46:1 47:1 48:1
    49:1 50:1 51:1
    52:1 53:1 54:1
    55:1 56:1 57:1
    58:1 59:1 60:1
    61:1 62:1,7
    64:10
phone 13:9,11,14
    13:17,18,19,25
    14:4
photo 9:13 33:5
    34:25
photocopies 9:11
photographed
    9:4,10
photographers
    28:15
photographs 9:7
    29:4,5,7,10 32:8
    32:11,14,20,24
    65:9
pickup 8:5
pictures 28:21,23
    32:23 34:4
    50:11
place 4:7,8,12
    11:25 14:16
    21:19 23:24
    55:14
plain 40:17

Plaintiff 1:18 4:9
Plaintiffs 1:7 2:3
    5:4 20:4
Plaintiff's 19:25
    32:9,13 33:3,19
    37:15,20 50:5
    50:14 51:15
    65:5,8
please 5:24 6:6,12
    22:25 23:15
    32:18 33:7 35:2
    35:2
point 22:14 35:2
    50:6 56:2
police 18:4,7,11
    18:13 19:3 21:4
    21:5 22:19 23:3
    23:12 24:5 25:7
    26:6,8 28:3 29:8
    29:20 40:17,18
    40:18 41:5,7,21
    60:11,17
policeman 20:25
    26:3
portion 8:21
position 36:2
Possibly 56:18
power 8:8,11
precautions 54:5
    54:8
present 2:12
    22:22
presume 45:4
pretty 15:12
previously 32:20
prior 11:23 12:10
    12:12 14:24
    20:12 38:16
private 6:15
privilege 27:24
problem 58:25
proceed 49:12,15
    55:7,8
proceeded 43:16
    44:25 45:4
    48:25 52:16
    55:24 57:18

proceeding 12:25
    43:7 45:3 49:4
    55:21
proceedings 4:7
    33:2
process 35:7
    52:11
product 27:23
profession 9:24
    9:25
property 1:6 4:22
provided 29:11
    32:20
provider 26:24
    28:20
Public 1:21 5:13
    64:8
purpose 27:15
purposes 28:10
pursuant 1:18
put 24:11,16 35:4
    38:22 50:23
    51:4,9,10
p.m 10:23 11:23

─────────
Q

quarters 39:20
question 3:8
    19:11 20:9
    22:24 26:10
    45:6,15,16 46:3
    55:12 57:4
    58:11
questions 5:22,24
    5:25 18:20,23
    19:2,13 25:2
    32:12,24 45:21
    54:20 61:2,23
quick 46:13
quickly 55:15,18

─────────
R

R 1:9,17 2:2 4:23
    5:12 6:1 7:1 8:1
    9:1 10:1 11:1
    12:1 13:1 14:1
    15:1 16:1 17:1

18:1 19:1 20:1
    21:1 22:1 23:1
    24:1 25:1 26:1
    27:1 28:1 29:1
    30:1 31:1 32:1
    33:1 34:1 35:1
    36:1 37:1 38:1
    39:1 40:1 41:1
    42:1 43:1 44:1
    45:1 46:1 47:1
    48:1 49:1 50:1
    51:1 52:1 53:1
    54:1 55:1 56:1
    57:1 58:1 59:1
    60:1 61:1 62:1,7
    64:2,10
radio 14:19,21
Raquel 6:20
reached 17:13
reaching 12:12
reaction 40:8
read 20:23 21:10
    21:11,12 23:2,2
    23:6,7,8,11,12
    23:15 24:5,22
    25:3,9 26:4,21
realized 56:21
rear 46:14
reason 14:2 63:9
    63:11,13,15,17
    63:19,21,23
reasons 63:6
recall 18:14,15,17
    18:18 20:15
    27:11,19 31:20
    37:13 46:21
    49:23
recitation 21:19
    22:15
recognize 33:4
record 4:2 5:2
    23:8 24:23
    26:22 51:9 62:3
    64:13
red 43:14,16 44:6
reflect 4:3 51:9
regard 38:21

regular 17:10
related 64:16
relationship 39:4
    49:25 56:6
remember 12:23
    26:18 31:20
    32:5 47:7 58:8
render 21:25
repeat 19:11
rephrase 5:25
report 24:12,16
    24:18,21 26:9
    26:11
reporter 1:21 5:9
    64:8
represent 5:4,20
representing
    20:20
reread 21:2
reserved 3:8
reside 6:13,17 7:2
resided 6:21
residence 6:15
respective 3:4
response 60:8,12
result 8:17
return 41:24
review 54:14
reviewing 20:8
    32:15
revisited 28:9
right 16:17,22
    17:2,22,25,25
    22:16,20 23:17
    24:19 30:7
    35:12,16,21
    36:3,25 38:18
    40:18 43:25
    44:3,17 45:25
    52:2,9,18,19
    57:13,18,21
    61:20
right-hand 44:9
    44:21
road 6:14 33:25
    39:11 46:15
    54:6

roads 33:14
roadway 15:9
  32:3 50:4
roadways 15:10
Robin 6:14
room 20:13
route 17:12
Rumson 6:14

___ S ___

s 2:2 5:12 32:9
  65:2
Sabina 1:5 4:4,20
  5:20 10:22
  29:24
safely 54:11
safer 46:5,9
Sarah 2:13 4:15
saw 20:13 39:2,23
  40:24 42:7
  53:16,17,18
  58:7 60:6 61:8
saying 61:12
says 54:22
scene 25:7 26:13
  26:20 28:2
  29:14,21 54:21
  60:5,20
sealing 3:5
second 24:9,14
  45:2 49:24 50:6
  52:15 55:5,15
  55:19,22 56:20
seconds 41:6
see 23:22 25:3
  30:13,16 31:7
  31:19 36:13,21
  37:9,14 38:17
  38:23,25 47:4,5
  48:16 52:16
  53:3,7,10,21
  58:3,4,9 61:18
seeing 55:16
seen 9:14 20:5,10
  29:7,10 42:14
  42:15
sent 9:10

series 24:25
Services 4:16
  5:10
set 64:11,20
sharp 46:12
short 46:6
Shorthand 1:21
  64:7
show 20:3,16,21
  28:24 32:8 33:3
  34:4 36:15,18
  41:5
showed 40:17
showing 29:3
shown 28:14 29:4
shows 50:18
side 16:17 30:7,8
  30:9,10 36:24
  47:2,2 61:18
sidewalk 41:18
sign 18:12 21:13
  26:14
signal 43:11,16
  47:20 48:19,21
  51:23
signature 21:15
  21:16 23:24
signed 3:11,14
  23:3,13 24:2,4
  25:10 26:20,24
  27:8,9
signing 26:13
Sinus 11:19
sir 8:23 22:13,21
  34:24 45:8
  53:12
six 59:7
skid 58:18,22
slacks 42:19
slide 46:15
slip 46:11
slow 54:10
slush 15:10 31:13
  31:14,18 39:11
snow 15:9,16
  31:18 54:13,16
  54:17 57:3,7

snowing 15:7,11
  33:14 34:5 57:7
soda 13:7
somebody 27:7
someone's 38:14
son 6:18 7:22
soon 40:15 41:5
sorry 18:18 19:7
  26:2 38:4
sound 30:3 35:4
  38:4,5,5,6,8,11
  38:16,20 39:19
  59:6,14,15,18
  59:25 61:17
sounds 41:14
southbound
  34:20 46:20
  47:2
Souther 4:24
SOUTHERN 1:3
speak 18:6 29:15
  29:21 40:3 42:3
speaking 4:15
  18:17,18 29:20
special 54:5,8
speed 31:23 59:12
spot 35:4 40:19
ss 63:3 64:4
stagehand 10:2
standing 30:16
  36:11 37:5,25
start 4:3 47:22
  48:16
started 35:25
  37:8 48:7,9,17
  58:12 59:22,24
State 1:22 63:2
  64:3,9
stated 24:11
statement 18:10
  18:12 20:2
  21:18 22:18,24
  23:2 24:7,20
  25:4,10,18,25
  26:7,13,14,16
  26:17,19 27:2,5
  27:7,10,12,16

27:18,21,23,25
  28:21 65:6
statements 28:2,4
  28:7
States 1:2 4:24
steering 8:9
stenographer
  6:10
step 40:14 41:18
STIPULATED
  3:2,6,10
stood 42:14
stop 26:12 43:15
  55:23 56:19
  58:20 59:21
  60:2
stopped 23:23
  38:22 43:19
  46:17,22 49:5,6
  49:7 50:24
  51:13 52:15
  56:3,7,13,23
  57:6 58:13 59:5
stopping 55:15,18
  58:25
stops 12:15
straight 23:19
  24:10,15 45:5
  47:11,15 54:24
  55:3,8,20 58:15
street 1:19 2:4
  4:16 11:5 12:14
  14:25 15:16
  16:7,9,16,21
  18:2,2 23:16
  30:14,20,23
  31:5 33:8,24
  34:22 36:25
  37:16,22 38:2
  39:10,14 42:23
  43:4,8,23 44:9
  45:11,23 46:19
  46:24 47:2,3
  49:19 50:5,15
  51:21
strike 29:24

striking 55:10
Subscribed 62:9
subsequent 9:16
substitute 4:8
substitution 4:6
succeeded 9:14
Summit 2:8
Sunday 10:23
supposed 14:11
  14:12 45:22
sure 54:10,12
Susan 2:14 6:18
  6:20
Susan's 6:19
swear 5:10
sworn 3:12,14
  5:13 62:9 64:12

___ T ___

T 64:2,2 65:2
take 4:19 8:24
  54:4,9 57:11,13
taken 1:18 4:6,8
  4:12 9:15,19
  29:7 33:21 34:4
  60:16
tape 62:2
taped 28:6
tell 5:24 6:12 9:22
  22:22 33:7,19
  34:7 35:2 44:20
testified 5:14
testimony 64:13
Thank 61:22,24
theater 11:3
  14:14,16,17
things 21:24 22:4
  22:7 28:24
think 32:25 41:9
thinking 19:22
third 36:6
three 7:3 31:24
  39:20 59:13
time 3:9 4:17 10:6
  10:21 11:7,11
  11:22 12:4,7
  13:2,4,23,24

15:25 20:12
21:22 22:22
31:21 33:10
42:9 47:22 56:2
58:17 59:24
60:4 61:4,25
62:4
times 19:6,8,9,11
today 4:11,17
5:22 13:15 20:5
20:10
told 20:25 21:6,7
top 42:20
traffic 17:4 35:11
42:24 43:2,11
45:7,13 46:18
46:22 50:19,25
51:20
transmission 8:15
travel 16:9 17:23
59:6
traveling 14:24
16:20 31:23
37:17,21 42:22
50:16
traverse 56:13
trial 3:9
truck 9:8 14:19
15:21 16:3
29:24 30:8 36:3
38:13,14,17,21
38:23 40:16,21
40:24 46:11,14
47:17 48:14
54:11,14,16
55:17,23
true 64:13
truthful 21:18
22:11
truthfully 18:24
trying 9:13 42:21
tunnel 17:14,20
17:21,24 35:13
36:4 37:2 45:3
46:13 58:16
turn 23:18,21
30:22,22,25

31:4,25 35:8,17
35:19 36:10,19
37:4,8 39:18
43:17 44:3,20
45:9,24 46:5,6
46:10,12,13,14
47:12,13,15
48:23 49:2,13
49:20 50:2,8
52:12 53:2
54:18 55:20
56:2,21 57:14
58:14,22
turned 35:25 44:6
47:8,24 51:20
turning 34:23
35:13 36:25
twelve 11:9
two 7:24 9:12
12:21 16:10
17:3,22 23:17
23:19,21 35:11
35:16,21 36:3
36:25 44:24
50:18 54:23
55:3 56:17
type 7:11 8:3
11:18

_____ U _____
umbrella 42:15
umbrellas 42:8
understand 5:24
6:3,6 10:9 12:13
38:11 45:8,13
51:19,25 52:5
57:16
understanding
34:3,5 45:22
understood 19:2
19:8,12 45:18
57:20
United 1:2 4:24
upset 22:6
use 13:25 14:4

_____ V _____

V 2:5
van 40:17 41:5,7
vehicle 7:6,8,11
7:15,22 8:4,6,8
8:19,22,24 9:3,9
9:16 12:5,8,9,24
13:24 30:4
31:23 32:4 35:3
43:15,19 46:19
47:10,12,13,16
47:19,23,23
49:24 50:6,24
52:3 56:3,5,13
56:19,23 58:13
58:17,21,22
59:2,5,6,15
61:18,19
vehicles 7:18,24
16:12,14,16
49:22
Verizon 13:22
versus 4:23
Vesey 1:19 2:4
vicinity 39:15,16
video 4:14 6:10
Videographer
2:13 4:14 5:8
61:25
videos 9:15,19
videotape 1:17
4:19
videotaped 6:4
view 34:19 36:19
37:16,20,24
54:2 57:2,5
Visconti 1:20 5:9
5:14 64:7,23
visibility 30:19
31:3,11,16
56:24 57:8

_____ W _____
wait 48:25
waiting 30:17
49:9,11 51:22
waived 3:5
walk 28:10

walked 40:24
walking 31:17
47:5 52:20
53:18,21
want 4:2 32:16,24
warm 42:21
watching 55:6,15
water 13:7
way 19:23 21:25
28:24 30:21
31:4,12,18 33:2
33:13 39:20
41:12 46:9 52:2
52:9 53:11 54:2
55:3 56:9 57:2,5
57:21 58:23
59:10 64:17
wearing 42:18,20
weather 15:6 31:6
33:14,20 46:4,7
46:8 54:6 57:7
went 23:19 24:15
47:11,15 54:23
55:3,20 60:21
60:22 61:4
weren't 22:12
31:11
West 4:16 12:14
14:25 15:16
16:7,9,16,21
30:14,20,22
31:4 33:8,23
37:16,21 38:2
42:22 43:7,23
44:9 45:23
46:19,24 47:2,3
49:19 50:5,15
51:21
westbound 15:3
23:16 37:10
43:8 52:7 53:5
wet 15:7,10
whatsoever 8:21
WHEREOF
64:19
wide 46:5,14
wife 6:18 7:5,20

14:8
William 1:20 5:14
64:7,23
window 54:15
windows 54:12
windshield 15:20
31:8,8 54:15,17
wiped 54:14,16
wipers 15:20 31:8
wish 63:5
witness 5:10 20:8
32:15 51:3
64:10,14,19
witnesses 29:15
29:18
woman 39:2,22
words 40:6
work 10:14,25
11:7,9 14:11,12
14:15 27:23
50:2
working 10:4,14
54:11
wouldn't 46:15
written 18:9 25:2
25:18,25 26:11
27:6 28:4
wrote 21:7 27:7,8
27:9

_____ X _____
x 1:4,11 35:4 51:4
51:10 65:2

_____ Y _____
year 8:6
years 6:23 10:5
yield 52:6,8
York 1:3,20,20,22
2:4,4 4:16,16,25
18:4,6,11,13
19:3 22:19 23:3
26:6,8 29:8
40:18 41:21
45:12 63:2,4
64:3,5,9
young 39:2,22

Page 8

40:2,3,10,25
42:4,11 61:15

**0**

07 1:8
07306 2:9

**1**

1 32:9 33:3 37:20
   50:14 51:15
   62:2
**1-6** 32:13 65:8
**10:41** 62:4
**10:47** 61:25
**10007** 2:4
**10037** 4:17
**19** 65:6
**1988** 8:7

**2**

2 6:14 33:19
   37:24
**20** 1:19 2:4 6:22
**2007** 1:12 4:5,17
   5:23 7:9 8:3,18
   9:21 21:20
   33:24 62:10
   64:20
**21** 1:12 4:17
**25** 4:16
**25th** 5:23 8:3,18
   9:21 10:11
   13:12 21:20
   33:11,24 34:9

**3**

3 34:9 36:18
**30th** 4:5
**32** 10:5 65:9
**36th** 18:2
**3640** 1:8
**37th** 12:14 14:25
   15:16 16:7,9,16
   16:21 18:2
   23:16 30:14,20
   30:22 31:5 33:8
   33:23 37:16,22
   38:2 42:23 43:3

43:8,23 44:9
45:23 46:19,24
47:2,3 49:19
50:5,15 51:21

**4**

4 34:12 37:15
**44th** 11:5
**45th** 4:16 11:5

**5**

5 34:14
**591** 2:8

**6**

6 32:10 34:16,18
   34:25 50:6

**7**

7 19:25 20:4 65:5

**8**

88 8:5

**9**

**9:05** 11:13,23
   13:24
**9:20** 10:23
**9:47** 1:13 4:18
**908-227-8932**
   13:20