# EXHIBIT B

# WITNESS STATEMENT — VEHICLE ACCIDENT
PD 301-061 (Rev. 2-00)-Pent

CASE # 107-05

**STATEMENT OF:** FIRST NAME: Michael Ralph  LAST NAME: Phillips
**PCT:** 10 PCT  ACCIDENT NO.:  COMPLAINT NO.:

**RESIDENCE ADDRESS:** 2 Robin Rd, Rumson NJ 07760
**RESIDENCE TEL. NO.:** 732-758-1141  **BUSINESS TEL. NO.:** C-908-227-89_

**LOCATION OF INTERVIEW:** ☒ SCENE OF ACCIDENT  ☐ PRECINCT STATION HOUSE  ☐ OTHER (DESCRIBE)
**TIME OF REPORT:** 0030  **DATE:** 2/26/07

**IDENTITY OF ABOVE NAMED PERSON:** ☒ OPERATOR OF VEH. NO. 01  ☐ PASSENGER IN VEH. NO.  ☐ PEDESTRIAN  ☐ WITNESS
**DATE OF BIRTH:** 2-20-55 (52)

**DATE OF ACC.:** 2-25-07  **TIME:** 2120  **LOCATION:** W/B 37 ST to S/B 9TH
**ACCIDENT INVOLVED:** ☐ DEATH  ☒ PERSONAL INJURY

## QUESTIONS FOR WITNESS, PASSENGER OR PEDESTRIAN ONLY

**Did you see the accident?** ☐ Yes ☒ No
**Where were you at the time of the accident?** I was driving my pick-up
**Do you know any of the persons involved in this accident?** ☐ Yes ☒ No  If yes, whom?
**At the time of the accident, was your visibility obstructed in any way?** ☒ Yes ☐ No
**If yes, describe:** 2 cars on my left side. Snow/Rain

## QUESTIONS FOR OPERATOR OF VEHICLE ONLY

**How many years have you driven?** 35 yrs
**How long have you driven the vehicle involved in the accident?** Since 1988
**Was there any mechanical failure or defects with the vehicle you were driving?** No
**Did you consume any intoxicants or medication prior to the accident?** ☐ Yes ☒ No
**If yes, what, how much & where?** Advil Sinus+Cold 12 noon
**Where were you coming from or going to?** Work (44-45 Bway) to Home
**Who was with you at time of accident?** I was alone at the time

## BELOW QUESTIONS TO BE ANSWERED IN ALL CASES, WHETHER SUBJECT IS OPERATOR, PASSENGER, PEDESTRIAN OR WITNESS

**Briefly describe this accident?** I was W/B on 37 St in the right lane. Two cars were to my left. I was going to make a left turn on 9th Ave. The two cars to my left went straight at 9th Ave. We had the green light. When the two cars cleared I began to make my turn and I didn't even see them, I heard the bang and stopped.

**What was the cause of the accident?** The weather (snow). The pedestrians had 9 umbrella I think and maybe they couldn't see (the other 2 cars that went straight)

| INSERT ANSWERS PERTAINING TO EACH VEHICLE UNDER APPROPRIATE COLUMN | VEHICLE NO. 1 | VEHICLE NO. 2 |
|---|---|---|
| License plate No. | N.J. CMP88D | |
| Make, type and color of vehicle | 1988 Chev P/U Blue 2500 Scottsdale | Blue/Silver |
| Direction of travel and on what street | W/B 37th to S/B 9th Ave | |
| Speed of vehicle(s) involved | Maybe 3 mph | |
| Was vehicle subject to traffic control devices, signal lights, signs, pavement markings, etc.? | I had the green light | |
| Did vehicle swerve or turn to avoid contact? | I didn't see them | |
| Immediately prior to accident, was any signal given? (horn – hand – other) | No | |
| What lights on vehicle were lighted? | Head/Tail/L/Directional | |
| What were the points of impact? | L/Ft Fender | Bumper |

**At time of accident, were there any other vehicles on the street in the vicinity?** ☒ Yes ☐ No  **If yes, describe:** 2 cars to my left

**In what direction was pedestrian (if any) going?** ☒ With signal light  ☐ Against signal light  ☐ Walking Not sure  ☐ Running  ☐ Standing

**Accident occurred during:** ☐ Daylight  ☐ Dawn  ☐ Dusk  ☒ Darkness
**Weather Condition:** ☐ Clear  ☐ Fog  ☒ Rain  ☒ Snow  ☐ Other (Describe)
**ROADWAY LIGHTED:** ☒ Yes  ☐ No
**Road Condition:** ☐ Dry  ☒ Wet  ☐ Muddy  ☒ Snowy  ☐ Icy  ☒ Other Slush
**Obstructions of holes in street:** ☐ Yes  ☒ No  If yes, describe:

**SIGNATURE OF WITNESS:** [signed] Michael Phillips
**RANK:** PO  **SIGNATURE OF INVESTIGATING OFFICER:** [signed]
**TAX REG. NO.:** 887573  **COMMAND:** HSAB