# EXHIBIT C

UNITED STATES DISTRICT COURT ORIGINAL

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

BODO PARADY, as Special Administratrix

Of the Estate of SABINA PARADI and BODO

PARADY and MARY MOORE, individually

                          Plaintiffs,

                          Civil Action No.

        -against-          07 CIV 3640 (JCF)


MICHAEL R. PHILLIPS,

                          Defendant.

------------------------------------------x


                          December 18, 2007

                          12:22 p.m.


 Videotaped Deposition of MARIA EBERLINE,

non-party witness, taken by Plaintiff, pursuant

to Notice, at the offices of Merrill Legal

Solutions, 25 West 45 Street, New York, New

York, before Jowell Falsetta, a Shorthand

Reporter and Notary Public within and for the

State of New York.

```
 1

 2       A P P E A R A N C E S:

 3

 4

 5   DE CARO & KAPLEN

 6        Attorneys for Plaintiffs

 7        427 Bedford Road

 8        Pleasantville, New York 10570

 9   BY: MICHAEL V. KAPLEN, ESQ.

10

11

12   JAMES D. BUTLER, ESQ

13        Attorneys for Defendant

14        591 Summit Avenue

15        Jersey City, New Jersey 07306

16

17

18

19   ALSO PRESENT:

20   JOHN HAGIN, Videographer

21

22

23

24

25
```

1
2     S T I P U L A T I O N S
3         IS HEREBY STIPULATED AND AGREED
By and between the attorneys for the respective
4     parties herein, and in compliance with Rule 221
of the Uniform Rules for the Trial Courts
5         THAT the parties recognize the provision
Of Rule 3115 subdivisions (b), (c) and/or (d).
6     All objections made at a deposition shall be
noted by the officer before whom the deposition
7     is taken, and the answer shall be given and the
deposition shall proceed subject to the
8     objections and to the right of a person to apply
for appropriate relief pursuant to Article 31 of
9     the CPLR.
          THAT every objection raised during
10    a deposition shall be stated succinctly and
framed so as not to suggest an answer to the
11    deponent and, at the request of the questioning
attorney, shall include a clear statement as to
12    any defect in form or other basis of error or
irregularity. Except to the extent permitted by
13    CPLR Rule 3115 or by this rule, during the
course of the examination persons in attendance
14    shall not make statements or comments that
interfere with the
15    questioning.
16
17
18
19
20
21
22
23
24
25

1
2           THAT a deponent shall answer all questions at a deposition, except (i) to
3  preserve a privilege or right of confidentiality, (ii) to enforce a limitation
4  set forth in an order of a court, or (iii) when the question is plainly improper and would, if
5  answered, cause significant prejudice to any person.
6           An attorney shall not direct a deponent not to answer except as provided in
7  CPLR Rule 3115 or this subdivision. Any refusal to answer or direction not to answer shall be
8  accompanied by a succinct and clear statement Of the basis therefore. If the deponent does
9  not answer a question, the examining party shall have the right to complete the remainder of the
10  deposition.
           THAT an attorney shall not
11  interrupt the deposition for the purpose of communicating with the deponent unless all
12  parties consent or the communication is made for the purpose of determining whether the question
13  should not be answered on the grounds set forth in section 221.2 of these rules and, in such
14  event, the reason for the communication shall be state for the record succinctly and clearly.
15
16           THAT failure to object to any question or to move to strike and testimony at
17  this examination shall not be a bar or waiver to make such objection or motion at the time of the
18  trial of this action, and is hereby reserved; and
19           THAT this examination may be signed and sworn to by the witness examined herein
20  before any Notary Public, but failure to do so or to return the original of the examination to
21  the attorney on whose behalf the examination is taken shall not be deemed a waiver of the rights
22  provided by Rules 3116 and 3117 of the CPLR, and shall be controlled thereby, and
23           THAT certification and filing of the original of this examination are waived; and
24           THAT the questioning attorney shall Provide counsel for the witness examined herein
25  With a copy of this examination at no charge.

```
 1              MARIA EBERLINE
 2              THE VIDEOGRAPHER:  This is the
 3      video operator, John Hagin speaking of
 4      Merrill Legal Solutions.  Today is
 5      December 18, 2007, the time is 12:22
 6      p.m.
 7              We are at the offices of
 8      Merrill Legal Solutions, 25 West 45
 9      Street, New York, New York, to take
10      the videotaped deposition of Ms.
11      Maria Eberline in the matter of Bodo
12      Parady as special administrator of the
13      estate of Sabina Paradi and Bodo
14      Parady and Mary Moore individually
15      versus Michael R. Phillips, in the US
16      District Court Southern District of
17      New York.
18              Counsel please introduce
19      themselves for the record.
20              MR. KAPLEN:  Good afternoon, my
21      name is Michael Kaplen, I represent
22      the plaintiffs in this case.
23              MR. BUTLER:  Good afternoon,
24      James D. Butler and I represent the
25      defendant.
```

Page 6

MARIA EBERLINE

1
2          THE VIDEOGRAPHER: The court
3     reporter today is Jowell Falsetta of
4     Merrill Legal Solutions.  Will the
5     reporter please swear the witness.
6          THE COURT REPORTER:  Do you
7     solemnly swear that the testimony you
8     are about to give is the truth, whole
9     truth and nothing but the truth?
10          THE WITNESS:   I do.
11          THE VIDEOGRAPHER:  Please
12     begin.
13     Q.    Good afternoon, Mr. Eberline.
14 Again my name is Michael Kaplen, I represent
15 the Parady family in connection with the
16 injuries and death of their daughter
17 concerning the incident that occurred on
18 February 25, 2007.  I am going to be asking
19 you some questions about that incident today.
20          And you understand we are videotaping
21 your deposition?
22     A.    Yes.
23     Q.    To be used in the course of the
24 trial in this action.
25          Can you give us your address, please?

```
 1                    MARIA EBERLINE

 2         A.    Yes, it's 11250 Morrison Street,

 3    number 202, North Hollywood, California

 4    91601.

 5         Q.    How long have you lived there?

 6         A.    A year now.

 7         Q.    On February 25th of 2007 were

 8    you living there?

 9         A.    Yes.

10         Q.    Okay.

11         And can you tell us please the nature

12    of your business or occupation?

13         A.    I'm an actress.  I come back and

14    forth between Los Angeles and New York for

15    auditions, that is why I was in the city in

16    February.

17         Q.    Okay.

18         On February 25th of 2007 were you in

19    the vicinity of Ninth Avenue and 37 Street?

20         A.    Yes, I was.

21         Q.    Before this incident took place,

22    can you tell us where you were and what you

23    were doing?

24         A.    I was at In the Heights the

25    musical, I was watching a show with my best
```

1              MARIA EBERLINE

2    friend.

3         Q.    And who is that?

4         A.    Sharlene Aquiler.

5         Q.    And about what time did that

6    show end?

7         A.    Around 10:45 ish, 10:30 or so.

8         Q.    And did you leave the theater at

9    the end of the show?

10        A.    Yes.

11        Q.    And before that did you have

12   anything to eat that night?

13        A.    We had dinner prior to the show.

14        Q.    And when you left the theater

15   that night, can you tell us what the weather

16   was like?

17        A.    It was snowing very lightly,

18   like light flurries.

19        Q.    Was there any snow on the

20   ground?

21        A.    Light dusting of snow.

22        Q.    By the way where was the theater

23   located?

24        A.    37th and Ninth.

25        Q.    When you left the theater, did

MARIA EBERLINE

1

2    you have a destination?

3        A.    Yes, we was going to go back up

4    to West Harlem where my best friend lives.

5        Q.    Did you walk or did you take a

6    cab or something else?

7        A.    We had taken a cab to the

8    theater and we were going to walk to Eighth

9    and take a cab back up.

10       Q.    The direction that you were

11   going to take from theater to Eighth Avenue,

12   could you tell us what that was?

13       A.    Yes, from west to east.

14       Q.    So you were walking on 37

15   street?

16       A.    Uh-hu.

17       Q.    And did you eventually get to

18   the corner of 37 Street and Ninth Avenue?

19       A.    Yes.

20       Q.    When you got to the corner of

21   37th and Ninth Avenue, you were intending to

22   cross the street from west to east?

23       A.    Yes.

24       Q.    Did you have to stop there for

25   any period of time because of traffic

1          MARIA EBERLINE

2    signals?

3          A.    Yes, we reached the crosswalk

4    basically and we were waiting for the signal

5    to turn and starting walking as soon as the

6    light, crossing signal came on.

7          Q.    Did you have anything in your

8    hands, an umbrella or anything else?

9          A.    No.

10         Q.    How about your friend?

11         A.    No.

12         Q.    When you started to cross the

13   street, were there any pedestrians walking in

14   front of you?

15         A.    No, we was the first.

16         Q.    And as you were crossing the

17   street, was the weather the same as when you

18   left the theater?

19         A.    Yes, it was a little heavier but

20   it was still pretty --  I mean we could see

21   in front of us and everything.

22         Q.    Were you crossing within the

23   crosswalk?

24         A.    Yes.

25         Q.    As you started to cross the

1                     MARIA EBERLINE

2       street, across Ninth Avenue, did any cars

3       pass in front of you making any type of turn?

4              A.     No, no.

5              Q.     And as you were crossing the

6       street, was the green signal in your favor

7       for the entire time that you were crossing?

8              A.     Yes, it was.

9              Q.     As you were crossing that

10      street, did your attention get directed to a

11      pickup truck?

12             A.     Yes about--

13             Q.     Okay.

14             A.     Yes.

15             Q.     Where were you when your

16      attention was directed to the pickup truck?

17             A.     About three-quarters of the way

18      across the street, I noticed the pickup truck

19      on my left-hand side coming from the opposite

20      direction.

21             Q.     Coming from 37 Street?

22             A.     Yes.

23             Q.     What drew your attention to that

24      pickup truck?

25             A.     It looked like it was going a

Case 1:07-cv-03640-JCF    Document 24-4 · Filed 02/01/2008    Page 13 of 51
Case 1:07-cv-03640-JCF    Document 20-11    Filed 01/17/2008    Page 12 of 50
Page 12

```
 1                    MARIA EBERLINE
 2    little bit fast.
 3         Q.    And do you have a driver's
 4    license?
 5         A.    Yes.
 6         Q.    How long have you been a driver?
 7         A.    14 years.
 8         Q.    And were you able to estimate as
 9    best you could the speed of that pickup truck
10    when your attention was drawn to it?
11         A.    About 40 miles an hour or so.
12         Q.    Did that pickup truck have any
13    signal lights on?
14         A.    Not that I noticed.
15         Q.    After your attention was drawn
16    to this pickup truck, what happened next?
17         A.    We were about to hit the curb
18    when I heard a scream; a really high-pitched
19    shrill scream and then i heard a screech of
20    tires and a thud.
21         Q.    This scream that you heard, were
22    you able to identify whether it was a male or
23    female voice?
24         A.    It was a female voice.
25         Q.    Where was the scream coming
```

Case 1:07-cv-03640-JCF    Document 24-4    Filed 02/01/2008    Page 14 of 51
Case 1:07-cv-03640-JCF    Document 20-11    Filed 01/17/2008    Page 13 of 50
Page 13

MARIA EBERLINE

1

2      from?

3          A.    From behind me.

4          Q.    When you say a high-pitched

5      scream, what do you mean by that?

6          A.    Very shrill, frightened scream.

7          Q.    After you heard that scream the

8      next thing you heard was a what?

9          A.    Screech of tires.

10         Q.    And following that did you hear

11     anything else?

12         A.    And then a thud.

13         Q.    After you heard those sounds,

14     did you do anything?

15         A.    My best friend and I both turned

16     around in a panic and we kind of you know

17     scurried to the curb and turned around and we

18     saw the truck that had passed us and a body

19     on the ground and a gentleman had kind of run

20     around to see what happened.

21         Q.    This truck that you saw, is this

22     the same truck that you identified as going

23     as you say going kind of fast?

24         A.    Yes.

25         Q.    And you saw somebody you said on

1              MARIA EBERLINE

2    the ground?

3         A.    Uh-hu.

4         Q.    And did you ever speak to that

5    individual on the ground?

6         A.    No.

7         Q.    Did you ever speak to anybody

8    that she was with?

9         A.    No.

10        Q.    Did you ever speak to the person

11   that you saw scurrying around the truck?

12        A.    No.

13        Q.    Did you wait there until the

14   police came?

15        A.    Yes.

16        Q.    Did you speak to the police?

17        A.    Yes.

18        Q.    And did they ask you what

19   happened?

20        A.    Yes.

21        Q.    And did you tell them the same

22   things that you are telling us today?

23        A.    Yes.

24        Q.    Did you ever speak to them again

25   after this?

1              MARIA EBERLINE

2       A.    No.

3       Q.    Before you heard the scream or

4  the screeching or the thud, did you hear the

5  sound of any horn?

6       A.    No.

7       Q.    How long did you stay at the

8  scene?

9       A.    For about an hour.

10      Q.    I'm going to show you a

11  photograph that has been previously marked as

12  Plaintiff's Exhibit 4 for identification on

13  August 21st of 2007.

14           MR. BUTLER:  May I see that,

15      please?

16           MR. KAPLEN:  Yes.

17      Q.    And do you recognize what is

18  depicted there?

19      A.    Yes.

20      Q.    Can you tell us what is depicted

21  there?

22      A.    This is Ninth Avenue and this is

23  37(indicating).

24      Q.    And is that a fair and accurate

25  depiction, I understand it was snowing that

1              MARIA EBERLINE

2     night, but the intersection of how it looked?

3         A.    Yes.

4         Q.    When you were crossing the

5     street, can you tell us, you were crossing

6     from --

7         A.    From this corner to this corner.

8         Q.    From the H&R H Block to --

9         A.    This to this corner

10    (indicating).

11        Q.    By the way, the person that you

12    saw on the ground following this, this was a

13    female individual?

14        A.    Yes.

15        Q.    When was she within the

16    crosswalk?

17        A.    Yes.

18        Q.    And did you notice her on the

19    corner before you started to cross the

20    street?

21        A.    No, she was behind us so.

22        Q.    Did you ever have any

23    conversation with her before any of this took

24    place?

25        A.    No.

1                      MARIA EBERLINE

2            Q.    Did you know her?

3            A.    No.

4                  MR. KAPLEN:   Thank you.   I have

5        no further questions.

6                  THE WITNESS:   Yes.

7    EXAMINATION BY MR. BUTLER:

8            Q.    What is your telephone number in

9    California?

10           A.    (310) 804-3353.

11           Q.    And you have an answering

12   machine, do you not?

13           A.    Yes, a service.

14           Q.    A service, okay.

15             How did you first learn of this

16   deposition being taken today?

17           A.    I met with Mr. Kaplen about a

18   month ago.

19           Q.    Where?

20           A.    Here in New York.

21           Q.    Who arranged that meeting?

22           A.    Mr. Kaplen did.

23           Q.    Was that by reason of a

24   telephone call made to you in California,

25   made for a time when you were here in New

1                    MARIA EBERLINE

2    York for an audition?

3          A.   He actually contacted me while I

4    was in New York.

5          Q.    And where did you meet with him,

6    I know it was in New York but where?

7          A.    At 6162 Columbus Circle.

8          Q.    What is there?

9          A.    It is my boyfriend's apartment.

10         Q.    What is your boyfriend's name?

11         A.    Rick Adams.

12         Q.    Was there anyone else there?

13         A.    No.

14         Q.    Did you give any kind of a

15    written statement at that time?

16         A.    No.

17         Q.    Any kind of an oral statement

18    that was recorded in any way?

19         A.    No, not that I remember.

20         Q.    It was just you and Mr. Kaplen?

21         A.    Yes.

22         Q.    Other than that meeting, have

23    you ever meet with Mr. Kaplen?

24         A.    No.

25         Q.    Or anyone from his office?

1            MARIA EBERLINE

2        A.    No.

3        Q.    Did you talk to him today before

4    this deposition?

5        A.    Yes.

6        Q.    For how long?

7        A.    About 20 minutes.

8        Q.    Where was that?

9        A.    That was at the Princeton Club.

10       Q.    On 45 Street?

11       A.    Yes, 43, 43.

12       Q.    And how was that arrangement

13   made, who made that arrangement?

14       A.    Mr. Kaplen and I.

15       Q.    Was anybody else there besides

16   the two of you?

17       A.    Nope.

18       Q.    You received telephone calls

19   while in California at this number from an

20   investigator from my office; did you not?

21       A.    I received one phone call.

22       Q.    You didn't return it?

23       A.    No, I did not.

24       Q.    Was there a reason why you

25   didn't return it, when you did speak with

MARIA EBERLINE

1

2  Mr. Kaplen, didn't you think it would be only

3  fair to speak to both sides?

4           MR. KAPLEN:  Objection.

5      Q.    You could answer.

6      A.    Yes but I was also very busy at

7  the time and it just sort of slipped my mind.

8      Q.    That call was made months ago,

9  was it not?  As a matter of fact it was

10 several calls but the one you are speaking of

11 was made months ago?

12     A.    I only remember one phone call

13 and I believe it was a couple of weeks before

14 I came out here again.  So I think it was

15 only about three weeks ago.

16     Q.    Did you make any effort to

17 respond to that call knowing that it was on

18 behalf of the driver of the car?

19     A.    No, I did not.

20     Q.    Were you instructed by anybody

21 not to?

22     A.    No, I was not instructed.

23     Q.    Were you advised that maybe you

24 shouldn't do so?

25     A.    No, I was not.

1              MARIA EBERLINE

2         Q.     Now, you identified the

3    photograph here at Ninth and 40 --

4         A.     37 street.

5         Q.     37 Street I am sorry.

6          Have you been there on a number of

7    occasions before?

8         A.     No.

9         Q.     How many times were you at that

10   intersection before that night?

11        A.     I believe that was the first

12   time.

13        Q.     Have you been there since?

14        A.     No, not that I recall.

15        Q.     Now the theater that you went to

16   when you saw In The Heights, that theater has

17   two parts, does it not, there are two

18   theaters?

19        A.     I believe so.

20        Q.     Okay.  And there were two shows

21   that night?

22        A.     Uh-hu.

23        Q.     And there is another theater the

24   Zipper theater along that street; is there

25   not?

Case 1:07-cv-03640-JCF    Document 24-4    Filed 02/01/2008    Page 23 of 51
Case 1:07-cv-03640-JCF    Document 20-11    Filed 01/17/2008    Page 22 of 50
Page 22

1               MARIA EBERLINE

2          A.    I guess, I am not really

3     familiar with that area.

4          Q.    Do you know how many theaters

5     there are on that street?

6          A.    No.

7          Q.    However many there are, there

8     are theaters that are letting out at that

9     same time, are there not?

10         A.    Yes.

11         Q.    And so there were a number of

12    people walking on 37 Street?

13         A.    Yes.

14         Q.    Okay.

15          Now when you were in the theater, did

16    you see the woman who was involved in the

17    accident and/or her escort?

18         A.    No.

19         Q.    Did you see them as you were

20    leaving the theater?

21         A.    No.

22         Q.    Did you see them as you were

23    walking along from the theater up to Ninth

24    Avenue?

25         A.    No, I did not.

1              MARIA EBERLINE

2        Q.    And the theater is much closer

3  to Tenth Avenue, isn't it on 37 Street?

4        A.    Yes.

5        Q.    As a matter of fact it is almost

6  at Tenth?

7        A.    Yes, almost at Tenth.

8        Q.    So you walked the entire block?

9        A.    Yes.

10        Q.    You said you were the first one?

11        A.    In that group at the crosswalk.

12        Q.    Let me ask you this, did you

13  stay for the encore?

14        A.    Actually I believe we left

15  during.

16        Q.    During the encore?

17        A.    Yes.

18        Q.    Did others leave at that time

19  also?

20        A.    Not that I saw.

21        Q.    As you were walking along there,

22  were others walking -- none walking in front

23  of you,  is that right?  Was there anyone in

24  front of you?

25        A.    There might have been, there

1                    MARIA EBERLINE

2    might have been a few people but I honestly

3    don't remember.

4              Q.    I understand.

5              Were there people walking behind you?

6              A.    Yes.

7              Q.    Do you know how close behind

8    you?

9              A.    I mean as we were getting out,

10   there were just a lot of people on the street

11   so.

12             Q.    And a number of those would have

13   been walking towards Ninth Avenue?

14             A.    Yes.

15             Q.    As you walked along, there was

16   snow on the ground?

17             A.    Yes, light dusting of snow.

18             Q.    And it was also slushy?

19             A.    Yes.

20             Q.    So you walked very carefully?

21             A.    Yes.

22             Q.    What kind of shoes did you have

23   on?

24             A.    I think boots but I don't

25   remember what I had on.

1                    MARIA EBERLINE

2         Q.    Something that you could grab

3    the ground, rubber or something?

4         A.    Yes.

5         Q.    And your friend same thing

6    Sharlene also?

7         A.    Yes.

8         Q.    You mentioned before you were

9    not carrying an umbrella?

10        A.    No.

11        Q.    You or Sharlene?

12        A.    No.

13        Q.    Did you have any headgear?

14        A.    Hat and scarf.

15        Q.    Sharlene the same?

16        A.    Yes.

17        Q.    Was the scarf up around your

18   head?

19        A.    No, around my neck.

20        Q.    How about the hat, was hat on

21   top of your head?

22        A.    Yes.

23        Q.    Did it cover your ears?

24        A.    No, I don't think so.

25        Q.    And it was snowing during this

1                 MARIA EBERLINE

2   entire time?

3          A.    Uh-hu.

4          Q.    Now, the people who were walking

5   there, were they both male and female, men

6   and women?

7        . A.    All around me?

8          Q.    Yes.

9          A.    Yes.

10         Q.    At any time before this accident

11  did you notice the young lady who was

12  involved in the accident?

13         A.    No.

14         Q.    Or her escort?

15         A.    No.

16         Q.    Approximately how long did it

17  take you to walk from the theater to the

18  corner of Ninth Avenue?

19         A.    Maybe a minute.

20         Q.    And were there any cars

21  proceeding west on 37 Street as you were

22  walking along?

23         A.    I don't remember.

24         Q.    And when you got to the

25  intersection, I believe that you said that

```
 1              MARIA EBERLINE

 2   you and Sharlene were the first ones there?

 3        A.    Uh-hu.

 4        Q.    What was the status of the walk,

 5   don't walk signal when you got there?

 6        A.    When we get there it was a don't

 7   walk signal.

 8        Q.    Don't walk?

 9        A.    Uh-hu.

10        Q.    For how long did you wake for

11   the walk?

12        A.    About 15, 20 seconds.

13        Q.    And from don't walk, did it turn

14   to something?

15        A.    Yes, it turned to the walking

16   sign and we proceeded to walk right after it

17   turned.

18        Q.    At the corner and I believe you

19   said, I'm now pointing to the corner by H&R

20   Block, I believe that was the corner you said

21   you were coming from?

22        A.    Yes.

23        Q.    There is a pole there, which

24   side of the pole were you on?

25        A.    I believe we were on this side
```

```
 1              MARIA EBERLINE
 2    of the pole in-between this (indicating).
 3         Q.    Indicating as you're looking at
 4    the photograph P4 on the left side of the
 5    pole?
 6         A.    Yes.
 7         Q.    Or the inside so to speak?
 8         A.    On the inside, yes.
 9         Q.    As you were waiting there for
10    that 15 or 20 seconds, did the other people
11    catch up with you when they were waiting
12    also?
13         A.    I honestly don't remember.
14         Q.    Was there anyone on the other
15    side of the pole as you were waiting?
16         A.    I think there might have been a
17    group of people approaching us, but I don't
18    really remember.
19         Q.    When you were at dinner, did you
20    have anything of an alcoholic nature?
21         A.    No.
22         Q.    Did you have any that day
23    alcohol?
24         A.    Pardon?
25         Q.    Did you have any alcohol that
```

```
 1              MARIA EBERLINE
 2    day?
 3         A.    No.
 4         Q.    How about Sharlene?
 5         A.    I don't believe so.  She is a
 6    school teacher so.
 7         Q.    Okay. Were there other people
 8    with umbrellas?
 9         A.    I honestly don't remember.
10         Q.    And was it windy?
11         A.    Not really windy, no.
12         Q.    You don't remember wind coming
13    blowing the snow?
14         A.    No, just cold.
15         Q.    Okay.  Were you on the left or
16    right side of Sharlene as you were crossing
17    the street?
18         A.    I was on the left side.
19         Q.    And approximately how far was
20    Sharlene from you as you crossed the street?
21         A.    We were about shoulder to
22    shoulder.
23         Q.    About how far away was she?
24         A.    Pardon me?
25         Q.    Just inches away?
```

```
 1                    MARIA EBERLINE
 2        A.     Yes, just inches away.
 3        Q.     I understand.
 4        Did you experience any difficulty
 5   crossing the street with any depressions or
 6   any imperfections in the street?
 7        A.     No.
 8        Q.     But that was your very first
 9   time there?
10        A.     Uh-hu.
11        Q.     And your last?
12        A.     Uh-hu.
13        Q.     And your only?
14        A.     As far as I know, yes.
15        Q.     Okay, all right.
16        And your intention was to get a cab
17   on Eighth Avenue because that would be the
18   uptown street and you were going back to
19   Harlem?
20        A.     Yes.
21        Q.     Okay.
22        Now have you ever heard a woman who
23   was involved in the incident, I will call her
24   Ms. Paradi, okay.  Have you ever talked with
25   her before?
```

1               MARIA EBERLINE

2       A.      No.

3       Q.      Have you ever heard her?

4       A.      No.

5       Q.      Have you ever heard her scream?

6       A.      No.

7       Q.      But you heard a scream?

8       A.      I heard a scream.

9       Q.      Did you see who it was that

10   screamed or did you hear the scream and then

11   you turned around?

12      A.      I heard the scream and then

13   turned around.

14      Q.      Were there other people in the

15   area?

16      A.      Yes.

17      Q.      Were some of those people women?

18      A.      Probably.

19      Q.      I think you said you proceeded

20   to the cover and then you turned around; is

21   that correct?

22      A.      Uh-hu.

23      Q.      You were almost at the curb when

24   the accident happened?

25      A.      Yes, we were almost there

1                    MARIA EBERLINE

2    probably a few steps away.

3         Q.    Now, when you same to the curb,

4    did you then proceed over to where the

5    accident was?

6         A.    No.

7         Q.    You stayed right there on the

8    curb?

9         A.    Yes.

10         Q.    Did you ever go over to where

11    the accident was?

12         A.    Only when, after the ambulance

13    came and we crossed over to talk to the

14    police.

15         Q.    After they had taken Ms. Paradi

16    away?

17         A.    They were in the process of,

18    yes, but we didn't want to get in the way.

19         Q.    I understand.

20         Did you actually see her when she was

21    lying on the ground?

22         A.    We saw the form of her but not

23    up close.

24         Q.    From a distance?

25         A.    Yes.

MARIA EBERLINE

1

2      Q.    Four, five lanes away?

3      A.    Uh-hu.

4      Q.    You never got closer than that

5  when you she was on the ground?

6      A.    No.

7      Q.   . Do you know whether or not she

8  was wearing glasses?

9      A.    I have no idea.

10     Q.    Do you know what kind of

11  clothing she was wearing?

12     A.    No.

13     Q.    What color it was, by color I

14  mean light or dark?

15     A.    I think it was dark.

16     Q.    Now did you see an umbrella in

17  the area?

18     A.    No.

19     Q.    Did you see Ms. Paradi's

20  companion, whose name is Mr. Blank, did you

21  see him?

22     A.    Yes.

23     Q.    Did you talk to him?

24     A.    No.

25     Q.    Did you hear him talk to anyone?

```
 1              MARIA EBERLINE

 2        A.    No.

 3        Q.    Did you hear anyone talk to

 4  anyone other than perhaps Sharlene?

 5        A.    No.

 6        Q.    Did you hear Sharlene talk to

 7  anyone?

 8        A.    No, we were talking to each

 9  other at that point so.

10        Q.    And you went over and identified

11  yourself to the police?

12        A.    Yes.

13        Q.    Okay.  It was it still snowing?

14        A.    Very lightly.

15              MR. BUTLER:  I would ask that

16        this photograph be marked, please.

17              (Photograph marked for

18        identification Defendant's Eberline

19        Exhibit E A.)

20              MR. BUTLER:  Why don't we mark

21        it Defendant's Exhibit, Eberline

22        Defendant's Exhibit.

23              THE WITNESS:  Eberline.

24              MR. BUTLER:  E, A.

25        Q.    This is a photograph taken by
```

```
 1              MARIA EBERLINE

 2      the New York City Police Department at the

 3      time of the accident and I would ask you does

 4      that --

 5              MR. KAPLEN:  Excuse me, it was

 6          not taken at the time of the accident.

 7          You don't know when it was taken.

 8              MR. BUTLER:  I'll make the

 9          representation that it was taken at

10          the time of the accident.

11              MR. KAPLEN:  At the time of the

12          accident or hours later, do you know?

13              MR. BUTLER:  Within a very

14          short period directly after.

15              MR. KAPLEN:  I object to that.

16          Would you just show her the picture

17          without that statement because I

18          object to that statement.

19      Q.    I show you this picture and I

20      will  make a representation to you and the

21      proofs will show that this photograph was

22      taken very shortly after and not hours, very

23      shortly.

24              MR. KAPLEN:  Objection.

25      Q.    Is that condition what you would
```

1              MARIA EBERLINE

2    describe as light snow?

3         A.    Yes.  I mean I have seen some

4    pretty heavy snows here in New York so.

5         Q.    And you consider that light

6    snow?

7         A.    Well, no not really light snow.

8         Q.    What would you consider it?

9         A.    Moderate.

10        Q.    With the snow in that condition,

11   can you see any of the lines that you could

12   see in P F4, PLF4?

13        A.    I mean seen, I see part of the

14   crosswalk right there.

15        Q.    Where?

16        A.    Right here (indicating).

17        Q.    Would you please take a pen if

18   you would and mark where you say you see part

19   of the crosswalk and this is on Defendant's

20   Exhibit E A photograph, police photograph.

21        A.    Actually no, I can't really see

22   it.

23        Q.    Thank you.

24        A.    Sure.

25        Q.    As you were standing on the

1                    MARIA EBERLINE

2        corner by the H&R Block that would be the

3        westerly corner?

4              A.    Uh-hu.

5              Q.    Were cars proceeding down Ninth

6        Avenue, south on Ninth Avenue?

7              A.    Again, I don't really remember,

8        it was traffic.

9              Q.    Were cars proceeding west, as

10       you were standing there, were cars proceeding

11       west on 37 street?

12             A.    I don't really remember.

13             Q.    Were cars turning as you were on

14       that corner, turning from 37 Street to either

15       go on to the tunnel or south on Ninth Avenue?

16             A.    There were no cars passing in

17       front of us so.

18             Q.    I am talking about when you were

19       on the corner.

20             A.    Uh-hu.

21             Q.    I am not talking about when you

22       were walking?

23             A.    I don't really remember.

24             Q.    Was either one of you talking on

25       a cell phone?

1              MARIA EBERLINE

2        A.    No.

3        Q.    Is either one of you a nurse?

4        A.    No.

5        Q.    Do you know whether or not a

6    nurse just came along, I don't mean any EMTs

7    just came along as a nurse?

8        A.    No.

9        Q.    Did anyone else come to the

10   assistance of Ms. Paradi?

11       A.    I believe so, yes.

12       Q.    Did you talk to any of those

13   people?

14       A.    No.

15       Q.    You were still on the far

16   corner?

17       A.    Uh-hu.

18       Q.    Do you know whether she was

19   lying in a prone or in a, what position she

20   was lying in?

21       A.    I have no idea.  We just saw

22   basically a form and none of us really wanted

23   to cross over.

24       Q.    Did you make any notice as to in

25   what direction she was lying or where she was

1            MARIA EBERLINE

2     with relation, did you make any notice where

3     she was in relation to the vehicle?

4            A.    Yes, she was in the crosswalk.

5            Q.    And you could see the crosswalk

6     in the snow?

7            A.    Yes, at that point, yes.

8            Q.    You can?

9            A.    Yes, I could see where I was

10    walking and I am sure I was in the crosswalk.

11           Q.    How were you sure you were in

12    the crosswalk?

13           A.    Pardon me?

14           Q.    How were you sure you were in

15    the crosswalk?

16           A.    Where we were standing, we were

17    standing within the lines of the crosswalk.

18           Q.    Based on that answer, you

19    crossed over and heard the scream and looked

20    over and you are basing that on the fact that

21    the person was within the crosswalk?

22           A.    Yes, she was almost directly

23    behind me so.

24           Q.    Oh, you knew that?

25           A.    Yes.

1            MARIA EBERLINE

2        Q.    As you were walking along you

3    knew she was directly behind you?

4        A.    No, I am saying when I turned

5    around and where the car was and where the

6    body ended up, she was almost directly behind

7    me.

8        Q.    And this was the car that was

9    going 40 miles an hour?

10       A.    Yes.

11       Q.    Do you know where the car that

12   was 40 miles an hour came from?

13       A.    From the opposite direction on

14   37.

15       Q.    Made the turn at 40 miles an

16   hour?

17       A.    Yes, I don't know if he slowed

18   down but it seemed he was going about that

19   fast when he came towards us.

20       Q.    Okay.

21            MR. BUTLER:   Thank you, very

22       much.

23            THE WITNESS:   Thank you.

24            MR. KAPLEN:   Thank you very

25       much for coming.

1          MARIA EBERLINE

2              THE VIDEOGRAPHER:  This marks

3      the end of the deposition of Ms. Maria

4      Eberline.  Total number of tapes used

5      today is one.  We are going off the

6      record the time is 12:57 p.m.

7

8

       MARIA EBERLINE

9

10

       Subscribed and sworn to before me

11

       this      day of

12      , 2007.

13

       Notary Public

14

15

16

17

18

19

20

21

22

23

24

25

1

2             C E R T I F I C A T E.

3    STATE OF NEW YORK    )

4                         : ss.

5    COUNTY OF NEW YORK   )

6

7         I, JOWELL FALSETTA, a Shorthand

8    Reporter and Notary Public within and for the

9    State of New York, do hereby certify:

10        That MARIA EBERLINE, the witness whose

11   deposition is hereinbefore set forth, was duly

12   sworn by me and that such deposition is a true

13   record of the testimony given by the witness.

14        I further certify that I am not

15   related to any of the parties to this action by

16   blood or marriage, and that I am in no way

17   interested in the outcome of this matter.

18        IN WITNESS WHEREOF, I have hereunto

19   set my hand this 2 day of December , 2007.

20

21

22

23        *Jowell Falsetta*

24        JOWELL FALSETTA

25

1

2                                    I N D E X

3    EBERLINE EXHIBITS

     No.    Ident.    Description

4    A      34         Photograph.

5

6

7    SIGNATURE LINE & JURAT.........page 41

8

9    EXAMINATION BY:

     Mr. Kaplen, pages 5-17

10   Mr. Butler, pages 17-41

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1
2
      STATE OF NEW YORK      )
3                              ss:
      COUNTY OF NEW YORK      )
4         I wish to make the following changes, for the
      following reasons:
5
      PAGE LINE ____ ____
6                   CHANGE FROM: _____
                    CHANGE TO:   _____
7     REASON: _____
8     ____ ____ CHANGE FROM: _____
                    CHANGE TO:   _____
9     REASON: _____
10    ____ ____ CHANGE FROM: _____
                    CHANGE TO:   _____
11    REASON: _____
12    ____ ____ CHANGE FROM: _____
                    CHANGE TO:   _____
13    REASON: _____
14    ____ ____ CHANGE FROM: _____
                    CHANGE TO:   _____
15    REASON: _____
16    ____ ____ CHANGE FROM: _____
                    CHANGE TO:   _____
17    REASON: _____
18    ____ ____ CHANGE FROM: _____
                    CHANGE TO:   _____
19    REASON: _____
20    ____ ____ CHANGE FROM: _____
                    CHANGE TO:   _____
21    REASON: _____
22
23                   _____
      Subscribed and sworn to before me
24    this _____ day of _____, 2007.
25    _____
```

## A

able 12:8,22
accident 22:17
  26:10,12 31:24
  32:5,11 35:3,6
  35:10,12
accompanied 4:8
accurate 15:24
action 1:7 4:18
  6:24 42:15
actress 7:13
Adams 18:11
address 6:25
administrator
  5:12
Administratrix
  1:4
advised 20:23
afternoon 5:20
  5:23 6:13
ago 17:18 20:8,11
  20:15
AGREED 3:3
alcohol 28:23,25
alcoholic 28:20
ambulance 32:12
and/or 3:5 22:17
Angeles 7:14
answer 3:7,10 4:2
  4:6,7,7,9 20:5
  39:18
answered 4:5,13
answering 17:11
anybody 14:7
  19:15 20:20
apartment 18:9
apply 3:8
approaching
  28:17
appropriate 3:8
approximately
  26:16 29:19
Aquiler 8:4
area 22:3 31:15
  33:17
arranged 17:21
arrangement

19:12,13
Article 3:8
asking 6:18
assistance 38:10
attendance 3:13
attention 11:10
  11:16,23 12:10
  12:15
attorney 3:11 4:6
  4:10,21,24
attorneys 2:6,13
  3:3
audition.18:2
auditions 7:15
August 15:13
Avenue 2:14 7:19
  9:11,18,21 11:2
  15:22 22:24
  23:3 24:13
  26:18 30:17
  37:6,6,15

## B

b 3:5
back 7:13 9:3,9
  30:18
bar 4:17
Based 39:18
basically 10:4
  38:22
basing 39:20
basis 3:12 4:8
Bedford 2:7
behalf 4:21 20:18
believe 20:13
  21:11,19 23:14
  26:25 27:18,20
  27:25 29:5
  38:11
best 7:25 9:4 12:9
  13:15
bit 12:2
Blank 33:20
block 16:8 23:8
  27:20 37:2
blood 42:16
blowing 29:13

Bodo 1:4,4 5:11
  5:13
body 13:18 40:6
boots 24:24
boyfriend's 18:9
  18:10
business 7:12
busy 20:6
Butler 2:12 5:23
  5:24 15:14 17:7
  34:15,20,24
  35:8,13 40:21
  43:10

## C

c 2:2 3:5 42:2,2
cab 9:6,7,9 30:16
California 7:3
  17:9,24 19:19
call 17:24 19:21
  20:8,12,17
  30:23
calls 19:18 20:10
car 20:18 40:5,8
  40:11
carefully 24:20
CARO 2:5
carrying 25:9
cars 11:2 26:20
  37:5,9,10,13,16
case 5:22
catch 28:11
cause 4:5
cell 37:25
certification 4:23
certify 42:9,14
CHANGE 44:6,6
  44:8,8,10,10,12
  44:12,14,14,16
  44:16,18,18,20
  44:20
changes 44:4
charge 4:25
Circle 18:7
city 2:15 7:15
  35:2
CIV 1:7

Civil 1:7
clear 3:11 4:8
clearly 4:14
close 24:7 32:23
closer 23:2 33:4
clothing 33:11
Club 19:9
cold 29:14
color 33:13,13
Columbus 18:7
come 7:13 38:9
coming 11:19,21
  12:25 27:21
  29:12 40:25
comments 3:14
communicating
  4:11
communication
  4:12,14
companion 33:20
complete 4:9
compliance 3:4
concerning 6:17
condition 35:25
  36:10
confidentiality
  4:3
connection 6:15
consent 4:12
consider 36:5,8
contacted 18:3
controlled 4:22
conversation
  16:23
copy 4:25
corner 9:18,20
  16:7,7,9,19
  26:18 27:18,19
  27:20 37:2,3,14
  37:19 38:16
correct 31:21
counsel 4:24 5:18
COUNTY 42:5
  44:3
couple 20:13
course 3:13 6:23
court 1:2 4:4 5:16

6:2,6
Courts 3:4
cover 25:23 31:20
CPLR 3:9,13 4:7
  4:22
cross 9:22 10:12
  10:25 16:19
  38:23
crossed 29:20
  32:13 39:19
crossing 10:6,16
  10:22 11:5,7,9
  16:4,5 29:16
  30:5
crosswalk 10:3
  10:23 16:16
  23:11 36:14,19
  39:4,5,10,12,15
  39:17,21
curb 12:17 13:17
  31:23 32:3,8

## D

d 2:12 3:5 5:24
  43:2
dark 33:14,15
daughter 6:16
day 28:22 29:2
  41:11 42:19
  44:24
DE 2:5
death 6:16
December 1:10
  5:5
deemed 4:21
defect 3:12
defendant 1:9
  2:13 5:25
Defendant's
  34:18,21,22
  36:19
Department 35:2
depicted 15:18,20
depiction 15:25
deponent 3:11
  4:2,6,8,11
deposition 1:13

3:6,6,7,10 4:2
4:10,11 5:10
6:21 17:16 19:4
41:3 42:11,12
depressions 30:5
describe 36:2
Description 43:3
destination 9:2
determining 4:12
difficulty 30:4
dinner 8:13 28:19
direct 4:6
directed 11:10,16
direction 4:7 9:10
11:20 38:25
40:13
directly 35:14
39:22 40:3,6
distance 32:24
District 1:2,2
5:16,16
doing 7:23
drawn 12:10,15
drew 11:23
driver 12:6 20:18
driver's 12:3
duly 42:11
dusting 8:21
24:17

_____ E _____
E 2:2,2 34:19,24
36:20 42:2,2
43:2
ears 25:23
east 9:13,22
eat 8:12
Eberline 1:13 5:1
5:11 6:1,13 7:1
8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1

32:1 33:1 34:1
34:18,21,23
35:1 36:1 37:1
38:1 39:1 40:1
41:1,4,8 42:10
43:3
effort 20:16
Eighth 9:8,11
30:17
either 37:14,24
38:3
EMTs 38:6
encore 23:13,16
ended 40:6
enforce 4:3
entire 11:7 23:8
26:2
error 3:12
escort 22:17
26:14
ESQ 2:9,12
estate 1:4 5:13
estimate 12:8
event 4:14
eventually 9:17
examination 3:13
4:17,19,20,21
4:23,25 17:7
43:9
examined 4:19,24
examining 4:9
Excuse 35:5
Exhibit 15:12
34:19,21,22
36:20
EXHIBITS 43:3
experience 30:4
extent 3:12

_____ F _____
F 42:2
fact 20:9 23:5
39:20
failure 4:16,20
fair 15:24 20:3
Falsetta 1:17 6:3
42:7,24

familiar 22:3
family 6:15
far 29:19,23
30:14 38:15
fast 12:2 13:23
40:19
favor 11:6
February 6:18
7:7,16,18
female 12:23,24
16:13 26:5
filing 4:23
first 10:15 17:15
21:11 23:10
27:2 30:8
five 33:2
flurries 8:18
following 3:10
16:12 44:4,4
form 3:12 32:22
38:22
forth 4:4,13 7:14
42:11
Four 33:2
framed 3:10
friend 8:2 9:4
10:10 13:15
25:5
frightened 13:6
front 10:14,21
11:3 23:22,24
37:17
further 17:5
42:14
F4 36:12

_____ G _____
gentleman 13:19
getting 24:9
give 6:8,25 18:14
given 3:7 42:13
glasses 33:8
go 9:3 32:10
37:15
going 6:18 9:3,8
9:11 11:25
13:22,23 15:10

30:18 40:9,18
41:5
Good 5:20,23
6:13
grab 25:2
green 11:6
ground 8:20
13:19 14:2,5
16:12 24:16
25:3 32:21 33:5
grounds 4:13
group 23:11
28:17
guess 22:2

_____ H _____
H 16:8
Hagin 2:20 5:3
hand 42:19
hands 10:8
happened 12:16
13:20 14:19
31:24
Harlem 9:4 30:19
hat 25:14,20,20
head 25:18,21
headgear 25:13
hear 13:10 15:4
31:10 33:25
34:3,6
heard 12:18,19
12:21 13:7,8,13
15:3 30:22 31:3
31:5,7,8,12
39:19
heavier 10:19
heavy 36:4
Heights 7:24
21:16
hereinbefore
42:11
hereunto 42:18
high-pitched
12:18 13:4
hit 12:17
Hollywood 7:3
honestly 24:2

28:13 29:9
horn 15:5
hour 12:11 15:9
40:9,12,16
hours 35:12,22
H&R 16:8 27:19
37:2

_____ I _____
idea 33:9 38:21
Ident 43:3
identification
15:12 34:18
identified 13:22
21:2 34:10
identify 12:22
ii 4:3
iii 4:4
imperfections
30:6
improper 4:4
inches 29:25 30:2
incident 6:17,19
7:21 30:23
include 3:11
indicating 16:10
28:2,3 36:16
individual 14:5
16:13
individually 1:5
5:14
injuries 6:16
inside 28:7,8
instructed 20:20
20:22
intending 9:21
intention 30:16
interested 42:17
interfere 3:14
interrupt 4:11
intersection 16:2
21:10 26:25
introduce 5:18
investigator
19:20
involved 22:16
26:12 30:23

in-between 28:2
irregularity 3:12
ish 8:7

- - - - J - - - -
James 2:12 5:24
JCF 1:7
Jersey 2:15,15
John 2:20 5:3
Jowell 1:17 6:3
   42:7,24
JURAT 43:7

- - - - K - - - -
Kaplen 2:5,9
   5:20,21 6:14
   15:16 17:4,17
   17:22 18:20,23
   19:14 20:2,4
   35:5,11,15,24
   40:24 43:9
kind 13:16,19,23
   18:14,17 24:22
   33:10
knew 39:24 40:3
know 13:16 17:2
   18:6 22:4 24:7
   30:14 33:7,10
   35:7,12 38:5,18
   40:11,17
knowing 20:17

- - - - L - - - -
L 3:2
lady 26:11
lanes 33:2
learn 17:15
leave 8:8 23:18
leaving 22:20
left 8:14,25 10:18
   23:14 28:4
   29:15,18
left-hand 11:19
Legal 1:15 5:4,8
   6:4
letting 22:8
license 12:4
light 8:18,21 10:6

24:17 33:14
   36:2,5,7
lightly 8:17 34:14
lights 12:13
limitation 4:3
LINE 43:7 44:5
lines 36:11 39:17
little 10:19 12:2
lived 7:5
lives 9:4
living 7:8
located 8:23
long 7:5 12:6
   15:7 19:6 26:16
   27:10
looked 11:25 16:2
   39:19
looking 28:3
Los 7:14
lot 24:10
lying 32:21 38:19
   38:20,25

- - - - M - - - -
machine 17:12
making 11:3
male 12:22 26:5
Maria 1:13 5:1
   5:11 6:1 7:1 8:1
   9:1 10:1 11:1
   12:1 13:1 14:1
   15:1 16:1 17:1
   18:1 19:1 20:1
   21:1 22:1 23:1
   24:1 25:1 26:1
   27:1 28:1 29:1
   30:1 31:1 32:1
   33:1 34:1 35:1
   36:1 37:1 38:1
   39:1 40:1 41:1
   41:3,8 42:10
mark 34:20 36:18
marked 15:11
   34:16,17
marks 41:2
marriage 42:16
Mary 1:5 5:14

matter 5:11 20:9
   23:5 42:17
mean 10:20 13:5
   24:9 33:14 36:3
   36:13 38:6
meet 18:5,23
meeting 17:21
   18:22
men 26:5
mentioned 25:8
Merrill 1:15 5:4
   5:8 6:4
met 17:17
Michael 1:8 2:9
   5:15,21 6:14
miles 12:11 40:9
   40:12,15
mind 20:7
minute 26:19
minutes 19:7
Moderate 36:9
month 17:18
months 20:8,11
Moore 1:5 5:14
Morrison 7:2
motion 4:17
move 4:16
musical 7:25

- - - - N - - - -
N 2:2 3:2 43:2
name 5:21 6:14
   18:10 33:20
nature 7:11 28:20
neck 25:19
never 33:4
New 1:2,16,16,19
   2:8,15 5:9,9,17
   7:14 17:20,25
   18:4,6 35:2
   36:4 42:3,5,9
   44:2,3
night 8:12,15
   16:2 21:10,21
Ninth 7:19 8:24
   9:18,21 11:2
   15:22 21:3

22:23 24:13
   26:18 37:5,6,15
non-party 1:14
Nope 19:17
North 7:3
Notary 1:18 4:20
   41:13 42:8
noted 3:6
notice 1:15 16:18
   26:11 38:24
   39:2
noticed 11:18
   12:14
number 7:3 17:8
   19:19 21:6
   22:11 24:12
   41:4
nurse 38:3,6,7

- - - - O - - - -
O 3:2
object 4:16 35:15
   35:18
objection 3:9
   4:17 20:4 35:24
objections 3:6,8
occasions 21:7
occupation 7:12
occurred 6:17
office 18:25 19:20
officer 3:6
offices 1:15 5:7
Oh 39:24
okay 7:10,17
   11:13 17:14
   21:20 22:14
   29:7,15 30:15
   30:21,24 34:13
   40:20
ones 27:2
operator 5:3
opposite 11:19
   40:13
oral 18:17
order 4:4
original 4:20,23
outcome 42:17

- - - - P - - - -
P 2:2,2 3:2 36:12
page 43:7 44:5
pages 43:9,10
panic 13:16
Paradi 1:4 5:13
   30:24 32:15
   38:10
Paradi's 33:19
Parady 1:4,5
   5:12,14 6:15
Pardon 28:24
   29:24 39:13
part 36:13,18
parties 3:4,5 4:12
   42:15
parts 21:17
party 4:9
pass 11:3
passed 13:18
passing 37:16
pedestrians
   10:13
pen 36:17
people 22:12 24:2
   24:5,10 26:4
   28:10,17 29:7
   31:14,17 38:13
period 9:25 35:14
permitted 3:12
person 3:8 4:5
   14:10 16:11
   39:21
persons 3:13
Phillips 1:8 5:15
phone 19:21
   20:12 37:25
photograph
   15:11 21:3 28:4
   34:16,17,25
   35:21 36:20,20
   43:4
pickup 11:11,16
   11:18,24 12:9
   12:12,16
picture 35:16,19
place 7:21 16:24

plainly 4:4
Plaintiff 1:14
plaintiffs 1:6 2:6
  5:22
Plaintiff's 15:12
Pleasantville 2:8
please 5:18 6:5
  6:11,25 7:11
  15:15 34:16
  36:17
PLF4 36:12
point 34:9 39:7
pointing 27:19
pole 27:23,24
  28:2,5,15
police 14:14,16
  32:14 34:11
  35:2 36:20
position 38:19
prejudice 4:5
PRESENT 2:19
preserve 4:3
pretty 10:20 36:4
previously 15:11
Princeton 19:9
prior 8:13
privilege 4:3
probably 31:18
  32:2
proceed 3:7 32:4
proceeded 27:16
  31:19
proceeding 26:21
  37:5,9,10
process 32:17
prone 38:19
proofs 35:21
Provide 4:24
provided 4:6,22
provision 3:5
Public 1:18 4:20
  41:13 42:8
purpose 4:11,12
pursuant 1:14
  3:8
p.m 1:11 5:6 41:6
P4 28:4

_____ Q _____
question 4:4,9,12
  4:16
questioning 3:11
  3:15 4:24
questions 4:2
  6:19 17:5

_____ R _____
R 1:8 2:2 5:15
  42:2
raised 3:9
reached 10:3
really 12:18 22:2
  28:18 29:11
  36:7,21 37:7,12
  37:23 38:22
reason 4:14 17:23
  19:24 44:7,9,11
  44:13,15,17,19
  44:21
reasons 44:4
recall 21:14
received 19:18,21
recognize 3:5
  15:17
record 4:14 5:19
  41:6 42:13
recorded 18:18
refusal 4:7
related 42:15
relation 39:2,3
relief 3:8
remainder 4:9
remember 18:19
  20:12 24:3,25
  26:23 28:13,18
  29:9,12 37:7,12
  37:23
reporter 1:18 6:3
  6:5,6 42:8
represent 5:21,24
  6:14
representation
  35:9,20
request 3:11
reserved 4:18

respective 3:3
respond 20:17
return 4:20 19:22
  19:25
Rick 18:11
right 3:8 4:3,9
  23:23 27:16
  29:16 30:15
  32:7 36:14,16
rights 4:21
Road 2:7
rubber 25:3
rule 3:4,5,13,13
  4:7
rules 3:4 4:13,22
run 13:19

_____ S _____
S 2:2 3:2,2
Sabina 1:4 5:13
saw 13:18,21,25
  14:11 16:12
  21:16 23:20
  32:22 38:21
saying 40:4
scarf 25:14,17
scene 15:8
school 29:6
scream 12:18,19
  12:21,25 13:5,6
  13:7 15:3 31:5
  31:7,8,10,12
  39:19
screamed 31:10
screech 12:19
  13:9
screeching 15:4
scurried 13:17
scurrying 14:11
seconds 27:12
  28:10
section 4:13
see 10:20 13:20
  15:14 22:16,19
  22:22 31:9
  32:20 33:16,19
  33:21 36:11,12

36:13,18,21
  39:5,9
seen 36:3,13
service 17:13,14
set 4:4,13 42:11
  42:19
Sharlene 8:4 25:6
  25:11,15 27:2
  29:4,16,20 34:4
  34:6
shoes 24:22
short 35:14
Shorthand 1:17
  42:7
shortly 35:22,23
shoulder 29:21
  29:22
show 7:25 8:6,9
  8:13 15:10
  35:16,19,21
shows 21:20
shrill 12:19 13:6
side 11:19 27:24
  27:25 28:4,15
  29:16,18
sides 20:3
sign 27:16
signal 10:4,6 11:6
  12:13 27:5,7
signals 10:2
SIGNATURE
  43:7
signed 4:19
significant 4:5
slipped 20:7
slowed 40:17
slushy 24:18
snow 8:19,21
  24:16,17 29:13
  36:2,6,7,10 39:6
snowing 8:17
  15:25 25:25
  34:13
snows 36:4
solemnly 6:7
Solutions 1:16
  5:4,8 6:4

somebody 13:25
soon 10:5
sorry 21:5
sort 20:7
sound 15:5
sounds 13:13
south 37:6,15
Southern 1:2
  5:16
speak 14:4,7,10
  14:16,24 19:25
  20:3 28:7
speaking 5:3
  20:10
special 1:4 5:12
speed 12:9
ss 42:4 44:3
standing 36:25
  37:10 39:16,17
started 10:12,25
  16:19
starting 10:5
state 1:19 4:14
  42:3,9 44:2
stated 3:10
statement 3:11
  4:8 18:15,17
  35:17,18
statements 3:14
STATES 1:2
status 27:4
stay 15:7 23:13
stayed 32:7
steps 32:2
STIPULATED
  3:3
stop 9:24
street 1:16 5:9
  7:2,19 9:15,18
  9:22 10:13,17
  11:2,6,10,18,21
  16:5,20 19:10
  21:4,5,24 22:5
  22:12 23:3
  24:10 26:21
  29:17,20 30:5,6
  30:18 37:11,14

strike 4:16
subdivision 4:7
subdivisions 3:5
subject 3:7
Subscribed 41:10
  44:23
succinct 4:8
succinctly 3:10
  4:14
suggest 3:10
Summit 2:14
sure 36:24 39:10
  39:11,14
swear 6:5,7
sworn 4:19 41:10
  42:12 44:23

__ T __
T 3:2,2 42:2,2
take 5:9 9:5,9,11
  26:17 36:17
taken 1:14 3:7
  4:21 9:7 17:16
  32:15 34:25
  35:6,7,9,22
talk 19:3 32:13
  33:23,25 34:3,6
  38:12
talked 30:24
talking 34:8
  37:18,21,24
tapes 41:4
teacher 29:6
telephone 17:8,24
  19:18
tell 7:11,22 8:15
  9:12 14:21
  15:20 16:5
telling 14:22
Tenth 23:3,6,7
testimony 4:16
  6:7 42:13
Thank 17:4
  36:23 40:21,23
  40:24
theater 8:8,14,22
  8:25 9:8,11

10:18 21:15,16
  21:23,24 22:15
  22:20,23 23:2
  26:17
theaters 21:18
  22:4,8
thing 13:8 25:5
things 14:22
think 20:2,14
  24:24 25:24
  28:16 31:19
  33:15
three 20:15
three-quarters
  11:17
thud 12:20 13:12
  15:4
time 4:17 5:5 8:5
  9:25 11:7 17:25
  18:15 20:7
  21:12 22:9
  23:18 26:2,10
  30:9 35:3,6,10
  35:11 41:6
times 21:9
tires 12:20 13:9
today 5:4 6:3,19
  14:22 17:16
  19:3 41:5
top 25:21
Total 41:4
traffic 9:25 37:8
trial 3:4 4:18
  6:24
truck 11:11,16,18
  11:24 12:9,12
  12:16 13:18,21
  13:22 14:11
true 42:12
truth 6:8,9,9
tunnel 37:15
turn 10:5 11:3
  27:13 40:15
turned 13:15,17
  27:15,17 31:11
  31:13,20 40:4
turning 37:13,14

two 19:16 21:17
  21:17,20
type 11:3

__ U __
U 3:2
Uh-hu 9:16 14:3
  21:22 26:3 27:3
  27:9 30:10,12
  31:22 33:3 37:4
  37:20 38:17
umbrella 10:8
  25:9 33:16
umbrellas 29:8
understand 6:20
  15:25 24:4 30:3
  32:19
Uniform 3:4
UNITED 1:2
uptown 30:18

__ V __
V 2:9
vehicle 39:3
versus 5:15
vicinity 7:19
video 5:3
Videographer
  2:20 5:2 6:2,11
  41:2
videotaped 1:13
  5:10
videotaping 6:20
voice 12:23,24

__ W __
wait 14:13
waiting 10:4 28:9
  28:11,15
waived 4:23
waiver 4:17,21
wake 27:10
walk 9:5,8 26:17
  27:4,5,7,8,11,13
  27:16
walked 23:8
  24:15,20
walking 9:14

10:5,13 22:12
  22:23 23:21,22
  23:22 24:5,13
  26:4,22 27:15
  37:22 39:10
  40:2
want 32:18
wanted 38:22
watching 7:25
way 8:22 11:17
  16:11 18:18
  32:18 42:16
wearing 33:8,11
weather 8:15
  10:17
weeks 20:13,15
went 21:15 34:10
west 1:16 5:8 9:4
  9:13,22 26:21
  37:9,11
westerly 37:3
WHEREOF
  42:18
wind 29:12
windy 29:10,11
wish 44:4
witness 1:14 4:19
  4:24 6:5,10
  17:6 34:23
  40:23 42:10,13
  42:18
woman 22:16
  30:22
women 26:6
  31:17
written 18:15

__ X __
x 1:3,9 43:2

__ Y __
year 7:6
years 12:7
York 1:2,16,17
  1:19 2:8 5:9,9
  5:17 7:14 17:20
  18:2,4,6 35:2

36:4 42:3,5,9
  44:2,3
young 26:11

__ Z __
Zipper 21:24

__ 0 __
07 1:7
07306 2:15

__ 1 __
10:30 8:7
10:45 8:7
10570 2:8
11250 7:2
12:22 1:11 5:5
12:57 41:6
14 12:7
15 27:12 28:10
17-41 43:10
18 1:10 5:5

__ 2 __
20 19:7 27:12
  28:10
2007 1:10 5:5
  6:18 7:7,18
  15:13 41:12
  42:19 44:24
202 7:3
21st 15:13
221 3:4
221.2 4:13
25 1:16 5:8 6:18
25th 7:7,18

__ 3 __
313:8
310 17:10
3115 3:5,13 4:7
3116 4:22
3117 4:22
34 43:4
3640 1:7
37 7:19 9:14,18
  11:21 21:4,5
  22:12 23:3

Case 1:07-cv-03640-JCF    Document 24-4    Filed 02/01/2008    Page 51 of 51
Case 1:07-cv-03640-JCF    Document 20-11    Filed 01/17/2008    Page 50 of 50
Page 6

26:21 37:11,14
  40:14
37th 8:24 9:21
37(indicating)
  15:23

_____ 4 _____
4 15:12
40 12:11 21:3
  40:9,12,15
41 43:7
427 2:7
43 19:11,11
45 1:16 5:8 19:10

_____ 5 _____
5-17 43:9
59 1 2:14

_____ 6 _____
61 62 18:7

_____ 8 _____
804-3353 17:10

_____ 9 _____
91601 7:4