# EXHIBIT D

Case 1:07-cv-03640-JCF    Document 24-5    Filed 02/01/2008    Page 1 of 9



# EXHIBIT E



# EXHIBIT F



# EXHIBIT F-1

A.I.Tech. PO LOUKOPULOS

Date 2/25/01

Location 6/b 3) st
& 9 Ave

Precinct 10

AIS PHOTOGRAPHIC INDEX          HD # 700

AIS Case # 10705    Date 2/25/07    Page 1 of 1 pages
Location E/B 37 St + 9th Ave
Assigned Detective Det Ryan          Shield # 3093
AI Tech Loukopoulos          Shield # 12569
Assisting Officer Deveraux          Shield # 23902
Film roll # 265-01-008          Precinct 010 pct

PHOTOGRAPHS

P1 Street Sign (S/E corner)
P2 W/B Overview of Scene
P3 W/B Overview Intersection (Traffic light)
P4 S/B Overview Scene
P5 E/B Overview Scene
P6 N/B Overview Scene
P7 DOS at al
P8 Front veh #1
P9 Rear veh #1
P10 Driver side veh #1
P11 Passenger Side veh #1
P12 Interior veh #1
P13 Pedestrian Signal (S/E corner for E/B Ped Traffic)
P14 Pedestrian Signal (S/W corner for W/B Ped Traffic)
P15 Front Plate veh #1
P16 AI Jacket
P17
P18
P19
P20
P21
P22
** P23
** P24

O/V = Overview   V/O = View of   C/O = Corner of   F/O = Front of
** PHOTO OF BACK OF CASE FOLDER (ID FRAMES)