# EXHIBIT H



# EXHIBIT I

ROUGH DIAGRAM



# EXHIBIT J

# POLICE ACCIDENT REPORT (NYC)
## MV-104AN (5/04)

Precinct: 010
Accident # 458
Complaint Number: ___

☐ AMENDED REPORT

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 02 | Day 25 | Year 2007 | SUN | 2120 | | | | Reconstructed ☑ | ☐ | ☐ Yes ☐ No |

## VEHICLE 1

☐ VEHICLE 2   ☐ BICYCLIST   ☑ PEDESTRIAN   ☐ OTHER PEDESTRIAN

| VEHICLE 1 - Driver License ID Number | State of Lic. | VEHICLE 2 - Driver License ID Number | State of Lic. |
|---|---|---|---|
| P346254479902555 | NJ | D125 1187 | CA |

Driver Name - exactly as printed on license: MICHAEL R PHILIPS
Driver Name - exactly as printed on license: SABINA BEATA PARADI

Address (Include Number & Street): 2 ROBIN ROAD   Apt. No.
Address (Include Number & Street): 116 GATETREE CT   Apt. No.

City or Town: RUMSON   State: NJ   Zip Code: 07760
City or Town: DANVILLE   State: CA   Zip Code: 94526

| Date of Birth Month 02 Day 20 Year 55 | Sex M | Unlicensed | No. of Occupants / | Public Property Damaged ☐ | Date of Birth Month 04 Day 19 Year 83 | Sex F | Unlicensed | No. of Occupants | Public Property Damaged ☐ |
|---|---|---|---|---|---|---|---|---|---|

Name - exactly as printed on registration: MICHAEL R PHILIPS   Sex M   Date of Birth Month 02 Day 20 Year 55
Name - exactly as printed on registration: ___   Sex   Date of Birth Month Day Year

Address (Include Number & Street): 2 ROBIN ROAD   Apt. No.   Haz. Mat Code   Released ☐
Address (Include Number & Street): ___   Apt. No.   Haz. Mat Code   Released ☐

City or Town: RUMSON   State: NJ   Zip Code: 07760
City or Town: ___   State   Zip Code

| Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code | Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code |
|---|---|---|---|---|---|---|---|---|---|
| CMP88D | NJ | 1988 CHEVY PU | | 903 | | | | | |

Ticket/Arrest Number(s): SUM# OAC8786982
Ticket/Arrest Number(s):

Violation Section(s): 4-03(A)(I)I
Violation Section(s):

## VEHICLE

**VEHICLE 1**
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 2**
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**
Box 1 - Point of Impact   Box 2 - Most Damage   1 [12]   2
Enter up to three more Damage Codes   3   4   5
Vehicle Towed: By N/A   To

**VEHICLE 2 DAMAGE CODES**
Box 1 - Point of Impact   Box 2 - Most Damage   1   2
Enter up to three more Damage Codes   3   4   5
Vehicle Towed: By   To

**VEHICLE DAMAGE CODING:**
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER   18. NO DAMAGE
16. OVERTURNED   19. OTHER

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

Rear End   Left Turn   Right Angle   Right Turn   Head On
Sideswipe (same direction)   Left Turn   Right Turn   Sideswipe (opposite direction)

**ACCIDENT DIAGRAM**

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine   ☐ Yes   ☑ No

| Reference Marker | Coordinates (if available) | |
|---|---|---|
| | Latitude/Northing | |
| | Longitude/Easting | |

Place Where Accident Occurred: ☐ BRONX   ☐ KINGS   ☑ NEW YORK   ☐ QUEENS   ☐ RICHMOND

Road on which accident occurred: W 37 STREET
(Route Number or Street Name)

at 1) intersecting street: 9th AVENUE
(Route Number or Street Name)

or 2) ___ ☐ N ☐ S ☐ E ☐ W ___ Feet ___ Miles of
(Milepost, Nearest Intersecting Route Number or Street Name)

Accident Description/Officer's Notes: AT T/P/O VEH.1 WAS TRAVELING W/B ON W37 Street ON R/T/S OF LANE @ I/S OF 9TH Ave. WHEN VEHICLES PASSED ON LEFT/SIDE OF LANE VEH.#1 PROCEEDED TO MAKE A LEFT TURN ONTO S/B 9th Ave STRIKING PEDESTRIAN WALKING E/B IN SOUTH CROSSWALK.

| | A | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | — | — | 4 | — | — | 52 | M | — | 13 | 6 | | | | | MICHAEL R PHILIPS | |
| B | P | — | — | — | — | 23 | F | 1 | 5 | 2 | 1868 | 7252 | | | SABINA BEATA PARADI | |
| C | | | | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | | | | |

| Officer's Rank and Signature: P.O. | Tax ID No. | NCIC No. | Precinct | Post/Sector | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|---|
| Print Name In Full: LOUKOPOULOS | 925633 | 03030 | HWY 3 | 308 | | 2/28/07 |

| A Last Name | | | | | D Last Name | | | |
|---|---|---|---|---|---|---|---|---|
| Address | | | | | Address | | | |
| Date of Birth Month / Day / Year | | | Telephone (Area Code) ( ) | | Date of Birth Month / Day / Year | | | Telephone (Area Code) ( ) |
| B Last Name PARADI, | First SABINA, | | B | M.I. | E Last Name | | First | M.I. |
| Address 116 | GATETREE | CT- DANVILLE, CA | | | Address | | | |
| Date of Birth Month 24 / Day 19 / Year 83 | | | Telephone (Area Code) (925) 820-6249 | | Date of Birth Month / Day / Year | | | Telephone (Area Code) ( ) |
| C Last Name | | | First | M.I. | Highway Dist. at Scene? ☐ Yes ☐ No Name: | | | |
| Address | | | | | | | | |
| Date of Birth Month / Day / Year | | | Telephone (Area Code) ( ) | | | | | Shield No. |

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1 ___980241 817 1051___     Vehicle No.2 _____

Expiration Date ___4-01-07___     Expiration Date _____

VIN ___2GCFK24K5J118 1081___     VIN _____

**WITNESS (Attach separate sheet, if necessary)**

Name MATTHEW C BLANK     Address 61 BAYARD ST, MANHATTAN  Phone 408-892-8847

**DUPLICATE COPY REQUIRED FOR:**

☑ Dept. of Motor Vehicles (if anyone is killed/injured)
☐ Motor Transport Division (P.D. vehicle involved)
☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)
☐ Other City Agency (Specify)

☐ Office of Comptroller (if a City vehicle involved)
☐ Personnel Safety Unit (if a P.D. vehicle involved)
☑ Highway Unit ___3___

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

SHELLY MOORE, MOTHER, 2-25-07 @ 2230  (925) 820-6249

| PROPERTY DAMAGED (other than vehicles) | OWNER OF PROPERTY (include city agency, where applicable) |
|---|---|
| | |

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle–Operator's First Name | Last Name | | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|---|
| Make of Vehicle | Year | Type of Vehicle | Plate No. | | Dept. Vehicle No. | Assigned To What Command |

Equipment in Use At Time of Accident
☐ Siren  ☐ Horn  ☐ Turret Light  ☐ 4-Way Flasher  ☐ High-Level Warning Lights  ☐ Traffic Cones  ☐ Headlights

**ACTIONS OF POLICE VEHICLE**

☐ Responding to Code Signal ___
☐ Pursuing Violator
☐ Other (Describe) ___
☐ Complying with Station House Directive
☐ Routine Patrol

MV-104AN (5/04)

No. Killed ___ No.Injured _01_ No. ofVehicles _01_ No. of Pedestrians _01_ Leaving.Scene _NO_ Photos _YES_    Sheet _1_ of _3_

Date of Report _02/26/07_   Date of Accident _02/25/07_   Time _2120_ M. Day _Sunday_

Precinct _1C_   Accident No. _458_   Aided No. _____   U.F.61 No. _1911_   Case No. _107-615_

Accident Occurred On:   W.37street@ 9th Avenue

Borough _MANHATTAN_ PF___ PNE _X_ CF___ CNF___   Supplementary _____ Pickup_____

## VEHICLES

Year _1988_ Make _Chevy_ Type _PU_ Color _BLUE_ Reg. No. _CMP88D_ State _NJ_

Operator _Michael R. Phillips_ Address _2 Robin Road Rumson N.J. 07760_

Sex _M_ D.O.B. _02/20/55_ Class Lic. _D_ No. _P34625447902555_ State _NJ_

Vehicle Identification No. _2GCFK24K5J1181081_ Cargo_____ Veh. Wt. _7000_ lbs.

Ins. Code # _903_ Policy # _9802418171051_ Number of occupants _01_

Owner _Michael R. Phillips_ Address _2 Robin Road Rumson N.J. 07760_

Year_____ Make_____ Type_____ Color_____ Reg. No._____ State_____

Operator_____ Address_____

Sex___ D.O.B._____ Class Lic._____ No._____ State_____

Vehicle Identification No._____ Cargo_____ Veh. Wt._____ lbs.

Ins. Code #_____ Policy #_____ Number of occupants_____

Owner_____ Address_____

## PERSONS KILLED OR INJURED

Name _Sabina Beata Paradi_ Address _116 Gatetree CT Danville.CA 94526_

Oper. Veh. No._____ Pass. Veh. No._____ WhereSeated_____ Pedestrian _X_ Sex _F_ Age _23_

Date of Death_____ Time_____ Removed to _ST. VINCENTS- DOWNTOWN HOSPITAL_

Victim Ejected_____ Wore Safety Belt_____ Injury _Head Injury_

Name_____ Address_____

Oper. Veh. No._____ Pass.Veh. No._____ Where Seated_____ Pedestrian_____ Sex___ Age___

Date of Death_____ Time_____ Removed to_____

Victim Ejected_____ Wore Safety Belt_____ Injury_____

Name_____ Address_____

Oper. Veh. No._____ Pass. Veh. No._____ Where Seated_____ Pedestrian_____ Sex___ Age___

Date of Death_____ Time_____ Removed to_____

Victim Ejected_____ Wore Safety Belt_____ Injury_____

Name_____ Address_____

Oper. Veh. No._____ Pass. Veh. No._____ Where Seated_____ Pedestrian_____ Sex___ Age___

Date of Death_____ Time_____ Removed to_____

Victim Ejected_____ Wore Safety Belt_____ Injury_____

## WITNESSES

Name _Matthew C. Blank_ Address _61 Bayard Street NY.NY APT 14_ Tel. No. _408-892-8847_

Name_____ Address_____ Tel. No._____

Name_____ Address_____ Tel. No._____

## WEATHER AND TERRAIN CONDITIONS

| WEATHER | | LIGHT CONDITION | | AREA | | LOCATION | | ROAD | | ROAD CONDITION | | SURFACE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Clear | | Daylight | | Industrial | | At Intersection | X | Straight/ Level | X | Dry | | Concrete | |
| Cloudy | | Dawn | | Business | X | Between Intersection | | Straight/Grade | | Wet | | Asphalt | X |
| Rain | | Dusk | | Residential | | Overpass | | Curve/ Level | | Snowy | | Brick | |
| Snow | X | Darkness | X | School | | Underpass | | Curve/Grade | | Icy | | Cobble | |
| Sleet | | | | Parkway/ Expy. | | Bridge | | Hillcrest | | Muddy | | Gravel | |
| Fog | | | | Other | | Other | | %Grade | | Other | | Other | |

| TRAFFIC CONTROL | | VEHICLE DIRECTION | 1 | 2 | PEDESTRIAN ACTIONS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Police Officer | | Going Straight | | | 1 | 2 | 3 | | 1 | 2 | 3 |
| Signal Light | X | Changing Lanes | | | With Signal | | X | | Between Intersection | | |
| Stop Sign | | Right/ Left Turn | X | | Against Signal | | | | Behind Parked Cars | | |
| Pedestrian Signal | | U Turn | | | No Signal | | | | In Safety Zone | | |
| Yield Sign | | Pull from Curb | | | Diagonally | | | | Playing in Road | | |
| Other | | Parked | | | Other | | | | Running off Sidewalk, | | |
| None | | Backing | | | Against Flashing | | | | Not in Roadway | | |
| | | Other | | | Don't Walk | | | | Other | | |

DRIVER VISION BLOCKED

VEH. 1 ☒ YES ☐ NO

VEH. ☐ YES ☐ NO

Circle all occupants

1 | 4 1 | 4 1
| 5 2 | 5 2
| 6 3 | 6 3

| OPR. PED. CONDITION | OPR. | PED. |
|---|---|---|
| PHYSICAL DEFECT | | |
| INTOXICATED | | |
| APPARENTLY NORMAL | X | |
| UNKNOWN | | X |

MOTOR VEHICLE ACCIDENT AND MECHANISM REPORT (PART 1)        P D 301-151 (Rev. 1 1 -83)

Case No. ____107-05____

## DESCRIPTION OF ACCIDENT

At t/p/o veh#1 was traveling W/B on W.37 street 0n RT/s of lane @ its of 9th Avenue when vehicles passed on left side of lane,veh#1 proceeded to make a left turn onto S/B 9TH avenuestriking pedestrian walking E/B on south crosswalk.

| SKIDMARK DATA | VEH. No. | VEH. No. |
|---|---|---|
| REG. No. | | |
| FRONT LEFT | | |
| FRONT RIGHT | | |
| REAR LEFT | | |
| REAR RIGHT | | |
| LONGEST SKID | | |
| COEFF. FRICTION | | |
| COMPUTED SPEED | | |
| LEGALSPEED | | |

| DECELEROMETER BRAKE TEST CALIBRATED AT 20 MPH | | | |
|---|---|---|---|
| TIME | DATE | GRADE | LOCATION |
| | | | |

| Veh. No. | Decelerometer No. | Foot | Results | Emergency | Results |
|---|---|---|---|---|---|
| | | | | | |

| PHYSICAL EXAMINATION OF BRAKE SYSTEM | | |
|---|---|---|
| Veh. No. | Pedal Pressure | Fluid/Air Leak |
| 1 | FIRM | NONE VISIBLE |

## DAMAGE TO VEHICLES    DESCRIBE AND SHADE DAMAGED AREAS



**Veh. No. 1** _____

N/A

**Veh. No.** _____

## SAFETY EQUIPMENT INSPECTION

| | Veh. No. 1 | Reg. No. CMP88D | Veh. No. | Reg. No, |
|---|---|---|---|---|
| Inspection Stamp - Expiration Date. | 1952373    10/20/08 | | | |
| Tires (Size & Condition) | 275/75/16    Good | | | |
| Type Transmission/ Position | Manual Neutral | | | |
| Headlights /Condition | Off Position  operational | | | |
| Tail Lights/ Condition | Off Position  operational | | | |
| Brake Lights | operational | | | |
| Directionals | operational | | | |
| Steering Mechanism | Locked position Operational | | | |
| Windshield Wipers | On Position | | | |
| Mirror Locations | d/ p/rv | | | |
| Horn | operational | | | |
| Safety Belts Installed | drivers /passengers | | | |
| Reflectors | 2ft/2rear | | | |
| Front Windshield | no defects | | | |
| Mileage | 200890 | | | |

## POLICE ACTION

DEFENDANT Michael R. Phillips    SUMMONS/ARREST No. oac8786982    PCT 010

CHARGES Failure to yield to pedestrian

ACTION BY: RANK PO    NAME Mirenda    SHIELD 4192    COMMAND 010

AI TECHNICIAN PO Loukopoulos    SHIELD 12569    COMMAND Hwy 3

Tech Name and Signature

MOTOR VEHICLE ACCIDENT AND MECHANISM REPORT (PART2)    PD 301-151-A (Rev. 12-83)

FICKEN

116



MICHAEL PHILLIPS
2/20/55
2 ROBIN RD
RUMSON N.J. 07760
732-758-1141                           ← —— DRIVER

CMP 88D NJ                             ← —— VEHICLE
88CHEVY P/U                                      IN QUESTION

STAGEHAND
MINSKOFF THEATRE                       ← —— DRIVERS WORKPLACE
B'WAY W44 45 STS.

SGT SULUIBALL
PO DONATO SGT OP                       }  10TH PCT
PO ABUYEN (E)
PO MIRANDA (FTU)                          M.O.S. ON
P.O. ROBERTSON (FTU)                      SCENE
        (ST VIOLATIONS)

DET FICKENS NOTES

Ficken

11ᵖ

Det William Ficken  10 PDS
SH 6273    Tax # 899209

2/25/07 - 2156 HRS  Notified

- 2215 HRS  ARRIVED ON SCENE
INTERVIEWED DRIVER OF
VEHICLE. STATED HE
MADE LEFT TURN FROM
W37ST ONTO 9 AVE.
HE HEARD CRASH BUT
DIDN'T SEE ANYONE.
GOT OUT OF VEHICLE
AND SAW VICTIM ON
THE GROUND. CALLED 911.

9 AVE

S
E    W
N

VICTIM

VEHICLE

W 37ST

INTERVIEWED P.O. ROBERTSON
AND P.O. MIRENDA. FIRST
M.O.S. ON SCENE. THEY
WERE IN V.O. AND SAW
AMBULANCE LIGHTS. RESPONDED
AND VICTIM WAS ALREADY
IN THE BUS.

2300 HRS RESPONDED TO ST VINCENTS HOSPITAL.
SPOKE W/ DR JOHN FREESE M.D. MASSIVE
HEAD INJURY. HERNIATED BRAIN. 5%
CHANCE. VICTIM IN O.R. IF SHE
LIVES, SHE WILL BE A VEGETABLE.

OAC8786982

New York State - Department of Motor Vehicles
**ARREST RECORD**

| | | | POLICE AGENCY |
|---|---|---|---|

LAST NAME: Phillips   FIRST NAME: Michael   M.I.   LOCAL POLICE CODE: 076

NUMBER & STREET ADDRESS: 2 Robin Ford   APT. NO.   PHOTO ID

CITY: Hudson   STATE: NY   ZIP CODE:   OWNER □   OCC CLASS/ID TYPE

I.D. NUMBER: P 3 4 6 2 5 4 4 7   SEX: M   DATE OF BIRTH (MM/DD/YY): 0 2 - 2 0 -

STATE: NS   LICENSE EXPIRES (MM/DD/YY): 0 4 3 0 6 7   VEH. TYPE: 1   VEH. YR.: 1980   VEH. MAKE: Chev   VEH. COLOR: BL

PLATE #: C m D 8 8 N   REG. STATE: N J   REGISTRATION EXPIRES (MM/DD/YY): 0 2 - - 0 7

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

TIME (24 hour Hours): 2 1 2 5   DATE OF OFFENSE (MM/DD/YY): 0 2 2 5 0 7

IN VIOLATION OF: (SECTION AND SUBDIVISION): 4 - 0 3 A A   I

DESCRIPTION / NARRATIVE:
902555
Failure to Yield to Ped

PLACE OF OCCURRENCE: W 37 & 9 Ave

IN THE: ● City ○ Town ○ Village   OF: N.Y.   COUNTY OF: N Y   PRECINCT: 011

COMPLAINANT-SIGN AND PRINT NAME (Print): Affirmed under penalty of perjury.
P. Almond   Nicole

RADAR OPERATOR NAME (Print):

DATE AFFIRMED: 0 2 2 5 0 7   OFFICER ID #: 9 4 2 3 7   OFFICER'S COMMAND: 0 0 1 6

THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN THE:
○ City ○ Town ○ Village ○ Criminal ○ District

COURT OF:   COUNTY OF:

ADDRESS:

CITY:   STATE:   ZIP CODE:

○ RETURN BY MAIL BEFORE, OR IN PERSON ON:
○ MUST APPEAR IN PERSON ON: ___/___/___ at ___:___ M

OAC8786982

DWI / DWAI / DRUGS Test: 1. Given ___  2. Refused ___  3. No Test ___
DRG / DWAI / DRUGS Test Results: ___ % BR ___ % BL ___ % UR ___ %

UT-60.4 (1/06)

# PROPERTY CLERK'S INVOICE

PD 521-141 (Rev. 5/01)-Pent

*Check only one of the below categories.*

**N558671**

| ☐ ARREST EVIDENCE | ☐ DECEDENT'S PROPERTY | ☐ FOUND PROPERTY |
|---|---|---|
| ☒ INVESTIGATORY | ☐ PEDDLER PROPERTY | ☐ OTHER |

DATE PREPARED: 02/26/07     YR 2007 PCT. 010

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| ROBERTSON III, JOHN J | PO | 15980 | 942446 | 010 |

| Prisoner's Last Name | First | Age | Address (Include City, State, Zip Code, Apt.) | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|
| N/A | | | N/A | 0 | |

| Date of Arrest N/A | Arrest No. N/A | Charge/Offense Under investigation N/A | Fel. ☐ | Misd. ☐ | J.D. ☐ | Viol. ☐ | Complaint No. |
|---|---|---|---|---|---|---|---|

| Finder of Property N/A | Address (Include City, State, Zip Code, Apt.) N/A | Telephone No. N/A |
|---|---|---|

| Owners Name (See Instructions) PARADI, SABINA B | Address (Include City, State, Zip Code, Apt.) 116 GATEMAY CT  DANVILLE CA 94526 | Telephone No. N/A |
|---|---|---|

| Complainant's Name N/A | Address (Include City, State, Zip Code, Apt.) N/A | Telephone No. N/A |
|---|---|---|

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION (For Property Clerk's Use Only) AND DATE |
|---|---|---|---|---|
| 1 | 1 | BLACK UMBRELLA | | |
| XXXXXXXXXXXXXXXX | | ABOVE IS THE COMPLETE LIST OF ITEMS BEING VOUCHERED | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL | | |

Additional Invoice Nos. Related to This Case Including Motor Vehicles

Pink Receipt Copy of Voucher Issued ☐ Yes ☐ Refused

| **R.T.O.** | Owner/Claimant's Signature | Date | Time | Property Clerk Storage Location |
|---|---|---|---|---|

REMARKS: *Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).*

THE ABOVE ITEM IS BEING VOUCHERED IN REGARDS TO A VEHICLE ACCIDENT IN WHICH THE OWNER OF THE PROPERTY (PEDESTRIAN) WAS INJURED AND HOSPITALIZED; ACCIDENT TOOK PLACE AT WEST 45 st AND 9TH AVE.

SECURITY ENVELOPE # C539893

| Rank and Signature of Desk Officer | Tax No. | Signature of Arresting/Assigned Officer | Boro Storage No. |
|---|---|---|---|

| PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY: | Date | Name | Command |
|---|---|---|---|

Property Clerk's Signature

**N558671**

DISTRIBUTION: WHITE - Prop. Clk. File     SECOND WHITE - Inventory Unit Copy     YELLOW - Prop. Clk. Work Copy
BLUE - Police Officer's Copy     GREEN - Evidence Release/Investigation Copy     PINK - Prisoner/Finder Receipt Copy



DIAGRAM:

9ᵀᴴ AVE

N

| Prepared By: Name | JOHN LOUROPOULOS | Shield | 12569 | Command | HWY3 |
| DATE 2/16/07 | PCT. ACC# 458 | A.I.S. CASE# 107-05 | SIGNATURE | | |

MOTOR VEHICLE ACCIDENT AND MECHANISM REPORT (PART3)                    PD-301-151 B (Rev. 12-83)

7

## FOLLOW-UP CONTROL SHEET (A.I.S.)

H.D.# 105
(REV .12/91)

VESTIGATING OFFICER: DET Ryan          DATE: 2/25/07     PCT: 010

ASE# 107-05

RINCIPALS, WITNESSES & CALL BACK NUMBERS;

| NAME | ADDRESS | PHONE # | DATE INTERVIEWED | INTERVIEWING OFFICER |
|---|---|---|---|---|
| 1. Michael R Phillips | 2 Robin Road Rumson, N.J. 07760 | (732) 758-1141 | 2-26-07 | Det. Rooney |
| 2. Matthew L. Blank | 61 Bayard St. #14 NY, NY 10013 | (408) 892-8847 | 2-26-07 | Det. Rooney |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

OTHER FOLLOW-UP ACTIVITY REQUIRED:

H.D. # 41
(Rev.12/91)

A.I.S. CASE # 107-05

<u>HIGHWAY DISTRICT ACCIDENT INVESTIGATION COMPUTATION SHEET</u>

DATE: 2/20/07  TIME OF OCCURRENCE: 2120  TIME OF NOTIFICATION: 2329

TIME ARRIVAL SCENE: 0001  TIME DEPART SCENE: 0303  PCT OF OCCUR: 10

A.I. TECH: PO Loukopoulos  CMD: Hwy 2 CAMERA #:_____  FILM ROLL#: 3857

LOCATION OF ACCIDENT: c/o 35 st + 9 Ave

OVERTIME INCURRED? Y/N _____HR._____MIN.  ANY DELAY INCURRED?  Y/N

REASON FOR DELAY:_____

ALCO-SENSOR TEST:        Hwy 1
ADMINISTERED BY: PO Schneider #18173  ALCO-SENSOR # 95902

OPER.# 1  TIME 0330  LOCATION OF TEST 35 st + 9 Ave _____ READING .000
REASON IF NOT TESTED_____

OPER.#_____ TIME_____: LOCATION OF TEST_____ READING_____
REASON IF NOT TESTED_____

*****************************************************************

SPEED CALCULATIONS WILL BE MADE IN ALL CASES WHERE THE LONGEST SKID IS
30 FEET OR MORE.  IF COMPUTATION IS NOT MADE, A SPECIFIC REASON MUST BE
INDICATED.  DRAG FACTOR MAY BE DETERMINED BY EITHER TEST SKIDS OR DRAG
TIRE.

| <u>TEST SKIDS</u> | TEST 1 | TEST 2 |
|---|---|---|
| VEH USED (UNIT/PD#) | | |
| TEST SPEED | | |
| SKIDMARKS- | | |
| FRONT LEFT (ft) | | |
| FRONT RIGHT (ft) | | |
| REAR LEFT (ft) | | |
| REAR RIGHT (ft) | | |
| LONGEST | | |
| TYPE OF PAVEMENT | | |
| GRADE (+ OR -) | | |

<u>DRAG TIRE</u>

$$f= \frac{F}{W} \qquad f=\_\_\_\_\_$$

f=DRAG FACTOR
F=FORCE (lbs to pull)
W=WEIGHT OF SLED

TEST SKIDMARK COMPUTATIONS

$$f= \frac{S^2}{30D} \qquad f= SNOW$$

MINIMUM INITIAL SPEED COMPUTATION

$$S= \sqrt{30\ D(f \pm grade)}$$

S=_____M.P.H.

LEGAL SPEED LIMIT=_____

CRITICAL SPEED (Sc) COMPUTATION

$$R= \frac{C^2}{8M} + \frac{M}{2} \qquad C=\_\_\_\_\_ft$$
$$M=\_\_\_\_\_ft$$

R=_____

$$Sc= 3.85 \sqrt{R(f \pm e\ \&\ g)}$$

f=_____
e=_____
g=_____

Sc=_____ M.P.H.

RESULTS TO BE CHECKED BY MEANS OF SPEED NOMOGRAPH ON TEMPLATE.  IF
SPEEDING IS INDICATED, STATE POLICE ACTION TAKEN, IF ANY.

POLICE ACTION:_____

9

**HIGHWAY DISTRICT FIELD REPORT**
Misc. 3457 (4-88)

Page 1 of 3

Sheet_____ of_____

No. Killed_____ No. Injured __1__ No. of Vehicles __1__ No. of Pedestrians __1__ Leaving Scene __NO__ Photos __YES__
Date of Report __2-26-07__ Date of Accident __2-25-07__ Time __2120__ M. Day __SUNDAY__
Precinct __010__ Accident No._____ Aided No._____ U.F.61 No._____ Case No. __10705__
Accident Occurred On: __W37 STREET @ 9th AVENUE__
_____ feet N S E W of/at _____
Borough __MANHATTAN__  PF_____ PNF_____ CF_____ CNF_____ Supplementary_____ Pickup_____

## VEHICLES

Year __1988__ Make __CHEVY__ Type __PU__ Color __BLUE__ Reg. No. __CMP88D__ State __N.J.__
Operator __MICHAEL R. PHILIPS__ Address __2 ROBIN RD. RUMSON, N.J. 077__
Sex __M__ D.O.B. __2-20-55__ Class Lic. __D__ No. __P34625447902.555__ State __N.J.__
Vehicle Identification No. __2GCFK24K5J1181081__ Cargo_____ Veh. Wt. __7000__ lbs.
Ins. Code # __903__ Policy # __98024181 71051__ Number of occupants_____
Owner __MICHAEL R PHILIPS__ Address __2 ROBIN RD. RUMSON, N.J. 0776__

Year_____ Make_____ Type_____ Color_____ Reg. No._____ State_____
Operator_____ Address_____
Sex_____ D.O.B._____ Class Lic._____ No._____ State_____
Vehicle Identification No._____ Cargo_____ Veh. Wt._____ lbs.
Ins. Code #_____ Policy #_____ Number of occupants_____
Owner_____ Address_____

## PERSONS KILLED OR INJURED

Name __SABINA BEATIA PARADI__ Address __116 GATETREE CT. DANVILLE, CA 94__
Oper. Veh. No. __N/A__ Pass. Veh. No. __N/A__ Where Seated __N/A__ Pedestrian_____ Sex __F__ Age __23__
Date of Death __N/A__ Time __N/A__ Removed to __ST. VINCINTS HOSPITAL__ Hospital/Morgue
Victim Ejected __N/A__ Wore Safety Belt __N/A__ Injury __HEAD INJURY__

Name_____ Address_____
Oper. Veh. No._____ Pass. Veh. No._____ Where Seated_____ Pedestrian_____ Sex_____ Age_____
Date of Death_____ Time_____ Removed to_____ Hospital/Morgue
Victim Ejected_____ Wore Safety Belt_____ Injury_____

Name_____ Address_____
Oper. Veh. No._____ Pass. Veh. No._____ Where Seated_____ Pedestrian_____ Sex_____ Age_____
Date of Death_____ Time_____ Removed to_____ Hospital/Morgue
Victim Ejected_____ Wore Safety Belt_____ Injury_____

Name_____ Address_____
Oper. Veh. No._____ Pass. Veh. No._____ Where Seated_____ Pedestrian_____ Sex_____ Age_____
Date of Death_____ Time_____ Removed to_____ Hospital/Morgue
Victim Ejected_____ Wore Safety Belt_____ Injury_____

## WITNESSES

Name __MATTHEW C. BLANK__ Address __61 BAYARD ST. MANHATTAN APT 14__ Tel. No. __408-892-8847__
Name_____ Address_____ Tel. No._____
Name_____ Address_____ Tel. No._____

## WEATHER AND TERRAIN CONDITIONS

| WEATHER | | LIGHT CONDITION | | AREA | | LOCATION | | ROAD | | ROAD CONDITION | | SURFACE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Clear | | Daylight | | Industrial | | At Intersection | | Straight/Level | ✓ | Dry | ✓ | Concrete | |
| Cloudy | | Dawn | | Business | | Between Intersection | | Straight/Grade | | Wet | | Asphalt | ✓ |
| Rain | | Dusk | | Residential | | Overpass | | Curve/Level | | Snowy | ✓ | Brick | |
| Snow | ✓ | Darkness | ✓ | School | | Underpass | | Curve/Grade | | Icy | | Cobble | |
| Sleet | | | | Parkway/Expy. | | Bridge | | Hillcrest | | Muddy | | Gravel | |
| Fog | | | | Other | | Other | | % Grade | | Other | | Other | |

| TRAFFIC CONTROL | | VEHICLE DIRECTION | 1 | 2 | | PEDESTRIAN ACTIONS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1 | 2 | 3 | | | 1 | 2 | 3 |
| Police Officer | | Going Straight | | | | | | | | | | | |
| Signal Light | ✓ | Changing Lanes | | | ✓ | With Signal | ✓ | | | Between Intersection | | | |
| Stop Sign | | Right/Left Turn | ✓ | | | Against Signal | | | | Behind Parked Cars | | | |
| Pedestrian Signal | | U Turn | | | | No Signal | | | | In Safety Zone | | | |
| Yield Sign | | Pull from Curb | | | | Diagonally | | | | Playing in Roadway | | | |
| Other | | Parked | | | | Other | | | | Running off Sidewalk | | | |
| None | | Backing | | | | Against Flashing | | | | Not in Roadway | | | |
| | | Other | | | | Don't Walk | | | | Other CROSSWALK | ✓ | | |

DRIVER VISION BLOCKED

VEH. __1__ ☑ YES ☐ NO

VEH. ____ ☐ YES ☐ NO

Circle all occupants

| 1 | .4 ①  |  →  | 4 | 1 |  →  |
|---|---|---|---|---|---|
| | 5 ② | | 5 | 2 | |
| | 6 3 | | 6 | 3 | |

| OPR./PED. CONDITION | OPR. | PED. |
|---|---|---|
| PHYSICAL DEFECT | | |
| INTOXICATED | | |
| APPARENTLY NORMAL | ✓ | |
| UNKNOWN | | ✓ |

**FROM:** Commanding Officer, Accident Investigation Squad

**TO:** Chief of Transportation

**SUBJECT:** PRELIMINARY REPORT A.I.S.CASE # 107-05

**Date:** 02-25-07  **Day:** Sunday  **Time:** 2120  **Pick up?** NO

**OP #1 RECORD** Valid CLS"D" New Jersey License  No Wants or Warrants
No History in N.Y. Or N.J.

**OTHER PARTICIPANTS RECORD** No Wants or Warrants

**Leaving the scene ?** NO  **Pct** 010  **AI Tech** P.O. Loukopoulos SH#12569 HWY-3

**Weather Conditions** Heavy Snow  **Fatality ?** NO

**Specific Location:** W/B 37st at 9th Ave.

**Police Action Taken ?** Summons  **Charge** 4-03(a)(1)i T.R.  Failure to Yield To Pedestrian in Xwalk
Summons#OAC8786982

**List Types of Vehicles Involved :(Taxi, Bus, Livery, 4DSD , 2DSD, Tr/Tr, Box Truck, ETC)**
1988 Chevrolet P/U 2500

**Veh #1** STOCK

**CELL PHONE IN AUTO** YES
**CELL PHONE IN USE** NO

**Hospital:** St.Vincents  **Accident #:** Not Avail  **Complaint #:** Not Avail

_____ was victim _____ **restrained ?** NO  PEDESTRIAN
**How ?** Seatbelt OP#1

P.O. Schnieder SH#12173 HWY-1
**PBT** .000%  **Time:** 2315  **Skid marks at the scene?** NO  SNOW & Slush  Speed Limit 30  f=.30

**NAME OF ADA NOTIFIED** McLaren  **TIME ADA NOTIFIED** 0130

**VICTIM IS (circle one)** / LIKELY TO DIE

**Participants:** Op, Peds, Pass - Include Pedigree Information
PEDESTRIAN #1-Paradi,Sabrina F/W 23Yrs DOB-04-19-83. Severe Head Trauma/Likely to Die
Dr.Freese/St.Vincents Hosp. ACR#8849775/Med Records#1342538
161 Gate 3 Ct. Danville California 94526
OPERATOR VEHICLE #1-Phillips,Michael,R. M/W 52Yrs DOB-02-22-55 NOT INJURED
2 Robin Road Rumson N.J. 07760-1829

**Narrative:**
Preliminary investigation reveals the following; Vehicle #1 was
traveling West on 37St and was making a Left Hand Turn to travel
S/B on 9th Ave. Vehicle #1 was traveling with the Green Traffic
Signal in it's favor. The Pedestrian and one other were crossing
9th Ave. in the South Crosswalk and were crossing from West to
East. The Pedestrian's were also crossing with the Green Traffic
Control Device in their favor. The Pedestrian and her Boyfriend
were under an Umbrella as they were crossing and were having a
discussion at the time they did not notice the Vehicle until it
had struck the pedestrian. The operator of Vehicle #1 states he
was on the Right side of W37St. and before he could make his left
turn to get to the Lincoln Tunnel,Two vehicles passed him on his
left and continued to travel West on 37St. The operator of
Vehicle #1 started his turn and did not see the Pedestrians until
he had hit her. After being Struck,the pedestrian fell to the
pavement and Struck her head. No other Vehicles Struck the
Pedestrian. No Cameras were observed in the area , as per P.O.
Hatzis of T.M.C. there are no Cameras in the area.
PRELIMINARY CAUSE: The Weather (SNOW)

DETECTIVE ROONEY,PATRICK,J. HWY-1 AIS
for Michael Kelly
Lieutenant

PAGE
1 of 2

# EXHIBIT K

**WITNESS STATEMENT — VEHICLE ACCIDENT**
PD 301-051 (Rev. 2-00)-Pent

CASE # 107-05
W# 718-565-6500 EXT 32

| STATEMENT OF: | FIRST NAME | LAST NAME | PCT. | ACCIDENT NO. | COMPLAINT NO. |
|---|---|---|---|---|---|
| | MATTHEW C | BLANK | 10 | | |

| RESIDENCE ADDRESS | RESIDENCE TEL. NO. | BUSINESS TEL. NO. |
|---|---|---|
| 61 Bayard ST #14  NYC  NY  10013 | 408-892-8847 | |

| LOCATION OF INTERVIEW | TIME OF REPORT | DATE |
|---|---|---|
| ☐ SCENE OF ACCIDENT  ☐ PRECINCT STATION HOUSE  ☒ OTHER (DESCRIBE) Telephone | 0430 | Month 2 Day 26 Year 07 |

| IDENTITY OF ABOVE NAMED PERSON | ☐ OPERATOR OF VEH. NO. | ☐ PASSENGER IN VEH. NO. | COMPANION OF VICTIM ☐ PEDESTRIAN ☒ WITNESS | DATE OF BIRTH 01-09-83  24 |
|---|---|---|---|---|

| DATE OF ACC. 2-25-07 | TIME 2120 | LOCATION W/B 37ST to S/B 9Ave | ACCIDENT INVOLVED ☐ DEATH ☒ PERSONAL INJURY |
|---|---|---|---|

| QUESTIONS FOR WITNESS, PASSENGER OR PEDESTRIAN ONLY | QUESTIONS FOR OPERATOR OF VEHICLE ONLY |
|---|---|
| Did you see the accident? ☒ Yes  ☐ No | How many years have you driven? |
| Where were you at the time of the accident? We were WALKing E/B on 37ST Crossing 9TH Ave. | How long have you driven the vehicle involved in the accident? |
| | Was there any mechanical failure or defects with the vehicle you were driving? |
| Do you know any of the persons involved in this accident? ☒ Yes  ☐ No | Did you consume any intoxicants or medication prior to the accident? ☐ Yes  ☐ No |
| If yes, whom? SABRINA | If yes, what, how much & where? |
| At the time of the accident, was your visibility obstructed in any way? ☐ Yes  ☒ No Heavy Snow | Where were you coming from or going to? |
| If yes, describe: | Who was with you at time of accident? SABRINA |

**BELOW QUESTIONS TO BE ANSWERED IN ALL CASES, WHETHER SUBJECT IS OPERATOR, PASSENGER, PEDESTRIAN OR WITNESS**

Briefly describe this accident? We were Crossing 9TH Ave At 37ST. We were going from West to East. We were heading Toward The Vintage. Baron 52ST and 8TH I was Holding an Umbrella. It was Snowing, We Had The Green Light. The Umbrella was UP, High Not Blocking our sight. All of a Sudden The P/u Truck came around The Turn and Hit Sabrina. As Soon as She Got Hit She Fell The Truck Stopped.

What was the cause of the accident? The Driver got Right Out and Ask if We were O.K.
→ 10% us Not Looking / 90% Him MAKing a Turn Not giving us The R.O.F.W.

INSERT ANSWERS PERTAINING TO EACH VEHICLE UNDER APPROPRIATE COLUMN.

| | VEHICLE NO. 1 | ~~VEHICLE NO. 2~~ | ~~VEHICLE NO. 3~~ |
|---|---|---|---|
| License plate No. | I don't Know | | |
| Make, type and color of vehicle | Pick/up Trk / Dark | | |
| Direction of travel and on what street | W/B 37ST to S/B 9TH Ave | | |
| Speed of vehicle(s) involved | 15 MPH | | |
| Was vehicle subject to traffic control devices, signal lights, signs, pavement markings, etc.? | He Had the Light And We Had the Light | | |
| Did vehicle swerve or turn to avoid contact? | I Never Saw Him Coming | | |
| Immediately prior to accident, was any signal given? (horn – hand – other) | Maybe | | |
| What lights on vehicle were lighted? | I don't Remember | | |
| What were the points of impact? | The FO/s Bumber (Hit Her Shoulder To Hip | | |

| At time of accident, were there any other vehicles on the street in the vicinity? ☒ Yes ☐ No If yes, describe: Very Few | And Then She Fell To The Ground |
|---|---|
| We were TAlKing Not Really Paying ATTENTION | |
| In what direction was pedestrian (if any) going? ☒ With signal light ☐ Against signal light  ☒ Walking (FAST PACE) ☐ Running ☐ Standing |

| Accident occurred during ☐ Daylight ☐ Dawn ☐ Dusk ☒ Darkness | Weather Condition ☐ Clear ☐ Fog ☐ Rain ☒ Snow Other (Describe) |
|---|---|
| ROADWAY LIGHTED ☒ Yes ☐ No  Sufficient | Road Condition ☐ Dry ☒ Wet ☐ Muddy ☒ Snowy ☒ Icy Slushy ☐ Other |
| Obstructions of holes in street ☐ Yes ☒ No | If yes, describe: |

| SIGNATURE OF WITNESS Telephone Interview | RANK DET | SIGNATURE OF INVESTIGATING OFFICER Rooney | TAX REG. NO. 887573 | COMMAND HDAB |
|---|---|---|---|---|

# EXHIBIT L

- STATED S/W C/O
WEST 37 & 9TH AVE
w/ SHARLENE.
- WALK SIGNAL STARTED
TO CROSS

- 3/4 through INTERCETION
WEST TO EAST
HEARD SCREAM, SCREATCH
THEN A THUD

- TURNED AROUND
SAW GIRL ON GROUND
F/O TRUCK

- DID NOT SEE
ACTUAL ACCIDENT

# L/25      2230 hrs
MARIA T EBERLING
2315 SPRING OAK WAY
SAN DIEGO CA
(CELL)              92139
310.804
        3353

11/7/77

- STAYING 733 ST. NICK
APT G   NY NY
W/ SHARLENE

DET CIPOLLI
SHEILD 498
212-741-8245

# EXHIBIT M

10Robrs ① W37 & 9.

Witness -

Sharlene Aguler.

733 ST. Nick Ave.

NYC NY 10031

(C). 917-583-2424.

went to play. called

@ In the Heights.

At 450 W37th ST. with.

Friend. Play was 7pm to

around 9pm.

Her & friend. were walking

across street E/B W37 across

9th Ave. Heard. brakes of. car.

and then female. scream

②

behind her. She turned

& looked. And seen

truck and a female. on

the floor. lying on her

back. Never seen

Accident.

States light was green

for traffic going west

on - w 37th ST.

| Det Joseph Barbara |
| 10th Sqd. 1745. |