# EXHIBIT N

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    ----------------------------------------------- x

5    BODO PARADY, as Special Administrator of the

     Estate of SABINA PARADI AND BODO PARADY and

6    MARY MOORE, Individually,                    JDB

7                              Plaintiffs,

                                   07 CIV 3640(JCF)

8          -against-

9    MICHAEL R. PHILLIPS,

10                             Defendant.

11   ----------------------------------------------- x

12

13

14          DEPOSITION of a Nonparty Witness,

15   SHARLENE AQUILER, taken pursuant to Subpoena, held

16   at the offices of Barrister Reporting Service,

17   Inc., 120 Broadway, New York, New York, on

18   December 20, 2008, at 11:20 a.m., before a Notary

19   Public of the State of New York.

20

21

22   ************************************************

23          BARRISTER REPORTING SERVICE, INC.

                    120 Broadway

24             New York, N.Y. 10271

                   212-732-8066

25

2

```
 1
 2    A P P E A R A N C E S:
 3
        DE CARO & KAPLEN, ESQS.
 4.        Attorneys for Plaintiffs
           427 Bedford Road
 5         Pleasantville, New York 10570
 6      BY:   MICHAEL V. KAPLEN, ESQ.
 7
 8
 9      JAMES D. BUTLER, PA
           Attorneys for Defendant
10         591 Summit Avenue
           Jersey City, New Jersey 07306-2703
11
        BY:   JAMES D. BUTLER, ESQ.
12
13
14   ALSO PRESENT:
15      SHALOM STAVSKY, Student Reporter
16
                xxxxx
17
18
19
20
21
22
23
24
25
```

3

```
 1
 2       S T I P U L A T I O N S
 3
 4     IT IS HEREBY STIPULATED AND AGREED by and
 5   between the attorneys for the respective parties
 6   herein, that filing, sealing and certification,
 7   and the same are, hereby waived.
 8
 9       IT IS FURTHER STIPULATED AND AGREED that
10   all objections except as to the form of the
11   question, shall be reserved to the time of the
12   trial.
13
14       IT IS FURTHER STIPULATED AND AGREED that
15   the within deposition may be signed and sworn to
16   by an officer authorized to administer an oath,
17   with the same force and effect as if signed and
18   sworn to before the Court.
19
20               xxxxx
21
22
23
24
25
```

4

```
 1                    Aquiler
 2    S H A R L E N E   A Q U I L E R,
 3       having been first duly sworn before a Notary
 4       Public of the State of New York, was examined
 5       and testified as follows:
 6    EXAMINATION BY
 7    MR. BUTLER:
 8    Q    What is your name?
 9    A    Sharlene Aquiler.
10    Q    What is your address?
11    A    733 St. Nicholas Avenue, New York, New
12    York 10031.
13    Q    My name is James Butler.  I represent
14    the defendant in this lawsuit instituted by
15    the Parady family arising out of an incident
16    on February 25, 2007 at the corner of West
17    37th Street and Ninth Avenue.
18         You have some familiarity with that,
19    do you not?
20    A    Yes.
21    Q    You are appearing by reason of a
22    subpoena received by my office?
23    A    Yes.
24    Q    Prior to being served with that
25    subpoena, had you spoken with anybody in my
```

5

```
 1                    Aquiler
 2    office?
 3    A    No.
 4    Q    What is your phone number?
 5    A    917-583-2424.
 6    Q    Is that the same number that you gave
 7    the police?
 8    A    Yes.
 9    Q    That has an answering service?
10    A    Yes.
11    Q    Did you, on that answering service,
12    get several calls from my office from an
13    investigator from my office asking to speak
14    with you?
15    A    No.
16    Q    You never heard a message on your
17    phone from my office asking you to call?
18    A    No.
19    Q    You never did call my office, did you?
20    A    No.
21    Q    When did you first speak with anyone
22    from Mr. Kaplen's office?
23    A    About a month ago.
24    Q    What happened at that time?
25    A    He mentioned that he was representing
```

6

```
1              Aquiler
2     the Parady family.
3     Q     By phone?
4     A     Yes, by phone and we should speak
5     about the incident and a few weeks later, I
6     found out about this deposition.
7     Q     In between the time of that phone call
8     and a few weeks later when you found out
9     about this deposition, did you speak with Mr.
10    Kaplen or anybody from his office?
11    A     No.
12    Q     You didn't have any substantive talk?
13    A     No.
14    Q     On that first phone call, did you have
15    a talk about what happened or what you saw or
16    what you did not see?
17    A     Briefly.
18    Q     What did Mr. Kaplen ask you and what
19    did you say?
20    A     He asked me to recount every event and
21    I recounted what I remembered.
22    Q     Did he ask you any specific questions
23    about the weather?
24    A     I believe so.
25    Q     What did you tell him?
```

7

```
1              Aquiler
2     A     It was a wet night, precipitation. It
3     was slushy and sleet.
4     Q     What did you tell him about the
5     precipitation that was falling?
6     A     It was falling. It was in my face.
7     Q     That was sleet?
8     A     Yes.
9     Q     Did he ask you anything about
10    location?
11    A     Not necessarily.
12    Q     Where you were, about where the
13    accident was?
14    A     In terms of crosswalk and a curb, yes.
15    Q     He asked about a specific crosswalk
16    and a curb?
17    A     Yes.
18    Q     What did you tell him?
19    A     I recounted we were walking ahead of
20    Sabina and her friend. At a green light,
21    right before reaching the curb, we noticed a
22    truck trying to make it for that turn. We
23    heard the screech, the thud and we turned
24    around and noticed Sabina lying on her back
25    on the ground next to the front left wheel,
```

8

```
1              Aquiler
2     tire, which Michael Phillips got out of his
3     car and realized what happened.
4     Q     She was lying on her back where you
5     said, near something?
6     A     The tire, the front left tire.
7     Q     Did you tell him where her feet were
8     with relation to the tire, and/or her head?
9     A     Her torso was closer to the tire and
10    her feet towards I guess the front door, the
11    bottom of the door.
12    Q     Where was her head facing?
13    A     It was facing up when I saw her.
14    Q     In terms of direction?
15    A     She was on her back, it was straight
16    up.
17    Q     What I meant in terms of direction --
18    A     Of the intersection?
19    Q     The area, yes?
20    A     Diagonal. If you're looking at the
21    intersection, she was at a diagonal.
22    Q     When you say diagonal, can you tell us
23    in which direction that was?
24    A     Her feet were facing the northeast
25    corner and her head was facing the southwest
```

9

```
1              Aquiler
2     corner?
3     Q     You were with your friend, is that
4     right?
5     A     My friend Maria.
6     Q     Is that Maria Eberline?
7     A     Yes.
8     Q     And you had been friends for some
9     time?
10    A     Yes.
11    Q     She was staying with you that weekend?
12    A     Yes.
13    Q     And you were a teacher?
14    A     Yes.
15    Q     Where did you teach?
16    A     PS-368, West Harlem, third grade.
17    Q     Where was that?
18    A     On West 133rd between Broadway and
19    Amsterdam.
20    Q     You live on St. Nicholas, up in that
21    area?
22    A     Yes, 147th and St. Nicholas.
23    Q     How long have you lived in New York?
24    A     It will be four years in August.
25    Q     Where did you live before that?
```

10

```
Aquiler
1
2    A    I lived in Berkeley, California.
3    Q    Did you go to school there?
4    A    I was teaching in San Francisco, but I
5    had gone to school there prior.
6    Q    At Berkeley?
7    A    Yes.
8    Q    Did Maria go there also?
9    A    She went to UCLA.
10   Q    Are you in any way connected with the
11   Arts Theater, Theater of the Arts?
12   A    As a hobby, yes, not as a profession.
13   Q    On that particular night, you and
14   Maria had gone to the theater, is that
15   correct?
16   A    Yes.
17   Q    That was at the 37th Arts Theater?
18   A    Yes.
19   Q    The name of the show was?
20   A    In The Heights.
21   Q    Had you ever seen that before?
22   A    No.
23   Q    That theater has two parts, does it
24   not?
25   A    I don't recall there being two parts.
```

11

```
1    I was in one of them.
2    Q    There are a number of theaters along
3    West 37th Street?
4    A    Yes.
5    Q    Also some restaurants?
6    A    I don't remember restaurants on 37th,
7    but maybe on Ninth Avenue.
8    Q    Had you ever been to that theater
9    before?
10   A    No.
11   Q    Had you ever been at that intersection
12   before, Ninth Avenue and 37th Street?
13   A    I may have been in passing.
14   Q    When you say in passing, you mean like
15   in a bus or in a cab?
16   A    Walking to and from.
17   Q    Prior to that night, do you have any
18   specific recollection of ever having been at
19   that intersection?
20   A    Vaguely.
21   Q    What would have been the circumstances
22   for your being there?
23   A    Trying to get to the post office, I
24   believe, on 34th.
```

12

```
Aquiler
1
2    Q    Have you been at that intersection
3    since the night of this incident?
4    A    I believe in passing through either in
5    a cab, definitely a cab. I've never walked
6    through afterwards.
7    Q    When you were on your way to the post
8    office, did you walk through it?
9    A    I would have walked.
10   Q    37th Arts Theater is virtually at the
11   corner of Tenth Avenue; is that correct?
12   A    Yes.
13   Q    It's on the south side of 37th?
14   A    Yes.
15   Q    Did you stay for the encore?
16   A    I believe we stayed for -- I remember
17   applauding some of the performers. I think
18   we started to pack up and leave as it was
19   closing out.
20   Q    Were other people leaving at the same
21   time?
22   A    Yes.
23   Q    Were other people leaving from other
24   theaters at the same time.
25   A    I don't remember. I just remember the
```

13

```
1    Aquiler
2    group I was walking with coming from that
3    particular theater.
4    Q    When you say group, you, yourself, was
5    just with Maria, is that right?
6    A    Yes.
7    Q    Who else was in that group?
8    A    Maria and I were walking, but there
9    were people behind us coming from that
10   particular theater walking towards Ninth
11   Avenue on the south side of the street.
12   Q    Were there any people walking in front
13   of you?
14   A    There may have been, but I don't
15   recall. If there were, they were far enough
16   ahead of us.
17   Q    Was it sleeting?
18   A    Yes, wet conditions.
19   Q    Did you or Maria have an umbrella?
20   A    No.
21   Q    Were you walking briskly in view of
22   the weather?
23   A    Yes.
24   Q    Incidentally, have you spoken with
25   Maria since her deposition on Tuesday?
```

Sumscript Copy: PARADY V. PHILLIPS; S. Aquiler, 12/20/2007

14

Aquiler

2  A    No.
3  Q    Have you spoken with Mr. Kaplen since
4  Maria's deposition on Tuesday?
5  A    Yes.
6  Q    When?
7  A    Yesterday evening.
8  Q    Where?
9  A    On the phone.
10 Q    For how long?
11 A    About not even five minutes.
12 Q    What did she say and what did you say?
13 A    We confirmed the deposition and I
14 requested to see the police report.
15 Q    Was there any discussion as to what
16 Maria had testified to?
17 A    A little bit.
18 Q    What was that?
19 A    The crossing of the street, the noise,
20 the screeching, the screaming, the thud, the
21 weather conditions.
22 Q    What did he say Maria said about the
23 weather conditions?
24 A    That it was also a wet night.
25 Q    What did he say that Maria said about

15

Aquiler

2  the snow?
3  A    I don't believe he talked about the
4  snow.
5  Q    How about sleet?
6  A    Not specifically.
7  Q    Just wet?
8  A    Just wet.
9  Q    What did Maria say about the wet
10 night?
11 A    Not much, just it was a wet night.
12 Q    What else did he say about what Maria
13 testified to?
14 A    That's about it.
15 Q    Did he tell you what Maria testified
16 to about the Phillips vehicle?
17 A    No.
18 Q    No mention at all about that?
19 A    No.
20 Q    In terms of the speed, what did she
21 say about the speed?
22 A    It was going fast.
23 Q    Did he quantify what he meant by fast?
24 A    About 40 miles per hour.
25 Q    What else was said?

16

Aquiler

2  A    That's all I recall.
3  Q    Anything about the crosswalk?
4  A    Just the motions, the motions of
5  crossing, the motions of cross-walking,
6  looking back.
7  Q    Other than the one phone call sometime
8  two months ago and the phone call last night,
9  have you ever spoken with Mr. Kaplen?
10 A    Before this deposition, this morning,
11 we met.
12 Q    Where this morning?
13 A    In the room down the hall.
14 Q    For how long was that meeting?
15 A    Fifteen minutes.
16 Q    Did Mr. Kaplen show you the police
17 report?
18 A    Yes.
19 Q    Did he show you anything else?
20 A    The photographs.
21 Q    What, if anything, did he say about
22 the photographs?
23 A    He mentioned what Michael Phillips had
24 told him about where his vehicle was.
25 Q    What did he say?

17

Aquiler

2  A    There was an "X" on the photograph.
3  Q    Did he show you any photographs that
4  were marked at Maria's deposition?
5  A    Not that I know of.
6  Q    Which police report did he show you?
7  A    Clarify that police report. I'm only
8  aware of one police report.
9  Q    Was it the police report that had the
10 writing of what you had said?
11 A    It was handwritten.
12 Q    And what you said and what Maria said
13 a handwritten report.
14 A    Yes.
15 Q    Was that the only report that you saw?
16 A    Yes.
17 Q    Was there anything about what you saw
18 there, whether you, whether Maria said or you
19 said that you corrected?
20 A    No.
21 Q    Did that accurately reflect what you
22 had said to the police?
23 A    Yes.
24 Q    Was that statement given at the scene
25 or was that by phone sometime later?

18

Aquiler

1
2  A      At the scene.  We were actually
3  leaving on our way onto the train and halfway
4  there, we got a phone call on my cell phone
5  to return and give the report at the scene.
6  This was about an hour and a half after
7  because Maria decided to stick around just in
8  case.
9  Q      Do you have any nursing background?
10  A      No.
11  Q      Does Maria?
12  A      No.
13  Q      As you were walking, I believe you
14  said you were walking briskly down 37th
15  Street toward Ninth?
16  A      Yes.
17  Q      And I believe you said there were
18  people behind you, but you don't recall
19  anybody in front of you?
20  A      Yes.
21  Q      How far behind you were the people
22  walking?
23  A      Five to eight feet.  Before the
24  intersection, at the intersection, we
25  congregate.

19

Aquiler

1
2  Q      As you were walking with Maria, were
3  there other people walking in your immediate
4  area?
5  A      Not my immediate area, just trickling
6  out.
7  Q      Were they walking behind?  Could you
8  tell how many people there were?
9  A      Two to five.  It was hard to say who
10  was with whom because the theater had just
11  ended.
12  Q      In view of the weather, everyone would
13  have been walking briskly?
14  A      I believe so.
15  Q      Did anybody behind you have an
16  umbrella?
17  A      I don't recall.
18  Q      These two to five people behind you,
19  were they male and female?
20  A      Yes, mixed.
21  Q      Were they young people, yourself and
22  Maria's age?
23  A      Yes.
24  Q      Was In The Heights the type of play
25  that would attract young people?

20

Aquiler

1
2  A      Yes.
3  Q      Was that, in fact, mainly young people
4  at the theater?
5  A      It was a good mix, but I believe
6  mostly young people.
7  Q      While you were at the theater, did
8  you ever see the young lady involved in the
9  accident?
10  A      Not that I can recall.
11  Q      Did you ever see her before you were
12  at the theater?
13  A      Not that I recall.
14  Q      Did you see her walking along 37th
15  Street?
16  A      Behind us, yes.
17  Q      How was it you noticed her?
18  A      She was walking with her friend who is
19  significantly taller than she was and it
20  looked like they were on a date.  And they
21  were only a few feet behind me and at the
22  intersection.  They were huddled around.
23  Q      Were they also walking briskly?
24  A      It seemed like they may have been.
25  Maria and I had a head start.

21

Aquiler

1
2  Q      Were there other people with them?
3  You said there were two to five people, were
4  there other people in that group?
5  A      At that point, people disbursed and
6  two, and Maria and I, and two Sabina and her
7  friend, and upon crossing the street, that's
8  all I remember.
9  Q      How was it in the course of walking
10  along 37th Street, you took notice of
11  somebody behind you since it was sleeting and
12  you were walking briskly?
13  A      I remember noticing this.
14  Q      Did you look behind at them?
15  A      I believe so, just walking and looking
16  back.
17  Q      Was there any particular reason why
18  with the sleet --
19  A      Commotion and leaving the theater and
20  the light.
21  Q      Along 37th Street now before you got
22  to the intersection?
23  A      Yes, between the theater and the
24  intersection.
25  Q      You did have occasion to look back?

22

Aquiler

2  A    I might have glanced.
3  Q    What was the young lady wearing?
4  A    I remember her boots.
5  Q    What do you remember about her boots?
6  A    They looked like Uggs, very thick. I
7  believe they were brown. I believe she was
8  wearing a long dark coat.
9  Q    What was her escort wearing?
10 A    Also wearing a long coat.
11 Q    Dark?
12 A    Dark.
13 Q    Was either of them carrying anything?
14 A    I don't remember.
15 Q    Was either of them utilizing an
16 umbrella?
17 A    I can't remember if they were
18 utilizing one or just holding one. I want to
19 say that there was one.
20 Q    Did you notice anyone else in this
21 group that was leaving the theater besides
22 those two?
23 A    Just random people going out.
24 Q    You had never seen and did not know
25 either Ms. Parady or her escort before that;

23

Aquiler

2  is that correct?
3  A    Correct.
4  Q    So they would have been random people?
5  A    Right.
6  Q    How about the other random people,
7  what did you notice about them?
8  A    They were just exiting the theater and
9  trying to get to the intersection, coats,
10 umbrellas, Ms. Parady and her friend happen
11 to be the closest to us and I noticed they
12 must be on a date.
13 Q    What made you think they must have
14 been on a date?
15 A    They were talking to each other and
16 walking together.
17 Q    Where they in contact with each other
18 in terms of holding hands or anything of that
19 sort?
20 A    No.
21 Q    Were they walking abreast?
22 A    Yes, yes, they were chatting.
23 Q    Was the sidewalk slushy and sleety?
24 A    Yes. Yes, or the curb where it's
25 pushed up.

24

Aquiler

2  Q    I'm speaking about walking along 37th?
3  A    Yes, sir.
4  Q    Was that all slush and sleet?
5  A    Yes, some places, there were pockets
6  of wet cement.
7  Q    Was the sidewalk condition such that
8  you would look at it and walk carefully on
9  the snow and sleet?
10 A    Yes, definitely.
11 Q    You would tend to look down at the
12 sidewalk?
13 A    Yes.
14 Q    When you glanced back and saw this
15 couple, which side in terms of the curb and
16 the building was the gentleman?
17 A    Closer to the building?
18 Q    In terms of the width of the sidewalk
19 going from the curb of 37th Street to the
20 building line, where were they?
21 A    In the middle.
22 Q    Where were you?
23 A    In the middle.
24 Q    With regard to Maria and you, who was
25 on the outside, the curb side?

25

Aquiler

2  A    Maria was on the outside.
3  Q    Is that the way it continued as you
4  crossed over Ninth Avenue?
5  A    Yes.
6  Q    Did there come a time when this group
7  behind you caught up with you?
8  A    No.
9  Q    As you walked along, eventually you
10 came to the southwest corner of Ninth and
11 37th?
12 A    From the sidewalk from the theater.
13 Q    The corner?
14 A    Yes.
15 Q    Do you drive a car?
16 A    When I'm in San Diego. San Diego is
17 where I lived in California.
18 Q    I assume you're licensed?
19 A    Yes.
20 Q    Do you have a car in New York?
21 A    No.
22 Q    Other than the visits to San Diego, do
23 you drive a car at all?
24 A    No.
25 Q    Have you ever driven a car in New

26

```
 1              Aquiler
 2   York?
 3   A    One time as a designated driver
 4   situation.  That was enough.
 5   Q    Would it be fair to say you've never
 6   driven at 37th and Ninth?
 7   A    Yes.
 8   Q    Would it be fair to say you've never
 9   driven, (comma)through the Lincoln Tunnel?
10   A    I have driven through the Lincoln
11   Tunnel.
12   Q    Did you enter the Lincoln Tunnel just
13   before 37th Street and Ninth Avenue?
14   A    I have no recollection where I
15   entered.  I just had to get my drunken friend
16   home.
17   Q    And he unfortunately lived in New
18   Jersey?
19   A    Yes.
20   Q    That was the one time that you drove
21   in New York?
22   A    Yes.
23   Q    When was that?
24   A    Between 2003 and 2004.
25   Q    Was it in the snow or sleet?
```

27

```
 1              Aquiler
 2   A    No.
 3   Q    When you arrived at the corner of
 4   Ninth Avenue and 37th Street, were you the
 5   first ones to arrive there, you and Maria?
 6   A    We had the lead.
 7   Q    When you arrived there, what was the
 8   signal from the pedestrian side crossing
 9   Ninth Avenue?
10   A    It was the hand, the red hand at that
11   point, so we waited?
12   Q    How long did you wait?
13   A    30 seconds to a minute, I would say.
14   Q    During that time, what was the
15   condition of traffic going south on Ninth
16   Avenue.
17   A    At the time we saw the red hand?
18   Q    Yes.
19   A    There were cars going southbound on
20   Ninth Avenue.
21   Q    Would you describe it as heavy, light,
22   medium?
23   A    Medium to heavy because of such
24   weather conditions, it seemed at that time of
25   night.
```

28

```
 1              Aquiler
 2   Q    At that time, what were the weather
 3   conditions?
 4   A    Wet.
 5   Q    Sleet?
 6   A    Yes, slushy, wet.
 7   Q    Falling sleet?
 8   A    I remember the water in my face, yes.
 9   Q    Did you have any kind of protection
10   over your face?
11   A    I had my hat.
12   Q    Maria, the same?
13   A    I believe so.
14   Q    Did you have any kind of waterproof
15   boots?
16   A    I definitely had boots on.
17   Q    Rubber soles?
18   A    Rubber soles, that night they were
19   waterproof.
20   Q    Did Maria have the same?
21   A    She had boots as well.  I'm not sure
22   about the sole.  I remember them being black
23   and I'm pretty sure they were waterproof.
24   Q    Were you carrying anything?
25   A    I believe I had a purse.
```

29

```
 1              Aquiler
 2   Q    How about Maria?
 3   A    I believe she had a purse as we well.
 4   Q    Was either one of you utilizing an
 5   Ipod?
 6   A    I don't own one.  She owns one, but
 7   she was not using it at the time.  We were
 8   chatting though.
 9   Q    Was either one of you utilizing her
10   cell phone?
11   A    No.
12   Q    As you waited that 30 seconds to one
13   minute, did other people come to the corner?
14   A    Yes, there was quite a group.  I would
15   say about five people, five to seven maybe.
16   And we were leading that group.
17   Q    Was anybody crossing 37th Street at
18   that point going either south or north in the
19   intersection to your left along 37th Street,
20   crossing 37th Street along Ninth Avenue,
21   north or south?
22   A    I can't remember.  I was very focused
23   when it's going to turn green.
24   Q    Was anyone crossing on the other side
25   of Ninth Avenue from north to south across
```

Slimscript Copy: PARADY v. PHILLIPS; S. Aquiler, 12/20/2007

30

1              Aquiler
2    37th Street?
3    A    I don't remember passing anyone.
4    Q    On the other side?
5    A    I don't remember.
6    Q    Was anyone walking across Ninth Avenue
7    on the north side of the intersection as you
8    were waiting there?
9    A    I couldn't tell you.
10    Q    Was anyone waiting to cross, to come
11    westward on the same side of the intersection
12    where you were, waiting to come towards you?
13    A    I can't recall.
14    Q    As you crossed, did anyone cross the
15    other way?
16    A    I can't recall either.
17    Q    With five or seven people there, did
18    the signal turn to walk?
19    A    Yes.
20    Q    Did you walk?
21    A    Yes.
22    Q    Briskly?
23    A    Yes.
24    Q    At the intersection, there is a
25    traffic pole at that corner. Do you recall

31

1              Aquiler
2    if you were on the left or right side of that
3    traffic pole?
4    A    I want to say the right side of it.
5    Q    Where were the other people?
6    A    In the area behind us on the side of
7    us.
8    Q    Where was Ms. Parady and her escort at
9    that time?
10    A    They were right besides us, to the
11    right.
12    Q    When you started to cross, were you in
13    the lead, so to speak?
14    A    Yes.
15    Q    And the other five to seven people
16    followed?
17    A    Yes.
18    Q    Where were these five to seven people?
19    Where would Ms. Parady and her escort have
20    been?
21    A    Right behind us.
22    Q    How far?
23    A    Five to eight feet. By the time we
24    had crossed the middle part of the
25    intersection, I want to say they were five to

32

1              Aquiler
2    eight feet behind us, not too far.
3    Q    Where were the other people --
4    A    Straggling behind, five to eight feet.
5    Q    Were you and Maria talking during that
6    time?
7    A    We were chatting.
8    Q    Were any cars proceeding west on 37th
9    Street as you were crossing?
10    A    South west there was a car -- there
11    were cars going west and there were cars
12    turning to go south.
13    Q    The cars going west, how many cars
14    were there going west as you were crossing?
15    A    One or two.
16    Q    At what speed would they have been
17    going?
18    A    30 to 40.
19    Q    As you were standing on the corner 30
20    seconds to a minute, were there cars stopped
21    for the red light on 37th Street facing west?
22    A    Yes.
23    Q    How many cars were there?
24    A    I saw maybe two sets of headlights at
25    the front and then I can't tell you how many

33

1              Aquiler
2    were behind those cars. There seemed to be a
3    string of cars.
4    Q    Did any of the vehicles turn left onto
5    Ninth Avenue?
6    A    Yes.
7    Q    How many?
8    A    One, only made it halfway.
9    Q    How many turned?
10    A    I don't remember any other vehicles
11    turning except for the one that was involved.
12    Q    Had that vehicle been stopped at the
13    intersection for the red light?
14    A    I want to say no because of the speed
15    at which the vehicle was moving.
16    Q    At which this vehicle had been moving,
17    how many vehicles had already passed you
18    going west?
19    A    About two.
20    Q    Had any other cars made any turn to go
21    south on Ninth?
22    A    I don't recall any other cars going
23    south.
24    Q    Where were all these cars that were in
25    this string that you mentioned stopped for

---

34

```
 1              Aquiler
 2   the red light?
 3          MR. KAPLEN:  That question does
 4      not make sense.
 5   Q    Do you understand the question?
 6   A    I think so.  I believe waiting to
 7   cross, waiting to cross westbound.
 8   Q    They were still waiting after the
 9   light turned green.
10   A    They were in line to cross.
11   Q    Where did the Phillips vehicle going
12   30 or 40 miles per hour come from.
13          MR. KAPLEN:  She didn't say the
14      Phillips vehicle was going 30 to 40
15      miles an hour.  I object to that
16      statement.
17   Q    You may answer.
18   A    It was coming from 37th Street.
19   Q    When it was coming at 30 or 40 miles
20   per hour on 37th Street --
21          MR. KAPLEN:  Objection.
22   Q    Where were these other cars of the
23   string of cars stopped?
24   A    In the area -- my attention was
25   focused on this vehicle, completely focused
```

---

35

```
 1   on this vehicle.
 2   Q    When you first saw this vehicle, where
 3   was it?
 4   A    It was on 37th Street.
 5          MR. KAPLEN:  This vehicle
 6      meaning the Phillips vehicle?
 7          MR. BUTLER:  Yes.
 8   Q    Did you understand that to be my
 9   question?
10   A    It was on 37th Street headed for the
11   intersection.
12   Q    Where on 37th?
13   A    Right at the corner of Ninth Avenue
14   and 37th right before the crosswalk.
15   Q    Before the crosswalk on 37th Street?
16   A    Yes.
17   Q    At that time, what speed was it going?
18   A    It was going 35 to 40 miles an hour.
19   Q    At that time, where were the other
20   vehicles that had been in this string of
21   vehicles that you described?
22   A    Several passed and several were behind
23   this vehicle trying to squeeze.
24   Q    Squeeze what?
```

---

36

```
 1              Aquiler
 2   A    Seams like some vehicle were headed
 3   west and some were waiting for that turn to
 4   go south, just waiting in line.
 5   Q    How many were waiting to go south?
 6   A    I can't recall.  I only noticed the
 7   vehicle because of the speed, it was
 8   dangerously close to where Maria -- the first
 9   thing crossed my mind is another crazy driver
10   to make this turn.
11   Q    Did you see him from the time he was
12   at the intersection of 37th Street until he
13   actually was making the turn and the accident
14   happened; is that correct?
15   A    Yes.
16   Q    Was he clearly visible as he came
17   across?
18   A    Yes.
19   Q    His lights were on?
20   A    Yes.  Dangerously close.
21   Q    But you could see them clearly?
22   A    Yes, I could see the headlights, yes.
23   Q    Where were you and Maria when you
24   first saw him as you've described at the
25   crosswalk on 37th Street?
```

---

37

```
 1              Aquiler
 2   A    I want to say halfway through the
 3   intersection to three-fourths of the way,
 4   maybe more than halfway, a little more than a
 5   halfway mark, maybe.
 6   Q    Where were you when he came close to
 7   you as you've described, where in terms of
 8   the crossing of Ninth Avenue were you?
 9   A    I want to say between the halfway and
10   three-fourths mark.
11   Q    At that time, were people from these
12   other people, five to seven people or other
13   people behind?
14   A    It seemed they were behind.
15   Q    Male and female?
16   A    Male and female.  As to the other
17   people in the group, I don't have a
18   recollection as to where they were.  They
19   were definitely male and female.
20   Q    And the other group that you described
21   were also male and female?
22   A    It was mixed.
23   Q    At any time, did you ever speak with
24   Ms. Parady?
25   A    No.
```

---

38

Aquiler

2  Q    At any time, did you ever speak with
3  Mr. Blank, her escort?
4  A    No.
5  Q    Did you actually see what happened in
6  terms of this accident?
7  A    Visually, no. Auditorially yes.
8  Q    Did you have any difficulty crossing
9  Ninth Avenue in terms of any depression in
10  the roadway?
11  A    I don't recall any difficulty
12  crossing. We crossed.
13  Q    Do you know where Ms. Parady was with
14  relation to any depression in the roadway
15  when she was lying there?
16  A    I want to say there was a circular --
17  I don't know what they're called --
18  Q    A manhole.
19  A    I don't mean that. Like potholes.
20  Q    An actual rectangular depression in
21  the sidewalk in the crosswalk?
22  A    I don't recall.
23  Q    You don't know where she was --
24  A    What period?
25  Q    When you saw her on the ground?

39

Aquiler

2  A    I don't recall a depression.
3  Q    Was the first time that you saw her,
4  she was on the ground already?
5  A    Yes.
6  Q    Lying as you've described?
7  A    Immediately after the sounds and the
8  noise.
9  Q    You said that you heard a screech of
10  brakes; is that correct?
11  A    Yes.
12  Q    Did any vehicle proceed while its
13  brakes were screeching? Do you know what
14  vehicle screeched the brakes?
15  A    It was the truck.
16  Q    How do you know that?
17  A    Because the vicinity of the truck and
18  the noise they marched.
19  Q    But there were other vehicles also?
20  A    Yes, when we looked back at the
21  position of the truck, it proved it was the
22  vehicle that made the sound.
23  Q    For how long was this screech?
24  A    Three to five seconds.
25  Q    And the vehicle was stopped when you

40

Aquiler

2  saw it?
3  A    Yes.
4  Q    So it would have stopped from going
5  from 35 to 40 miles an hour to being stopped
6  when you saw it?
7  A    Yes.
8  Q    As I understand, you then proceeded to
9  the far curb or the southeast curb of Ninth
10  Avenue and 37th Street; is that correct?
11  A    Yes.
12  Q    And you stayed there?
13  A    Yes.
14  Q    You never went any closer to the scene
15  of the accident?
16  A    No.
17  Q    For how long did you stay there on
18  that corner?
19  A    A few minutes until I believe Maria
20  took out her phone and tried to call, but it
21  seemed --
22  Q    Called 911?
23  A    And it seemed like everybody around
24  utilized their cell phones including Ms.
25  Parady's escort who had his cell phone out as

41

Aquiler

2  well.
3  Q    Who is the first one that came there,
4  the cops?
5  A    NYPD van.
6  Q    How long was that?
7  A    Couple of minutes, maybe less, because
8  they had the whole intersection blocked off
9  in a matter of minutes.
10  Q    Did they put up the yellow tape?
11  A    Yes.
12  Q    Did they put that up right away?
13  A    Yes.
14  Q    Did you ever speak with either Ms.
15  Parady or anybody from her family after this
16  accident?
17  A    No, I had no idea what happened.
18  Q    Did you ever speak to Mr. Blank?
19  A    No.
20  Q    As I understand, after a few minutes
21  on the corner, you then left?
22  A    Yes.
23  Q    Going towards the train?
24  A    Towards the train eastbound and then
25  we got the phone call.

---

42

```
 1                  Aquiler
 2   Q    That was from the police?
 3   A    Yes.
 4   Q    You then returned to the scene?
 5   A    Returned to the scene and waited a
 6   long time before we were questioned.
 7   Q    You said you waited a few minutes at
 8   the corner, then you started walking?
 9   A    Right.
10   Q    How long after you left the
11   intersection that you got the call?
12   A    A minute or two.
13   Q    Do you recall what police officer it
14   was?
15   A    I don't remember his name.
16   Q    You said you waited a long time.  Had
17   Ms. Parady been taken to the hospital at that
18   point?
19   A    Yes.
20   Q    Did you make any observations at that
21   time about anything with regard to this
22   accident?
23   A    The yellow tape was still up.  The man
24   driving the vehicle was now out of his
25   vehicle at the same intersection where we
```

---

43

```
 1                  Aquiler
 2   were waiting to cross, the southwest corner
 3   and I remember he was on his phone, very
 4   distressed, almost in shock.
 5   Q    Was Mr. Blank still there?
 6   A    No, I believe he went in the ambulance
 7   with Ms. Parady.
 8   Q    Was there a nurse there?
 9   A    Not that I recall.
10   Q    Did you speak to anyone other than
11   police officers then?
12   A    Maria.  This is while we're waiting?
13   Q    Yes.
14   A    Yes, Maria.
15        MR. BUTLER:  Nothing further.
16        Thank you.
17   EXAMINATION BY
18   MR. KAPLEN:
19   Q    While you were crossing the street,
20   did you hear anybody scream?
21   A    Yes.
22   Q    Did you hear that scream before or
23   after you saw the vehicle operated by Michael
24   Phillips?
25   A    I heard the scream after I saw the
```

---

44

```
 1                  Aquiler
 2   vehicle.
 3   Q    Was that scream from in front of you
 4   or behind?
 5   A    Behind me.
 6   Q    Was that a male or female voice?
 7   A    Female.
 8   Q    Could you describe that scream for us?
 9   A    It was a loud scream.  Almost blended
10   in with the screeching of the tires.
11   Q    Do you know what came first, the
12   scream or the screeching of the tires as
13   you've described?
14   A    I want to say after.
15   Q    After you heard this screeching of the
16   tires, what was the next thing you heard?
17   A    A loud thud.
18   Q    Did that screech that you heard --
19   where was the vicinity of that scream?
20   A    Right behind me.
21   Q    Where did it come from?
22   A    Maybe to the left.
23   Q    Were you able to ascertain who was
24   making that sound?
25   A    Ms. Parady.
```

---

45

```
 1                  Aquiler
 2        MR. KAPLEN:  No further
 3   questions.
 4   CONTINUED EXAMINATION
 5   BY MR. BUTLER:
 6   Q    Had you ever heard Ms. Parady scream
 7   before?
 8   A    No.
 9   Q    Had you ever heard any of the women
10   behind you scream before?
11   A    No.
12   Q    Did you see anyone, see anyone, as
13   they were screaming?
14   A    No.
15        (Time noted:  12:30 p.m.)
16
17
18   ---------------------
19        SHARLENE AQUILER
20   Subscribed and Sworn to before me
21   this     day of       2008.
22
23   ---------------------
24        Notary Public
25
```

---

Sumscript Copy: PARADY v. PHILLIPS; S. Aquiler, 12/20/2007

46

```
1
2              INDEX
3   WITNESS        EXAMINATION BY        PAGE
4   Sharlene Aquiler  MR. BUTLER        4, 45
5                MR. KAPLEN        43
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

47

```
1
2        C E R T I F I C A T E
3        I, JUSTYNE HAISONAK, hereby certify that
4   the Deposition of SHARLENE AQUILER was held before
5   me on the 20th day of December, 2007; that said
6   witness was duly sworn before the commencement of
7   his testimony; that the testimony was taken
8   stenographically by myself and then transcribed by
9   myself; that the party was represented by counsel
10  as appears herein;
11       That the within transcript is a true
12  record of the Deposition of said witness;
13       That I am not connected by blood or
14  marriage with any of the parties; that I am not
15  interested directly or indirectly in the outcome
16  of this matter; that I am not in the employ of any
17  of the counsel.
18       IN WITNESS WHEREOF, I have hereunto set my
19  hand this        day of        , 2008.
20
21        - - - - - - - - - - - -
                JUSTYNE HAISONAK
22
23
24
25
```

Slimscript Copy: PARADY v. PHILLIPS; S. Aquiler, 12/20/2007

48

1
2                            ERRATA SHEET
       PAGE/LINE                        CORRECTION
3      _____          _____
4      _____          _____
5      _____          _____
6      _____          _____
7      _____          _____
8      _____          _____
9      _____          _____
10     _____          _____
11     _____          _____
12     _____          _____
13     _____          _____
14     _____          _____
15     _____          _____
16     _____          _____
17     _____          _____
18     _____          _____
19     _____          _____
20     _____          _____
21     _____          _____
22     _____          _____
23     _____          _____
24     _____          _____
25

Slimscript Copy: PARADY v. PHILLIPS; S. Aquiler, 12/20/2007

## A

able 44:23
about 5:23 6:5,6,9,15,23 7:4,9,12
  7:15 14:11,22,25 15:3,5,9,12,14
  15:16,18,21,24 16:3,21,24 17:17
  18:6 22:5 23:6,7 24:2 28:22 29:2
  29:15 33:19 42:21
abreast 23:21
accident 7:13 20:9 36:13 38:6
  40:15 41:16 42:22
accurately 17:21
across 29:25 30:6 36:17
actual 38:20
actually 18:2 36:13 38:5
address 4:10
administer 3:16
Administrator 1:5
after 18:6 34:8 39:7 41:15,20 42:10
  43:23,25 44:14,15
afterwards 12:6
against 1:8
age 19:22
ago 5:23 16:8
AGREED 3:4,9,14
ahead 7:19 13:16
almost 43:4 44:9
along 11:3 20:14 21:10,21 24:2
  25:9 29:19,20
already 33:17 39:4
ambulance 43:6
Amsterdam 9:19
and/or 8:8
another 36:9
answer 34:17
answering 5:9,11
anybody 4:25 6:10 18:19 19:15
  29:17 41:15 43:20
anyone 5:21 22:20 29:24 30:3,6,10
  30:14 43:10 45:12,12
anything 7:9 16:3,19,21 17:17
  22:13 23:18 28:24 42:21
appearing 4:21
appears 47:10
applauding 12:17
aquiler 1:15 4:1,9 5:1 6:1 7:1 8:1
  9:1 10:1 11:1 12:1 13:1 14:1 15:1
  16:1 17:1 18:1 19:1 20:1 21:1
  22:1 23:1 24:1 25:1 26:1 27:1
  28:1 29:1 30:1 31:1 32:1 33:1
  34:1 35:1 36:1 37:1 38:1 39:1
  40:1 41:1 42:1 43:1 44:1 45:1,19
  46:4 47:4
area 8:19 9:21 19:4,5 31:6 34:24
arising 4:15
around 7:24 18:7 20:22 40:23
arrive 27:5
arrived 27:3,7

## Arts

Arts 10:11,11,17 12:10
ascertain 44:23
asked 6:20 7:15
asking 5:13,17
assume 25:18
attention 34:24
attorneys 2:4,9 3:5
attract 19:25
Auditorially 38:7
August 9:24
authorized 3:16
Avenue 2:10 4:11,17 11:8,13 12:11
  13:11 25:4 26:13 27:4,9,16,20
  29:20,25 30:6 33:5 35:14 37:8
  38:9 40:10
aware 17:8
away 41:12
a.m 1:18

## B

back 7:24 8:4,15 16:6 21:16,25
  24:14 39:20
background 18:9
barrister 1:16,23
Bedford 2:4
before 1:18 3:18 4:3 7:21 9:25
  10:21 11:10,13 16:10 18:23 20:11
  21:21 22:25 26:13 35:15,16 42:6
  43:22 45:7,10,20 47:4,6
behind 13:9 18:18,21 19:7,15,18
  20:16,21 21:11,14 25:7 31:6,21
  32:2,4 33:2 35:23 37:13,14 44:4,5
  44:20 45:10
being 4:24 10:25 11:23 28:22 40:5
believe 6:24 11:25 12:4,16 15:3
  18:13,17 19:14 20:5 21:15 22:7,7
  28:13,25 29:3 34:6 40:19 43:6
Berkeley 10:2,6
besides 22:21 31:10
between 3:5 6:7 9:18 21:23 26:24
  37:9
bit 14:17
black 28:22
Blank 38:3 41:18 43:5
blended 44:9
blocked 41:8
blood 47:13
BODO 1:5,5
boots 22:4,5 28:15,16,21
bottom 8:11
brakes 39:10,13,14
Briefly 6:17
briskly 13:21 18:14 19:13 20:23
  21:12 30:22
Broadway 1:17,23 9:18
brown 22:7
building 24:16,17,20

## C

bus 11:16
butler 2:9,11 4:7,13 35:8 43:15
  45:5 46:4

## C

C 2:2 47:2,2
cab 11:16 12:5,5
California 10:2 25:17
call 5:17,19 6:7,14 16:7,8 18:4
  40:20 41:25 42:11
called 38:17 40:22
calls 5:12
came 25:10 36:16 37:6 41:3 44:11
car 8:3 25:15,20,23,25 32:10
carefully 24:8
CARO 2:3
carrying 22:13 28:24
cars 27:19 32:8,11,11,13,13,20,23
  33:2,3,20,22,24 34:22,23
case 18:8
caught 25:7
cell 18:4 29:10 40:24,25
cement 24:6
certification 3:6
certify 47:3
chatting 23:22 29:8 32:7
circular 38:16
circumstances 11:22
City 2:10
CIV 1:7
Clarify 17:7
clearly 36:16,21
close 36:8,20 37:6
closer 8:9 24:17 40:14
closest 23:11
closing 12:19
coat 22:8,10
coats 23:9
come 26:5 29:13 30:10,12 34:12
  44:21
coming 13:2,9 34:18,19
comma)through 26:9
commencement 47:6
Commotion 21:19
completely 34:25
condition 24:7 27:15
conditions 13:18 14:21,23 27:24
  28:3
confirmed 14:13
congregate 18:25
connected 10:10 47:13
contact 23:17
continued 25:3 45:4
cops 41:4
corner 4:16 8:25 9:2 12:11 25:10
  25:13 27:3 29:13 30:25 32:19
  35:14 40:18 41:21 42:8 43:2

Slimscript Copy: PARADY v. PHILLIPS; S. Aquiler, 12/20/2007

correct 10:15 12:11 23:2,3 36:14
  39:10 40:10
corrected 17:19
**CORRECTION** 48:2
counsel 47:9,17
couple 24:15 41:7
course 21:9
court 1:2 3:18
crazy 36:9
cross 30:10,14 31:12 34:7,7,10 43:2
crossed 25:4 30:14 31:24 36:9
  38:12
crossing 14:19 16:5 21:7 27:8
  29:17,20,24 32:9,14 37:8 38:8,12
  43:19
crosswalk 7:14,15 16:3 35:15,16
  36:25 38:21
cross-walking 16:5
curb 7:14,16,21 23:24 24:15,19,25
  40:9,9

**D**

D 2:9,11
dangerously 36:8,20
dark 22:8,11,12
date 20:20 23:12,14
day 45:21 47:5,19
DE 2:3
December 1:18 47:5
decided 18:7
defendant 1:10 2:9 4:14
definitely 12:5 24:10 28:16 37:19
deposition 1:14 3:15 6:6,9 13:25
  14:4,13 16:10 17:4 47:4,12
depression 38:9,14,20 39:2
describe 27:21 44:8
described 35:22 36:24 37:7,20 39:6
  44:13
designated 26:3
diagonal 8:20,21,22
Diego 25:16,16,22
difficulty 38:8,11
direction 8:14,17,23
directly 47:15
disbursed 21:5
discussion 14:15
distressed 43:4
**DISTRICT** 1:2,3
door 8:10,11
down 16:13 18:14 24:11
drive 25:15,23
driven 25:25 26:6,9,10
driver 26:3 36:9
driving 42:24
drove 26:20
drunken 26:15
duly 4:3 47:6

during 27:14 32:5

**E**

E 2:2,2 4:2,2,2 47:2,2
each 23:15,17
eastbound 41:24
Eberline 9:6
effect 3:17
eight 18:23 31:23 32:2,4
either 12:4 22:13,15,25 29:4,9,18
  30:16 41:14
employ 47:16
encore 12:15
ended 19:11
enough 13:15 26:4
enter 26:12
entered 26:15
**ERRATA** 48:2
escort 22:9,25 31:8,19 38:3 40:25
ESQ 2:6,11
ESQS 2:3
Estate 5:12
even 14:11
evening 14:7
event 6:20
eventually 25:9
ever 10:21 11:9,12,19 16:9 20:8,11
  25:25 37:23 38:2 41:14,18 45:6,9
every 6:20
everybody 40:23
everyone 19:12
**EXAMINATION** 4:6 43:17 45:4
  46:3
examined 4:4
except 3:10 33:11
exiting 23:8

**F**

F 47:2
face 7:6 28:8,10
facing 8:12,13,24,25 32:21
fact 20:3
fair 26:5,8
falling 7:5,6 28:7
familiarity 4:18
family 4:15 6:2 41:15
far 13:15 18:21 31:22 32:2 40:9
fast 15:22,23
February 4:16
feet 8:7,10,24 18:23 20:21 31:23
  32:2,4
female 19:19 37:15,16,19,21 44:6,7
few 6:5,8 20:21 40:19 41:20 42:7
**Fifteen** 16:15
filing 3:6
first 4:3 5:21 6:14 27:5 35:3 36:8
  36:24 39:3 41:3 44:11

five 14:11 18:23 19:9,18 21:3 29:15
  29:15 30:17 31:15,18,23,25 32:4
  37:12 39:24
focused 29:22 34:25,25
followed 31:16
follows 4:5
force 3:17
form 3:10
found 6:6,8
four 9:24
Francisco 10:4
friend 7:20 9:3,5 20:18 21:7 23:10
  26:15
friends 9:8
from 5:12,12,13,17,22 6:10 11:17
  12:23 13:2,9 24:19 25:12,12 27:8
  29:25 34:12,18 36:11 37:11 40:4
  40:5 41:15 42:2 44:3,21
front 7:25 8:6,10 13:12 18:19 32:25
  44:3
further 3:9,14 43:15 45:2

**G**

gave 5:6
gentleman 24:16
give 18:5
given 17:24
glanced 22:2 24:14
go 10:3,8 32:12 33:20 36:4,5
going 15:22 22:23 24:19 27:15,19
  29:18,23 32:11,13,14,17 33:18,22
  34:11,14 35:18,19 40:4 41:23
gone 10:5,14
good 20:5
grade 9:16
green 7:20 29:23 34:9
ground 7:25 38:25 39:4
group 13:2,4,7 21:4 22:21 25:6
  29:14,16 37:17,20
guess 8:10

**H**

H 4:2
**HAISONAK** 47:3,21
half 18:6
halfway 18:3 33:8 37:2,4,5,9
hall 16:13
hand 27:10,10,17 47:19
hands 23:18
handwritten 17:11,13
happen 23:10
happened 5:24 6:15 8:3 36:14 38:5
  41:17
hard 19:9
Harlem 9:16
hat 28:11
having 4:3 11:19

Slimscript Copy: PARADY v. PHILLIPS; S. Aquiler, 12/20/2007

head 8:8,12,25 20:25
headed 35:11 36:2
headlights 32:24 36:22
hear 43:20,22
heard 5:16 7:23 39:9 43:25 44:15
    44:16,18 45:6,9
heavy 27:21,23
Heights 10:20 19:24
held 1:15 47:4
her 7:20,24 8:4,7,8,9,10,12,13,15
    8:24,25 13:25 20:11,14,17,18
    21:6 22:4,5,9,25 23:10 29:9 31:8
    31:19 38:3,25 39:3 40:20 41:15
hereunto 47:18
him 6:25 7:4,18 8:7 16:24 36:11,24
hobby 10:12
holding 22:18 23:18
home 26:16
hospital 42:17
hour 15:24 18:6 34:12,15,20 35:19
    40:5
huddled 20:22

**I**

idea 41:17
immediate 19:3,5
Immediately 39:7
inc 1:17,23
incident 4:15 6:5 12:3
Incidentally 13:24
including 40:24
INDEX 46:2
indirectly 47:15
Individually 1:6
instituted 4:14
interested 47:15
intersection 8:18,21 11:12,20 12:2
    18:24,24 20:22 21:22,24 23:9
    29:19 30:7,11,24 31:25 33:13
    35:12 36:12 37:3 41:8 42:11,25
investigator 5:13
involved 20:8 33:11
Ipod 29:5

**J**

james 2:9,11 4:13
Jersey 2:10,19 26:18
just 12:25 13:5 15:7,8,11 16:4 18:7
    19:5,10 21:15 22:18,23 23:8
    26:12,15 36:4
JUSTYNE 47:3,21

**K**

kaplen 2:3,6 6:10,18 14:3 16:9,16
    34:3,13,21 35:6 43:18 45:2 46:5
Kaplen's 5:22
kind 28:9,14

know 17:5 22:24 38:13,17,23 39:13
    39:16 44:11

**L**

L 3:2 4:2,2
lady 20:8 22:3
last 16:8
later 6:5,8 17:25
lawsuit 1:14
lead 27:6 31:13
leading 29:16
leave 12:18
leaving 12:20,23 18:3 21:19 22:21
left 7:25 8:6 29:19 31:2 33:4 41:21
    42:10 44:22
less 41:7
licensed 25:18
light 7:20 21:20 27:21 32:21 33:13
    34:2,9
lights 36:19
like 11:15 20:20,24 22:6 36:2 38:19
    40:23
Lincoln 26:9,10,12
line 24:20 34:10 36:4
little 14:17 37:4
live 9:20,25
lived 9:23 10:2 25:17 26:17
location 7:10
long 9:23 14:10 16:14 22:8,10
    27:12 39:23 40:17 41:6 42:6,10
    42:16
look 21:14,25 24:8,11
looked 20:20 22:6 39:20
looking 8:20 16:6 21:15
loud 44:9,17
lying 7:24 8:4 38:15 39:6

**M**

made 23:13 33:8,20 39:22
mainly 20:3
make 7:22 34:4 36:10 42:20
making 36:13 44:24
male 19:19 37:15,16,19,21 44:6
man 42:23
manhole 38:18
many 19:8 32:13,23,25 33:7,9,17
    36:5
marched 39:18
Maria 9:5,6 10:8,14 13:5,8,19,25
    14:16,22,25 15:9,12,15 17:12,18
    18:7,11 19:2 20:25 21:6 24:24
    25:2 27:5 28:12,20 29:2 32:5
    36:8,23 40:19 43:12,14
Maria's 14:4 17:4 19:22
mark 37:5,10
marked 17:4
marriage 47:14

MARY 1:6
matter 41:9 47:16
may 3:15 11:14 13:14 20:24 34:17
maybe 11:8 29:15 32:24 37:4,5
    41:7 44:22
mean 11:15 38:19
meaning 35:7
meant 8:17 15:23
medium 27:22,23
meeting 16:14
mention 15:18
mentioned 5:25 16:23 33:25
message 5:16
met 16:11
michael 1:9 2:6 8:2 16:23 43:23
middle 24:21,23 31:24
might 22:2
miles 15:24 34:12,15,19 35:19 40:5
mind 36:9
minute 27:13 29:13 32:20 42:12
minutes 14:11 16:15 40:19 41:7,9
    41:20 42:7
mix 20:5
mixed 19:20 37:22
month 5:23
months 16:8
MOORE 1:6
more 37:4,4
morning 16:10,12
mostly 20:6
motions 16:4,4,5
moving 33:15,16
much 15:11
must 23:12,13
myself 47:8,9

**N**

N 2:2 3:2 4:2
name 4:8,13 10:19 42:15
near 8:5
necessarily 7:11
never 5:16,19 12:5 22:24 26:5,8
    40:14
new 1:3,17,17,19,24 2:5,10 4:4,11
    4:11 9:23 25:20,25 26:17,21
next 7:25 44:16
Nicholas 4:11 9:20,22
night 7:2 10:13 11:18 12:3 14:24
    15:10,11 16:8 27:25 28:18
Ninth 4:17 11:8,13 13:10 18:15
    25:4,10 26:6,13 27:4,9,15,20
    29:20,25 30:6 33:5,21 35:14 37:8
    38:9 40:9
noise 14:19 39:8,18
Nonparty 1:14
north 29:18,21,25 30:7
northeast 8:24

Slimscript Copy: PARADY v. PHILLIPS; S. Aquiler, 12/20/2007

Notary 1:18 4:3 45:23
noted 45:15
Nothing 43:15
notice 21:10 22:20 23:7
noticed 7:21,24 20:17 23:11 36:6
noticing 21:13
number 5:4,6 11:3
nurse 43:8
nursing 18:9
NYPD 41:5
N.Y 1:24

**O**

O 3:2
oath 3:16
object 34:15
Objection 34:21
objections 3:10
observations 42:20
occasion 21:25
off 41:8
office 4:22 5:2,12,13,17,19,22 6:10
    11:24 12:8
officer 3:16 42:13
officers 43:11
offices 1:16
one 11:2 16:7 17:8 22:18,18,19
    26:3,20 29:4,6,6,9,12 32:15 33:8
    33:11 41:3
ones 27:5
only 17:7,15 20:21 33:8 36:6
onto 18:3 33:4
operated 43:23
other 12:20,23,23 16:7 19:3 21:2,4
    23:6,15,17 25:22 29:13,24 30:4
    30:15 31:5,15 32:3 33:10,20,22
    34:22 35:20 37:12,12,16,20 39:19
    43:10
out 4:15 6:6,8 8:2 12:19 19:6 22:23
    40:20,25 42:24
outcome 47:15
outside 24:25 25:2
over 25:4 28:10
own 29:6
owns 29:6

**P**

P 2:2,2 3:2
PA 2:9
pack 12:18
PAGE 46:3
PAGE/LINE 48:2
PARADI 1:5
parady 1:5,5 4:15 6:2 22:25 23:10
    31:8,19 37:24 38:13 41:15 42:17
    43:7 44:25 45:6
Parady's 40:25

part 31:24
particular 10:13 13:3,10 21:17
parties 3:5 47:14
parts 10:23,25
party 47:9
passed 33:17 35:23
passing 11:14,15 12:4 30:3
pedestrian 27:8
people 12:20,23 13:9,12 18:18,21
    19:3,8,18,21,25 20:3,6 21:2,3,4,5
    22:23 23:4,6 29:13,15 30:17 31:5
    31:15,18 32:3 37:11,12,12,13,17
per 15:24 34:12,20
performers 12:17
period 38:24
phillips 1:9 8:2 15:16 16:23 34:11
    34:14 35:7 43:24
phone 5:4,17 6:3,4,7,14 14:9 16:7,8
    17:25 18:4,4 29:10 40:20,25
    41:25 43:3
phones 40:24
photograph 17:2
photographs 16:20,22 17:3
places 24:5
Plaintiffs 1:7 2:4
play 19:24
Pleasantville 2:5
pockets 24:5
point 21:5 27:11 29:18 42:18
pole 30:25 31:3
police 5:7 14:14 16:16 17:6,7,8,9
    17:22 42:2,13 43:11
position 39:21
post 11:24 12:7
potholes 38:19
precipitation 7:2,5
PRESENT 2:14
pretty 28:23
prior 4:24 10:5 11:18
proceed 39:12
proceeded 40:8
proceeding 32:8
profession 10:12
protection 28:9
proved 39:21
PS-368 9:16
Public 1:19 4:4 45:23
purse 28:25 29:3
pursuant 1:15
pushed 23:25
put 41:10,12
p.m 45:15

**Q**

quantify 15:23
question 3:11 34:3,5 35:10
questioned 42:6

questions 6:22 45:3
quite 29:14

**R**

R 1:9 2:2 4:2,2 47:2
random 22:23 23:4,6
reaching 7:21
realized 8:3
reason 4:21 21:17
recall 10:25 13:15 16:2 18:18 19:17
    20:10,13 30:13,16,25 33:22 36:6
    38:11,22 39:2 42:13 43:9
received 4:22
recollection 11:19 26:14 37:18
record 47:12
recount 6:20
recounted 6:21 7:19
rectangular 38:20
red 27:10,17 32:21 33:13 34:2
reflect 17:21
regard 24:24 42:21
relation 8:8 38:14
remember 11:7 12:16,25,25 21:8
    21:13 22:4,5,14,17 28:8,22 29:22
    30:3,5 33:10 42:15 43:3
remembered 6:21
report 14:14 16:17 17:6,7,8,9,13,15
    18:5
Reporter 2:15
reporting 1:16,23
represent 4:13
represented 47:9
representing 5:25
requested 14:14
reserved 3:11
respective 3:5
restaurants 11:6,7
return 18:5
returned 42:4,5
right 7:21 9:4 13:5 23:5 31:2,4,10
    31:11,21 35:14,15 41:12 42:9
    44:20
Road 2:4
roadway 38:10,14
room 16:13
Rubber 28:17,18

**S**

S 2:2 3:2,2 4:2
sabina 1:5 7:20,24 21:6
same 3:7,17 5:6 12:20,24 28:12,20
    30:11 42:25
San 10:4 25:16,16,22
saw 6:15 8:13 17:15,17 24:14 27:17
    32:24 35:3 36:24 38:25 39:3 40:2
    40:6 43:23,25
scene 17:24 18:2,5 40:14 42:4,5

Slimscript Copy: PARADY v. PHILLIPS; S. Aquiler, 12/20/2007

school 10:3,5
scream 43:20,22,25 44:3,8,9,12,19
  45:6,10
screaming 14:20 45:13
screech 7:23 39:9,23 44:18
screeched 39:14
screeching 14:20 39:13 44:10,12,15
sealing 3:6
Seams 36:2
seconds 27:13 29:12 32:20 39:24
see 6:16 14:14 20:8,11,14 36:11,21
  36:22 38:5 45:12,12
seemed 20:24 27:24 33:2 37:14
  . 40:21,23
seen 10:21 22:24
sense 34:4
served 4:24
service 1:16,23 5:9,11
set 47:18
sets 32:24
seven 29:15 30:17 31:15,18 37:12
several 5:12 35:23,23
SHALOM 2:15
sharlene 1:15 4:9 45:19 46:4 47:4
SHEET 48:2
shock 43:4
show 10:19 16:16,19 17:3,6
side 12:13 13:11 24:15,25 27:8
  29:24 30:4,7,11 31:2,4,6
sidewalk 23:23 24:7,12,18 25:12
  38:21
signal 27:8 30:18
signed 3:15,17
significantly 20:19
since 12:3 13:25 14:3 21:11
sir 24:3
situation 26:4
sleet 7:3,7 15:5 21:18 24:4,9 26:25
  28:5,7
sleeting 13:17 21:11
sleety 23:23
slush 24:4
slushy 7:3 23:23 28:6
snow 15:2,4 24:9 26:25
sole 28:22
soles 28:17,18
some 4:18 9:8 11:6 12:17 24:5 36:2
  36:3
somebody 21:11
something 8:5
sometime 16:7 17:25
sort 23:19
sound 39:22 44:24
sounds 39:7
south 12:13 13:11 27:15 29:18,21
  29:25 32:10,12 33:21,23 36:4,5
southbound 27:19

southeast 40:9
SOUTHERN 1:3
southwest 8:25 25:10 43:2
speak 5:13,21 6:4,9 31:13 37:23
  38:2 41:14,18 43:10
speaking 24:2
Special 1:5
specific 6:22 7:15 11:19
specifically 15:6
speed 15:20,21 32:16 33:14 35:18
  36:7
spoken 4:25 13:24 14:3 16:9
squeeze 35:24,25
St 4:11 9:20,22
standing 32:19
start 20:25
started 12:18 31:12 42:8
State 1:19 4:4
statement 17:24 34:16
STATES 1:2
STAVSKY 2:15
stay 12:15 40:17
stayed 12:16 40:12
staying 9:11
stenographically 47:8
stick 18:7
still 34:8 42:23 43:5
STIPULATED 3:4,9,14
stopped 32:20 33:12,25 34:23
  39:25 40:4,5
Straggling 32:4
straight 8:15
street 4:17 11:4,13 13:11 14:19
  18:15 20:15 21:7,10,21 24:19
  26:13 27:4 29:17,19,20 30:2 32:9
  32:21 34:18,20 35:5,11,16 36:12
  36:25 40:10 43:19
string 33:3,25 34:23 35:21
Student 2:15
subpoena 1:15 4:22,25
Subscribed 45:20
substantive 6:12
Summit 2:10
sure 28:21,23
sworn 3:15,18 4:3 45:20 47:6

| T |
| --- |

T 3:2,2 47:2,2
taken 1:15 42:17 47:7
talk 6:12,15
talked 15:3
talking 23:15 32:5
taller 20:19
tape 41:10 42:23
teach 9:15
teacher 9:13
teaching 10:4

tell 6:25 7:4,18 8:7,22 15:15 19:8
  30:9 32:25
tend 24:11
Tenth 12:11
terms 7:14 8:14,17 15:20 23:18
  24:15,18 37:7 38:6,9
testified 4:5 14:16 15:13,15
testimony 47:7,7
Thank 43:16
theater 10:11,11,14,17,23 11:9
  12:10 13:3,10 19:10 20:4,7,12
  21:19,23 22:21 23:8 25:12
theaters 11:3 12:24
their 40:24
thick 22:6
thing 36:9 44:16
think 12:17 23:13 34:6
third 9:16
though 29:8
Three 39:24
three-fourths 37:3,10
through 12:4,6,8 26:10 37:2
thud 7:23 14:20 44:17
time 3:11 5:24 6:7 9:9 12:21,24
  25:6 26:3,20 27:14,17,24 28:2
  29:7 31:9,23 32:6 35:18,20 36:11
  37:11,23 38:2 39:3 42:6,16,21
  45:15
tire 8:2,6,6,8,9
tires 44:10,12,16
together 23:16
told 16:24
torso 8:7
toward 18:15
towards 8:10 13:10 30:12 41:23,24
traffic 27:15 30:25 31:3
train 18:3 41:23,24
transcribed 47:8
transcript 47:11
trial 3:12
trickling 19:5
tried 40:20
truck 7:22 39:15,17,21
true 47:11
trying 7:22 11:24 23:9 35:24
Tuesday 13:25 14:4
Tunnel 26:9,11,12
turn 7:22 29:23 30:18 33:4,20 36:3
  36:10,13
turned 7:23 33:9 34:9
turning 32:12 33:11
two 10:23,25 16:8 19:9,18 21:3,6,6
  22:22 32:15,24 33:19 42:12
type 19:24

| U |
| --- |

U 3:2 4:2

Slimscript Copy: PARADY v. PHILLIPS; S. Aquiler, 12/20/2007

UCLA 10:9
Uggs 22:6
umbrella 13:19 19:16 22:16
umbrellas 23:10
understand 34:5 35:9 40:8 41:20
unfortunately 26:17
UNITED 1:2
until 36:12 40:19
using 29:7
utilized 40:24
utilizing 22:15,18 29:4,9

---
**V**
---

V 2:6
Vaguely 11:21
van 41:5
vehicle 15:16 16:24 33:12,15,16
    34:11,14,25 35:2,3,6,7,24 36:2,7
    39:12,14,22,25 42:24,25 43:23
    44:2
vehicles 33:4,10,17 35:21,22 39:19
very 22:6 29:22 43:3
vicinity 39:17 44:19
view 13:21 19:12
virtually 12:10
visible 36:16
visits 25:22
Visually 38:7
voice 44:6

---
**W**
---

wait 27:12
waited 27:11 29:12 42:5,7,16
waiting 30:8,10,12 34:6,7,8 36:3,4
    36:5 43:2,12
waived 3:7
walk 12:8 24:8 30:18,20
walked 12:5,9 25:9
walking 7:19 11:17 13:2,8,10,12,21
    18:13,14,22 19:2,3,7,13 20:14,18
    20:23 21:9,12,15 23:16,21 24:2
    30:6 42:8
want 22:18 31:4,25 33:14 37:2,9
    38:16 44:14
water 28:8
waterproof 28:14,19,23
way 10:10 12:7 18:3 25:3 30:15
    37:3
wearing 22:3,8,9,10
weather 6:23 13:22 14:21,23 19:12
    27:24 28:2
weekend 9:11
weeks 6:5,8
well 28:21 29:3 41:2
went 10:9 40:14 43:6
west 4:16 9:16,18 11:4 32:8,10,11
    32:13,14,21 33:18 36:3

westbound 34:7
westward 30:11
wet 7:2 13:18 14:24 15:7,8,9,11
    24:6 28:4,6
we're 43:12
wheel 7:25
WHEREOF 47:18
while 20:7 39:12 43:12,19
whole 41:8
width 24:18
witness 1:14 46:3 47:6,12,18
women 45:9
writing 17:10

---
**X**
---

x 1:4,11 17:2
xxxxx 2:16 3:20

---
**Y**
---

years 9:24
yellow 41:10 42:23
Yesterday 14:7
york 1:3,17,17,19,24 2:5 4:4,11,12
    9:23 25:20 26:2,21
young 19:21,25 20:3,6,8 22:3

---
**0**
---

07 1:7
07306-2703 2:10

---
**1**
---

10031 4:12
10271 1:24
10570 2:5
11:20 1:18
12:30 45:15
120 1:17,23
133rd 9:18
147th 9:22

---
**2**
---

20 1:18
20th 47:5
2003 26:24
2004 26:24
2007 4:16 47:5
2008 1:18 45:21 47:19
212-732-8066 1:24
25 4:16

---
**3**
---

30 27:13 29:12 32:18,19 34:12,14
    34:19
34th 11:25
35 35:19 40:5
3640(JCF) 1:7
37th 4:17 10:17 11:4,7,13 12:10,13
    18:14 20:14 21:10,21 24:2,19

25:11 26:6,13 27:4 29:17,19,20
    30:2 32:8,21 34:18,20 35:5,11,13
    35:15,16 36:12,25 40:10

---
**4**
---

4 46:4
40 15:24 32:18 34:12,14,19 35:19
    40:5
427 2:4
43 46:5
45 46:4

---
**5**
---

591 2:10

---
**7**
---

733 4:11

---
**9**
---

911 40:22
917-583-2424 5:5