DOCUMENT ELECTRONICALLY FILED

**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
BODO PARADY, as Special Administrator of
the Estate of SABINA PARADI and BODO
PARADY and MARY MOORE, individually,

        07 CIV 3640 (JCF)
        ECF CASE

        Plaintiffs,

        Magistrate Judge Francis

  -against-

        **AFFIRMATION OF SERVICE**

MICHAEL R. PHILLIPS,

        Defendants,
------------------------------------------------------------x

    I, JAMES D. BUTLER, ESQ., declare under penalty of perjury that I have electronically filed defendant's Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment, Affidavit, defendant's Counter-Statement of Material Facts pursuant to Local Civil Rule 56.1(b) and supporting Exhibits, and Affirmation of Service with the United States District Court for the Southern District of New York.  One copy was also served via first class mail to:

        Honorable James D. Francis
        United States Courthouse
        500 Pearl Street
        Room 18D
        New York, New York  10007

Michael V. Kaplen, Esq.
DeCaro & Kaplen, LLP
427 Bedford Road
Pleasantville, New York  10570
Attorneys for Plaintiffs


Richard W. Wedinger, Esq.
Barry, McTiernan & Wedinger
1024 Amboy Avenue
Edison, New Jersey  08837
Personal Attorneys for Defendant, Phillips


DATED:  February 1, 2008              Respectfully submitted,


                                                                                  s/James D. Butler
                                           James D. Butler, Esq. (JDB/9427)
                                           JAMES D. BUTLER, P.A.
                                           Attorneys for Defendant, Phillips
                                           591 Summit Avenue
                                           Jersey City, New Jersey  07306
                                           (201) 653-1676