# POLICE ACCIDENT REPORT (NYC)
MV-104AN (5/04)
☐ AMENDED REPORT

Precinct: 010
Accident No.: #458
Complaint Number: —

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 02 | Day 25 | Year 2007 | SUN | 2120 | 1 | 1 | | Reconstructed ☑ | ☐ | ☐ Yes ☑ No |

**VEHICLE 1** ☐ VEHICLE 2  ☐ BICYCLIST  ☑ PEDESTRIAN  ☐ OTHER PEDESTRIAN

| VEHICLE 1 - Driver License ID Number | State of Lic. | VEHICLE 2 - Driver License ID Number | State of Lic. |
|---|---|---|---|
| P346254479002555 | NJ | D125 1187 | CA |

Driver Name - exactly as printed on license: MICHAEL R PHILIPS
Driver Name - exactly as printed on license: SABINA BEATA PARADI

Address: 2 ROBIN ROAD
Address: 116 GATETREE CT

City or Town: RUMSON  State: NJ  Zip Code: 07760
City or Town: DANVILLE  State: CA  Zip Code: 94526

| Date of Birth | | | Sex | Unlicensed | No. of Occupants | Public Property Damaged | Date of Birth | | | Sex | Unlicensed | No. of Occupants | Public Property Damaged |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month 02 | Day 20 | Year 55 | M | ☐ | 1 | ☐ | Month 04 | Day 19 | Year 83 | F | ☐ | | ☐ |

Name - exactly as printed on registration: MICHAEL R PHILIPS  Sex: M
Date of Birth: Month 02 Day 20 Year 55

Address: 2 ROBIN ROAD
City or Town: RUMSON  State: NJ  Zip Code: 07760

Plate Number: CMP88D  State of Reg.: NJ  Vehicle Year & Make: 1988 CHEVY  Vehicle Type: PU  Ins. Code: 903

Ticket/Arrest Number(s): SUM# 0AC8786982
Violation Section(s): 4-03(A)(1)I

### Check if involved vehicle is:
- ☐ more than 95 inches wide
- ☐ more than 34 feet long
- ☐ operated with an overweight permit
- ☐ operated with an overdimension permit

**VEHICLE 1 DAMAGE CODES**
Box 1 - Point of Impact: 12
Box 2 - Most Damage: 2
Enter up to three more Damage Codes: 3, 4, 5

Vehicle Towed By: N/A  To: —

**VEHICLE DAMAGE CODING:**
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE  17. DEMOLISHED
15. TRAILER  18. NO DAMAGE
16. OVERTURNED  19. OTHER

Accident Diagram: W/B W 37 St / S/B 9th Ave, #1

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine  ☐ Yes  ☑ No

Place Where Accident Occurred: ☐ BRONX  ☐ KINGS  ☑ NEW YORK  ☐ QUEENS  ☐ RICHMOND
Road on which accident occurred: W 37 STREET
at 1) intersecting street: 9th AVENUE

**Accident Description/Officer's Notes:** AT T/P/O VEH.1 WAS TRAVELING W/B ON W 37 Street ON RT/S OF LANE @ I/S OF 9 AVE. WHEN VEHICLE PASSED ON LEFT/SIDE OF LANE VEH #1 PROCEEDED TO MAKE A LEFT TURN ONTO S/B 9th AVE STRIKING PEDESTRIAN WALKING E/B ON SOUTH CROSSWALK.

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | 4 | | 52 | M | | 13 | 6 | | | | | MICHAEL R PHILIPS | |
| B | P | | | | 23 | F | 1 | 5 | 2 | 1868 | 7252 | | | SABINA BEATA PARADI | |

Officer's Rank and Signature: P.O.
Print Name in Full: LOUKOPOULOS
Tax ID No.: 925633
NCIC No.: 03030
Precinct: HWY 3
Post/Sector: 308
Reviewing Officer: [signature]
Date/Time Reviewed: 2/28/07



New York State Department of Motor Vehicles POLICE ACCIDENT REPORT MV-104A (7/01)