COMPLAINT FOLLOW UP
INFORMATIONAL

| INVESTIGATE MVA S/P/EPED | 10 | | 991 | 04/10/07 |

| 02/25/07 | 02/25/07 | 107-05 | HDAIS | 05 |

PSNY        for                    Paradi, Sabina

**SUBJECT: CASE CLOSURE**

1. The investigation into this incident has been completed, all parties involved have been identified and all possible interviewed. After reviewing all the available information it is the opinion of the undersigned that the contributing factor in this accident is the operator of vehicle **FAILED TO YIELD TO A PEDESTRIAN** in a marked crosswalk. Therefore, pending any additional information not present at this time, the investigation into this accident has been concluded.

DET                                    RYAN    914938    HDAIS

LONG-PINK

1st COPY CRIMINAL RECORDS SECTION        2nd Copy UNIT REFERRED TO        3rd COPY BOROUGH ROBBERY SQUAD