YORK

DEPARTMENT OF MOTOR VEHICLES

2       ADMINISTRATIVE ADJUDICATION BUREAU

───────────────────────────────────────────

3

IN THE MATTER OF

4

MICHAEL R. PHILLIPS

5

Summons Number 0AC8786982

6

───────────────────────────────────────────

7

          The above-entitled matter came on for

8   hearing, pursuant to Notice of the New York State

    Department of Motor Vehicles at Manhattan South, New

9   York, on June 1, 2007 at 10:30 a.m., before the

    Administrative Law Judge.

10

11

12

13

14

15

16

17

18

19

20

21

22   Associated Reporters Int'l., Inc.

          P.O. Box 165, Massena, NY 13662
23      National and International Court Reporting Coverage

24

25

1      THE ADMINISTRATIVE LAW JUDGE:  All right.  There's one

2   ticket issued to Michael Phillips.  Ticket number zero A C

3   eight seven eight six nine eight two, Mr. Phillips is

4   charged with failure to yield to a pedestrian.  He's

5   represented by counsel.

6      MR. LEVINE:  Jeffrey Levine, 19 Rector, New York, for

7   the motorist.  The plea is not guilty.  Ready to proceed.

8      THE ADMINISTRATIVE LAW JUDGE:  Officer, do you swear or

9   affirm to tell us the truth?

10     OFFICER REDLAND:  I swear.

11                     OFFICER REDLAND; Sworn

12                     EXAMINATION/REDLAND

13  BY THE ADMINISTRATIVE LAW JUDGE:

14  Q.  You do.

15  A.  Yeah.

16  Q.  And would you identify yourself for the record?

17  A.  Yes.  Officer Redland (phonetic spelling), 3rd

18  precinct, shield number four one nine two.

19  Q.  Give us your statement of facts, please.

20  A.  Okay.  I was sitting on the northwest corner of Western

21  and West 37th and 9th Avenue on February 25th of 2007.  I

22  observed the Defendant, I.D. number P three four six two

23  four four four seven, license plate C M P eight eight D,

24  driving black Chevy, 1998.

25      He was traveling through the crosswalk, the

1    intersection where it was -- it had a -- at that -- at that

2    point in the intersection, the pedestrians that were

3    crossing in the crosswalk had the walk signal.  At no point

4    did the Defendant stop while crossing through the

5    crosswalk.  During this time, the pedestrians had to stop,

6    taking the extra steps to let the person -- to let the

7    Defendant cross through, clearly the infraction of failure

8    to yield to a pedestrian.

9    Q.  Was there anything else, Officer?

10   A.  (Inaudible-1s).

11        THE ADMINISTRATIVE LAW JUDGE:  Counsel, anything?

12        MR. LEVINE:  I've no cross-examination but here's my

13   application.  I don't believe there's a prima facie case.

14   There's no indication what street the motorist is traveling

15   on and in what direction, where the pedestrians were

16   crossing, what time the events was (inaudible-1s) facts

17   necessary to (inaudible-3s) prima facie case.

18        THE ADMINISTRATIVE LAW JUDGE:  I reserve decision.

19     Do you want (inaudible-1s)?

20        MR. LEVINE:  We rest.

21        THE ADMINISTRATIVE LAW JUDGE:  After taking in all of

22   the evidence, I conclude this hearing.

23        I find the trooper (sic) did not make a clear and

24   convincing case in this.  The Defendant is not guilty.

25        MR. LEVINE:  Thank you, your Honor.