DOCUMENT ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X   (ECF)
BODO PARADY, as Special Administrator of the Estate    07 CIV 3640 (JCF)
of SABINA PARADI and BODO PARADY and MARY
MOORE, individually,                                    Magistrate Judge Francis
                                                          -all purposes-

            Plaintiffs,

                                                       **AFFIRMATION OF SERVICE**
MICHAEL R. PHILLIPS,                                    **OPPOSITION PAPERS**
               Defendant,

-------------------------------------------------------------------------X

      MICHAEL V. KAPLEN, a member of the bar of the Southern District of New York and the Courts of the State of New York, affirm under the penalties of perjury that:

      I have electronically filed plaintiff's Memorandum of Law In Opposition to Defendant's Motion to Strike Exemplary Damage Claim and Affidavit in Opposition to Strike Punitive Damage Claim with supporting exhibits and with the United States District Court for the Southern District of New York. One copy was also served via first class mail to:

Magistrate Judge James D. Francis
United States Courthouse
500 Pearl Street
New York, NY 10007


Dated: Pleasantville, New York
      February 4, 2008         DE CARO & KAPLEN, LLP

                                       By: S/ *Michael V. Kaplen*

                                       Michael V. Kaplen, Esq.
                                       A member of the firm
                                       Attorneys for Plaintiff
                                       427 Bedford Road

1

Pleasantville, NY 10570
(914) 747 4410
6132-MVK

To:
James D. Butler, P.A.
591 Summit Avenue
Jersey City, N.J. 07306
Attorney for defendant Phillips

Richard W. Wedinger, Esq.
Barry, McTiernan & Wedinger
1024 Amboy Avenue
Edison, N.J. 08837
Personal attorney for defendant Phillips