UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------------------X  
BODO PARADY, as Special Administrator of the Estate of SABINA PARADI and BODO PARADY and MARY MOORE, individually,

     Plaintiffs,

MICHAEL R. PHILLIPS,

     Defendant,

------------------------------------------------------------------------X

Document Electronically Filed

(ECF)

07 CIV 3640 (JCF)

Magistrate Judge Francis  
-all purposes-

**REPLY AFFIDAVIT IN FURTHER SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

STATE OF NEW YORK  )  
        ss:  
COUNTY OF WESTCHESTER)

MICHAEL V. KAPLEN, being duly sworn, deposes and says:

1) I am a member of the law firm of DE CARO & KAPLEN, LLP, attorneys for plaintiffs in the within action, I submit this affidavit in connection with Plaintiffs Motion for Summary Judgment in reply to defendant's opposition in order to submit exhibits in support of the motion for consideration of this Court.

2) Annexed hereto are the following exhibits in reply to defendant's opposition:

  A. Signed statement of MATTHEW BLANK

  B. Police Notes of Interview of MARIA EBERLINE

  C. Police Notes of Interview of SHARLENE AQUILLER

  D. Signed statement of defendant MICHAEL PHILLIPS

  E. Police Detective Report "Case Closure"

  F. Police Accident Report with Code Sheet

  G. Transcript of testimony of Police Officer Redland

    H.  Highway District Field Report

Dated: Pleasantville, New York
      February 4, 2008          DE CARO & KAPLEN, LLP

                                      By: S/ Michael V. Kaplen
                                      _____
                                      Michael V. Kaplen, Esq.
                                      A member of the firm
                                      Attorneys for Plaintiff
                                      427 Bedford Road
                                      Pleasantville, NY 10570
                                      (914) 747 4410
                                      6132-MVK

To:
James D. Butler, P.A.
591 Summit Avenue
Jersey City, N.J. 07306
Attorney for defendant Phillips

Richard W. Wedinger, Esq.
Barry, McTiernan & Wedinger
1024 Amboy Avenue
Edison, N.J. 08837
Personal attorney for defendant Phillips