CF

PD 301-061 (Rev. 2-00)-Pent

W# 718-565-6500 EXT 32

| STATEMENT OF: | FIRST NAME: MATTHEW | C | LAST NAME: BLANK | PCT. 10 | ACCIDENT NO. | COMPLA |
|---|---|---|---|---|---|---|

RESIDENCE ADDRESS: 61 Bayard ST #14 N.Y.C. N.Y. 10013
RESIDENCE TEL. NO.: 408-892-8847
BUSINESS TEL. N(

LOCATION OF INTERVIEW: ☐ SCENE OF ACCIDENT   ☐ PRECINCT STATION HOUSE   ☒ OTHER (DESCRIBE): Telephone
TIME OF REPORT: 0430
DATE: 2/26/

IDENTITY OF ABOVE NAMED PERSON: ☐ OPERATOR OF VEH. NO.   ☐ PASSENGER IN VEH. NO.   ☐ PEDESTRIAN   ☒ WITNESS — Companion of victim
DATE OF BIRTH: 01-09-83   24

DATE OF ACC.: 2-25-07   TIME: 2120   LOCATION: W/B 37 ST to S/B 9 Ave
ACCIDENT INVOLVED: ☐ DEATH   ☒ PERSONAL I

**QUESTIONS FOR WITNESS, PASSENGER OR PEDESTRIAN ONLY**

Did you see the accident? ☒ Yes ☐ No

Where were you at the time of the accident? We were walking E/B on 37 ST Crossing 9th Ave.

Do you know any of the persons involved in this accident? ☒ Yes ☐ No
If yes, whom? Sabrina

At the time of the accident, was your visibility obstructed in any way? ☐ Yes ☒ No — Heavy Snow
If yes, describe:

**QUESTIONS FOR OPERATOR OF VEHICLE ONLY** (crossed out)

Who was with you at time of accident? Sabrina

**BELOW QUESTIONS TO BE ANSWERED IN ALL CASES, WHETHER SUBJECT IS OPERATOR, PASSENGER, PEDESTRIAN OR WITNESS**

Briefly describe this accident? We were crossing 9th Ave at 37 ST. We were going from West to East. We were heading toward the Vintage Bar on 50 ST and 8th. I was holding an umbrella. It was snowing, we had the green light. The umbrella was up, high not blocking our sight. All of a sudden the P/U -ruck came around the turn and hit Sabrina. As soon as she got hit she fell, the truck stopped.

What was the cause of the accident? The driver got right out and ask if we were O.K
→ 10% us not looking / 90% him making a turn not giving us the RtoF

| INSERT ANSWERS PERTAINING TO EACH VEHICLE UNDER APPROPRIATE COLUMN | VEHICLE NO. 1 | VEHICLE NO. 2 | VEHICLE NO. 3 |
|---|---|---|---|
| License plate No. | I don't know | | |
| Make, type and color of vehicle | Pick/up TRK / Dark / | | |
| Direction of travel and on what street | W/B 37 ST to S/B 9 th Ave | | |
| Speed of vehicle(s) involved | 15 MPH | | |
| Was vehicle subject to traffic control devices, signal lights, signs, pavement markings, etc.? | He had the light and we had the light | | |
| Did vehicle swerve or turn to avoid contact? | I never saw him coming | | |
| Immediately prior to accident, was any signal given? (horn – hand – other) | Maybe | | |
| What lights on vehicle were lighted? | I don't remember | | |
| What were the points of impact? | The F/D/S Bumper (Hit Her Shoulder to H | | |

At time of accident, were there any other vehicles on the street in the vicinity? ☒ Yes ☐ No   If yes, describe: Very few — And then she fell to the ground.

We were talking not really paying attention

In what direction was pedestrian (if any) going? ☒ With signal light ☐ Against signal light   ☒ Walking (Fast Pace)   ☐ Running   ☐ Standing

Accident occurred during: ☐ Daylight ☐ Dawn ☐ Dusk ☒ Darkness
Weather Condition: ☐ Clear ☐ Fog ☐ Rain ☒ Snow (Describe)
Other:

ROADWAY LIGHTED: ☒ Yes Sufficient ☐ No
Road Condition: ☐ Dry ☒ Wet ☐ Muddy ☒ Snowy ☒ Icy Sloppy ☐ Other

Obstructions or holes in street: ☐ Yes ☒ No   If yes, describe:

SIGNATURE OF WITNESS: Telephone Interview
RANK: Det
SIGNATURE OF INVESTIGATING OFFICER: Rooney
TAX REG. NO.: 887573
COMM: HQ