- STATED s/w c/o West 37 & 9th Ave w/ Sharlene
- WALK signal starts to cross
- 3/4 through Intersection west to east heard SCREAM, SCREATCH then A THUD
- Turned around saw girl on ground f/o TRUCK
- Did not see actual accident

# 2/25    2230 hrs
MAZIA T EBERLING
2715 Spring Oak Way
San Diego CA  92138
(cell) 310.804.3353

11/17/77

- Staying 733 St. Nick Apt G NY NY w/ Sharlene

Det Cipolli
Shield 498
212-741-8245