① 10/20/07 W37 & 9.
Witness –
Sharlene Aguiler.
733 ST. Nick Ave.
NYC NY 10031
(c) 917-583-2424.
Went to play. called
@ In the Heights.
at 450 W 37th ST. with
friend. Play was 7pm to
around 9pm.
Her & friend. were walking
across street E/B w37 across
9th Ave. Heard. brakes of car.
And then female. scream

② behind her. She turned
& looked. And seen
truck and a female. on
the floor. lying on her
back. Never seen
Accident.
States light was green
for traffic going west
on w 37th ST.

Det Joseph Barbara
10th sqd. 1745.