DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, INITIAL ARREST ON THE COMPLAINT RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS, ARREST OF PERSON PREVIOUSLY REPORTED, PREVIOUSLY REPORTED PROPERTY, ADDITIONAL DATA...

COMPLAINT FOLLOW UP
INFORMATIONAL

| INVESTIGATE:MVA S/P/I.PED. | 10 | | 991 | 04/10/07 |
|---|---|---|---|---|
| 02/25/07 | 02/25/07 | 107-05 | HDAIS | 05 |
| PSNY | for | | Paradi, Sabina | |

**SUBJECT : CASE CLOSURE**

1. The investigation into this incident has been completed, all parties involved have been identified and all possible interviewed. After reviewing all the available information it is the opinion of the undersigned that the contributing factor in this accident is the operator of vehicle #1 FAILED TO YIELD TO A PEDESTRIAN in a marked crosswalk. Therefore, depending on any additional information not present at this time, the investigation into this accident has been concluded.

| DET | | | RYAN | 914938 | HDAIS |
|---|---|---|---|---|---|

1st COPY CRIMINAL RECORDS SECTION          2nd COPY UNIT REFERRED TO          3rd COPY BOROUGH ROBBERY SQUAD