# POLICE ACCIDENT REPORT (NYC)
MV-104AN (5/04)

☐ AMENDED REPORT

Precinct: OHO
Accident No: #458
Complaint Number: #

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Accident Date Month | Day | Year | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ Reconstructed ☑ | Left Scene ☐ | Police Photos ☐ Yes ☑ No |
| 02 | 25 | 2007 | SUN | 2120 | 1 | 1 | | | | |

**VEHICLE 1**

- Vehicle 1 - Driver License ID Number: P34625447902555  State of Lic.: NJ
- Driver Name: MICHAEL R PHILIPS
- Address: 2 ROBIN ROAD
- City: RUMSON  State: NJ  Zip: 07760
- DOB: 02/20/55  Sex: M
- Name on registration: MICHAEL R PHILIPS  Sex: M  DOB: 02/20/55
- Address: 2 ROBIN ROAD
- City: RUMSON  State: NJ  Zip: 07760
- Plate Number: CMP88D  State of Reg: NJ  Vehicle Year & Make: 1988 CHEVY  Type: PU  Ins. Code: 903
- Ticket/Arrest Number: SUM# OAC87869 82
- Violation Section(s): 4-03(A)(1)I

**VEHICLE 2** — ☑ PEDESTRIAN

- License ID Number: D125 1187  State of Lic.: CA
- Driver Name: SABINA BEATA PARADI
- Address: 16 GATETREE CT
- City: DANVILLE  State: CA  Zip: 94526
- DOB: 04/19/83  Sex: F

**Vehicle 1 Damage Codes:** Box 1 - Point of Impact: 1  Box 2 - Most Damage: 12

Vehicle Towed By: N/A

**Accident Diagram:** SB 9th Ave / WB W 37 St

Place Where Accident Occurred: ☑ NEW YORK
Road on which accident occurred: W 37 STREET
at 1) intersecting street: 9th AVENUE

**Accident Description / Officer's Notes:**
AT T/P/O VEH.1 WAS TRAVELING W/B ON W 37 STREET ON R/T/S OF LANE @ I/S OF 9 AVE. WHEN VEHICLES PASSED ON LEFT S/O OF LANE VEH.#1 PROCEEDED TO MAKE A LEFT TURN ONTO S/B 9TH AVE STRIKING PEDESTRIAN WALKING S/B IN SOUTH CROSSWALK.

Names of all Involved:
- MICHAEL R PHILIPS
- SABINA BEATA PARADI

Officer's Rank and Signature: P.O.
Print Name In Full: LOUKOPOULOS
Tax ID No.: 925633
NCIC No.: 03030
Precinct: HWY3
Post/Sector: 308
Date/Time Reviewed: 2/28/07

