**HIGHWAY DISTRICT FIELD REPORT**
Misc. 3457 (4-85)

Page 1 of 3

Sheet ___ of ___

No. Killed _____ No. Injured 1 No. of Vehicles 1 No. of Pedestrians 1 Leaving Scene NO Photos YES
Date of Report 2-26-07 Date of Accident 2-25-07 Time 2120 M. Day SUNDAY
Precinct 010 Accident No. _____ Aided No. _____ U.F.61 No. _____ Case No. 10705
Accident Occurred On: W37 STREET @ 9th AVENUE
_____ feet N S E W of/at _____
Borough MANHATTAN  PF___ PNF___ CF___ CNF___ Supplementary___ Pickup___

### VEHICLES

Year 1988 Make CHEVY Type PU Color BLUE Reg. No. CMP88D State N.J.
Operator MICHAEL R. PHILIPS Address 2 ROBIN RD. RUMSON, N.J. 077
Sex M D.O.B. 2-20-55 Class Lic. D No. P346254479025SS State NJ
Vehicle Identification No. 2CCFK24K5J1181081 Cargo _____ Veh. Wt. 7000 lbs.
Ins. Code # 903 Policy # 98024181 71051 Number of occupants 1
Owner MICHAEL R. PHILIPS Address 2 ROBIN RD. RUMSON, N.J. 0776

Year___ Make___ Type___ Color___ Reg. No.___ State___
Operator___ Address___
Sex___ D.O.B.___ Class Lic.___ No.___ State___
Vehicle Identification No.___ Cargo___ Veh. Wt.___ lbs.
Ins. Code #___ Policy #___ Number of occupants___
Owner___ Address___

### PERSONS KILLED OR INJURED

Name SABINA BEATA PARADI Address 116 GATETREE CT. DANVILLE, CA 94
Oper. Veh. No. N/A Pass. Veh. No. N/A Where Seated N/A Pedestrian ✓ Sex F Age 23
Date of Death N/A Time N/A Removed to ST. VINCENTS HOSPITAL Hospital/Morgue
Victim Ejected N/A Wore Safety Belt N/A Injury HEAD INJURY

*FIELD REPORT* (stamp)

### WITNESSES

Name MATTHEW C. BLANK Address 61 BAYARD ST. MANHATTAN APT 14 Tel. No. 408-892-8847

### WEATHER AND TERRAIN CONDITIONS

| WEATHER | LIGHT CONDITION | AREA | LOCATION | ROAD | ROAD CONDITION | SURFACE |
|---|---|---|---|---|---|---|
| Clear | Daylight | Industrial | At Intersection ✓ | Straight/Level ✓ | Dry | Concrete |
| Cloudy | Dawn | Business ✓ | Between Intersection | Straight/Grade | Wet | Asphalt ✓ |
| Rain | Dusk | Residential | Overpass | Curve/Level | Snowy | Brick |
| Snow ✓ | Darkness ✓ | School | Underpass | Curve/Grade | Icy | Cobble |
| Sleet | | Parkway/Expy. | Bridge | Hillcrest | Muddy | Gravel |
| Fog | | Other | Other | % Grade | Other | Other |

| TRAFFIC CONTROL | VEHICLE DIRECTION | 1 | 2 | | PEDESTRIAN ACTIONS | 1 | 2 | 3 | | 1 | 2 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Police Officer | Going Straight | | | | With Signal | ✓ | | | Between Intersection | | | |
| Signal Light ✓ | Changing Lanes | | | | Against Signal | | | | Behind Parked Cars | | | |
| Stop Sign | Right/Left Turn (circled) | ✓ | | | No Signal | | | | In Safety Zone | | | |
| Pedestrian Signal | U Turn | | | | Diagonally | | | | Playing in Road | | | |
| Yield Sign | Pull from Curb | | | | Other | | | | Running off Sidewalk | | | |
| Other | Parked | | | | Against Flashing | | | | Not in Roadway | | ✓ | |
| None | Backing | | | | Don't Walk | | | | Other CROSSWALK | ✓ | | |
| | Other | | | | | | | | | | | |

DRIVER VISION BLOCKED
VEH. 1 ☑ YES ☐ NO
VEH. ☐ YES ☐ NO

Circle all occupants:  1 [4 (1) 5 2 6 3] → [4 1 5 2 6 3]

| OPR./PED. CONDITION | OPR. | PED. |
|---|---|---|
| PHYSICAL DEFECT | | |
| INTOXICATED | | |
| APPARENTLY NORMAL | ✓ | |
| UNKNOWN | | ✓ |