DOCUMENT ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X     (ECF)
BODO PARADY, as Special Administrator of the Estate     07 CIV 3640 (JCF)
of SABINA PARADI and BODO PARADY and MARY
MOORE, individually,                                                                    Magistrate Judge Francis
                                                                                                       -all purposes-
                Plaintiffs,

                                                   **AFFIRMATION OF SERVICE**
MICHAEL R. PHILLIPS,                                                          **REPLY PAPERS**
                     Defendant,

------------------------------------------------------------------------X

      MICHAEL V. KAPLEN, a member of the bar of the Southern District of New York and the Courts of the State of New York, affirm under the penalties of perjury that:

      I have electronically filed plaintiff's Reply Memorandum of Law and Reply Affidavit in Further Support of Plaintiffs Motion for Summary Judgment and supporting exhibits and Affirmation of Service with the United States District Court for the Southern District of New York.  One copy was also served via first class mail to:

Magistrate Judge James D. Francis
United States Courthouse
500 Pearl Street
New York, NY 10007


Dated: Pleasantville, New York
       February 4, 2008         DE CARO & KAPLEN, LLP

                                           By: S/ *Michael V. Kaplen*

                                           Michael V. Kaplen, Esq.
                                           A member of the firm
                                           Attorneys for Plaintiff

427 Bedford Road
Pleasantville, NY 10570
(914) 747 4410
6132-MVK

To:
James D. Butler, P.A.
591 Summit Avenue
Jersey City, N.J. 07306
Attorney for defendant Phillips

Richard W. Wedinger, Esq.
Barry, McTiernan & Wedinger
1024 Amboy Avenue
Edison, N.J. 08837
Personal attorney for defendant Phillips