# JAMES D. BUTLER, P. A.
### ATTORNEY AT LAW
591 SUMMIT AVENUE, JERSEY CITY, NEW JERSEY 07306-2703
(201) 653-1676    FAX (201) 653-3673
111 John Street, Suite 800, New York, New York 10038-3002 (212) 684-0742

JAMES D. BUTLER • ✝
WARREN C. FARRELL Ψ
PAUL A. LIGGIO ◇
ALEXANDER T. WEST, JR. •
WILLIAM T. HILLIARD

\* Also admitted in New York
✝ Also admitted in District of Columbia
◇ Admitted in New York Only
Ψ "Certified by the Supreme Court of New Jersey as a Civil Trial Attorney"

April 28, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08
```

via FAX: 212-805-7930

Magistrate Judge James C. Francis, IV
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

> RE: **Sabina Paradi, et al. v. Michael R. Phillips**
> **CIVIL ACTION NO.  07 CIV 3640 (VM) (JCF)**
> **ECF CASE**
> **OUR FILE NO.  17925/T10766**

Dear Judge Francis:

This office represents defendant in connection with the negligence claims thereagainst.  In view of health conditions, it is necessary for me to request, with the consent of all counsel, an extension of time within which the parties may submit the final Pre-Trial Order.

I would respectfully request that the current May 2, 2008 date be extended to May 23, 2008.

Respectfully submitted,

JAMES D. BUTLER

JDB/mr

cc: Michael V. Kaplen, Esq.
    (via FAX: 914-747-4403)

cc: Richard Wedinger, Esq.
    (via FAX: 732-225-3544)

*Application granted. By May 23, 2008, counsel shall also submit proposed voir dire questions and requested jury instructions.*

*SO ORDERED.*

*James C. Francis IV*

*USMJ*    4/28/08

TOTAL P.002