UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BODO PARADY, as Special Administrator of the Estate     07 CIV 3640 (JCF)
of SABINA PARADI and BODO PARADY and MARY
MOORE, individually,                                    Magistrate Judge Francis
                   Plaintiffs,                              -all purposes-

       -against-

                                                   **AFFIDAVIT OF SERVICE**

MICHAEL R. PHILLIPS,

                 Defendant,
------------------------------------------------------------------------X

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF WESTCHESTER  )

    I, the undersigned, solemnly swear(or affirm): I am not a party to the action, am over 18 years of age and reside at Queens County.

    On May 20, 2008, I served the within *Plaintiffs' Requests to Charge (Damages)(Compensatory & Punitive)*, by depositing a true copy of same enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to the following persons at the last known address set forth after each name below.

JAMES D. BUTLER, P.A.
Attorney for Defendant
MICHAEL R. PHILLIPS
591 Summit Avenue
Jersey City, N.J. 07306

Richard W. Wedinger, Esq.
BARRY, MCTIERNAN & WEDINGER
Personal Attorney for Defendant
MICHAEL R. PHILLIPS
1024 Amboy Avenue
Edison, N.J. 08837

Sworn to before me this

20th day of May, 2008

_____
NOTARY PUBLIC

                                   _____
                                   ANDY BROUARD

MICHAEL V. KAPLEN
Notary Public, State of New York
No. 41-4718745
Qualified in Westchester County
Commission Expires January 31, 2011