UNITED STATE DISTRICT COURT            DOCUMENT ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
BODO PARADY, as Special Administrator of
the Estate of SABINA PARADI and BODO
PARADY and MARY MOORE, individually,            07 CIV 3640 (JCF)
                                                ECF CASE

                        Plaintiffs,              Magistrate Judge Francis-all purposes

        -against-                               **CERTIFICATION OF SERVICE**

MICHAEL R. PHILLIPS,

                        Defendants,
------------------------------------------------------- x

        JAMES D. BUTLER, ESQ., of full age, hereby certifies as follows:

        1.      I am an attorney at law admitted to practice in the State of New York and the

United States District Court for the Southern District of New York.

        2.      On May 23, 2008, I caused a copy of defendant's Proposed Voir Dire Questions

and Request to Charge, to be served electronically (with courtesy copies sent regular mail)

upon the Court and upon Michael V. Kaplen, Esq., DeCaro & Kaplen, LLP, 427 Bedford Road,

Ste 260, Pleasantville, NY 10570, counsel for plaintiffs, and Richard Wedinger, Esq., Barry,

McTiernan & Wedinger, 1024 Amboy Avenue, Edison, NJ 08837, counsel for defendant.

        3.      I certify that the foregoing statements made by me are true.  I am aware that if

any of the foregoing statements made by me are willfully false, I am subject to punishment.


DATED:  May 23, 2008

                                Respectfully submitted,

                                JAMES D. BUTLER, P.A.
                                591 Summit Avenue
                                Jersey City, New Jersey  07306
                                (201) 653-1676
                                Attorneys for Defendant, Michael R. Phillips


                        BY:___s/ James D. Butler_____
                                JAMES D. BUTLER (JDB/9427)