UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BODO PARADY, as Special Administrator of the Estate    07 CIV 3640 (JCF)
of SABINA PARADI and BODO PARADY and MARY
MOORE, individually,

                Magistrate Judge Francis
        Plaintiffs,           -all purposes-
   -against-

                **AFFIDAVIT OF SERVICE**

MICHAEL R. PHILLIPS,

        Defendant,
------------------------------------------------------------------------X

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF WESTCHESTER  )

    I, the undersigned, solemnly swear(or affirm): I am not a party to the action, am over 18 years of age and reside at Queens County.

    On May 20, 2008, I served the within **Joint Pre Trial Order**, by depositing a true copy of same enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to the following persons at the last known address set forth after each name below.

                      JAMES D. BUTLER, P.A.
                      Attorney for Defendant
                      MICHAEL R. PHILLIPS
                      591 Summit Avenue
                      Jersey City, N.J. 07306

                      Richard W. Wedinger, Esq.
                      BARRY, MCTIERNAN & WEDINGER
                      Personal Attorney for Defendant
                      MICHAEL R. PHILLIPS
                      1024 Amboy Avenue
                      Edison, N.J. 08837

Sworn to before me this

20th day of May, 2008

_____                    _____
NOTARY PUBLIC                                   ANDY BROUARD

    MICHAEL V. KAPLEN
  Notary Public, State of New York
      No. 41-4718745
  Qualified in Westchester County
Commission Expires January 31, 2011