```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -:
SABINA PARADI,                      : 07 Civ. 3640 (JCF)
                                    :
                Plaintiff,          :     O R D E R
                                    :
        - against -                 :
                                    :
MICHAEL R. PHILLIPS,                :
                                    :
                Defendant.          :
- - - - - - - - - - - - - - - - - -:
```
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

A pretrial conference having been held by telephone on June 4, 2008, it is hereby ORDERED as follows:

1. Any motions in limine shall be filed by July 18, 2008. Answering papers shall be submitted by August 15, 2008 and replies by August 29, 2008.

2. Trial shall commence on October 6, 2008.

SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         June 4, 2008

Copies mailed this date:

Michael V. Kaplen, Esq.
De Caro & Kaplen LLP
20 Vesey Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

1

James D. Butler, Esq.
James D. Butler PA
591 Summit Avenue
Jersey City, New Jersey 07306

Richard Wedinger, Esq.
Barry, McTiernan & Wedinger
1024 Amboy Avenue
Edison, New Jersey 08837