# EXHIBIT

# "C"

# Smith Economics Group, Ltd.

### A Division of Corporate Financial Group
*Economics / Finance / Litigation Support*

Stan V. Smith, Ph.D.
*President*

## S T A N   V.   S M I T H,   P H. D.

**Smith Economics Group, Ltd.** -- Consultants and Experts in Economics and
Finance.  President, 11/85 to present.  Assisted in the successful
resolution of thousands of lawsuits on behalf of clients that include
many dozens of the nation's largest law firms, the U.S. Department of
Justice, as well as thousands of other prominent plaintiff and defense
law firms in almost every state.  Firm provides economic and financial
consulting and economic legal analysis in federal and state courts on
damages of every sort including: business losses, lost wages and other
injury losses, business valuation, hedonic damages, product liability,
pension fund evaluation and withdrawal liability, security losses,
commercial damages, employment discrimination, identity theft and FCRA
credit damages.

------------------------------------------------------------------

**DePaul University.** -- Adjunct Professor, College of Law, 1990 to 1994.  Taught a
full three-credit course in Advanced Remedies - Analysis of Economic Damages
in Litigation, based on my textbook on Forensic Economics; delivered lectures
to other courses in subsequent years.  This was the first course taught
nationwide in the area of Forensic Economics.

**Ibbotson Associates, Inc.** -- Economic and Financial Consultants.  Principal and
Managing Director; Originator of SBBI Subscription Services, 11/81 to 11/85.
Firm provides consulting to hundreds of the nation's most prominent money
managers, law firms, brokerage firms, and pension funds.

**Seaquest International, Inc.** -- Founder and President, 7/77 to 11/81.  Developed
and financed sophisticated research, search, and recovery technologies for
ancient underwater artifacts.

**The December Group, Ltd.** -- Investment Banking Consultants.  Associate Economic
Analyst 12/74 to 7/77.  Firm specialized in mergers and acquisitions,
leveraged buy-outs, divestitures and financing specialized start-ups with
venture capital.

**JPMorgan Chase Bank - Chicago.** -- Staff Economist, 3/74 to 12/74.  Analyzed
bank credit and service pricing policies.

**Federal Reserve System.** -- Staff Economist at Board of Governors, Washington,
D.C. 9/73 to 2/74.

**University of Chicago.** -- Lecturer in Public Policy Economics, 3/73 to 6/73.
Research Assistant in Economics, 3/70 to 6/73.

**Midlothian Manufacturing Co.** -- Vice President, 9/68 to 3/73.  Responsible for
marketing to retail and industrial clients; responsible for production
control.

# SEG

## EDUCATIONAL BACKGROUND:

University of Chicago, Chicago IL.  Ph.D. in Economics, 1997; Support Areas in Finance and Econometrics.  Honors: Allied Chemical Scholar and Federal Reserve Internship.

University of Chicago, Chicago, IL.  Master's Degree, 1972, Graduate School of Business; Field of Concentration in Economics.

Cornell University, Ithaca, NY.  Bachelor of Science, Operations Research, 1968; Field of Concentration in Statistics, Computer Science and Industrial Engineering, Honors: John McMullen Scholar.

## PROFESSIONAL ACTIVITIES:

American Arbitration Association, Arbitrator, 1994 to 1996;
American Board of Disability Analysts, Member & Diplomate, 2001 to present;
American Board of Disability Analysts, Professional Advisory Council, 2002 to present;
American College of Forensic Examiners, Fellow and Board Certified Forensic Examiner, 1996 to 2005;
American Economic Association, Member, 1985 to present;
American Finance Association, Member, 1985 to present;
Journal of the American Rehabilitation Economics Association: The Earnings Analyst, Manuscript Referee, 1998 to 2002;
Journal of Forensic Economics, Board of Editors, 1990 to 2001;
Journal of Forensic Economics, Manuscript Referee, 1990 to 2003;
National Academy of Economic Arbitrators, Founder and Charter Member, 1989 to 2005;
National Association of Forensic Economics, Vice President, 2000 to 2003;
National Association of Forensic Economics, Member, 1988 to present;
National Futures Association's Panel of Arbitrators, Arbitrator, 1994 to present.

## PUBLICATIONS:

Author, "Historical Returns on Investment Instruments," Handbook of Modern Finance 1985, with Roger Ibbotson and Larry Siegel; Dennis Logue, ed., Warren, Gorham & Lamont, New York.
Author, 1988 Supp. to Vol 13, Am Jur Proof of Facts 2d on Hedonic Damages.
Author, "Economist Proposes Relief From Present Value Ruling," Chicago Daily Law Bulletin, June 8, 1988.
Author, "Hedonic Damages" Illinois Tort Report, June, 1988.
Author, "Hedonic Damages in Wrongful Death Cases," the ABA Journal, Sept, 1988.
Author, "Hedonic Damages," The Audio Lawyer, Vol. 6 No. 8, ALI-ABA, February, 1989.
Author, "The Hedonic Value of Life: Economic Expert Witness Testimony in Injury and Wrongful Death," Expert Evidence Reporter, Vol. 1, No. 1, September 1989, Shepard's McGraw-Hill.
Co-author: Economic/Hedonic Damages: A Practice Book for Plaintiff and Defense Attorneys, with M. L. Brookshire, Anderson Publishing Co., Cinn., Ohio, 1990.  6C7

# SEG

Co-author, "Hedonic Damages and Personal Injury:  A Conceptual Approach,"
Journal of Forensic Economics, 3(1), 1990, pp. 1-8.

Author, "Hedonic Damages in the Courtroom Setting - A Bridge Over Troubled
Waters," Journal of Forensic Economics, 3(3), 1990, pp. 41-49.

Author, "Admissibility of Hedonic Damages Testimony," The Audio Litigator, Vol.
1, No. 1, April, 1990, ALI-ABA.

Author, "Hedonic Damages," with G. Magnarini, Wisconsin Lawyer, Vol. 64, No.
2, February 1991.

Author, "Hedonic Damages: Assessing the Loss of Enjoyment of Life," California
State Bar Bulletin, Vol. 1, No. 8, June 1991.

Co-author, "Hedonic Damages and Personal Injury:  A Conceptual Approach,"
Journal of Forensic Economics, 3(1), 1990, pp. 1-8; Reprinted in A Hedonics
Primer for Economists and Attorneys, Compiled and Edited by John O. Ward,
Lawyers & Judges Publishing Co., Chapter 7, pp. 121-129, 1992.

Co-author: 1991/1992 Cumulative Supplement to Economic/Hedonic Damages: A
Practice Book for Plaintiff and Defense Attorneys, with M. L. Brookshire,
Anderson Publishing Co., Cinn., Ohio, 1992.

Author, "Hedonic Damages in the Courtroom Setting - A Bridge Over Troubled
Waters,," Journal of Forensic Economics, 3(3), 1990, pp. 41-49; Reprinted in
A Hedonics Primer for Economists and Attorneys, Compiled and Edited by John
O. Ward, Lawyers & Judges Publishing Co., Chapter 6, pp. 111-120, 1992.

Author, "Spotting Bias in Plaintiffs' Economic Loss Reports: A Primer for both
Sides," Illinois Bar Journal, Vol 80, No. 12, December, 1992, pp. 635-638.

Author, "Life Values: Measuring the Loss of Enjoyment of Life - Economic
Analysis whose time has come," The Brief, Summer 1993, Vol. 22, No. 4 pp. 24-
27, 62-63, The American Bar Association.

Co-author: 1992/1993 Cumulative Supplement to Economic/Hedonic Damages: A
Practice Book for Plaintiff and Defense Attorneys, with M. L. Brookshire and
Charles W. de Seve, Anderson Publishing Co., Cinn., Ohio, 1993.

Author, "Evaluating the Loss of Enjoyment of Life - Hedonic Damages," in Charles
N. Simkins, ed., Analysis, Understanding and Presentation of Cases Involving
Traumatic Brain Injury, National Head Injury Foundation, Wash., DC, 1993.

Author, "Hedonic Damages in Personal Injury and Wrongful Death Litigation," in
Gaughan and Thornton, eds. Litigation Economics, Contemporary Studies in
Economic and Financial Analysis, Vol 74, JAI Press, Greenwich, CT, 1993.

Author, "Economic Evaluation of the Loss of Enjoyment of Life - Hedonic
Damages," in Damages in Tort Actions, Ch. 124, Release 29 - February 1994,
Pub. 309, Mathew Bender & Co., New York.

Author, "Measuring the Loss of Enjoyment of Life in Personal Injury Cases -
Hedonic Damages," Journal of the Massachusetts Academy of Trial Attorneys,
Vol 2, No. 1, July, 1994, pp. 65-67.

Author, 3-Part Series, "Two Plus Two Equals -- What?" October, 1994, p. 21;
"Detecting Bias in Economics," November, 1994, pp. 14 & 21; "Striving for
Economic Fairness," December, 1994, pp. 24-25, California Bar Journal, The
Experts.

Author, "Measuring the Loss of Enjoyment of Life in Personal Injury Cases -
Hedonic Damages," MTLA News, Vol. 6, No. 4, December, 1994, pp. 3-5, Maine
Trial Lawyers Association.

Author, "Hedonic Damages: Measuring The Loss of Enjoyment of Life in Personal
Injury Cases," The Prairie Barrister, Vol. 1, No. 1, Winter, 1995, pp. 3, 4,
& 12, Nebraska Association of Trial Attorneys.

Author, "Measuring The Loss of Enjoyment of life in Personal Injury Cases in
Ohio - Hedonic Damages," Ohio Trial, Vol. 6, Issue 3, Summer 1995, pp. 13-
16, Ohio Academy of Trial Lawyers Education Foundation.

# SEG

Author, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases - Hedonic Damages," The Advocate, Vol. 22, No. 5, September/October, 1995, pp. 14-16, 22, The Kentucky Academy of Trial Attorneys.

Author, "Damages for the Value of Life," North Dakota Trial Lawyers The Pleader, Vol. 18, No. 4, September 1995, pp. 9-11, 24.

Author, "Hedonic Damages - Measuring The Loss of Enjoyment of Life in Personal Injury Cases," Law Reporter, The Journal of the Hawaii Trial lawyers Association, Vol. 7, No. 9, September 1995, pp. 8-10.

Author, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases in Arizona - Hedonic Damages," Advocate, Arizona Trial Lawyers Association, November 1995, pp. 5, 7, 15.

Co-author, "Hedonic Damages and Personal Injury:  A Conceptual Approach," Journal of Forensic Economics, 3(1), 1990, pp. 1-8; Reprinted in A New Hedonics Primer for Economists and Attorneys, Compiled and Edited by Thomas R. Ireland and John O. Ward, Lawyers & Judges Publishing Co., Reading 25, 1996, pp. 325-334.

Author, "Hedonic Damages - Measuring the Loss of Enjoyment of Life in P.I. Cases," In Brief, Iowa Trial Lawyers Association, Vol. 7/Issue 1, January-February 1996, pp. 13-15.

Author, "Hedonic Damages in Personal Injury and Wrongful Death Litigation," in Gaughan and Thornton, eds. Litigation Economics, Contemporary Studies in Economic and Financial Analysis, Vol 74, JAI Press, Greenwich, CT, 1993; Reprinted in A New Hedonics Primer for Economists and Attorneys, Compiled and Edited by Thomas R. Ireland and John O. Ward, Lawyers & Judges Publishing Co., Reading 3, 1996, pp. 15-36.

Author, "Measuring the Loss of Enjoyment of Life in Personal Injury Cases and Wrongful Death Cases in New Mexico - Hedonic Damages," The New Mexico Trial Lawyer, New Mexico Trial Lawyers' Foundation, Vol. XXIV, No. 3, March, 1996, pp. 1, 60-63.

Author with Introduction by Darrel W. Aherin, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases - Hedonic Damages," Idaho Trial Lawyers Association Journal, Volume 25, Number 2, Summer 1996, pp. 32-36.

Author, "The Value of Life to Close Family Members:  Calculating the Loss of Society and Companionship," The New Hedonics Primer for Economists and Attorneys, Second Edition, Edited by Thomas R. Ireland and John O. Ward, Lawyers & Judges Publishing Co., 1996, pp. 377-384.

Author, "Pseudo-Economists - The New Junk Scientists," Federation of Insurance & Corporate Counsel Quarterly, Vol. 47, No. 1, Fall 1996, pp. 95-105.

Author with Introduction by Darrel W. Aherin, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases in Idaho - Hedonic Damages," Western Chronicle, N/D 1996, Western Trial Lawyers Association, pp. 32, 35-36.

Author, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases in Washington - Hedonic Damages," Trial News, Vol. 32, Number 5, January 1997, Washington State Trial Lawyers Association, pp. 29-30.

Author, "Jury Verdicts in Drunken Driving Cases," University of Chicago Ph.D. Thesis, UMI Dissertation Services, Ann Arbor, MI, 1997.

Author, "The Value of Life to Close Family Members:  Calculating the Loss of Society and Companionship," American Rehabilitation Economics Association 1997 Monograph, pp. 10-16.

Author, Abstract:  "Jury Verdicts in Drunken Driving Cases," Journal of Forensic Economics, 11(1), 1998, p. 67-68.

Author, "Why Juries Can Be Trusted," Voir Dire, Vol. 5, Issue 3, Summer 1998, American Board of Trial Advocates, pp. 19-21 & 25.

# SEG

Author, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases - Hedonic Damages," The Neurolaw Letter, Vol. 9, No. 8, April 2000, pp. 45, 48-49.

Author, "Jury Verdicts and the Dollar Value of Human Life," Journal of Forensic Economics, 13(2), 2000, pp. 169-188.

Author, "Hedonic Damages," Izabela Z. Schultz, Douglas O. Brady, Steven Carella, Eds., Psychological Injuries at Trial, Torts Section, American Bar Association, 2003.

Contributor, "Determining Economic Damages," Gerald D. Martin, James Publishing Inc., current year & previous years' editions.

Contributor, "Economic Foundations of Injury and Death Damages," Roger T. Kaufman, James D. Rodgers, Gerald D. Martin, Edward Elgar Publishing, Inc., 2005.

Author, "Don't Overlook the Loss of Expanded Family Services," Trial, Vol. 42, No. 3, "Good Counsel" Column, March 2006, pg. 73.

---

Originator of Ibbotson Associates' Stocks, Bonds, Bills, and Inflation (SBBI) Yearbook and Companion Services published by Morningstar, Inc.  SBBI is the authoritative compendium of U. S. financial and investment performance data from 1926 to the present.  SBBI is widely relied upon and regarded as the standard reference in courts of law and by the academic, actuarial and investment community.

## PROFILES:

The Wall Street Journal, page 1 feature article with photo;
The Best Lawyer's in America: Directory of Expert Witnesses;
National Law Journal, page 1 feature article with photo;
Who's Who in the World;
Who's Who in America;
Who's Who in Finance and Industry;
Who's Who in Science and Engineering;
Who's Who in the Midwest;
Who's Who of Emerging Leaders of America;
Chicago Daily Law Bulletin, page 1 feature article;
Chicago Reader, Section 1 feature article with photo;
Like Judgment Day:  The Ruin and Redemption of A Town Called Rosewood, D'Orso, Michael, 1996, Pg. 237.

## NATIONAL PRESENTATIONS:

Arizona: Brain Injury Association 13th Annual Conference for Attorneys, Phoenix, September 16, 1999;

California: American Bar Assn. Annual Meeting, San Francisco, August 10, 1992;

California: American Trial Lawyers Association 2005 Winter Convention, "Making Tangible the Intangible: Replacement Household/Family Services", Palm Springs, January 29, 2005;

Canada: Association of Trial Lawyers of America Annual Meeting, Economic Damages, Toronto, 1991;

District of Columbia: Larry King Live, Washington, May 22, 1989;

# SEG

District of Columbia: National Institute for Trial Advocacy (NITA), Seventh
Annual Washington DC Masters Advocacy Program, "Direct and Cross Examination
of an Economic Witness," Washington, October 15, 1991;

District of Columbia: National Assn. of Protection & Advocacy Systems, Inc.,
19th Annual Conference, "Assessment and Proof of Damages," Washington, May
30, 1996;

Florida: Association of Trial Lawyers of America 1992 Winter Convention, Boca
Raton, "Cutting Edge Developments in Economic Testimony," January 15, 1992;

Florida: Brain Injury Association 10th Anniversary Trial Lawyers Conference,
Palm Beach, September 19, 1996;

Florida: National Assn. of Consumer Advocates, 2003 NACA-FCRA Conference,
Building on Our Success, Panel of Experts,"What the Experts Have Learned, A
View From the Witness Box, " Orlando, March 9, 2003;

Georgia: National Academy of Economic Arbitrators Annual Meeting, Differences in
Economic Assumptions in Personal Injury Wage Calculations, Atlanta, December,
1989;

Georgia: National Assn. of Forensic Economics Annual Meeting, Value of Life,
Atlanta, December, 1989;

Hawaii: American Bar Assn. Annual Meeting in Honolulu, HI, Speaker and Expert
Witness at Mock Trial, Honolulu, August, 1989;

Idaho: Inner Circle of Advocates Annual Meeting, Sun Valley, August, 1989;

Illinois: University of Chicago 1982 Annual Management Conference on Venture
Capital;

Louisiana: American Bar Assn., National Institute Transportation Megaconference,
New Orleans, March 5, 1993;

Louisiana: Defense Research Institute, Medical Malpractice Seminar, New Orleans,
May 6, 1994;

Louisiana: Association of Trial Lawyers of America 2001 Winter Convention,
Litigation at Sunrise, "Measuring the Loss of Enjoyment of Life in Personal
Injury Cases -- Hedonic Damages Over the Last Ten Years," New Orleans,
February 12, 2001;

Louisiana: National Assn. of Consumer Advocates, 2005 NACA-FCRA Conference,
"Litigating Accuracy Issues with Furnishers of Credit Data," Speaker on
Economic Damages, New Orleans, June 5, 2005;

Michigan: Northwest #255 Air Disaster Steering Committee Mtg, Detroit, June,
1989;

Nevada: American Rehabilitation Economics Association Conference, Mock Trial
Presided by Nevada Supreme Court Justice William Maupin, Reno, May 15, 1999;

Nevada: National Assn. of Consumer Advocates, 2006 NACA-FCRA Conference,
"Experts on Damages," Washington, May 6, 2006;

Nevada: National Assn. of Consumer Advocates, 2006 NACA-FCRA Conference,
"Breakfast with the Stars," Washington, May 7, 2006;

Pennsylvania: Swiss Re American Annual Claims Conference, "Looking to the Third
Millenium," Hershey, June 3, 1996;

Texas: MADD Advanced Victim Assistance Institute Seminar, Dallas, November 12,
1994;

Texas: National Norplant Litigation Conference 1995, Houston, June 22, 1995.


## REGIONAL PRESENTATIONS:

Hawaii: Western Trial Lawyers Assn. 1994 Annual Convention, "Making it Work-
Trial Practice in the 90's," Maui, June 16, 1994;

Illinois: GSA Seminar "Selling your Business", Chicago, October, 1987;

# SEG

Louisiana: Southern Trial Lawyers Assn. Annual Meeting, New Orleans, 1988;
Louisiana: Southern Trial Lawyers Assn. 1996 Mardi Gras Conference, ATLA
    Traumatic Brain Injury Litigation Group, "Economic Implication of a Closed
    Head Injury," New Orleans, February 18, 1996;
Michigan: Advocacy Institute, Continuing Legal Education, 46th Annual
    Seminar, "Wrongful Death of an Older Person," Ann Arbor, May 12, 1995;
Michigan: Lorman Education Services, "Direct Examination of Experts in a
    Traumatic Brain Injury Case," Novi, August 21, 1997;
Michigan: Lorman Education Services, "Direct Examination of Experts in a
    Traumatic Brain Injury Case," Livonia, August 26, 1998;
New York: Eastern Finance Assn. Special Session on Pension Fund Asset
    Reversions, 1985;
New York: American Reinsurance Company for Senior Claims Executives Annual
    Meeting, August, 1989;
Ohio: Anderson Publishing Co., Proof of Economic Damages Seminar, Cincinnati,
    November 2, 1990.


## STATEWIDE PRESENTATIONS:

California: Arizona State Bar Fourth Annual "CLE By The Sea," San Diego, July
    22-23, 1994;
Connecticut Trial Lawyer Assn., "All About Experts," Hartford, November 21,
    1992;
Florida State Bar Assn., National Institute of Trial Advocacy (NITA), Advanced
    Trial Advocacy Seminar, Speaker and Expert Witness at Mock trial on Economic
    Damages, Gainesville, May 14, 1991;
Georgia Brain Injury Association & Institute of Continuing Legal Education in
    Georgia, "Hedonic Damages: Proving Loss of Enjoyment of Life in Non-Fatal
    Injury Cases," Atlanta, March 29, 2002;
Idaho Trial Lawyers Assn. Annual Meeting, Twin Falls, February 23, 1996;
Illinois State Bar Assn. CLE Series, April, 1989;
Illinois: Insurance Group of the Union League Club of Chicago, "Toward A More
    Rational Approach to Liability Judgments," Chicago, March 19, 1991;
Indiana State Bar Assn. Annual Meeting, October, 1989;
Indiana Trial Lawyers Assn. Annual Meeting, November 30, 1990;
Indiana State Bar Assn. "Masters in Trial" Spring Meeting, South Bend, April 18,
    1997;
Iowa Trial Lawyers Assn. Annual Meeting, Des Moines, November 5, 1993;
Kentucky Academy of Trial Attorneys Damages Seminar, Louisville, August 18,1995;
Louisiana Trial Lawyer Assn., Baton Rouge, "Winning with Experts" Seminar,
    November 10, 1989;
Louisiana Trial Lawyer Assn., "Winning With the Masters" Seminar, New Orleans,
    November 21, 1995;
Louisiana Trial Lawyer Assn., "Winning With the Masters" Seminar, New Orleans,
    December 10, 1997;
Massachusetts Trial Lawyers Assn., "Learn From the Experts," Boston, October 9,
    1992;
Massachusetts Trial Lawyers Assn. Annual Mtg, Boston, October 29, 1993;
Michigan Trial Lawyers Assn. Annual Mtg, Wrongful Death Damages, May, 1990;
Michigan Head Injury Alliance Fifth Annual Seminar on Closed Head Injury,
    Detroit, March 24, 1994;
Michigan Head Injury Alliance Sixth Annual Seminar on Closed Head Injury,
    Detroit, March 23, 1995;

# SEG

Michigan Head Injury Alliance Seventh Annual Seminar on Closed Head Injury, Detroit, March 28, 1996;

Michigan Head Injury Alliance Eighth Annual Seminar on Closed Head Injury, Detroit, March 27, 1997;

Michigan, Institute of Continuing Legal Education, "The Name of the Game is Damages--Plaintiff and Defense Strategies in Negligence and Employment Cases," Troy, July 20, 2000;

Michigan Trial Lawyers Assn. Winter Seminar, "Hedonic Damages and Other Special Economic Issues," Gaylord, February 24, 2001;

Michigan Trial Lawyers Assn. 13th Annual Seminar in the Snow, Litigation Strategies and Techniques, "Loss of Society and Household Companionship and Advisory Services," Bellaire, February 22, 2003;

Mississippi Trial Lawyers Assn. Annual Convention, "Shooting Stars Seminar," Biloxi, May 19, 1995;

Mississippi Trial Lawyers Assn. Annual Convention, "Taking Your Recovery to the Next Level: Hedonic Damages," Biloxi, May 10, 2001;

Mississippi: Arkansas Trial Lawyer Assn. "Maximizing Damages in the Personal Injury Case," Tunica, MS, October 24, 2003;

Missouri: Kansas Trial Lawyers Assn. Annual Meeting, Kansas City, December 8, 1990;

Missouri State Bar Annual Meeting, Kansas City, September 19, 1996;

Missouri State Bar CLE Seminar, Proving Damages in Catastrophic Injury Cases, "Hedonic Damages after September 11th and An Economist's View on Proving Economic Damages," Kansas City, April 19, 2002;

Missouri State Bar CLE Seminar, Proving Damages in Catastrophic Injury Cases, "Hedonic Damages after September 11th and An Economist's View on Proving Economic Damages," St. Louis, May 9, 2002;

Montana Trial Lawyer Association Fourth Annual Convention, "Proving The Intangible (Hedonic) Value of Human Life," Whitefish, July 23, 1993;

Montana Trial Lawyer Association Seventh Annual Convention, Seminar of the Masters, Polson, August 1, 1996;

Montana Trial Lawyer Association Spring Seminar, Scientific Evidence, "Making Tangible the Intangible: Loss of Enjoyment of Life, and Society & Companionship Damages," Billings, April 25, 2003;

Nevada: Required Medical and Legal Education for the Traumatic Brain Injury Case, "9/11 Victim Compensation Fund Hedonic Damages: Implications for the State of Nevada," Las Vegas, October 25, 2002;

New Hampshire Trial Lawyer Association, "Secrets & Strategies of Trial Law," Concord, October 8, 1993;

New Mexico Trial Lawyers Association Annual Meeting, Economic Damages, Santa Fe, June 22, 1991;

New Mexico Trial Lawyers Foundation Damages Seminar, Albuquerque, October 11, 1996;

North Carolina, Brain Injury Assn. of NC, First Annual Trial Lawyers Conference, "The Use of Expert Testimony in Brain Injury Litigation," Charlotte, January 26, 1996;

North Carolina, Brain Injury Assn. of NC, Second Annual Trial Lawyers Conference, "The Loss of Enjoyment of Life in Personal Injury - Hedonic Damages," Charlotte, January 24, 1997;

North Dakota Trial Lawyers Assn, Annual Meeting Trial Practice Seminar, Fargo, May 4, 1995;

Ohio Assn. of Trial Lawyers Annual Meeting, Speaker and Expert Witness at Mock Trial on Wrongful Death Damages, Toledo, April, 1990;

# SEG

Ohio Head Injury Association, "Representing the Survivor of Mild Head Injury,"
Annual Seminar, Columbus, June 3, 1994;

Pennsylvania: Philadelphia Trial Lawyers Association CLE Lecture Series, March
17, 1993;

South Dakota Trial Lawyers Assn. Spring Seminar, April, 1989;

Texas Trial Lawyers Assn., Medical Malpractice Seminar, Wrongful Death
Damages, Houston, May, 1990;

Washington State Trial Lawyers Annual Meeting & Convention, Stevenson, July 11,
1998;

Wisconsin Assn. of Trial Lawyers Annual Mtg, Wrongful Death Damages, Door
County, July, 1990;

Wisconsin Brain Injury 2nd Annual Seminar, "Identifying and Understanding
Traumatic Brain Injury," Green Lake, May 31, 1997.

## LOCAL PRESENTATIONS:

Alaska: Alaska Trial Lawyers Assn., Anchorage, August, 1989;

California: "Value of Life:  Dismal Science From the Courtroom, "Economics
Department Workshop Colloquium, Pomona College, Claremont, April 17, 2006;

Illinois: Chicago North Suburban Bar Assn. May, 1988;

Illinois: Chicago Advocates Society, June, 1988;

Illinois: Northwest Chicago Suburban Bar Assn., January, 1989;

Illinois: Chicago Public Radio, WBEZ, February, 1989;

Illinois: DuPage County, Bar Assn., Chicago, May, 1989;

Illinois: Sangamon County Trial Lawyers Assn., Springfield, May, 1989;

Illinois: McHenry County Bar Assn., Chicago, May, 1989;

Illinois: Chicago Bar Assn. Wrongful Death Seminar, Wrongful Death Damages,
February, 1990;

Illinois: Chicago Bar Assn. Torts Seminar, Defense Perspectives on Economic
Damages, January 21, 1991;

Illinois: Chicago Bar Assn., Wrongful Death Seminar, February 11, 1993;

Illinois: Chicago Bar Assn. Effective Direct and Cross-Examination of Expert
Witnesses - A Demonstration, January 9, 1995;

Illinois: Interstate National Corporation, "Cutting Edge Developments on
Economic Damages - Defense Perspectives",Chicago, August 2, 1995;

Illinois: Interstate National Corporation, "Cutting Edge Developments on
Economic Damages - Defense Perspectives", Chicago, September 2, 1997;

Illinois: Cassiday Schade & Gloor, "Catastrophic Damages...They're Back! -
Limiting Damages After the Invalidation of Tort Reform," Chicago, November
18, 1998;

Michigan: American Radio Network, WFOX, Detroit, January, 1989;

Michigan: Oakland County Bar Association Negligence Committee, Bloomfield Hills,
November 5, 1996;

Ohio: Hamilton County, Bar Assn. Seminar on Economic Damages, Cincinnati,
January 31, 1991;

Law Bulletin Publishing Company, Legal Career Day, Economic Outlook for Lawyer
Employment, April 13, 2004.

## TELEVISION/VIDEO PRESENTATIONS

American Bar Association Tort and Insurance Practice Section Annual
Meeting, "Hedonic Damages," San Francisco, CA, August 10, 1992;

# SEG

American Law Institute-American Bar Association, ALI-ABA Tape,
   "Hedonic Damages:  Litigating the Loss of Enjoyment of Life," The Lawyers'
   Video Magazine, Vol. III Issue 20, Philadelphia, PA, December, 1991;
CNN: Larry King Live, May 22, 1989.

PERSONAL BACKGROUND:

Born November 16, 1946, Rhinelander, Wisconsin;
Graduated Nicolet High School 1964, Milwaukee, Wisconsin;
Honorable Discharge U.S. Army, 1975.

# EXHIBIT

# "D"

# Corporate Financial Group, Ltd.

Economics · Finance

## STANLEY V. SMITH

Economist and expert witness Stanley V. Smith is President of Corporate
Financial Group, a Chicago-based firm offering a broad range of consulting
services and litigation support in economics and finance. In 1985, as the
economist and expert witness in Sherrod v. Berry, he coined the term "Hedonic
Damages" and presented a model on the value of life for the first time in U.
S. Courts. The jury awarded $850,000 in hedonic damages and $750,000 in other
damages that Mr. Smith testified to. The 7th Circuit appeals court found his
hedonic testimony "invaluable to the jury."

Mr. Smith received his B.S. Degree from Cornell University in 1968 and
his Masters degree from the University of Chicago in 1972, where he is currently
completing his doctoral research on the hedonic value of life. He has written
several papers on the subject of Hedonic Damages including an article in the
September 1988 issue of the ABA Journal and a forthcoming article in the IL
State Bar Assoc. Journal. He is completing a book on Economic/Hedonic damages
to be published this fall. He and his work have been profiled in the Wall Street
Journal, Newsweek, as well as in many legal publications.

Mr. Smith is an Adjunct Professor at DePaul University College of Law
where he will teach a course on Economic Damages and Legal Economics with an
emphasis on his theory of hedonic damages. He has also been invited to present
his work on Hedonic Damages at a mock trial at the Annual Meeting of the American
Bar Association in Honolulu this summer.

First Chicago Bank Building •1165 N. Clark Street •Suite 650 •Chicago, IL 60610 • 312 943-1551