DOCUMENT ELECTRONICALLY FILED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
BODO PARADY, as Special Administrator of
the Estate of SABINA PARADI and BODO
PARADY and MARY MOORE, individually,

                          07 CIV 3640 (JCF)
                          ECF CASE

         Plaintiffs,              Magistrate Judge Francis

   -against-

MICHAEL R. PHILLIPS,              **CERTIFICATION**

         Defendants,
-----------------------------------------------------------x

      PAUL A. LIGGIO, of full age, hereby certifies as follows:

      1.    I am an attorney at law of the State of New York and the United States District Court for the Southern District of New York, associated with the law firm of James D. Butler, P.A., attorneys for defendant, Michael R. Phillips in the above matter, and as such, I am familiar with the facts herein.

      2.    The Exhibits ("A" through "D" herein) attached to this Notice of Motion in Limine to Bar Plaintiffs' Economic Expert, Stan V. Smith, are true copies from our file.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: July 18, 2008

                                                  s/Paul A. Liggio
                                      Paul A. Liggio, Esq. (PAL/8122)
                                      JAMES D. BUTLER, P.A.
                                      Attorneys for Defendant, Phillips
                                      591 Summit Avenue
                                      Jersey City, New Jersey  07306
                                      (201) 653-1676