# EXHIBIT

# "A"

CO.    FILE    DEPT.    CLOCK    NUMBER    1063
NYO    111113  813101  NZZ01   0000580676   1

# Earnings Statement

**ADP**®

NEW YORK-PRESBYTERIAN HOSPITAL
WEILL CORNELL MEDICAL CENTER
525 EAST 68 STREET
NEW YORK, NY 10021

Period Ending:     03/03/2007
Pay Date:          03/08/2007

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:          0
  NY:               0

SABINA PARADI
116 GATETREE COURT
DANVILLE, CA 94526

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  |      |       | 650.00      | 1,300.00     |
| Fringe Ben |    |       | 230.00      |              |
| Gross Pay |     |       | $880.00     | 1,760.00     |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Employee ID |  |  |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -40.08 | 80.16 |
| | Social Security Tax | -54.56 | 109.12 |
| | Medicare Tax | -12.76 | 25.52 |
| | NY State Income Tax | -15.84 | 31.68 |
| | NY SUI/SDI Tax | -2.60 | 5.20 |
| | **Other** | | |
| | Fringe Ben | -230.00 | 460.00 |
| | **Net Pay** | **$524.16** | |

Your federal taxable wages this period are $880.00





©2001 Automatic Data Processing, Inc.

© 2000 ADP, Inc.

◄ TEAR HERE

# EXHIBIT

# "B"

# Smith Economics Group, Ltd.

A Division of Corporate Financial Group

*Economics / Finance / Litigation Support*

Stan V. Smith, Ph.D.
*President*

December 10, 2007

Mr. Michael V. Kaplen
DeCaro & Kaplen
427 Bedford Rd.
Pleasantville, NY 10570

    Re: Paradi - NEW JERSEY DAMAGES

Dear Mr. Kaplen:

You have asked me to calculate the value of certain losses
subsequent to the death of Sabina Paradi. These losses are: (1)
the loss of wages and employee benefits; (2) the loss of
replacement household/family services, including (a) the loss of
the advice, counsel, guidance, instruction and training services
sustained by Ms. Paradi's surviving family; and (b) the loss of
accompaniment services sustained by Ms. Paradi's surviving
family; and (3) the loss of the value of life ("LVL"), also known
as loss of enjoyment of life.

Sabina Paradi was a 23.9-year-old, Caucasian, single female, who
was born on April 19, 1983, was injured on February 25, 2007, and
died on June 30, 2007. Ms. Paradi's remaining life expectancy as
of her date of injury is estimated at 57.4 years. This data is
from the National Center for Health Statistics, United States
Life Tables, 2003, Vol. 54, No. 14, National Vital Statistics
Reports, 2006. I assume an estimated trial or settlement date of
April 1, 2008.

In order to perform this evaluation, I have reviewed the
following materials: (1) the deposition of Bodo Parady taken on
August 23, 2007; (2) the deposition of Mary Moore taken on August
23, 2007; (3) employment records from New York-Presbyterian
Hospital; (4) transcripts from the University of California,
Berkeley; (5) an interview with Bodo Parady dated December 3,
2007; and (6) the Case Information Form.

My methodology for estimating the losses, which is explained
below, is generally based on interest rates, and consumer prices,
as well as studies regarding the value of life.

My estimate of the real wage growth rate is 1.15 percent per
year. This growth rate is based on Business Sector, Hourly
Compensation growth data from the Major Sector Productivity and
Costs Index found at the U.S. Bureau of Labor Statistics website
at www.bls.gov/data/home.htm, Series ID: PRS84006103, for the
real increase in wages primarily for the last 20 years.

# SEG

My estimate of the tax-affected real discount rate is 0.99 percent per year.  This discount rate is based on the rate of return on 91-day U.S. Treasury Bills published in the Economic Report of the President for the real return on T-Bills primarily for the last 20 years.  This rate is also consistent with historical rates published by Ibbotson Associates, Chicago, in its continuously updated series Stocks, Bonds, Bills and Inflation published by Morningstar, Inc.  This series, which acknowledges me as the Originator while a Principal and Managing Director at Ibbotson Associates, is generally regarded by academics in the field of finance as the most widely accepted source of statistics on the rates of return on investment securities.  It is relied upon almost exclusively by academic and business economists, insurance companies, banks, institutional investors, CPA's, actuaries, benefit analysts, and economists in courts of law.

Estimates of real growth and discount rates are net of inflation based on the Consumer Price Index (CPI-U), published in monthly issues of the U.S. Bureau of Labor Statistics, CPI Detailed Report (Washington, D.C.: U.S. Government Printing Office) and available at the U.S. Bureau of Labor Statistics website at www.bls.gov/data/home.htm, Series ID: CUUR0000SA0.  The rate of inflation for the past 20 years has been 3.06 percent.

I assume a tax rate of 16 percent.  This rate applies to wage and interest earnings.

## I. LOSS OF WAGES AND EMPLOYEE BENEFITS - Full-Time Employment

Tables 1 through 9 show the loss of wages and benefits.  Mr. Parady reports that his daughter, Sabina Paradi, graduated from the University of California, Berkeley with a Bachelor's Degree in Nutrition Science.  At the time of the accident, Ms. Paradi was attending graduate school at Columbia University and planning to become a certified Dietitian.  Additionally, in January of 2007, Ms. Paradi began a fellowship at New York-Presbyterian Hospital, where she was assigned to the Morgan Stanley Children's Hospital.  She received a small monthly stipend as well as free housing for her fellowship.  Mr. Parady reports that his daughter had been preparing to take the Registered Dietitian Exam.  After passing the exam, Ms. Paradi would have been able to practice individually and work with doctors; however, she would have finished her fellowship before starting any full-time employment.  Mr. Parady reports that his daughter would have started work as a Registered Dietitian after her fellowship ended in June 2007.

The wage estimate is illustrated to begin in 2007 on the date of the accident at $935 per month for the remaining three months of her fellowship, based on her monthly stipend of $650, fringe benefits of $230 per month, and social security benefits.  Ms.

2

# SEG

Paradi's earnings starting on July 1, 2007 are illustrated at the entry level earnings of a Dietitian of $40,660 in year 2007 dollars. I assume Ms. Paradi's earnings grown in 2013 to the experienced earnings of a Dietitian of $61,230 in year 2007 dollars. This wage data is based on the New York State Department of Labor, Occupational Employment Statistics found at http://www.labor.state.ny.ss/workforceindustrydata/apps.asp?reg=nys&app=wages.

Employee benefit estimates are based on data from the U.S. Chamber of Commerce, <u>2006 Employee Benefits Study</u>, (Washington, DC: Statistics and Research Center, 2006). I have assumed that employee benefits grow at the same rate as wages and are discounted to present value at the same discount rate. Since these tables assume full-time work, I do not include employee benefits relating to unemployment, injury, illness or disability; benefits starting July 1, 2007 are estimated at 29.5 percent of wages.

Personal consumption is an offset of the income. I use a personal consumption offset based on a study by Patton, Nelson, and Ruble, "Patton-Nelson Personal Consumption Tables 2000-01: Updated and Revised," <u>Journal of Forensic Economics</u>, Vol. 15, No. 3, Fall 2002, pp. 295-301, which shows personal consumption in this case starting June 30, 2007 to be 70.2 percent in 2007 and 2008, 65.8 percent in 2009 and 2010, 62.2 percent in 2011 and 2012, and 59.1 percent in 2013 and thereafter for a 1-person household.

I assume full-time employment each year and show the accumulation through life expectancy. While these tables are calculated through the end of life expectancy, the losses from working full-time through any assumed retirement age can be read off the table.

Based on the above assumptions, my opinion of the wage loss for full-time employment is $1,674,225 ▸ Table 9. This figure assumes full-time work to age 81.3, but any assumed retirement age may be read from Table 9. For example, the full-time employment wage loss to age 67 is $1,279,906.

## II. LOSS OF REPLACEMENT HOUSEHOLD/FAMILY SERVICES

The following sections estimate the value of replacement household/family services provided to Sabina Paradi's parents. These services do not include loss of love, care, or affection, etc., but are the tangible services, valued as if they were provided by a person unknown to the household. A discussion of these services can be found in the **Household Replacement Services Appendix**. The hourly value of these services grows at the same rate as wages and is discounted at the same rates as wages.

3

# SEG

## II(A). LOSS OF HOUSEHOLD/FAMILY ADVICE, COUNSEL, GUIDANCE, INSTRUCTION AND TRAINING SERVICES

Tables 10 through 15 show the pecuniary loss of advice, counsel, guidance, instruction and training services sustained by Ms. Paradi's parents using the market-based replacement-cost method. Valuing the tangible, economic loss of household family services beyond the physical housekeeping chores is well-recognized in the economic literature and in caselaw. See, for example, Frank D. Tinari, "Household Services: Toward a More Comprehensive Measure," Journal of Forensic Economics, Vol. 11, No. 3, Fall 1998, pp. 253-265, and Michigan Central v. Vreeland discussed in the Household Replacement Services Appendix. The hourly value of the loss is based on the mean hourly earnings of educational, vocational, and school counselors; marriage and family therapists; child, family and school social workers; social and human service assistants; clergy; directors of religious activities and education; coaches; and elementary school teachers, which is $19.53 per hour in year 2006 dollars. This wage data is based on information from the U.S. Bureau of Labor Statistics, Occupational Employment Statistics, May 2006 National Occupational Employment and Wage Statistics found at www.bls.gov/oes. I value such services at their replacement cost which includes a conservative estimate of 50 percent hourly overhead reasonably charged by agencies who supply such services on a part-time basis, and who are responsible for advertising, vetting, hiring, training, insuring and bonding the part-time employee, and who are also responsible for payroll-related costs such as the employer's share of social security contributions, etc.

Based on a benchmark loss of 1.0 hour per week for each family member, my opinion of the loss of advice, counsel, guidance, instruction and training as a result of the death of Sabina Paradi is as follows:

$36,063 ► Table 12 for Bodo Parady;
$46,312 ► Table 15 for Mary Moore.

## II(B). LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES

Tables 16 through 21 show the pecuniary loss of accompaniment services sustained by Ms. Paradi's parents using the market-based replacement-cost method. Valuing the tangible economic loss of household family services beyond  physical housekeeping chores is well-recognized in the economic literature and in caselaw. See, for example, Frank D. Tinari, "Household Services: Toward a More Comprehensive Measure," Journal of Forensic Economics, Vol. 11, No. 3, Fall 1998, pp. 253-265, and Michigan Central v. Vreeland discussed in the Household Replacement Services Appendix  The

4

# SEG

hourly value of the loss of accompaniment is based on the mean
hourly earnings of licensed practical and licensed vocational
nurses; home health aides; and personal and home care aides,
which is $12.15 per hour in year 2006 dollars.  This wage data is
based on information from the U.S. Bureau of Labor Statistics,
Occupational Employment Statistics, May 2006 National
Occupational Employment and Wage Statistics found at
www.bls.gov/oes.  I value such services at their replacement cost
which includes a conservative estimate of 50 percent hourly
overhead reasonably charged by agencies who supply such services
on a part-time basis, and who are responsible for advertising,
vetting, hiring, training, insuring and bonding the part-time
employee, and who are also responsible for payroll-related costs
such as the employer's share of social security contributions,
etc.

Based on a benchmark loss of 168 hours per year for each family
member, my opinion of the loss of accompaniment as a result of
the death of Sabina Paradi is as follows:

    $72,517 ▸ Table 18 for Bodo Parady;
    $93,115 ▸ Table 21 for Mary Moore.


## III. LOSS OF VALUE OF LIFE

Economists have long agreed that life is valued at more than the
lost earnings capacity.  My estimate of the value of life is
based on many economic studies on what we, as a contemporary
society, actually pay to preserve the ability to lead a normal
life.  The studies examine incremental pay for risky occupations
as well as a multitude of data regarding expenditure for life
savings by individuals, industry, and state and federal agencies.
Based on the average value of a statistical life and life
expectancy of 81.3 years, my opinion of the loss of the value of
life for Sabina Paradi is $5,060,628.

My estimate of the value of life is consistent with estimates
published in other studies that examine and review the broad
spectrum of economic literature on the value of life.  Among
these is "The Plausible Range for the Value of Life," Journal of
Forensic Economics, Vol. 3, No. 3, Fall 1990, pp. 17-39, by T. R.
Miller.  This study reviews 67 different estimates of the value
of life published by economists in peer-reviewed academic
journals.  The results, in most instances, show the value of life
to range from approximately $1.6 million to $2.9 million dollars
in year 1988 after-tax dollars, with a mean of approximately $2.2
million dollars.  In "The Value of Life: Estimates with Risks by
Occupation and Industry," Harvard University, John M. Olin Center
for Law, Economics, and Business, No. 442, May 2003, Professor W.
K. Viscusi estimates the value of life to be approximately $4.7
million dollars in year 2000 dollars.

5

# SEG

Because it is generally accepted by economists, the methodology used to estimate the value of life has been found to meet Daubert standards, as well as Frye standards and the Rules of Evidence in various states, by Federal Circuit and Appellate courts, as well as state trial, supreme and appellate courts nationwide. Testimony based on this peer-reviewed methodology has been admitted in over half the states in over 175 trials nationwide. Proof of general acceptance and other standards is found in a discussion of the extensive references to the scientific economic peer-reviewed literature on the value of life listed in the **Value of Life Appendix** to this report.

The underlying, academic, peer-reviewed studies fall into two general groups: (1) consumer behavior and purchases of safety devices; (2) wage risk premiums to workers; in addition, there is a third group of studies consisting of cost-benefit analyses of regulations. For example, one consumer safety study analyzes the costs of smoke detectors and the lifesaving reduction associated with them. One wage premium study examines the differential rates of pay for dangerous occupations with a risk of death on the job. Just as workers receive shift premiums for undesirable work hours, workers also receive a higher rate of pay to accept a increased risk of death on the job. A study of government regulation examines the lifesaving resulting from the installation of smoke stack scrubbers at high-sulphur, coal-burning power plants. As a hypothetical example of the methodology, assume that a safety device costs $460 and results in lowering a person's risk of premature death by one chance in 5,000. The cost per life saved is obtained by dividing $460 by the one in 5,000 probability, yielding $2,300,000. Overall, based on the peer-reviewed economic literature, I estimate the central tendency of the range of the economic studies to be approximately $3.9 million in year 2007 dollars.

-------------------------------------------

A trier-of-fact may weigh other factors to determine if these estimated losses for Sabina Paradi should be adjusted because of special qualities or circumstances that economists do not as yet have a methodology for analysis.

In each set of tables, the estimated losses are calculated from February 25, 2007 through an assumed trial or settlement date of April 1, 2008, and from that date thereafter. The last table in each set accumulates the past and future estimated losses. These estimates are provided as an aid, tool and guide for the trier-of-fact.

All opinions expressed in this report are clearly labeled as such. They are rendered in accordance with generally accepted standards within the field of economics, and are expressed to a reasonable degree of economic certainty. Estimates, assumptions,

6

# SEG

illustrations and the use of benchmarks, which are not opinions (but which can be viewed as hypothetical in nature) are also clearly identified.

In my opinion, it is reasonable for experts in the field of economics and finance to rely on the materials and information I reviewed in this case, for the formulation of my substantive opinions herein.

If there is additional information which I have not yet taken into account and which could alter my opinions, please let me know so that I may incorporate any such information into an update of the opinions expressed in this report.

If any additional information becomes available in the future which could alter my opinions, again, please let me know so that I may incorporate any such information into an update of the opinions expressed in this report.

If you have any questions, please do not hesitate to call me.

Sincerely,

Stan V. Smith, Ph.D.
President

7

# SEG

## APPENDIX: HOUSEHOLD REPLACEMENT SERVICES

Courts have long recognized that members's claims to the value of tangible family household replacement services as an element of damages in personal injury and wrongful death cases, as an aspect of the pecuniary loss in such cases. These services are those that are provided by the injured family member to other family members without charge or cost. Members who receive such services can include spouses, children, parents or siblings; such family members do not necessarily have to reside in the same household to receive such services.

Courts have also long recognized that an appropriate method in valuing such tangible services is to value their replacement costs by examining costs paid in labor markets that provide generally comparable services for. "[T]he service must have market equivalents from which a pecuniary standard can be established ..." This standard is set forth in the 1913 U.S.Supreme Court Decision, <u>Michigan Central Railroad Company v. Vreeland</u>, 227 U.S. 59 (1913). So this method is a century old.

The Supreme Court's suggesting in valuing compensable services in the Vreeland decision is a standard that is not rigid, but actually rather general: "[The] pecuniary loss or damage must be one which can be measured by some standard.... Compensation for such loss manifestly does not include damages by way of recompense for grief or wounded feelings." <u>Michigan Central v. Vreeland</u>.

Examples of lost household services that used to be performed by victims (whether fatally or non-fatally injured) can include physical chores such as mowing the lawn, painting the house, cleaning the windows, doing the laundry, washing and repairing the car, preparing the meals and doing the dishes, among others. For many decades economists have met the Supreme Court's general standard by using labor market equivalents for cooks, laundry workers, gardeners, maids, etc. in valuing the physical chores regarding housekeeping services.

Additionally, economists have recognized that tangible services to family members include services well beyond the physical housekeeping chores. For example, William G. Jungbauer and Mark J. Odegard, in Maximizing Recovery in FELA Wrongful Death Actions, in <u>Assessing Family Loss in Wrongful Death Litigation: The Special Roles of Lost Services and Personal Consumption</u>, Lawyers & Judges Publishing Co., 1999, pp. 284, indicate that a complete analysis of all services performed by family members includes much, much more than the physical housekeeping chores. Frank D. Tinari, in a peer-reviewed, scientific, economic journal article "Household Services: Toward a More Comprehensive Measure," <u>Journal of Forensic Economics</u>, Vol. 11, No. 3, Fall 1998, pp. 253-265, expresses the same view.

8

# SEG

Jungbauer and Odegard indicate that a victim may have provided services of many other professions such as that of a chauffeur, driving other family members to appointments, or that of a security guard, especially regarding the injury to a male spouse, etc.  Every family member acts as a companion to other family members.  And it is common for family members to act as counselors for one another, typically providing advice and counsel on important personal, family, medical, financial, career or other issues.  The marketplace can and does value such items of loss. If the victim cannot provide these services, or does so at a reduced capacity or rate, there is a distinct and definite loss to the other family members.  These losses have a definite and easily measurable pecuniary value.  Vreeland requires only that a "reasonable expectation" of loss of services be proven and that such loss be valued by some standard, presumably a reasonably-based economic standard, to allow recovery.

The economic literature on recovery of loss of services discusses a market-oriented replacement-cost method to assess the pecuniary value of the loss of accompaniment services, as well as the value of advice, guidance and counsel services that family members provide to one another, within a broadly defined scope of family services.  See, for example, Frank D. Tinari, "Household Services: Toward a More Comprehensive Measure, " Journal of Forensic Economics, Vol. 11, No. 3, Fall 1998, pp. 253-265.

Finally, according to Chief Justice Robert Wilentz of the Supreme Court of New Jersey, in Green v. Bittner, 85 NJ 1, 1980, pp. 12, accompaniment services, to be compensable, must be that which would have provided services substantially equivalent to those provided by the companions often hired today by the aged or infirm, or substantially equivalent to services provided by nurses or practical nurses; and its value must be confined to what the marketplace would pay a stranger with similar qualifications for performing such services.

In valuing the household replacement services that are provided by family members to one another, beyond the physical housekeeping chores, both the U.S Supreme Court and the New Jersey Supreme Court discuss looking at labor markets for the equivalent value of such services.  This methodology is identical to the traditional approach that economists have been using for over four decades in valuing the physical chores involved in housekeeping services.

Note: While in some states such as New Jersey such losses are not available in non-fatal injury cases, such losses may apply in any injury case, whether fatal or not.  7A2

9

# SEG

## APPENDIX: VALUE OF LIFE

The economic methodology for the valuation of life has been found to meet the <u>Daubert</u> and <u>Frye</u> standards by many courts, along with the Rules of Evidence in many states nationwide.  My testimony has been accepted in approximately 175 state and federal jurisdictions nationwide in over half the states.  Testimony has been accepted by Federal circuit and Appellate courts as well as in state trial, supreme, and appellate Courts.  The <u>Daubert</u> standard sets forth four criteria:

1.   Testing of the theory and science

2.   Peer Review

3.   Known or potential rate of error

4.   Generally accepted.


**Testing of the theory and science** has been accomplished over the past four decades, since the 1960s.  Dozens of economists of high renown have published over a hundred articles in high quality, peer-reviewed economic journals measuring the value of life.  The value of life theories are perhaps among the most well-tested in the field of economics, as evidenced by the enormous body of economic scientific literature that has been published in the field and is discussed below.


**Peer Review** of the concepts and methodology have been extraordinarily extensive.  One excellent review of this extensive, peer-reviewed literature can be found in "The Value of Risks to Life and Health," W. K. Viscusi, <u>Journal of Economic Literature</u>, Vol. 31, December 1993, pp. 1912-1946.  A second is "The Value of a Statistical Life: A Critical Review of Market Estimates throughout the World." W. K. Viscusi and J. E. Aldy, <u>Journal of Risk and Uncertainty</u>, Vol. 27, No. 1, November 2002, pp. 5-76.  Additional theoretical and empirical work by Viscusi, a leading researcher in the field, can be found in: "The Value of Life", W. K. Viscusi, John M. Olin Center for Law, Economics, and Business, Harvard Law School, Discussion Paper No. 517, June 2005.  An additional peer-reviewed article discusses the application to forensic economics: "The Plausible Range for the Value of Life," T. R. Miller, <u>Journal of Forensic Economics</u>, Vol. 3, No. 3, Fall 1990, pp. 17-39, which discusses the many dozens of articles published in other peer-reviewed economic journals on this topic.  This concept is discussed in detail in "Willingness to Pay Comes of Age: Will the System Survive?" T. R. Miller, <u>Northwestern University Law Review</u>, Summer 1989, pp. 876-907, and "Hedonic Damages in Personal Injury and Wrongful Death Litigation," by S. V. Smith in <u>Litigation Economics</u>, pp. 39-59.

10

# SEG

Kenneth Arrow, a Nobel Laureate in economics, discusses this
method for valuing life in "Invaluable Goods," Journal of
Economic Literature, Vol. 35, No. 2, 1997, pp. 759.

**The known or potential rate of error** is well researched.  All of
these articles discuss the known or potential rate of error, well
within the acceptable standard in the field of economics,
generally using a 95% confidence rate for the statistical testing
and acceptance of results.  There are few areas in the field of
economics where the known or potential rate of error has been as
well-accepted and subject to more extensive investigation.


**General Acceptance** of the concepts and methodology on the value
of life in the field of economics is extensive.  This methodology
is and has been generally accepted in the field of economics for
many years.  Indeed, according to the prestigious and highly-
regarded research institute, The Rand Corporation, by 1988, the
peer-reviewed scientific methods for estimating the value of life
were well-accepted: "Most economists would agree that the
willingness-to-pay methodology is the most conceptually
appropriate criterion for establishing the value of life,"
Computing Economic loss in Cases of Wrongful Death, King and
Smith, Rand Institute for Civil Justice, R-3549-ICJ, 1988.

While first discussed in cutting edge, peer-reviewed economic
journals, additional proof of general acceptance is now indicated
by the fact that this methodology is now taught in standard
economics courses at the undergraduate and graduate level
throughout hundreds of colleges and universities nationwide as
well as the fact that it is taught and discussed in widely-
accepted textbooks in the field of law and economics: Economics,
Sixth Edition, David C. Colander, McGraw-Hill Irwin, Boston,
2006, pp. 463-465; this introductory economics textbook is the
third most widely used textbook in college courses nationwide.
Hamermesh and Rees's The Economics of Work and Pay, Harper-
Collins, 1993, Chapter 13, a standard advanced textbook in labor
economics, also discusses the methodology for valuing life.
Other textbooks discuss this topic as well.  Richard Posner,  a
Justice and former Chief Justice of the U.S. Court of Appeals for
the highly regarded 7th Circuit and Senior Lecturer at the
University of Chicago Law School, one of most prolific legal
writers in America, details the Value of Life approach in his
widely used textbooks: Economic Analysis of Law, 1986, Little
Brown & Co., pp. 182-185 and Tort Law, 1982, Little Brown & Co.,
pp. 120-126.

As further evidence of general acceptance in the field, many
surveys published in the field of forensic economics show that
hundreds of economics nationwide are now familiar with this
methodology and are available to prepare (and critique) forensic
economic value of life estimates.  Indeed, many economists who

11

# SEG

indicate they will prepare such analysis for plaintiffs also are willing to critique such analysis for defendants, as I have often done.  That an economist is willing to critique a report does not indicate that he or she is opposed to the concept or the methodology, but merely available to assure that the plaintiff economist has employed proper techniques.  The fact that there are economists who indicate they do not prepare estimates of value of life is again no indication that they oppose the methodology: many claim they are not familiar with the literature and untrained in this area.  While some CPAs and others without a degree in economics have opposed these methods, such professionals do not have the requisite academic training and are unqualified to make such judgements.  However, as in any field of economics, this area is not without controversy and there are some qualified and trained economists who dispute certain aspects of the methodology.  General acceptance does not mean universal acceptance.

Additional evidence of general acceptance in the field is found in the teaching of the concepts regarding the value of life.  Forensic Economics is now taught as a special field in a number of institutions nationwide.  I taught what is believed to be the first course ever presented in the field of Forensic Economics at DePaul University in Spring, 1990.  My own book, Economic/Hedonic Damages, Anderson, 1990, and supplemental updates thereto, co-authored with Dr. Michael Brookshire, a Professor of Economics in West Virginia, has been used as a textbook in at least 5 colleges and universities nationwide in such courses in economics, and has a thorough discussion of the methodology. Toppino et. al., in "Forensic Economics in the Classroom," published in The Earnings Analyst, Journal of the American Rehabilitation Economics Association, Vol. 4, 2001, pp. 53-86, indicate that hedonic damages is one of 15 major topic areas taught in such courses.

Lastly, general acceptance is found by examining publications in the primary journal in the field of Forensic Economics, which is the peer-reviewed Journal of Forensic Economics, where there have been published many articles on the value of life.  Some are cited above.  Others include: "The Econometric Basis for Estimates of the Value of Life," W. K. Viscusi, Vol 3, No. 3, Fall 1990, pp. 61-70; "Hedonic Damages in the Courtroom Setting." S. V. Smith, Vol. 3, No. 3, Fall 1990, pp. 41-49; "Issues Affecting the Calculated Value of Life," E. P. Berla, M. L. Brookshire and S. V. Smith, Vol 3, No. 1, 1990, pp. 1-8; "Hedonic Damages and Personal Injury:  A Conceptual Approach." G. R. Albrecht, Vol. 5., No. 2, Spring/Summer 1992, pp. 97-104; "The Application of the Hedonic Damages Concept to Wrongful and Personal Injury Litigation." G. R. Albrecht, Vol. 7, No. 2, Spring/Summer 1994, pp. 143-150; and also "A Review of the Monte Carlo Evidence Concerning Hedonic Value of Life Estimates," R. F. Gilbert, Vol. 8, No. 2, Spring/Summer 1995, pp. 125-130.

12

# SEG

It is important to note that this methodology is endorsed and employed by the U. S. Government as the standard and recommended approach for use by all U. S. Agencies in valuing life for policy purposes, as mandated in current and past Presidential Executive Orders in effect since 1972, and as discussed in "Report to Congress on the Costs and Benefits of Federal Regulations," Office of Management and Budget, 1998, and "Economic Analysis of Federal Regulations Under Executive Order 12866," Executive Office of the President, Office of Management and Budget, pp. 1-37, and "Report to the President on Executive Order No. 12866," Regulatory Planning and Review, May 1, 1994, Office of Information and Regulatory Affairs, Office of Management and Budget.   Prior presidents signed similar orders as discussed in "Federal Agency Valuations of Human life," Administrative Conference of the United States, Report for Recommendation 88-7, December 1988, pp. 368-408.   7911

13

# SEG

## SUMMARY OF LOSSES FOR SABINA PARADI

| TABLE | DESCRIPTION | ESTIMATE |
|-------|-------------|----------|
| ***** | ****************************** | *********** |

**EARNINGS**

LOSS OF WAGES & BENEFITS, NET OF
PERSONAL CONSUMPTION

|   |   |   |
|---|---|---|
| 9 | Full-Time Employment to age 67 | $1,279,906 |

------------------------------------

**HOUSEHOLD/FAMILY REPLACEMENT SERVICES**

LOSS OF HOUSEHOLD/FAMILY GUIDANCE
SERVICES

|    |             |   |        |
|----|-------------|---|--------|
| 12 | Bodo Parady | $ | 36,063 |
| 15 | Mary Moore  | $ | 46,312 |

LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT
SERVICES

|    |             |   |        |
|----|-------------|---|--------|
| 18 | Bodo Parady | $ | 72,517 |
| 21 | Mary Moore  | $ | 93,115 |

------------------------------------

**LOSS OF ENJOYMENT OF LIFE**

LOSS OF VALUE OF LIFE                    $5,060,628

The information on this Summary of Losses is intended to summarize
losses under certain given assumptions.  Please refer to the report
and the tables for all the opinions.

14

Smith Economics Group, Ltd. ▪ *312-943-1551*

Table 1

LOSS OF PAST WAGES
2007 - 2008

| YEAR | AGE | WAGES | CUMULATE |
|------|-----|-------|----------|
| 2007 | 24 | $19,944 | $19,944 |
| 2008 | 25 | 9,090 | $29,034 |
| PARADI | | $29,034 | |

Table 2

LOSS OF PAST EMPLOYEE BENEFITS
2007 - 2008

|  |  | EMPLOYEE |  |
| YEAR | AGE | BENEFITS | CUMULATE |
| **** | *** | ******** | ******** |
| 2007 | 24 | $5,883 | $5,883 |
| 2008 | 25 | 2,682 | $8,565 |
| PARADI |  | $8,565 |  |

Table 3

LOSS OF PAST PERSONAL CONSUMPTION
2007 - 2008

| YEAR | AGE | PERSONAL CONSUMPTION | CUMULATE |
|------|-----|----------------------|----------|
| **** | *** | *********** | ******** |
| 2007 | 24 | -$42 | -$42 |
| 2008 | 25 | -12 | -$54 |
| PARADI | | -$54 | |

Table 4

ECONOMIC LOSS TO DATE
2007 - 2008

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|----------------------|-------|----------|
| **** | *** | ******* | ******** | *********** | ******* | ******** |
| 2007 | 24 | $19,944 | $5,883 | -$42 | $25,785 | $25,785 |
| 2008 | 25 | 9,090 | 2,682 | -12 | 11,760 | $37,545 |
| PARADI | | $29,034 | $8,565 | -$54 | $37,545 | |

Table 5

PRESENT VALUE OF FUTURE WAGES
2008 - 2064

| YEAR | AGE | WAGES | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-------|-----------------|---------------|----------|
| **** | *** | ******* | ******** | ********** | ********** |
| 2008 | 25 | $27,776 | 0.99260 | $27,570 | $27,570 |
| 2009 | 26 | 39,627 | 0.98287 | 38,948 | 66,518 |
| 2010 | 27 | 42,595 | 0.97323 | 41,455 | 107,973 |
| 2011 | 28 | 45,785 | 0.96369 | 44,123 | 152,096 |
| 2012 | 29 | 49,214 | 0.95424 | 46,962 | 199,058 |
| 2013 | 30 | 54,018 | 0.94489 | 51,041 | 250,099 |
| 2014 | 31 | 54,639 | 0.93563 | 51,122 | 301,221 |
| 2015 | 32 | 55,267 | 0.92645 | 51,202 | 352,423 |
| 2016 | 33 | 55,903 | 0.91737 | 51,284 | 403,707 |
| 2017 | 34 | 56,546 | 0.90838 | 51,365 | 455,072 |
| 2018 | 35 | 57,196 | 0.89947 | 51,446 | 506,518 |
| 2019 | 36 | 57,854 | 0.89066 | 51,528 | 558,046 |
| 2020 | 37 | 58,519 | 0.88193 | 51,610 | 609,656 |
| 2021 | 38 | 59,192 | 0.87328 | 51,691 | 661,347 |
| 2022 | 39 | 59,873 | 0.86472 | 51,773 | 713,120 |
| 2023 | 40 | 60,562 | 0.85624 | 51,856 | 764,976 |
| 2024 | 41 | 61,258 | 0.84785 | 51,938 | 816,914 |
| 2025 | 42 | 61,962 | 0.83954 | 52,020 | 868,934 |
| 2026 | 43 | 62,675 | 0.83131 | 52,102 | 921,036 |
| 2027 | 44 | 63,396 | 0.82316 | 52,185 | 973,221 |
| 2028 | 45 | 64,125 | 0.81509 | 52,268 | 1,025,489 |
| 2029 | 46 | 64,862 | 0.80710 | 52,350 | 1,077,839 |
| 2030 | 47 | 65,608 | 0.79919 | 52,433 | 1,130,272 |
| 2031 | 48 | 66,362 | 0.79135 | 52,516 | 1,182,788 |
| 2032 | 49 | 67,125 | 0.78360 | 52,599 | 1,235,387 |
| 2033 | 50 | 67,897 | 0.77591 | 52,682 | 1,288,069 |
| 2034 | 51 | 68,678 | 0.76831 | 52,766 | 1,340,835 |
| 2035 | 52 | 69,468 | 0.76078 | 52,850 | 1,393,685 |
| 2036 | 53 | 70,267 | 0.75332 | 52,934 | 1,446,619 |
| 2037 | 54 | 71,075 | 0.74593 | 53,017 | 1,499,636 |
| 2038 | 55 | 71,892 | 0.73862 | 53,101 | 1,552,737 |
| 2039 | 56 | 72,719 | 0.73138 | 53,185 | 1,605,922 |
| 2040 | 57 | 73,555 | 0.72421 | 53,269 | 1,659,191 |
| 2041 | 58 | 74,401 | 0.71711 | 53,354 | 1,712,545 |
| 2042 | 59 | 75,257 | 0.71008 | 53,438 | 1,765,983 |
| 2043 | 60 | 76,122 | 0.70312 | 53,523 | 1,819,506 |
| 2044 | 61 | 76,997 | 0.69623 | 53,608 | 1,873,114 |
| 2045 | 62 | 77,882 | 0.68940 | 53,692 | 1,926,806 |
| 2046 | 63 | 78,778 | 0.68264 | 53,777 | 1,980,583 |
| 2047 | 64 | 79,684 | 0.67595 | 53,862 | 2,034,445 |
| 2048 | 65 | 80,600 | 0.66933 | 53,948 | 2,088,393 |
| 2049 | 66 | 81,527 | 0.66276 | 54,033 | 2,142,426 |
| 2050 | 67 | 82,465 | 0.65627 | 54,119 | 2,196,545 |
| 2051 | 68 | 83,413 | 0.64983 | 54,204 | 2,250,749 |
| 2052 | 69 | 84,372 | 0.64346 | 54,290 | 2,305,039 |
| 2053 | 70 | 85,342 | 0.63716 | 54,377 | 2,359,416 |
| 2054 | 71 | 86,323 | 0.63091 | 54,462 | 2,413,878 |
| 2055 | 72 | 87,316 | 0.62473 | 54,549 | 2,468,427 |
| 2056 | 73 | 88,320 | 0.61860 | 54,635 | 2,523,062 |
| 2057 | 74 | 89,336 | 0.61254 | 54,722 | 2,577,784 |

Table 5 (Cont.)

PRESENT VALUE OF FUTURE WAGES
2008 - 2064

| YEAR | AGE | WAGES | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-------|-----------------|---------------|----------|
| **** | *** | ******* | ******** | ********** | ********** |
| 2058 | 75 | 90,363 | 0.60653 | 54,808 | 2,632,592 |
| 2059 | 76 | 91,402 | 0.60059 | 54,895 | 2,687,487 |
| 2060 | 77 | 92,453 | 0.59470 | 54,982 | 2,742,469 |
| 2061 | 78 | 93,516 | 0.58887 | 55,069 | 2,797,538 |
| 2062 | 79 | 94,591 | 0.58310 | 55,156 | 2,852,694 |
| 2063 | 80 | 95,679 | 0.57738 | 55,243 | 2,907,937 |
| 2064 | 81 | 57,537 | 0.57400 | 33,026 | $2,940,963 |

SABINA PARADI                        $2,940,963

Table 6

PRESENT VALUE OF FUTURE EMPLOYEE BENEFITS
2008 - 2064

| YEAR<br>**** | AGE<br>*** | EMPLOYEE<br>BENEFITS<br>******** | DISCOUNT<br>FACTOR<br>******** | PRESENT<br>VALUE<br>******** | CUMULATE<br>******** |
|------|-----|----------|----------|----------|----------|
| 2008 | 25 | $8,193 | 0.99260 | $8,133 | $8,133 |
| 2009 | 26 | 11,690 | 0.98287 | 11,490 | 19,623 |
| 2010 | 27 | 12,566 | 0.97323 | 12,230 | 31,853 |
| 2011 | 28 | 13,507 | 0.96369 | 13,017 | 44,870 |
| 2012 | 29 | 14,518 | 0.95424 | 13,854 | 58,724 |
| 2013 | 30 | 15,935 | 0.94489 | 15,057 | 73,781 |
| 2014 | 31 | 16,119 | 0.93563 | 15,081 | 88,862 |
| 2015 | 32 | 16,304 | 0.92645 | 15,105 | 103,967 |
| 2016 | 33 | 16,491 | 0.91737 | 15,128 | 119,095 |
| 2017 | 34 | 16,681 | 0.90838 | 15,153 | 134,248 |
| 2018 | 35 | 16,873 | 0.89947 | 15,177 | 149,425 |
| 2019 | 36 | 17,067 | 0.89066 | 15,201 | 164,626 |
| 2020 | 37 | 17,263 | 0.88193 | 15,225 | 179,851 |
| 2021 | 38 | 17,462 | 0.87328 | 15,249 | 195,100 |
| 2022 | 39 | 17,663 | 0.86472 | 15,274 | 210,374 |
| 2023 | 40 | 17,866 | 0.85624 | 15,298 | 225,672 |
| 2024 | 41 | 18,071 | 0.84785 | 15,321 | 240,993 |
| 2025 | 42 | 18,279 | 0.83954 | 15,346 | 256,339 |
| 2026 | 43 | 18,489 | 0.83131 | 15,370 | 271,709 |
| 2027 | 44 | 18,702 | 0.82316 | 15,395 | 287,104 |
| 2028 | 45 | 18,917 | 0.81509 | 15,419 | 302,523 |
| 2029 | 46 | 19,134 | 0.80710 | 15,443 | 317,966 |
| 2030 | 47 | 19,354 | 0.79919 | 15,468 | 333,434 |
| 2031 | 48 | 19,577 | 0.79135 | 15,492 | 348,926 |
| 2032 | 49 | 19,802 | 0.78360 | 15,517 | 364,443 |
| 2033 | 50 | 20,030 | 0.77591 | 15,541 | 379,984 |
| 2034 | 51 | 20,260 | 0.76831 | 15,566 | 395,550 |
| 2035 | 52 | 20,493 | 0.76078 | 15,591 | 411,141 |
| 2036 | 53 | 20,729 | 0.75332 | 15,616 | 426,757 |
| 2037 | 54 | 20,967 | 0.74593 | 15,640 | 442,397 |
| 2038 | 55 | 21,208 | 0.73862 | 15,665 | 458,062 |
| 2039 | 56 | 21,452 | 0.73138 | 15,690 | 473,752 |
| 2040 | 57 | 21,699 | 0.72421 | 15,715 | 489,467 |
| 2041 | 58 | 21,948 | 0.71711 | 15,739 | 505,206 |
| 2042 | 59 | 22,201 | 0.71008 | 15,764 | 520,970 |
| 2043 | 60 | 22,456 | 0.70312 | 15,789 | 536,759 |
| 2044 | 61 | 22,714 | 0.69623 | 15,814 | 552,573 |
| 2045 | 62 | 22,975 | 0.68940 | 15,839 | 568,412 |
| 2046 | 63 | 23,240 | 0.68264 | 15,865 | 584,277 |
| 2047 | 64 | 23,507 | 0.67595 | 15,890 | 600,167 |
| 2048 | 65 | 23,777 | 0.66933 | 15,915 | 616,082 |
| 2049 | 66 | 24,050 | 0.66276 | 15,939 | 632,021 |
| 2050 | 67 | 24,327 | 0.65627 | 15,965 | 647,986 |
| 2051 | 68 | 24,607 | 0.64983 | 15,990 | 663,976 |
| 2052 | 69 | 24,890 | 0.64346 | 16,016 | 679,992 |
| 2053 | 70 | 25,176 | 0.63716 | 16,041 | 696,033 |
| 2054 | 71 | 25,465 | 0.63091 | 16,066 | 712,099 |
| 2055 | 72 | 25,758 | 0.62473 | 16,092 | 728,191 |
| 2056 | 73 | 26,054 | 0.61860 | 16,117 | 744,308 |
| 2057 | 74 | 26,354 | 0.61254 | 16,143 | 760,451 |

Table 6 (Cont.)

PRESENT VALUE OF FUTURE EMPLOYEE BENEFITS
2008 - 2064

| YEAR | AGE | EMPLOYEE BENEFITS | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-------------------|-----------------|---------------|----------|
| **** | *** | ******** | ******** | ******** | ******** |
| 2058 | 75 | 26,657 | 0.60653 | 16,168 | 776,619 |
| 2059 | 76 | 26,964 | 0.60059 | 16,194 | 792,813 |
| 2060 | 77 | 27,274 | 0.59470 | 16,220 | 809,033 |
| 2061 | 78 | 27,587 | 0.58887 | 16,245 | 825,278 |
| 2062 | 79 | 27,904 | 0.58310 | 16,271 | 841,549 |
| 2063 | 80 | 28,225 | 0.57738 | 16,297 | 857,846 |
| 2064 | 81 | 16,973 | 0.57400 | 9,743 | $867,589 |

SABINA PARADI                    $867,589

Table 7

PRESENT VALUE OF FUTURE PERSONAL CONSUMPTION
2008 - 2064

| YEAR | AGE | PERSONAL CONSUMPTION | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|---------------------|-----------------|---------------|-----------|
| 2008 | 25 | -$37 | 0.99260 | -$37 | -$37 |
| 2009 | 26 | -43 | 0.98287 | -42 | -79 |
| 2010 | 27 | -43 | 0.97323 | -42 | -121 |
| 2011 | 28 | -36,880 | 0.96369 | -35,541 | -35,662 |
| 2012 | 29 | -39,642 | 0.95424 | -37,828 | -73,490 |
| 2013 | 30 | -41,340 | 0.94489 | -39,062 | -112,552 |
| 2014 | 31 | -41,815 | 0.93563 | -39,123 | -151,675 |
| 2015 | 32 | -42,296 | 0.92645 | -39,185 | -190,860 |
| 2016 | 33 | -42,783 | 0.91737 | -39,248 | -230,108 |
| 2017 | 34 | -43,275 | 0.90838 | -39,310 | -269,418 |
| 2018 | 35 | -43,772 | 0.89947 | -39,372 | -308,790 |
| 2019 | 36 | -44,276 | 0.89066 | -39,435 | -348,225 |
| 2020 | 37 | -44,785 | 0.88193 | -39,497 | -387,722 |
| 2021 | 38 | -45,300 | 0.87328 | -39,560 | -427,282 |
| 2022 | 39 | -45,821 | 0.86472 | -39,622 | -466,904 |
| 2023 | 40 | -46,348 | 0.85624 | -39,685 | -506,589 |
| 2024 | 41 | -46,881 | 0.84785 | -39,748 | -546,337 |
| 2025 | 42 | -47,420 | 0.83954 | -39,811 | -586,148 |
| 2026 | 43 | -47,965 | 0.83131 | -39,874 | -626,022 |
| 2027 | 44 | -48,517 | 0.82316 | -39,937 | -665,959 |
| 2028 | 45 | -49,075 | 0.81509 | -40,001 | -705,960 |
| 2029 | 46 | -49,639 | 0.80710 | -40,064 | -746,024 |
| 2030 | 47 | -50,210 | 0.79919 | -40,127 | -786,151 |
| 2031 | 48 | -50,787 | 0.79135 | -40,190 | -826,341 |
| 2032 | 49 | -51,371 | 0.78360 | -40,254 | -866,595 |
| 2033 | 50 | -51,962 | 0.77591 | -40,318 | -906,913 |
| 2034 | 51 | -52,559 | 0.76831 | -40,382 | -947,295 |
| 2035 | 52 | -53,164 | 0.76078 | -40,446 | -987,741 |
| 2036 | 53 | -53,775 | 0.75332 | -40,510 | -1,028,251 |
| 2037 | 54 | -54,394 | 0.74593 | -40,574 | -1,068,825 |
| 2038 | 55 | -55,019 | 0.73862 | -40,638 | -1,109,463 |
| 2039 | 56 | -55,652 | 0.73138 | -40,703 | -1,150,166 |
| 2040 | 57 | -56,292 | 0.72421 | -40,767 | -1,190,933 |
| 2041 | 58 | -56,939 | 0.71711 | -40,832 | -1,231,765 |
| 2042 | 59 | -57,594 | 0.71008 | -40,896 | -1,272,661 |
| 2043 | 60 | -58,256 | 0.70312 | -40,961 | -1,313,622 |
| 2044 | 61 | -58,926 | 0.69623 | -41,026 | -1,354,648 |
| 2045 | 62 | -59,603 | 0.68940 | -41,090 | -1,395,738 |
| 2046 | 63 | -60,289 | 0.68264 | -41,156 | -1,436,894 |
| 2047 | 64 | -60,982 | 0.67595 | -41,221 | -1,478,115 |
| 2048 | 65 | -61,683 | 0.66933 | -41,286 | -1,519,401 |
| 2049 | 66 | -62,393 | 0.66276 | -41,352 | -1,560,753 |
| 2050 | 67 | -63,110 | 0.65627 | -41,417 | -1,602,170 |
| 2051 | 68 | -63,836 | 0.64983 | -41,483 | -1,643,653 |
| 2052 | 69 | -64,570 | 0.64346 | -41,548 | -1,685,201 |
| 2053 | 70 | -65,312 | 0.63716 | -41,614 | -1,726,815 |
| 2054 | 71 | -66,063 | 0.63091 | -41,680 | -1,768,495 |
| 2055 | 72 | -66,823 | 0.62473 | -41,746 | -1,810,241 |
| 2056 | 73 | -67,591 | 0.61860 | -41,812 | -1,852,053 |
| 2057 | 74 | -68,369 | 0.61254 | -41,879 | -1,893,932 |

Table 7 (Cont.)

PRESENT VALUE OF FUTURE PERSONAL CONSUMPTION

2008 - 2064

| YEAR | AGE | PERSONAL CONSUMPTION | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|----------------------|-----------------|---------------|----------|
| 2058 | 75 | -69,155 | 0.60653 | -41,945 | -1,935,877 |
| 2059 | 76 | -69,950 | 0.60059 | -42,011 | -1,977,888 |
| 2060 | 77 | -70,754 | 0.59470 | -42,077 | -2,019,965 |
| 2061 | 78 | -71,568 | 0.58887 | -42,144 | -2,062,109 |
| 2062 | 79 | -72,390 | 0.58310 | -42,211 | -2,104,320 |
| 2063 | 80 | -73,223 | 0.57738 | -42,277 | -2,146,597 |
| 2064 | 81 | -44,033 | 0.57400 | -25,275 | -$2,171,872 |

SABINA PARADI                          -$2,171,872

Table 8

PRESENT VALUE OF FUTURE WAGES AND BENEFITS
2008 - 2064

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|----------------------|-------|----------|
| **** | *** | ********* | ******** | *********** | ********* | ********* |
| 2008 | 25 | $27,570 | $8,133 | -$37 | $35,666 | $35,666 |
| 2009 | 26 | 38,948 | 11,490 | -42 | 50,396 | 86,062 |
| 2010 | 27 | 41,455 | 12,230 | -42 | 53,643 | 139,705 |
| 2011 | 28 | 44,123 | 13,017 | -35,541 | 21,599 | 161,304 |
| 2012 | 29 | 46,962 | 13,854 | -37,828 | 22,988 | 184,292 |
| 2013 | 30 | 51,041 | 15,057 | -39,062 | 27,036 | 211,328 |
| 2014 | 31 | 51,122 | 15,081 | -39,123 | 27,080 | 238,408 |
| 2015 | 32 | 51,202 | 15,105 | -39,185 | 27,122 | 265,530 |
| 2016 | 33 | 51,284 | 15,128 | -39,248 | 27,164 | 292,694 |
| 2017 | 34 | 51,365 | 15,153 | -39,310 | 27,208 | 319,902 |
| 2018 | 35 | 51,446 | 15,177 | -39,372 | 27,251 | 347,153 |
| 2019 | 36 | 51,528 | 15,201 | -39,435 | 27,294 | 374,447 |
| 2020 | 37 | 51,610 | 15,225 | -39,497 | 27,338 | 401,785 |
| 2021 | 38 | 51,691 | 15,249 | -39,560 | 27,380 | 429,165 |
| 2022 | 39 | 51,773 | 15,274 | -39,622 | 27,425 | 456,590 |
| 2023 | 40 | 51,856 | 15,298 | -39,685 | 27,469 | 484,059 |
| 2024 | 41 | 51,938 | 15,321 | -39,748 | 27,511 | 511,570 |
| 2025 | 42 | 52,020 | 15,346 | -39,811 | 27,555 | 539,125 |
| 2026 | 43 | 52,102 | 15,370 | -39,874 | 27,598 | 566,723 |
| 2027 | 44 | 52,185 | 15,395 | -39,937 | 27,643 | 594,366 |
| 2028 | 45 | 52,268 | 15,419 | -40,001 | 27,686 | 622,052 |
| 2029 | 46 | 52,350 | 15,443 | -40,064 | 27,729 | 649,781 |
| 2030 | 47 | 52,433 | 15,468 | -40,127 | 27,774 | 677,555 |
| 2031 | 48 | 52,516 | 15,492 | -40,190 | 27,818 | 705,373 |
| 2032 | 49 | 52,599 | 15,517 | -40,254 | 27,862 | 733,235 |
| 2033 | 50 | 52,682 | 15,541 | -40,318 | 27,905 | 761,140 |
| 2034 | 51 | 52,766 | 15,566 | -40,382 | 27,950 | 789,090 |
| 2035 | 52 | 52,850 | 15,591 | -40,446 | 27,995 | 817,085 |
| 2036 | 53 | 52,934 | 15,616 | -40,510 | 28,040 | 845,125 |
| 2037 | 54 | 53,017 | 15,640 | -40,574 | 28,083 | 873,208 |
| 2038 | 55 | 53,101 | 15,665 | -40,638 | 28,128 | 901,336 |
| 2039 | 56 | 53,185 | 15,690 | -40,703 | 28,172 | 929,508 |
| 2040 | 57 | 53,269 | 15,715 | -40,767 | 28,217 | 957,725 |
| 2041 | 58 | 53,354 | 15,739 | -40,832 | 28,261 | 985,986 |
| 2042 | 59 | 53,438 | 15,764 | -40,896 | 28,306 | 1,014,292 |
| 2043 | 60 | 53,523 | 15,789 | -40,961 | 28,351 | 1,042,643 |
| 2044 | 61 | 53,608 | 15,814 | -41,026 | 28,396 | 1,071,039 |
| 2045 | 62 | 53,692 | 15,839 | -41,090 | 28,441 | 1,099,480 |
| 2046 | 63 | 53,777 | 15,865 | -41,156 | 28,486 | 1,127,966 |
| 2047 | 64 | 53,862 | 15,890 | -41,221 | 28,531 | 1,156,497 |
| 2048 | 65 | 53,948 | 15,915 | -41,286 | 28,577 | 1,185,074 |
| 2049 | 66 | 54,033 | 15,939 | -41,352 | 28,620 | 1,213,694 |
| 2050 | 67 | 54,119 | 15,965 | -41,417 | 28,667 | 1,242,361 |
| 2051 | 68 | 54,204 | 15,990 | -41,483 | 28,711 | 1,271,072 |
| 2052 | 69 | 54,290 | 16,016 | -41,548 | 28,758 | 1,299,830 |
| 2053 | 70 | 54,377 | 16,041 | -41,614 | 28,804 | 1,328,634 |
| 2054 | 71 | 54,462 | 16,066 | -41,680 | 28,848 | 1,357,482 |
| 2055 | 72 | 54,549 | 16,092 | -41,746 | 28,895 | 1,386,377 |
| 2056 | 73 | 54,635 | 16,117 | -41,812 | 28,940 | 1,415,317 |
| 2057 | 74 | 54,722 | 16,143 | -41,879 | 28,986 | 1,444,303 |

Table 8 (Cont.)

PRESENT VALUE OF FUTURE WAGES AND BENEFITS
2008 - 2064

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|----------------------|-------|----------|
| **** | *** | ********** | ******** | *********** | ********** | ********** |
| 2058 | 75 | 54,808 | 16,168 | -41,945 | 29,031 | 1,473,334 |
| 2059 | 76 | 54,895 | 16,194 | -42,011 | 29,078 | 1,502,412 |
| 2060 | 77 | 54,982 | 16,220 | -42,077 | 29,125 | 1,531,537 |
| 2061 | 78 | 55,069 | 16,245 | -42,144 | 29,170 | 1,560,707 |
| 2062 | 79 | 55,156 | 16,271 | -42,211 | 29,216 | 1,589,923 |
| 2063 | 80 | 55,243 | 16,297 | -42,277 | 29,263 | 1,619,186 |
| 2064 | 81 | 33,026 | 9,743 | -25,275 | 17,494 | $1,636,680 |
| PARADI | | $2,940,963 | $867,589 | -$2,171,872 | $1,636,680 | |

Table 9

PRESENT VALUE OF NET WAGES AND BENEFITS
2007 - 2064

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|----------------------|-------|----------|
| **** | *** | ********** | ******** | *********** | ********** | ********** |
| 2007 | 24 | $19,944 | $5,883 | -$42 | $25,785 | $25,785 |
| 2008 | 25 | 36,660 | 10,815 | -49 | 47,426 | 73,211 |
| 2009 | 26 | 38,948 | 11,490 | -42 | 50,396 | 123,607 |
| 2010 | 27 | 41,455 | 12,230 | -42 | 53,643 | 177,250 |
| 2011 | 28 | 44,123 | 13,017 | -35,541 | 21,599 | 198,849 |
| 2012 | 29 | 46,962 | 13,854 | -37,828 | 22,988 | 221,837 |
| 2013 | 30 | 51,041 | 15,057 | -39,062 | 27,036 | 248,873 |
| 2014 | 31 | 51,122 | 15,081 | -39,123 | 27,080 | 275,953 |
| 2015 | 32 | 51,202 | 15,105 | -39,185 | 27,122 | 303,075 |
| 2016 | 33 | 51,284 | 15,128 | -39,248 | 27,164 | 330,239 |
| 2017 | 34 | 51,365 | 15,153 | -39,310 | 27,208 | 357,447 |
| 2018 | 35 | 51,446 | 15,177 | -39,372 | 27,251 | 384,698 |
| 2019 | 36 | 51,528 | 15,201 | -39,435 | 27,294 | 411,992 |
| 2020 | 37 | 51,610 | 15,225 | -39,497 | 27,338 | 439,330 |
| 2021 | 38 | 51,691 | 15,249 | -39,560 | 27,380 | 466,710 |
| 2022 | 39 | 51,773 | 15,274 | -39,622 | 27,425 | 494,135 |
| 2023 | 40 | 51,856 | 15,298 | -39,685 | 27,469 | 521,604 |
| 2024 | 41 | 51,938 | 15,321 | -39,748 | 27,511 | 549,115 |
| 2025 | 42 | 52,020 | 15,346 | -39,811 | 27,555 | 576,670 |
| 2026 | 43 | 52,102 | 15,370 | -39,874 | 27,598 | 604,268 |
| 2027 | 44 | 52,185 | 15,395 | -39,937 | 27,643 | 631,911 |
| 2028 | 45 | 52,268 | 15,419 | -40,001 | 27,686 | 659,597 |
| 2029 | 46 | 52,350 | 15,443 | -40,064 | 27,729 | 687,326 |
| 2030 | 47 | 52,433 | 15,468 | -40,127 | 27,774 | 715,100 |
| 2031 | 48 | 52,516 | 15,492 | -40,190 | 27,818 | 742,918 |
| 2032 | 49 | 52,599 | 15,517 | -40,254 | 27,862 | 770,780 |
| 2033 | 50 | 52,682 | 15,541 | -40,318 | 27,905 | 798,685 |
| 2034 | 51 | 52,766 | 15,566 | -40,382 | 27,950 | 826,635 |
| 2035 | 52 | 52,850 | 15,591 | -40,446 | 27,995 | 854,630 |
| 2036 | 53 | 52,934 | 15,616 | -40,510 | 28,040 | 882,670 |
| 2037 | 54 | 53,017 | 15,640 | -40,574 | 28,083 | 910,753 |
| 2038 | 55 | 53,101 | 15,665 | -40,638 | 28,128 | 938,881 |
| 2039 | 56 | 53,185 | 15,690 | -40,703 | 28,172 | 967,053 |
| 2040 | 57 | 53,269 | 15,715 | -40,767 | 28,217 | 995,270 |
| 2041 | 58 | 53,354 | 15,739 | -40,832 | 28,261 | 1,023,531 |
| 2042 | 59 | 53,438 | 15,764 | -40,896 | 28,306 | 1,051,837 |
| 2043 | 60 | 53,523 | 15,789 | -40,961 | 28,351 | 1,080,188 |
| 2044 | 61 | 53,608 | 15,814 | -41,026 | 28,396 | 1,108,584 |
| 2045 | 62 | 53,692 | 15,839 | -41,090 | 28,441 | 1,137,025 |
| 2046 | 63 | 53,777 | 15,865 | -41,156 | 28,486 | 1,165,511 |
| 2047 | 64 | 53,862 | 15,890 | -41,221 | 28,531 | 1,194,042 |
| 2048 | 65 | 53,948 | 15,915 | -41,286 | 28,577 | 1,222,619 |
| 2049 | 66 | 54,033 | 15,939 | -41,352 | 28,620 | 1,251,239 |
| 2050 | 67 | 54,119 | 15,965 | -41,417 | 28,667 | 1,279,906 |
| 2051 | 68 | 54,204 | 15,990 | -41,483 | 28,711 | 1,308,617 |
| 2052 | 69 | 54,290 | 16,016 | -41,548 | 28,758 | 1,337,375 |
| 2053 | 70 | 54,377 | 16,041 | -41,614 | 28,804 | 1,366,179 |
| 2054 | 71 | 54,462 | 16,066 | -41,680 | 28,848 | 1,395,027 |
| 2055 | 72 | 54,549 | 16,092 | -41,746 | 28,895 | 1,423,922 |
| 2056 | 73 | 54,635 | 16,117 | -41,812 | 28,940 | 1,452,862 |

Table 9 (Cont.)

PRESENT VALUE OF NET WAGES AND BENEFITS
2007 - 2064

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|----------------------|-------|----------|
| **** | *** | ********** | ******** | *********** | ********** | ********** |
| 2057 | 74 | 54,722 | 16,143 | -41,879 | 28,986 | 1,481,848 |
| 2058 | 75 | 54,808 | 16,168 | -41,945 | 29,031 | 1,510,879 |
| 2059 | 76 | 54,895 | 16,194 | -42,011 | 29,078 | 1,539,957 |
| 2060 | 77 | 54,982 | 16,220 | -42,077 | 29,125 | 1,569,082 |
| 2061 | 78 | 55,069 | 16,245 | -42,144 | 29,170 | 1,598,252 |
| 2062 | 79 | 55,156 | 16,271 | -42,211 | 29,216 | 1,627,468 |
| 2063 | 80 | 55,243 | 16,297 | -42,277 | 29,263 | 1,656,731 |
| 2064 | 81 | 33,026 | 9,743 | -25,275 | 17,494 | $1,674,225 |
| PARADI | | $2,969,997 | $876,154 | -$2,171,926 | $1,674,225 | |

Table 10

LOSS OF PAST GUIDANCE TO BODO
2007 - 2008

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| **** | *** | ************ | ******** |
| 2007 | 59  | $1,343       | $1,343   |
| 2008 | 60  | 407          | $1,750   |
| PARADY |   | $1,750       |          |

Table 11

### PRESENT VALUE OF FUTURE GUIDANCE TO BODO
### 2008 - 2028

| YEAR | AGE | RELATIONSHIP | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|--------------|-----------------|---------------|----------|
| **** | *** | ************ | ******** | ******* | ******** |
| 2008 | 60 | $1,245 | 0.99260 | $1,235 | $1,235 |
| 2009 | 61 | 1,671 | 0.98287 | 1,642 | 2,877 |
| 2010 | 62 | 1,690 | 0.97323 | 1,645 | 4,522 |
| 2011 | 63 | 1,709 | 0.96369 | 1,647 | 6,169 |
| 2012 | 64 | 1,729 | 0.95424 | 1,650 | 7,819 |
| 2013 | 65 | 1,749 | 0.94489 | 1,653 | 9,472 |
| 2014 | 66 | 1,769 | 0.93563 | 1,655 | 11,127 |
| 2015 | 67 | 1,789 | 0.92645 | 1,657 | 12,784 |
| 2016 | 68 | 1,810 | 0.91737 | 1,660 | 14,444 |
| 2017 | 69 | 1,831 | 0.90838 | 1,663 | 16,107 |
| 2018 | 70 | 1,852 | 0.89947 | 1,666 | 17,773 |
| 2019 | 71 | 1,873 | 0.89066 | 1,668 | 19,441 |
| 2020 | 72 | 1,895 | 0.88193 | 1,671 | 21,112 |
| 2021 | 73 | 1,917 | 0.87328 | 1,674 | 22,786 |
| 2022 | 74 | 1,939 | 0.86472 | 1,677 | 24,463 |
| 2023 | 75 | 1,961 | 0.85624 | 1,679 | 26,142 |
| 2024 | 76 | 1,984 | 0.84785 | 1,682 | 27,824 |
| 2025 | 77 | 2,007 | 0.83954 | 1,685 | 29,509 |
| 2026 | 78 | 2,030 | 0.83131 | 1,688 | 31,197 |
| 2027 | 79 | 2,053 | 0.82316 | 1,690 | 32,887 |
| 2028 | 80 | 1,747 | 0.81636 | 1,426 | $34,313 |

BODO PARADY            $34,313

Table 12

PRESENT VALUE OF NET GUIDANCE TO BODO
2007 - 2028

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| **** | *** | ************ | ******** |
| 2007 | 59 | $1,343 | $1,343 |
| 2008 | 60 | 1,642 | 2,985 |
| 2009 | 61 | 1,642 | 4,627 |
| 2010 | 62 | 1,645 | 6,272 |
| 2011 | 63 | 1,647 | 7,919 |
| 2012 | 64 | 1,650 | 9,569 |
| 2013 | 65 | 1,653 | 11,222 |
| 2014 | 66 | 1,655 | 12,877 |
| 2015 | 67 | 1,657 | 14,534 |
| 2016 | 68 | 1,660 | 16,194 |
| 2017 | 69 | 1,663 | 17,857 |
| 2018 | 70 | 1,666 | 19,523 |
| 2019 | 71 | 1,668 | 21,191 |
| 2020 | 72 | 1,671 | 22,862 |
| 2021 | 73 | 1,674 | 24,536 |
| 2022 | 74 | 1,677 | 26,213 |
| 2023 | 75 | 1,679 | 27,892 |
| 2024 | 76 | 1,682 | 29,574 |
| 2025 | 77 | 1,685 | 31,259 |
| 2026 | 78 | 1,688 | 32,947 |
| 2027 | 79 | 1,690 | 34,637 |
| 2028 | 80 | 1,426 | $36,063 |

PARADY          $36,063

Table 13

LOSS OF PAST GUIDANCE TO MARY
2007 - 2008

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| **** | *** | ************ | ******** |
| 2007 | 56  | $1,343       | $1,343   |
| 2008 | 57  | 407          | $1,750   |
| MOORE |    | $1,750       |          |

Table 14

PRESENT VALUE OF FUTURE GUIDANCE TO MARY
2008 - 2034

| YEAR | AGE | RELATIONSHIP | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|--------------|-----------------|---------------|----------|
| 2008 | 57 | $1,245 | 0.99260 | $1,235 | $1,235 |
| 2009 | 58 | 1,671 | 0.98287 | 1,642 | 2,877 |
| 2010 | 59 | 1,690 | 0.97323 | 1,645 | 4,522 |
| 2011 | 60 | 1,709 | 0.96369 | 1,647 | 6,169 |
| 2012 | 61 | 1,729 | 0.95424 | 1,650 | 7,819 |
| 2013 | 62 | 1,749 | 0.94489 | 1,653 | 9,472 |
| 2014 | 63 | 1,769 | 0.93563 | 1,655 | 11,127 |
| 2015 | 64 | 1,789 | 0.92645 | 1,657 | 12,784 |
| 2016 | 65 | 1,810 | 0.91737 | 1,660 | 14,444 |
| 2017 | 66 | 1,831 | 0.90838 | 1,663 | 16,107 |
| 2018 | 67 | 1,852 | 0.89947 | 1,666 | 17,773 |
| 2019 | 68 | 1,873 | 0.89066 | 1,668 | 19,441 |
| 2020 | 69 | 1,895 | 0.88193 | 1,671 | 21,112 |
| 2021 | 70 | 1,917 | 0.87328 | 1,674 | 22,786 |
| 2022 | 71 | 1,939 | 0.86472 | 1,677 | 24,463 |
| 2023 | 72 | 1,961 | 0.85624 | 1,679 | 26,142 |
| 2024 | 73 | 1,984 | 0.84785 | 1,682 | 27,824 |
| 2025 | 74 | 2,007 | 0.83954 | 1,685 | 29,509 |
| 2026 | 75 | 2,030 | 0.83131 | 1,688 | 31,197 |
| 2027 | 76 | 2,053 | 0.82316 | 1,690 | 32,887 |
| 2028 | 77 | 2,077 | 0.81509 | 1,693 | 34,580 |
| 2029 | 78 | 2,101 | 0.80710 | 1,696 | 36,276 |
| 2030 | 79 | 2,125 | 0.79919 | 1,698 | 37,974 |
| 2031 | 80 | 2,149 | 0.79135 | 1,701 | 39,675 |
| 2032 | 81 | 2,174 | 0.78360 | 1,704 | 41,379 |
| 2033 | 82 | 2,199 | 0.77591 | 1,706 | 43,085 |
| 2034 | 83 | 1,920 | 0.76934 | 1,477 | $44,562 |

MARY MOORE                                    $44,562

Table 15

PRESENT VALUE OF NET GUIDANCE TO MARY
2007 - 2034

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| 2007 | 56 | $1,343 | $1,343 |
| 2008 | 57 | 1,642 | 2,985 |
| 2009 | 58 | 1,642 | 4,627 |
| 2010 | 59 | 1,645 | 6,272 |
| 2011 | 60 | 1,647 | 7,919 |
| 2012 | 61 | 1,650 | 9,569 |
| 2013 | 62 | 1,653 | 11,222 |
| 2014 | 63 | 1,655 | 12,877 |
| 2015 | 64 | 1,657 | 14,534 |
| 2016 | 65 | 1,660 | 16,194 |
| 2017 | 66 | 1,663 | 17,857 |
| 2018 | 67 | 1,666 | 19,523 |
| 2019 | 68 | 1,668 | 21,191 |
| 2020 | 69 | 1,671 | 22,862 |
| 2021 | 70 | 1,674 | 24,536 |
| 2022 | 71 | 1,677 | 26,213 |
| 2023 | 72 | 1,679 | 27,892 |
| 2024 | 73 | 1,682 | 29,574 |
| 2025 | 74 | 1,685 | 31,259 |
| 2026 | 75 | 1,688 | 32,947 |
| 2027 | 76 | 1,690 | 34,637 |
| 2028 | 77 | 1,693 | 36,330 |
| 2029 | 78 | 1,696 | 38,026 |
| 2030 | 79 | 1,698 | 39,724 |
| 2031 | 80 | 1,701 | 41,425 |
| 2032 | 81 | 1,704 | 43,129 |
| 2033 | 82 | 1,706 | 44,835 |
| 2034 | 83 | 1,477 | $46,312 |

MOORE            $46,312

Table 16

LOSS OF PAST ACCOMPANIMENT TO BODO
2007 - 2008

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| **** | *** | ************ | ******** |
| 2007 | 59 | $2,700 | $2,700 |
| 2008 | 60 | 819 | $3,519 |
| PARADY | | $3,519 | |

Table 17

PRESENT VALUE OF FUTURE ACCOMPANIMENT TO BODO
2008 - 2028

| YEAR | AGE | RELATIONSHIP | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|--------------|-----------------|---------------|----------|
| **** | *** | ************ | ******** | ******* | ******** |
| 2008 | 60 | $2,503 | 0.99260 | $2,484 | $2,484 |
| 2009 | 61 | 3,360 | 0.98287 | 3,302 | 5,786 |
| 2010 | 62 | 3,399 | 0.97323 | 3,308 | 9,094 |
| 2011 | 63 | 3,438 | 0.96369 | 3,313 | 12,407 |
| 2012 | 64 | 3,478 | 0.95424 | 3,319 | 15,726 |
| 2013 | 65 | 3,518 | 0.94489 | 3,324 | 19,050 |
| 2014 | 66 | 3,558 | 0.93563 | 3,329 | 22,379 |
| 2015 | 67 | 3,599 | 0.92645 | 3,334 | 25,713 |
| 2016 | 68 | 3,640 | 0.91737 | 3,339 | 29,052 |
| 2017 | 69 | 3,682 | 0.90838 | 3,345 | 32,397 |
| 2018 | 70 | 3,724 | 0.89947 | 3,350 | 35,747 |
| 2019 | 71 | 3,767 | 0.89066 | 3,355 | 39,102 |
| 2020 | 72 | 3,810 | 0.88193 | 3,360 | 42,462 |
| 2021 | 73 | 3,854 | 0.87328 | 3,366 | 45,828 |
| 2022 | 74 | 3,898 | 0.86472 | 3,371 | 49,199 |
| 2023 | 75 | 3,943 | 0.85624 | 3,376 | 52,575 |
| 2024 | 76 | 3,988 | 0.84785 | 3,381 | 55,956 |
| 2025 | 77 | 4,034 | 0.83954 | 3,387 | 59,343 |
| 2026 | 78 | 4,080 | 0.83131 | 3,392 | 62,735 |
| 2027 | 79 | 4,127 | 0.82316 | 3,397 | 66,132 |
| 2028 | 80 | 3,511 | 0.81636 | 2,866 | $68,998 |

BODO PARADY                              $68,998

Table 18

PRESENT VALUE OF NET ACCOMPANIMENT TO BODO
2007 - 2028

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| **** | *** | ************ | ******** |
| 2007 | 59 | $2,700 | $2,700 |
| 2008 | 60 | 3,303 | 6,003 |
| 2009 | 61 | 3,302 | 9,305 |
| 2010 | 62 | 3,308 | 12,613 |
| 2011 | 63 | 3,313 | 15,926 |
| 2012 | 64 | 3,319 | 19,245 |
| 2013 | 65 | 3,324 | 22,569 |
| 2014 | 66 | 3,329 | 25,898 |
| 2015 | 67 | 3,334 | 29,232 |
| 2016 | 68 | 3,339 | 32,571 |
| 2017 | 69 | 3,345 | 35,916 |
| 2018 | 70 | 3,350 | 39,266 |
| 2019 | 71 | 3,355 | 42,621 |
| 2020 | 72 | 3,360 | 45,981 |
| 2021 | 73 | 3,366 | 49,347 |
| 2022 | 74 | 3,371 | 52,718 |
| 2023 | 75 | 3,376 | 56,094 |
| 2024 | 76 | 3,381 | 59,475 |
| 2025 | 77 | 3,387 | 62,862 |
| 2026 | 78 | 3,392 | 66,254 |
| 2027 | 79 | 3,397 | 69,651 |
| 2028 | 80 | 2,866 | $72,517 |

PARADY          $72,517

Table 19

LOSS OF PAST ACCOMPANIMENT TO MARY
2007 - 2008

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| **** | *** | ************ | ******** |
| 2007 | 56  | $2,700       | $2,700   |
| 2008 | 57  | 819          | $3,519   |

| MOORE | | $3,519 |
|-------|--|--------|

Table 20

PRESENT VALUE OF FUTURE ACCOMPANIMENT TO MARY
2008 - 2034

| YEAR **** | AGE *** | RELATIONSHIP ************ | DISCOUNT FACTOR ******** | PRESENT VALUE ******* | CUMULATE ******** |
|---|---|---|---|---|---|
| 2008 | 57 | $2,503 | 0.99260 | $2,484 | $2,484 |
| 2009 | 58 | 3,360 | 0.98287 | 3,302 | 5,786 |
| 2010 | 59 | 3,399 | 0.97323 | 3,308 | 9,094 |
| 2011 | 60 | 3,438 | 0.96369 | 3,313 | 12,407 |
| 2012 | 61 | 3,478 | 0.95424 | 3,319 | 15,726 |
| 2013 | 62 | 3,518 | 0.94489 | 3,324 | 19,050 |
| 2014 | 63 | 3,558 | 0.93563 | 3,329 | 22,379 |
| 2015 | 64 | 3,599 | 0.92645 | 3,334 | 25,713 |
| 2016 | 65 | 3,640 | 0.91737 | 3,339 | 29,052 |
| 2017 | 66 | 3,682 | 0.90838 | 3,345 | 32,397 |
| 2018 | 67 | 3,724 | 0.89947 | 3,350 | 35,747 |
| 2019 | 68 | 3,767 | 0.89066 | 3,355 | 39,102 |
| 2020 | 69 | 3,810 | 0.88193 | 3,360 | 42,462 |
| 2021 | 70 | 3,854 | 0.87328 | 3,366 | 45,828 |
| 2022 | 71 | 3,898 | 0.86472 | 3,371 | 49,199 |
| 2023 | 72 | 3,943 | 0.85624 | 3,376 | 52,575 |
| 2024 | 73 | 3,988 | 0.84785 | 3,381 | 55,956 |
| 2025 | 74 | 4,034 | 0.83954 | 3,387 | 59,343 |
| 2026 | 75 | 4,080 | 0.83131 | 3,392 | 62,735 |
| 2027 | 76 | 4,127 | 0.82316 | 3,397 | 66,132 |
| 2028 | 77 | 4,174 | 0.81509 | 3,402 | 69,534 |
| 2029 | 78 | 4,222 | 0.80710 | 3,408 | 72,942 |
| 2030 | 79 | 4,271 | 0.79919 | 3,413 | 76,355 |
| 2031 | 80 | 4,320 | 0.79135 | 3,419 | 79,774 |
| 2032 | 81 | 4,370 | 0.78360 | 3,424 | 83,198 |
| 2033 | 82 | 4,420 | 0.77591 | 3,430 | 86,628 |
| 2034 | 83 | 3,858 | 0.76934 | 2,968 | $89,596 |

MARY MOORE                              $89,596

Table 21

PRESENT VALUE OF NET ACCOMPANIMENT TO MARY
2007 - 2034

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| 2007 | 56 | $2,700 | $2,700 |
| 2008 | 57 | 3,303 | 6,003 |
| 2009 | 58 | 3,302 | 9,305 |
| 2010 | 59 | 3,308 | 12,613 |
| 2011 | 60 | 3,313 | 15,926 |
| 2012 | 61 | 3,319 | 19,245 |
| 2013 | 62 | 3,324 | 22,569 |
| 2014 | 63 | 3,329 | 25,898 |
| 2015 | 64 | 3,334 | 29,232 |
| 2016 | 65 | 3,339 | 32,571 |
| 2017 | 66 | 3,345 | 35,916 |
| 2018 | 67 | 3,350 | 39,266 |
| 2019 | 68 | 3,355 | 42,621 |
| 2020 | 69 | 3,360 | 45,981 |
| 2021 | 70 | 3,366 | 49,347 |
| 2022 | 71 | 3,371 | 52,718 |
| 2023 | 72 | 3,376 | 56,094 |
| 2024 | 73 | 3,381 | 59,475 |
| 2025 | 74 | 3,387 | 62,862 |
| 2026 | 75 | 3,392 | 66,254 |
| 2027 | 76 | 3,397 | 69,651 |
| 2028 | 77 | 3,402 | 73,053 |
| 2029 | 78 | 3,408 | 76,461 |
| 2030 | 79 | 3,413 | 79,874 |
| 2031 | 80 | 3,419 | 83,293 |
| 2032 | 81 | 3,424 | 86,717 |
| 2033 | 82 | 3,430 | 90,147 |
| 2034 | 83 | 2,968 | $93,115 |

MOORE                $93,115