# EXHIBIT "A"







Case 1:07-cv-03640-JCF    Document 48-2    Filed 07/18/2008    Page 4 of 14



















