DOCUMENT ELECTRONICALLY FILED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------- x
BODO PARADY, as Special Administrator of
the Estate of SABINA PARADI and BODO
PARADY and MARY MOORE, individually,

                              Plaintiffs,

    -against-

MICHAEL R. PHILLIPS,

                              Defendants,
---------------------------------------------------------- x

07 CIV 3640 (JCF)
ECF CASE

Magistrate Judge Francis-all purposes

**CERTIFICATION OF SERVICE**

PAUL A. LIGGIO, ESQ., of full age, hereby certifies as follows:

1.    I am an attorney at law admitted to practice in the State of New York and the United States District Court for the Southern District of New York, associated with the law firm of James D. Butler, P.A., attorneys for defendant, Michael R. Phillips in the above matter.

2.    On July 18, 2008, I caused a copy of defendant's In Limine Motions (1. To Bar the Report and Testimony of Plaintiffs' Economic Expert, Stan V. Smith; 2. To Bar Testimony of Steven Flanagan, M.D. and Angelo Canedo, Ph.D., Plaintiffs' Medical Experts, on the Issue of Pain and Suffering and Level of Awareness; and 3. To Bar Introduction of Decedent's Photographs at Time of Trial), to be served electronically (with courtesy copies sent regular mail) upon the Court and upon Michael V. Kaplen, Esq., DeCaro & Kaplen, LLP, 427 Bedford Road, Ste 260, Pleasantville, NY 10570, counsel for plaintiffs, and upon Richard Wedinger, Esq., Barry, McTiernan & Wedinger, 1024 Amboy Avenue, Edison, NJ 08837, counsel for defendant.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: July 18, 2008

                                            Respectfully submitted,

                                            JAMES D. BUTLER, P.A.
                                            591 Summit Avenue
                                            Jersey City, New Jersey 07306
                                            (201) 653-1676
                                            Attorneys for Defendant, Michael R. Phillips

                                            BY:   s/ Paul A. Liggio
                                                    PAUL A. LIGGIO (PAL/8122)