# Exhibit "A"

**STEVEN FLANAGAN, M.D.**
77 Stanford Avenue
West Orange, New Jersey  07052-2044
(973) 243-0665
Steven.Flanagan@nyumc.org

**Date of Birth:**          February 10, 1962

**Place of Birth:**         New York, New York

**Citizenship:**            USA

**Academic Appointments:**   Chairman, Department of Rehabilitation Medicine
New York University School of Medicine
May 9, 2008 – Present

Professor, Department of Rehabilitation Medicine
New York University School of Medicine
April 1, 2008 - Present

Vice Chairman, Department of Rehabilitation Medicine
Mount Sinai School of Medicine
January 1, 2000 – March 31, 2008

Associate Professor, Department of Rehabilitation Medicine
Mount Sinai School of Medicine.
July 1, 2005 – March 31, 2008

Assistant Professor, Department of Rehabilitation Medicine
Mount Sinai School of Medicine
July 1, 1995 – June 30, 2005

Instructor, Department of Rehabilitation Medicine
Mount Sinai School of Medicine
July 1, 1992- June 30, 1995

**Hospital Appointments:**   Medical Director
Rusk Institute of Rehabilitation Medicine
New York University Medical Center
May 9, 2008 – Present

Attending Physician
Department of Rehabilitation Medicine
New York University School of Medicine
April 1, 2008 - Present

Assistant Attending Physician
The Mount Sinai Medical Center
New York, New York.
1992 – March 31, 2008

Consulting Physician
Queens Nassau Nursing Home
Queens, New York
1/96 - Present

Assistant Clinical Attending - Elmhurst Hospital Center
Elmhurst, New York
1992 – March 31, 2008

Consulting Physician
Park Terrace Nursing Home
Queens, New York
6/96 – Present

Medical Director of Brain Injury Rehabilitation
Park Terrace Center
Queens, NY
10/04 - Present

Consulting Physician
Northern Manhattan Nursing Home
New York, NY
4/97 – 6/99

**Certification:**            American Board of Physical Medicine and Rehabilitation
                             Part I - Philadelphia PA.          1992
                             Part II- Rochester MN.             1993
                             Recertification                    2003

**Professional Societies:**   Association of Academic Physiatrists.
                             American Academy of Physical Medicine and Rehabilitation.
                             American Congress of Rehabilitation Medicine
                             American Medical Association.
                             International Association for the Study of Traumatic Brain Injury.
                             Brain Injury Association of New York State
                             New York Academy of Traumatic Brain Injury

**Education:**               University of Medicine and Dentistry of New Jersey.
                             New Jersey Medical School: 1984-1988
                             Degree Awarded: M.D.

                             Fairfield University:     1980 - 1984
                             Degree Awarded: Bachelor of Science.

2

3

| | |
|---|---|
| **Postdoctoral Training:** | Physical Medicine and Rehabilitation<br>The Mount Sinai Medical Center, New York, New York<br>1989 - 1992 |
| | Chief Resident - Physical Medicine and Rehabilitation<br>The Mount Sinai Medical Center, New York, New York<br>1991 - 1992 |
| | Transitional Internship<br>Overlook Hospital, Summit, New Jersey<br>1988 - 1989 |
| **Institutional Service:** | Epic Development – Department of Rehabilitation Medicine<br>6/07 -10/07 |
| | Orthopedic Chairman Search Committee<br>Ad-hoc member<br>10/05 |
| | Course Director<br>Brain Injury: The Continuum of Care<br>Mount Sinai School of Medicine<br>11/16/01 – 11/18/01 |
| | Course Director: "Advances in NeuroRehabilitation"<br>Mount Sinai School of Medicine<br>New York, NY<br>11/15/02 – 11/16/02 |
| | Course Director<br>Advancing Care and Function: Brain Injury and Spinal Cord Injury<br>Mount Sinai School of Medicine<br>New York, NY<br>11/21/03 - 11/22/03 |
| | Director – Brain Injury Rehabilitation Fellowship<br>Mount Sinai School of Medicine<br>New York, NY<br>2001- 2002 |
| | Medical Director - Brain Injury Program<br>Mount Sinai Medical Center,<br>New York, NY<br>2/96 - Present. |
| | Co-Director - Inpatient Rehabilitation Unit<br>Mount Sinai Medical Center |

3

4

New York, New York
7/92 - 2/96.

Mount Sinai Medical Center Home Care
Professional Advisory Committee
9/95  - 9/01

The Mount Sinai School of Medicine Admissions Committee.
9/95 – 6/30/04.

The Mount Sinai Medical Center Palliative Care Initiative
10/95 – 10/98

The Mount Sinai Medical Center
Department of Rehabilitation Medicine
Inpatient Re-Engineering Committee.
9/95 - 12/95

The Mount Sinai Medical Center
Department of Rehabilitation Medicine
Inpatient Re-Engineering Committee, Co-Leader
5/96 - 10/96

Faculty Practice Associates Quality of Care Committee
6/98-6/00

Faculty Practice Associates Professional Advisory Committee
1/98-Present

Search Committee - Chief of Otology and Neuro-otology
9/98-11/98

Steering Committee -The Mount Sinai - NYU Merger of the
Department of Rehabilitation Medicine
10/98- 4/99

Faculty Practice Associates Space Committee.
1998 - 2002

FPA Subcommittee Chairperson on Space Requirements for Teaching
12/98 – 6/99

Working Committee - The Mount Sinai - NYU Merger of the
Department of Rehabilitation Medicine
10/98- 4/99

Chairman -- Closed Record Review
Department of Rehabilitation Medicine

7/98 – 7/01

Capital Budget Committee
The Mount Sinai Hospital
11/00 – 12/02

**Training/Education:** Development of Slide Presentation: Mild Traumatic Brain Injury
Sponsor: American Academy of Physical Medicine and Rehabilitation
Collaborator: Nathan Zasler, M.D.

**Reviewer:** Journal of Rehabilitation Research and Development
1999 – 2000

Traumatic Brain Injury Special Interest Group of the American
Academy of Physical Medicine and Rehabilitation
1998 – 2004

American Journal of Physical Medicine and Rehabilitation
1999 - Present

Archives of Physical Medicine & Rehabilitation
2005 - present

**International Committees:** Indian Head Injury Foundation
Advisory Board Member
2007-present

**National Committees:** Planning Committee
Annual Meeting American Congress of Rehabilitation Medicine
2008

American Board of Physical Medicine and Rehabilitation
Examiner: Part II
2007

Brain Trauma Foundation
Medical Advisory Board Member
2007 – present

Veteran's Administration Rehabilitation, Research and Development
Merit Review Panel – Traumatic Brain Injury
Panel Chairman - February 2008
                September 2007
                March 2007
Participant -     August 2006

Chairman: Brain injury Special Interest Group
American Academy of Physical Medicine and Rehabilitation

5

October 2007 – Present

Vice Chairman: Brain Injury Special Interest Group
American Academy of Physical Medicine and Rehabilitation
October 29, 2005 – 2007

Planning Committee: 2nd Federal TBI Interagency Conference
December 2003-March 2005

Galveston Brain Injury Conference: Invited Attendance
November 2000
November 2001
October 2002
March 2004
March 2005
May 2006
April 2007
May 2008

**Original Peer Review:**    Flanagan SR, Cantor JB, Ashman TA:  Traumatic Brain Injury: Future Assessment Tools and Treatment Prospects.  J Neuropsychiatric Disease and Treatment.  In Press.

Shah RR, Haghpanah S, Elovic EP, Flanagan SR, Behnegar A, Nguyen V, Page SJ, Fang ZP, Chae J: MRI Findings in the Painful Post Stroke Shoulder.  Stroke 2008 - In Press.

Brown AW, Elovic EP, Kothari S, Flanagan SR, Kwasnica C. Brain Injury Rehabilitation. 1. Epidemiology, Pathophysiology, Prognostication, Innovative Treatments and Prevention. Arch Phys Med Rehabil 2008;89(3 Suppl 1)

Flanagan SR, Kwasnica C, Brown AW, Elovic EP, Kothari S. Brain Injury Rehabilitation. 2. Medical Rehabilitation in Acute and Subacute Settings. Arch Phys Med Rehabil 2008;89(3 Suppl 1)

Kwasnica C, Brown AW, Elovic EP, Kothari S, Flanagan SR. Brain Injury Rehabilitation. 3. Spectrum of the Acquired Brain Injury Population. Arch Phys Med Rehabil 2008;89(3 Suppl 1)

Elovic EP, Kothari S, Flanagan SR, Kwasnica C, Brown AW. Brain Injury Rehabilitation. 4. Traumatic Brain Injury Medicine: Outpatient and Community Reintegration. Arch Phys Med Rehabil 2008;89(3 Suppl 1)

Kothari S, Flanagan SR, Kwasnica C, Brown AW, Elovic EP. Brain Injury Rehabilitation. 5. Traumatic Brain Injury Medicine: Emerging Concepts in Prognostication, Evaluation, and Treatment. Arch Phys Med Rehabil 2008;89(3 Suppl 1)

6

Ashman TA, Cantor JB, Gordon WA, Spielman L, Egan M, Ginsberg A, Engmann C, Dijkers M, Flanagan S. Objective measurement of fatigue following traumatic brain injury. J Head Trauma Rehabil 2008;23:33-40.

Cantor JB, Ashman T, Gordon W, Ginsberg A, Engmann C, Egan M, Spielman L, Dijkers M, Flanagan S. Fatigue after traumatic brain injury and its impact on participation and quality of life. J Head Trauma Rehabil 2008;23:41-51.

Flanagan SR, Greenwald B, Wiener S: Pharmacological Treatment of Insomnia for Individuals with Brain Injury. J Head Trauma Rehabil 2007; 22-67-70.

Chae J, Yu DT, Kirsteins A, Elovic EP, Flanagan SR, Harvey RL, Zorowitz RD, Fang ZP. Intramuscular electrical stimulation for shoulder pain in hemiplegia: does time from stroke onset predict treatment success? Neurorehabil Nerual Repair 2007;21:561-7.

Flanagan SR, Greenwald B, Wieber S. Pharmacological treatment of insomnia for individuals with brain injury. J Head Trauma Rehabil 2007;22:67-70.

Chae J, Mascarenhas D, Yu D, Kirsteins A, Elovic E, Flanagan S, Harvey R, Zorowitz R, Fang Z. Post-stroke shoulder pain: Its relationship to motor impairment, activity limitation and quality of life. Arch Phys Med Rehabil 2007;88:298-301.

Flanagan SR, Hibbard MH, Riordan B, Gordon, WA. Traumatic brain injury in the elderly: diagnostic and treatment challenges. Clin Geriatr Med. 2006;22:449-468

Chae J, Yu DT, Walker ME, Kirsteins A, Eloric EP, Flanagan SR, etal.: Intramuscular stimulation for hemiplegic shoulder pain: A 12 Months Follow-Up of a Multi-Center, Randomized Clinical Trial. American Journal of Physical Medicine Rehabil 2005; 84:832-42.

Flanagan SR, Hibbard MH, Gordon WA. The impact of age on traumatic brain injury. Phys Medicine Rehabilitation Clinic North America. 2005;16:163-177

Breed ST, Flanagan SR, Watson KR. The relationship between age and the self-report of health symptoms in individuals with TBI. Arch Phys Med Rehabil 2004;85(4 Suppl 2):S61-7.

Yu DT, Chae J, Walker ME, Kirsteins A, Elovic EP, Flanagan SR, et al. Intramuscular neuromuscular electrical stimulation for post-stroke shoulder pain; A multicenter randomized clinical trial. Arch Phys Med Rehabil 2004;85:695-704.

7

Flanagan SR, Kane L, Rhoades D. Pharmacological modification of recovery following brain injury. J Neurol Phys Ther 2003.

Sabari JS, Kane L, Flanagan SR, Steinberg A. Constraint-Induced motor relearning after stroke: A naturalistic Case report. Arch Phys Med Rehabil. 4 (82) 524-528, 2001.

Hibbard MR, Gordon WA, Flanagan S, Haddad L, Labinski E. Sexual dysfunction after traumatic brain injury. NeuroRehabiliation. 15:107-120, 2000.

Flanagan S: Psychostimulant Treatment of Stroke and Brain Injury/CNS Spectrum. 5 (3) 59-69, 2000

Flanagan S: Physiatric Management of Mild Traumatic Brain Injury. The Mount Sinai Journal of Medicine. 66:152-159, 1999.

Bauman WA, Spungen AM, Flanagan S, Zhong YG, Alexander LR, Tsitouras PD: Blunted growth hormone response to Intravenous Arginine in subjects with a spinal cord injury. Hormone: Met. Res. 26 (3):149-153, 1994.

Mechanick JI, Pomerantz F, Flanagan S, Stein AB, Gordon WA and Ragnarsson KT: Parathyroid hormones suppression in spinal cord injury patients is associated with the degree of neurologic impairment and not the level of injury. Arch Phys Med Rehabil. 78:692-696, July 1997.

**Chapters:**

Flanagan S, Tuhrim S: Stroke Prognosis, Treatment and Rehabilitation. In Morrison RS, Meier D (eds): Geriatric Palliative Care. Oxford University Press. 282-350.

Ragnarsson KT, Flanagan SR, Ross MK: Rehabilitation Issues. In Invaturey RR, Cayten CG (eds): Textbook of Penetrating Trauma. Malvern, Lea and Febiger. 1099-1111, 1995.

Flanagan S, Eastwood EA, and Kane LA: Rehabilitation of patients with subarachnoid hemorrhage. In Bederson J. Subarachnoid Hemorrhage. Pathophysiology and Management. The American Association of Neurological Surgeons, Park Ridge. 239-252, 1997.

Flanagan S, Ragnarsson KTR, Ross MK, Wong D: Rehabilitation of the Orthopedic Geriatric Patient. In Levy R (ed): Clinical Orthopedics and Related Research. 316: 80-92, 1995.

**Other Publications:**

Flanagan S. Book Review: Brain Injury Medicine: Principles and Practice. NEJM 2007:356:2333-4

Gordon WA, Flanagan S, Hibbard M, Ashman, T: Defeating Depression.   Advances for Occupational Therapy Practioneers. June, 2004.

Flanagan S, Gordon W: Book Review, Community-Based Employment Following Traumatic Brain Injury. In J. Head Injury Rehabil. 11(1): 103-104, 1996.

Picard MM,  Flanagan S, Hibbard M, Lieblich F, Theodor L: To Your Health: A wellness workbook for individuals with traumatic brain injury.  Rehabilitation Services Administration, U.S. Department of Education.  1994.

**Abstracts:**          Gracies JM, Simpson D, Flangan S. Clinical trial of Botulinum Toxin Type A injections into the elbow flexors in hemiplegia: effects beyond the muscle injected.

Incidence of Distal Deep venous thrombosis among rehabilitation medicine inpatients with Brain Injury.  Arch Phys Med Rehabil 83: 1649, 2002.

Gracies JM, Weisz DJ, Yang BY, Flanagan S, Simpson D:  Evidence for increased antagonist strength and movement speed following botulinum toxin injections in spasticity.  Neurology 2001 (in press).

Flanagan SR, Tuhrim S, Cash B: Determination of Stroke Origin Admission.  Am. J Phys Med Rehabil 78:184 1999.

Bauman WA, Flanagan S, Zhong YG, Spungen AM, Tsitouras PD: Reduced metabolic somatomedin-C levels and blunted growth hormone response to intravenous arginine in subjects with spinal cord injury.  The Endocrine Society 74th Annual Mtg., Program and Abstracts, No. 488 (1992).

**Research:**           New York Traumatic Brain Injury -Model System.
Co-Principle Investigator
Funding Cycle:  10/1/07 – 9/30/12
Funding Source: National Institute for Disability and Rehabilitation Research.
Fund Award:  $400,000/year

Safety and Effectiveness of Cortical Stimulation in the Treatment of Upper Extremity Hemiparesis
Site PI: Steven Flanagan, M.D. Mount Sinai
03/06 – present
Funding Source:  Northstar Neuroscience
Fund amount (total):$300,000

Pain and functional recovery following hip fracture
Principal Investigator - R. Sean Morrison, MD
Investigator – Steven R Flanagan, M.D. (10% effort)
National Institute on Aging
(R01 AG022108)
7/1/03-6/30/07
Direct costs $850,000

Assessment of percutaneous electrical stimulation for treatment of hemiplegic shoulder pain
Site PI: Steven Flanagan, M.D.   Mount Sinai site
3/05 – 1/07
Funding Source: NeuroControl
Fund Award: $27,000

CO# R04/CCR223278
Web-based health support for people with brain damage.
Principal Investigator: Marcel Dijkers, Ph.D.
Investigator: Steven Flanagan, M.D.
Funding Cycle: 9/30/03 – 9/29/06
Funding Source: Centers for Disease Control and Prevention
Fund Award: $630,800.
Percent effort: 2%

A 12-week prospective, double blind, placebo-controlled multicenter study evaluating the efficacy and safety of Exelon 3 to 6mg/day in patients with traumatic brain injury with persistent cognitive deficits.
Site PI: Steven Flanagan, M.D. Mount Sinai
01/02 -12/04
Funding source: Novartis   Fund Award:  $10,424/subject

New York Traumatic Brain Injury -Model System.
Co-Principle Investigator: Steven R. Flanagan, M.D.
Funding Cycle:  10/1/02 – 9/30/07
Funding Source: National Institute for Disability and Rehabilitation Research.
Fund Award:  $365,000/year

Safety and Efficacy of Donepezil in Traumatic Brain Injury
Site PI: Wayne Gordon, Ph.D.. Mount Sinai
3/01 – 01/02
Funding Source:  Eisai

Serial Casting vs Ultrasound with weight bearing for treatment of ankle equinovarus after traumatic brain injury

10

Site PI: Steven Flanagan, M.D.  Mount Sinai Site
2/01 – 1/01


Intramuscular Electrical Stimulation in Hemiplegic
Shoulder Subluxation
Site PI: Steven Flanagan, Mount Sinai Site
Sponsor:  NeuroControl
1/00 – 6/02
Fund Award:  $185,000

Successful Aging with Traumatic Brain Injury
PI: Wayne Gordon, Ph.D..
1999 - 2003
Sponsor – NIDRR
Funding Source; NIDRR
Fund Award: $800,000/year

Efficacy of endplates targeting for Botox injection in the treatment of
upper limb spasticity following stroke or traumatic brain injury.
1998 – 2000
PI: David Simpson, M.D.
Funding Source: Allergen

Validity of the Tardieu Scale in Observing Spasticity after Brain Injury.
1998 – 2002
PI: Jean Michel Gracies, M.D.
Internal study

Efficacy of Botulinum Toxin in the Management of Upper and
Lower Extremity Spasticity following stroke.
1995 – 2000
PI: David Simpson, M.D.
Funding Source: Allergen

Incidence and Outcomes of Individuals with Concomitant
Traumatic Brain Injury and Traumatic Spinal Cord Injury.
PI: Wayne Gordon, M.D.
1995 - 2000
Funding Source: NIDRR

Impact of Case Management on Outcomes for Individuals with Brain
Injury.
Funding Source: Langeloth Fund
1/99-1/00
PI: Steven Flanagan, M.D.
Fund Award:  $100,000

11

Efficacy of Recombinant Platelet Derived Growth Factor in the
Management of Pressure Sores.
Site PI: Steven Flanagan, M.D.  Mount Sinai
Funding Source: Zymogenetics
Fund Award: $120,000
1992 - 1994

**Media Appearances:**

**Concussion in Sports**
Interview on WNBC – Today Show
Dec 8, 2007

**Recovery From Coma**
Interview on ABC-TV Good Morning America
Jul7 12, 2007

**Traumatic Brain Injured Veterans in Iraq and Afghanistan**
Interview on WABC-TV : "Be Seen, Be Heard"
March 8, 2007

**Cortical Stimulation Following Stroke**
Interview on WNBC News-TV
New York, NY
July 2006

**Physical and Mental Recovery from Extended Coma**
Interview on CKNW/Corus Radio Network
Vancouver, BC
July 2003

**PET Assisted Therapy**
Interview on WNBC-TV 4 News
August 2000

**Constraint Induced Therapy**
Cable News Network
May 2000

**Mild Traumatic Brain Injury/PET Scan**
Interview on NBC-TV Evening News
May 2000

**Mild Traumatic Brain Injury and Sports**
Interview on CNN
10/99

**Mild Traumatic Brain Injury and Sports**
Interview on MSNBC
10/99

**Rehabilitation after West Nile – Fever Encephalitis**
Interview on CNN.
10/99

**Interview on the Death of Floyd Patterson**
WOR-TV News
2/98

**Interview on the Death of Michael Kennedy**
American Journal-TV
12/97

**Interview on the Death of Sony Bono**
Fox Cable Network
12/97

**Exercise and Traumatic Brain Injury**
CNN
11/97

**Role of Physiatry in Managing Individuals with Spinal Cord Injuries**
Interview on WFDU 88 FM Access Bergen County
12/7/93

**History and Role of Physiatry in Medicine**
Interview on WFDU 88 FM Access Bergen County
1/92.


**PRESENTATIONS:**
**International:**          **Pharmacological Management of Agititation and Impaired**
                           **Cognition After Traumatic Brain Injury**
                           Reykjalundur Rehabilitation Center
                           Reykjavik, Iceland
                           01/18/07

                           **Brain Injury Rehabilitation: The Continuum of Care**
                           Laeknadagar Medical Conference
                           Reykjavik, Iceland
                           01/19/07

                           **Utility of Advanced Neuroimaging Technology After Stroke:**
                           **Diagnosis, Prognosis and Treatment**
                           Severe Acquired Brain Injuries: Diagnosis, Clinical Aspects and
                           Resources of Modern Rehabilitation Medicine

13

Cassino (Frosinone) – Italy
09/26/06

**Traumatic Brain Injury Rehabilitation**
Rajdadiji Hospital
Jodhpur, India
November 16, 2005

**Challenges of Brain Injury Rehabilitation**
Indraprastha Apollo Hospitals
Delhi, India
November 19, 2005

**Utility of Functional Neuroimaging After Stroke**
Congresso Internazionale
Il Diabete E Le Malattie Neurolgiche Invalidanti
Orvieto, Italy
May 4, 2004

**Brain Injury Rehabilitation: The Continuum of Care in the United States**
Citta di Castello, Italy
November 8, 2003

**Rehabilitation in the 3rd Millennium: Panel Discussion**
Citta di Castello, Italy
November 7, 2003

**Utility of Functional Neuroimaging after Traumatic Brain Injury.**
Citta de Castello, Italy
November 6, 2003

**Naturalistic Case Study of Constraint Induced Therapy after Stroke**
Poster Presentation
Kananaskis,  Alberta, Canada
3/2000

**Pharmacological Intervention of Cognitive and Behavioral Impairments after TBI**
Europarque – St. Maria da Feira, Portugal
1/30/00

**Mild Traumatic Brain Injuries – New MRI Assessments**
Europarque – St. Maria da Feira, Portugal
2/1/00

**National:**          **Management of Individuals Who are Slow to Recover**
Contemporary Forum
Orlando , FL

14

4/4/08

**Effective Strategies to Market Your Rehabilitation Center of Excellence**
World Research Group Conference: Rehabilitation Centers of Excellence
Las Vegas, NV
11/29/07

**Geriatric traumatic Brain Injury: Diagnosis and Treatment Challenges**
2006 ACRM-ASNR Annual Meeting
Boston, MA
10/01/06

**Poster Presentation:    Recovery   patterns   following   long-term inpatient rehabilitation**
2006 ACRM-ASNR Annual Meeting
Boston, MA
October 2006

**Poster   Presentation:    Frequency   of   Distal   Lower   Limbs Thrombophlebitis   in   Patients   Receiving   Brain   Injury   Related Rehabilitation.**
Orlando, Florida
11/22/02

**Moderator: Scientific Presentation on Stroke**
64th Annual Meeting of the American Academy of Physical Medicine and Rehabilitation
Orlando
11/23/02

**Functional Neuroimaging**
62nd Annual Meeting of the American Academy of Physical Medicine and Rehabilitation
San Francisco
11/02/00

**Mild Traumatic Brain Injury – New Developments in Assessment**
Conference:   61st   Annual   Assembly   of   the   American   Academy   of Physical Medicine and Rehabilitation
Washington D.C.
11/13/99

**Medical Issues for Individuals with Traumatic Brain Injury in Rehabilitation Settings:**
71st Annual Meeting of the American Congress of Rehabilitation

15

Medicine.
Hyatt Regency, Minneapolis, MN
6/12/94

**Regional:**            **Pharmacological Management of Brain Injury – Related Cognitive Dysfunction**
New York Academy of Traumatic Brain Injury Eleventh Annual Conference.
New York, NY
3/29/08

**Pharmacological Treatment of Impaired Cognition Following Traumatic Brain Injury**
Brain Trauma Foundation
Web-based presentation
July 20, 2007

**Advances in Traumatic Brain Injury Research, Diagnosis and Treatment**
Brain Injury Association of New York State
June 5, 2008

New York State Department of Health – Best Practices
October 11, 2007
Albany, NY

Rhode Island Brain Injury Association
Providence, RI
March 7, 2007

**Medical Complications Following Traumatic Brain Injury**
Traumatic Brain Injury/Polytrauma Conference
James J Peters Veteran's Affairs Medical Center
Bronx, NY
08/15/06

**Recovery Curves Following Traumatic Brain Injury**
Brain Injury Association of New York State Annual Conference
Albany, NY
06/08/06

**Update on Neuroimaging Advances for Traumatic Brain Injury**
Traumatic Brain Injury Model System of Care Leadership Conference
Mount Sinai School of Medicine
New York, NY
04/17/08

Grand Rounds: Departments of Neurology and Physical Medicine and Rehabilitation

16

Long Island Jewish Medical Center
05/23/06

**Understanding the Congitive and Behavioral Impairments of Brain Injury**
Legal Aid Society
New York, NY
02/22/06

**Developing Partnerships in a Continuum of Care for Individuals with TBI**
New York State Department of Health Conference: Best Practices/Working Together
Albany, NY
10/18/05

**TBI Related Disability**
Social Security Administration
Policy Conference: Neurological Disorders in the
Disability Program
New York, NY
7/29/05

**Recovery Curves Following TBI**
Brain Injury Association of New York State
Annual Conference
Albany, NY
6/8/05

**Stroke Rehabilitation**
Department of Physical Medicine and Rehabilitation
Long Island Jewish Medical Center
New Hyde Park, NY
11/17/04

**Medical Complications of Traumatic Brain Injury**
Department of Rehabilitation Medicine
Cornell-Weill College of Medicine
New York, NY
3/19/04

**Pharmacological Enhancement of Cognitive Skills after Traumatic Brain Injury.**
Keynote speaker, New York
Academy of Physical Medicine and Rehabilitation
New York, NY
September 3, 2003

17

**Ask the Experts**
Brain Injury Association of New York State Annual Conference
Albany, New York
6/6/03
6/12/04
6/9/05

New York State Department of Health: Best Practices in TBI
10/08/03
10/09/02

**Cerebral Plasticity and Recovery after Brain Injury**
Course: Care Throughout the Continuum: Acquired Brain Injury
Rehabilitation
North Shore – Long Island Jewish Health System
New York, 3/22/03

**Advances in the Pharmacological Treatment of TBI-Related**
**Cognitive Impairments**
Course: Advances in NeuroRehabilitation
Mount Sinai School of Medicine
New York, NY
11/15/02

**Pharmacology Modification of Motor and Cognitive Skills after**
**Brain Injury**
New York Academy of Physical Medicine and Rehabilitation
New York, New York
09/03/02

Conference: Advances in NeuroRehabilitation
Mount Sinai School of Medicine
New York, NY
11/15/02

**Review of Traumatic Brain Injury**
Course: Intensive Review of Physical Medicine Rehabilitation
NYU School of Medicine
New York, NY
03/22/02
03/21/03
04/02/04
04/08/05
03/31/06
03/30/07

18

03/28/08

**Healing the Body after TBI**
Conference: Best Practices in TBI
Sponsors: New York State Department of Health
Albany, NY
10/9/02

**Clinical Demonstration of Intrathecal Baclofen in Brain Injury**
Conference: Brain Injury:  The Continuum of Care.
Mount Sinai School of Medicine, NU
11/17/01
11/16/02
11/21/03

**Pharmacological Management of Cognitive and Behavioral
Impairments after TBI.**
Conference: Brain Injury:  The Continuum of care.
Mount Sinai School of Medicine, NY
11/16/01

Conference:  Advances in NeuroRehabilitation-Mount Sinai
School of Medicine, New York, NY; 11/15/02

**Acute Rehabilitation in the ICU**
Conference: Regional Meeting of the Critical Care Registered Nurses
Association
10/6/2000

**Levels of Consciousness after Traumatic Brain Injuries**
Conference: Best Practices in Traumatic Brain Injuries
Sponsored by New York State Department of Health
10/8/98

**How to talk to your Primary Care Provider about TBI.**
Conference: Work in Progress Building Partnerships for Independence
Brain Injury Association of New York State 16th Annual Conference
June 1998.

**Medical Problems Associated with Mild Traumatic Brain Injury**
Keynote Speaker: New York Academic of Physical Medicine and
Rehabilitation.
New York, New York
2/4/98

**Mild Traumatic Brain Injury**
Kessler Institute for Rehabilitation Intensive Review course in

19

Physical Medicine and Rehabilitation
3/11/97

**Rehabilitation of the Geriatric Patient**
UMDNJ - School of Osteopathic Medicine
Stratford, New Jersey
10/14/96

**Behavioral Difficulties of Individuals with Traumatic Brain Injury**
Conference: Positive Behavioral Supports and Traumatic Brain Injury
Hunter College (CUNY)
6/6/96

**Conference: Care of Patients with Traumatic Brain Injuries in Extended Care Facilities**
Beth Abraham Hospital, Bronx, New York
4/26/95

**Models of Care: Management of the Individual with Traumatic Brain Injury: Panel Discussion**
New York State Department of Health
Conference on Traumatic brain Injury, Albany New York
10/3/94

Conference: Management of Individual with Traumatic Brain Injury in a Nursing Home.  Sea View Nursing Home, Staten Island, NY
12/6/93

**Neurochemical Aspects of Traumatic Brain Injury**
Grand Rounds
New Medico, Philadelphia, PA
11/3/92

**Local:**                **Traumatic Brain Injury: Future Assessments and Treatment**
New York University-Langone Medical Center
06/05/08

**Treatment Approaches to Cognitive and Behavioral Problems Following Traumatic Brain Injury**
St. John's Riverside Hospital
Yonkers, NY
05/16/07
06/20/07

**Stroke Rehabilitation**
Mini-Med School
Mount Sinai School of Medicine

20

New York, NY
12/05/05

**Rehabilitation Management of Spasticity**
Department of Neurology Course
Mount Sinai School of Medicine
New York, NY
12-10-05

**Utility of Advanced Neuroimaging Techniques for Traumatic Brain Injury**
Grand Rounds
Rusk Institute of Rehabilitation Medicine
New York, NY
06/04/08

Grand Rounds
Kessler Institute for Rehabilitation
West Orange, NJ
09/13/05

Therapy Grand Rounds
Columbia Presbyterian Medical Center
New York, NY
09/13/05

**Rehabilitation Medicine and Traumatic Brain Injury**
Mini Medical School
Mount Sinai School of Medicine
New York, NY
04/05/05

**Rehabilitation Techniques & Management Strategies Following Stroke**
Department of Neurology
Mount Sinai School of Medicine
New York, NY
12/02/04

**Neurological Complications Following Traumatic Brain Injury**
Department of Rehabilitation Medicine
New York – Weill College of Medicine of Cornell University
New York, NY
3/19/04

**Collaboration between Rehabilitation and Orthopedics for Patients with Brain Injury.**
Grand Rounds: Department of Orthopedic Surgery
Mount Sinai School of Medicine

New York, NY
2/20/02

Department of Orthopedic Surgery
Mount Sinai School of Medicine
New York, NY
8/9/05

**TBI "101"**
Elmhurst Hospital Center
Department of Rehabilitation Medicine
1/9/03

**Introduction to the TBI – Model Systems**
Elmhurst Hospital Center
Department of Rehabilitation Medicine
New York
12/5/02

**Rehabilitation of Brain Injured Patients in the ICU**
New York City Critical Care Registered Nurses
New York, NY
6/14/01

**Spasticity Management for Patients with Cerebral Injuries**
Beth Abraham Hospital
Bronx, New York
8/30/01

**Pharmacological Management of Cognitive and Behavioral Impairments after TBI**
Ground Rounds, Dept. of Physical Medicine & Rehabilitation
St. Vincent's Medical Center
New York, NY
3/10/05

Elmhurst Hospital Center
Department of Rehabilitation Medicine
4/10/03

Mount Sinai School of Medicine
Department of Neurosurgery
4/2/03

Columbia Presbyterian Hospital
Department of PM&R
10/19/2000

**Grand Rounds:  TBI Rehabilitation**

22

Bellevue Hospital – Department of Physical Medicine
and Rehabilitation
6/22/2000

**Grand Rounds:  Mild TBI**
New York University Medical Center
Department of Physical Medicine and Rehabilitation
12/98

**Grand Rounds:  Pharmacological Management of TBI**
Department of Physical Medicine and Rehabilitation
St. Charles Hospital, Port Jefferson, New York
10/28/98

**Stroke Rehabilitation**
Review Course: CRNN
Mount Sinai School of Medicine
New York, New York
10/30/2000
10/12/2004

**New Radiological Assessments of TBI**
Grand Rounds:  Department of Physical Medicine and Rehabilitation
Mount Sinai School of Medicine
September 6, 2000

**Common Medical Problems Associated with TBI**
New York Department of Health
Traumatic Brain Injury Program
5 Penn Plaza, New York City
2nd Floor Conference Room
5/8/2000

**Inpatient Rehabilitation of Individuals with TBI**
Conference: 2nd Annual Conference - Understanding the Medical and
Legal Aspects of Traumatic Brain Injury.
New York, NY
4/16/99

**Rehabilitation Medicine Management of Neuromuscular Disorders**
Conference: Review Course for Certified Rehabilitation RN
The Mount Sinai Medical Center
New York, New York
10/30/2000
10/22/98
10/99

**Current and Future Trends in TBI Rehabilitation**
Training Seminar

Park Terrace Care Center/Queens Nassau Nursing Home
11/9/98

**Acute and Subacute TBI Rehabilitation**
New York State Brain Injury Association.
Mount Sinai Medical Center
June 18, 1998

**Basics of Traumatic Brain Injury**
Columbia Presbyterian Hospital
Department of PM&R
10/19/2000

Training Seminar
Park Terrace Care Center/Queens Nassau Nursing Home
11/9/98

Conference: Psychiatric and Behavioral Issues with Brain Injury
The Mount Sinai Medical Center
6/16/97

Grand Rounds: Department of Physical Medicine and Rehabilitation
Beth Abraham Hospital, Bronx, New York
8/22/95

**Rehabilitation of the Patient with Subarachnoid Hemorrhage**
Grand Rounds
Department of Neurosurgery
Mount Sinai Medical Center, New York, New York
4/30/97

**Fall Assessments for the Elderly**
Internal Medicine Associates
Mount Sinai Medical Center, New York, NY
10/18/96

**Recent Pharmacological Advances in the Rehabilitation of
Individuals with Traumatic Brain Injury:**
Grand Rounds: Department of PM& R
Jamaica Hospital, Jamaica, NY
4/12/96

Queens Nassau Nursing Home, Queens, New York
4/25/96

Grand Rounds: Department of Neurology
Veterans Administration Medical Center, Bronx, NY
5/26/95

Grand Rounds: Department of PM&R
Beth Israel Medical Center
New York, NY
9/10/94

**Basic Neuroradiology**
New York City Department of Education
New York, New York
2/4/96

New York City Department of Education
New York, New York
11/7/95

**Rehabilitation of the Child with Traumatic Brain Injury**
St Mary's Hospital
Queens, New York
7/14/95

**Pharmacological Management of the Individual with Traumatic Brain Injury**
Grand Rounds: Department of Rehabilitation Medicine
The Mount Sinai Medical Center, New York, New York
2/1/94

**Physiatric Management of the Stroke Patient**
Department of Orthopedic Surgery
Lenox Hill Hospital, New York, New York
1/31/94

**Pathophysiology of Traumatic Brain Injury**
Conference: Management of the Individual with Traumatic Brain Injury in an Extended Care Facility.
The Mount Sinai Medical Center, New York, NY
12/1/93

**Rehabilitation Management of the Individual with Traumatic Brain Injury in Long Term Facilities:**
Conference: Management of the Individual with Traumatic Brain Injury in the Extended Care Facility.
The Mount Sinai Medical Center, New York, NY
12/1/93

**Management of Pressure Sores**
Grand Rounds
Department of Physical Medicine and Rehabilitation

25

Beth Israel Medical Center, New York, New York
6/9/92

**Awards/Honors:**        Selected for Top Doctors: New York Metro Area
Castle Connolly
2006
2007

Selected:  Teacher of the Year 2003-04
Department of Rehabilitation Medicine
Mount Sinai School of Medicine

Selected for "The Best Doctors in America: Northeast Region"
Woodard and White
(1996-1997)
(1998-1999)
(2001-2002)

Employee Recognition Program
Team Award - Outpatient Brain Injury Program.
11/10/97

Selected:  Attending Physician of the Year
Department of Nursing
The Mount Sinai Medical Center, 1999

Nominated: Attending of the Year, 1993
Department of Nursing
The Mount Sinai Medical Center

**Licensure:**        New York State: Medicine and Surgery
179663

Drug Enforcement Administration Controlled Substances
Registration Certificate.