# Exhibit "D"

# **CURRICULUM VITAE**

**ANGELO RALPH CANEDO,** Ph.D., FACHE, LNHA, M.S. BCFE, NCC
38-11 Corporal Stone Street
Bayside, New York 11361

Daytime (718) 206-6595
Evening: (718) 428-1742
Cell: (917) 224-6005
Acanedo51@aol.com

**LICENSURE:**

NEW YORK STATE LICENSED NURSING HOME ADMINISTRATOR # 04217
NEW YORK STATE LICENSED PSYCHOLOGIST # 007219

| | |
|---|---|
| AREAS OF SPECIALIZATION: | Hospital Administration |
| | Nursing Home Administration |
| | Post Acute and Continuing Care Administration |
| | Neuropsychology |
| | Forensic Psychology |
| | Pediatric Psychology |
| Languages: | Spanish and English (Able to speak, read & write in both languages) |

**EDUCATION**

| | |
|---|---|
| Licensed Nursing Home Administrator Training Program | January 1994 |
| Counseling Psychology<br>Temple University – Philadelphia, Pennsylvania<br>(APA Approved Program)<br>Ph.D. | November 1979 |
| National Certified Counselor<br>American Association for Counseling and Developing<br>N.C.C. | April 1983 |
| Post Graduate Coursework in Neuropsychology | Spring 1976 |
| Rehabilitation Counseling<br>Hunter College, City University of New York<br>M.S. | February 1975 |
| Psychology Major, Sociology Minor<br>Queens College, City University of New York<br>B.A. | February 1973 |

**ADVANCED TRAINING**

| | |
|---|---|
| Long Island University<br>Post Graduate Education<br>Nursing Home Administration | Fall 1993 |
| New York State Office of Vocational Rehabilitation<br>Training Seminar in Neuropsychology | November 1983 |

| | |
|---|---|
| New York University Post Graduate Medical School<br>Advanced Course in Group Psychotherapy | April 1982 |
| New York University<br>Post Graduate Medical School<br>Training in Clinical Diagnostic Assessment<br>Using the Structured Clinical Interview | September 1980 –<br>June 1981 |

## HONORS/ADVANCED CERTIFICATION

| | |
|---|---|
| Fellow, American College of Health Care Executives (FACHE) | 2007 |
| Diplomate American College of Forensic Examiners (BCFE) | 1996 |
| Diplomate American College of Health Care Executives (CHE) | 1995 |
| National Certified Counselor (NCC) | 1983 |
| Doctoral Comprehensive Examination – First Honors | 1978 |
| Temple University Counseling Center -<br>Special Honors Graduate Assistantship | 1977 – 1978 |
| Rehabilitation Services Administration Fellow | 1973 – 1975 |
| B.A. Cum Laude, Queens College | 1973 |
| Queens College Dean's List | 1971 – 1973 |

## PROFESSIONAL BACKGROUND

| | |
|---|---|
| MediSys Health Network | 1989 – Present |
|     **Vice President**<br>    MediSys Health Network | January 1998 – Present |
|     **Vice President**<br>    Jamaica Hospital Medical Center | January 1995 – Present |
|     **Vice President**<br>    Brookdale University Hospital and Medical Center | January 2000 - Present |
|     **Vice President**<br>    Flushing Hospital Medical Center | January 1998 – Present |
|     **Administrator**<br>    Jamaica Hospital Medical Center<br>    Department of Physical Medicine and Rehabilitation | June 1989 – January 1995 |
|     **Executive Director**<br>    Comprehensive Therapy Services, LLC | October 2001 – Present |
|     **Executive Director**<br>    MediSys Home Care | 2002 – Present |
|     **Executive Director**<br>    Metropolitan Therapy Services, LLC. | 2003 – Present |

| | |
|---|---|
| **Administrator**<br>Adult Day Health Care Facility | February 2003 – Present |
| **Administrator**<br>Assisted Living Program/HUD – 202 Housing Services | January 2000 – Present |
| **Administrator**<br>Early Intervention & Bruner Developmental Services | January 2000 – Present |
| **Executive Director**<br>Brady Residence and Brady Day Program<br>The Jamaica Hospital Medical Center | June 1997 – Present |
| **Board of Directors**<br>The Jamaica Hospital Home Health Agency | June 1999 – Present |
| **Consulting Administrator**<br>Brunswick Nursing Home | December 2006 – May 2007 |
| **Health Care Consultant**<br>Brunswick Hospital | May 2006 – May 2007 |
| **Adjunct Professor, Department of Psychology**<br>Graduate School of Health Sciences<br>St. John's University | October 2004 – Present |
| **Faculty Appointment: Clinical Instructor**<br>Department of Psychiatry<br>New York University Medical School | May 1984 – Present |
| **Private Practice Clinical Psychologist**<br>Individual, Child & Family Practice<br>Specializations: Neuropsychology, Forensics and Rehabilitation | January 1983 – Present |
| **Consulting Psychologist**<br>18B Panel of Medical Expert Witnesses<br>New York State Supreme Court | Fall 1992 – 1999 |
| **Faculty Appointment/Assistant Professor**<br>Department of Family Practice<br>Residency Training Program<br>The Jamaica Hospital Medical Center | September 1989 – Present |
| **Program Director**<br>Traumatic Brain Injury/Coma Recovery Program<br>Park Terrace Extended Care Facility | September 1998 – October 2004 |
| **Program Director**<br>Coma Recovery Program<br>Fairview Care Center | June 2001 – October 2004 |
| **Program Director**<br>Coma Recovery Program<br>Beach Terrace Extended Care Facility | 1997 – 2001 |
| **Program Consultant** | 1998 – 2001 |

Queens Nassau Nursing Home

**Adjunct Faculty/Clinical Supervisor**  1989 – 1998
Bilingual Treatment Program
Department of Psychiatry
NYU Medical School-Bellevue Hospital

**Consulting Psychologist**  1993 - 1998
New York State Family Court

**Consultant**  1993 - 1995
Metro Center Equity Assistance Programs
New York University

**Program Director**  1995 – 1999
Traumatic Brain Injury/Coma Recovery Program
Silvercrest Extended Care Facility

**Consulting Psychologist**  1992 - 1994
Heartshare Human Services

**Consulting Psychologist**  1980 – 1994
St Joseph's Services for Children and Families
Catholic Charities Foster Care Services

**Consulting Psychologist**  1986 - 1994
Covenant House
"Under 21" Prevention Program
Family Life and Residential Programs

**Consulting Psychologist**  1989 – 1992
Covenant House
Rights of Passage Program

**Consulting Psychologist**  1986 – 1992
University Settlement House
Community Mental Health Clinic

**Chief of Behavioral Medicine**  1989 – 1990
The Jamaica Hospital Medical Center

**Chief of Behavioral Sciences**  1984 – 1989
Bernard M. Baruch Center for Rehabilitation
New York University, Bellevue Hospital

**Chief Psychologist**  1981 – 1984
Bernard M. Baruch Center for Rehabilitation
New York University, Bellevue Hospital

**Consulting Psychologist**  1987 – 1989
The Emergency Shelter
St. Mark's Place, NYC, NY

**State Panel Psychologist**  1983 – 1986
New York State Office of Vocational Rehabilitation

| | |
|---|---|
| **Senior Psychologist**<br>Bernard M. Baruch Center for Rehabilitation<br>New York University School of Medicine | 1980 – 1981 |
| **Consulting Psychologist**<br>Vocational Department<br>New York University Medical Center<br>Institute of Rehabilitation Medicine | 1979 – 1980 |
| **Staff Psychologist**<br>Head Trauma Project<br>New York University Medical Center<br>Institute of Rehabilitation Medicine | 1979 – 1980 |
| **Senior Rehabilitation Consultant**<br>Summer Work Program<br>Institute of Rehabilitation Medicine | 1979 |
| **Psychology Intern**<br>New York University Medical Center<br>Institute of Rehabilitation Medicine | 1978 – 1979 |
| **Program Director**<br>Summer Work Program<br>New York University Medical Center<br>Institute of Rehabilitation Medicine | 1978 – 1979 |
| **Teaching Assistant**<br>Temple University Counseling Center | 1978 |
| **Counseling Psychologist**<br>(Graduate Assistant)<br>Temple University Counseling Center<br>Department of Counseling Psychology | 1977 – 1978 |
| **Staff Psychologist**<br>Summer Work Program<br>New York University Medical Center<br>Institute of Rehabilitation Medicine | 1977 |
| **Bilingual Psychologist**<br>(Graduate Assistant)<br>Temple University<br>Student Resources Center | 1976 – 1977 |
| **Rehabilitation Counselor**<br>New York University Medical Center<br>Institute of Rehabilitation Medicine | 1976 |
| **Director of Treatment Services**<br>Nassau County Department of Drug and Alcohol<br>Community Treatment Center | 1976 |
| **Bilingual Counselor** | 1975 – 1976 |

Beth Israel Medical Center
Bernstein Institute

| | |
|---|---|
| **Mental Health Unit Coordinator**<br>New York City Prison Health Services<br>Adolescent Remand and Detention Center<br>Rikers Island | 1974 – 1975 |
| **Research Assistant**<br>Columbia University Medical Center<br>School of Public Health | 1973 |
| **Student Intern – Psychology**<br>Creedmore State Hospital<br>Queens Children's Hospital<br>Elmhurst General Hospital | 1970 – 1973 |

## SPECIAL PROJECTS:

| | |
|---|---|
| **New York State Office of Children & Family Services/<br>Dormitory Authority, State of New York**<br>Principal Investigator/Awarded Child Care Center<br>Development Grant 2003 | 2003 – Present |
| **Special Programs Grant, Principal Investigator**<br>Family Caregivers Initiative<br>United Hospital Fund | 1999 – 2001 |
| **Federal Matching Grant, Principal Investigator**<br>Participants, Caregivers and Family<br>Managed Care Education Initiative | 1999 – 2001 |
| **Grant and Project Review Advisory Panel Member**<br>National Institute of Health<br>United States Department of Health and Human Services<br>Center for Substance Abuse Prevention | 1994 – 1997 |
| **Project OASIS – Consultant**<br>New York City Board of Education, District 16 | 1994 – 1997 |
| **Head Injury Services Coordinating Council**<br>New York State Department of Health | 1991 – 1997 |
| **Doctoral Intern Program Advisory Board**<br>New York University Medical Center – Rusk Institute | 1990 – 2002 |
| **Governor's Advisory Board on Head Injury**<br>New York State Department Health | 1989 – 1991 |
| **Consultant to the College Board Equality Project**<br>Salisbury & Salisbury Inc. | 1987 |

| | |
|---|---|
| **Governor's Task Force on Head Injury in New York State**<br>New York State Department of Health | 1983 – 1989 |

## PROFESSIONAL ORGANIZATIONS

American Psychological Association
    Division 40: Clinical Neuropsychology
    Division 22: Rehabilitation Psychology
    Division 17: Counseling Psychology
    Association for the Advancement of Psychology
    APA Board of Ethnic and Minority Affairs, Affiliate

American College of Health Care Executives – Diplomate Status

American Board of Forensic Examiners – Diplomate Status

American Association for Counseling and Development

American Congress of Physical Medicine and Rehabilitation

American Hospital Association Section on Rehabilitation

American Society of Electroneurodiagnostic Technologists

Coalition of Hospital and Institutional Psychologists

National Vocational Guidance Association

New York Neuropsychology Group

New York State Psychological Association

## COMMITTEES

| | |
|---|---|
| **Psychological Services Center**<br>St. John's University<br>Director of Clinical Neuropsychology Training | 2004 – 2005 |
| **New York University Doctoral Internship**<br>Program Advisory Board | 1987 – 1998 |
| **Coordinator – Physical Medicine and Rehabilitation**<br>Quality Assurance Committee<br>The Jamaica Hospital Medical Center | 1989 – 2000 |
| **Advisory Panel Equity Assistance Program**<br>New York University Metro Center | 1993 – 1997 |
| **Traumatic Brain Injury Housing and Community Placement**<br>Advisory Board<br>New York State Department Health | 1994 – 1996 |

| | |
|---|---|
| **Traumatic Brain Injury Services Coordinating Council**<br>New York State Department of Health<br>Head Injury Services Coordinating Council | 1989 – 1996 |
| **Hospital Wide Utilization Review Committee**<br>The Jamaica Hospital Medical Center | 1989 – 1995 |
| **Regional Trauma Center Committee**<br>The Jamaica Hospital Medical Center | 1989 - 1993 |
| **Internship and Admissions Committee**<br>Rusk Institute | 1986 - 1889 |
| **Governor's Advisory Board for Traumatic Brain Injury Services**<br>New York State Department of Health | 1983 - 1989 |
| **Treasurer, Board of Directors**<br>Bronx Independent Living Services | 1985 - 1986 |
| **Graduate Admissions Committee**<br>Temple University Department of Counseling Psychology | 1977 - 1978 |
| **Advisory Committee for Residential Life Programs**<br>Temple University | 1976 - 1978 |
| **District Advisory Board**<br>Nassau County – Bellmore and Merrick School System | 1976 |
| **Hunter College Student Government** | 1973 - 1975 |
| **Queens College Student Government** | 1970 - 1972 |
| **Community Center Advisory Boards** | 1966 – 1968 |

## PAPERS AND PRESENTATIONS

New York State Department of Health Traumatic Brain Injury Program – "Working Together: The Best Practice"

> "Eating Behavior: A Primary Drive and A Primary Pleasure. The Neurophysiological, Neurocognitive, Behavioral and Emotional Aspects associated with a Dysphagic Disorder" October 2007
>
> "The Brady Coma Assessment and Treatment Scale: Increasing Communication Between Patients and Families/Caregivers" October 2006
>
> "The Myth of the Persistent Vegetative State" October 2005
>
> "Managing Common Physical and Musculoskeletal Risk Factors/Complications in the Home" October 2004
>
> The Past, Present and Future of the Comprehensive Continuum of Care:
> Acute, Subacute, Day Care, Long Term Coma Management and Outpatient Day Rehab Services in Concert with the Waiver. October 2003

"Coke Strokes" The Adverse Effects of Cocaine Abuse on the Brain. October 2002

"A Continuum of Recovery: The Jamaica Hospital/Park Terrace Experience" October 2001

"Developing a Medical Day Care Model" October 2000

"Locked in Syndrome: A Videotaped Interview with Julia Tavalero (Author of "I Look Up for Yes")". Presented at Working Together: The Best Practices 6th Annual Conference sponsored by New York State department of Health, Albany, NY in October 1999.

"Long Term Issues in Recovery after Traumatic Brain Injury". Presented at Mt. Sinai Hospital. Sponsored by Brain Injury Society of New York in April 1999.

"Brain Injury: Tying Structure to Function". Presented at Bellevue Hospital. TBI Lecture Series in December 1998.

"Why is TBI Different? A Historical Perspective"
"Clinical Manifestations of TBI: Tying Structure to Function"
"Coma Stimulation". A TBI Training Seminar for Park Terrace and Queens/Nassau Care Centers in November 1998.

An Overview of Traumatic Brain Injury". Presented to TBI Surveillance Team at the New York State Department of Health, New York City in October 1998.

"A Plan for Successful Vocational Re-Entry after Traumatic Brain Injury" Presented at Working Together: The Best Practices 5th Annual Conference sponsored by the New York State Department of Health, Albany, NY in October 1998.

"Vocational Issues for Patients with Traumatic Brain Injury". Keynote speaker at New York University Conference on Traumatic Brain Injury in June 1998.

"Recent Advances in Coma Recovery". Presented at New York State Department of Health Best Practices in Traumatic Brain Injury Rehabilitation Conference in October 1997.

"Physical Aspects of Aging". Presented at Long Island University Post Graduate Training Program in Nursing Home Administration in September 1994.

"Cognitive, Psychological and Psychosexual Adjustment to TBI". Presented at Long Island Jewish Medical Center Grand Rounds in January 1993.

"Incidence, Prevalence and Service Delivery for Survivors of Traumatic Brain Injury from Minority Backgrounds". Presented at a three-day workshop for the New York University Medical Center Research and Training Center on Head Trauma and Stroke in May 1992.

"Current Practices in Rehabilitation". Presented to Key Women of America Inc. in October 1991.

"Head Injury and Cognitive Remediation – Where are We Today?" Presented to the New York Health and Accident Club in May 1991.

"Rehabilitation in the 90's". Presented to the Ladies Hospital and Nursing Home Auxiliary – Queens County Chapter in June 1990.

"Dealing with the Aggressive and Abusive Neurologically Impaired Client". A workshop presented to Covenant House staff in July 1991.

"Differential Diagnosis in Depressed Clients – Assessing Suicidal/Homicidal Ideation." A workshop presented to Covenant House staff in July 1991.

"Neuropsychological Assessment and Differential Diagnosis of the Traumatically Brain Injured Client: Discerning between Emotional and Cognitive Aspects". Presented to C.I.G.N.A., Intracorp, and New York State Insurance Fund Case Managers in June 1991.

"Assessing Brain Injury Rehabilitation Facilities in New York State: Adapting Existing Models to Meet the Needs." Presented to the New York State Governor's Advisory's Panel on Head Injuries – Community Re-entry Subcommittee in June 1990.

"Behavioral Problems in Brain Injured Adolescents". Presented to Covenant House Residential Staff in December 1989.

"Behavioral Interventions with the Cognitively Impaired Youngster". Presented to St. Joseph's Children's Services in March 1989.

"Perception as a Cognitive Process". Presented to the New York State Occupational Therapy Association Metropolitan Chapter in April, 1988.

"Psychological Testing: Its Meaning and Value". A two-day workshop presented at Covenant House in September 1987.

"Burnout in the Health Professions: How to avoid it happening to you". A workshop at the Emergency Shelter in August 1987.

"The Social, Psychological and Vocational Rehabilitation of a Spinal Cord Injured patient after Hospital Discharge: An Integrated and Comprehensive Service Model". Rehabilitation Conference at Bellevue Hospital in January 1987.

"Patterns of Behavior in Childhood and Adolescence. A Developmental Perspective". Williamsburg and Bushwick Family Service and Abuse Prevention Programs. A two part workshop in December 1986 and January 1987.

"Vocational and Cognitive Assessment of the Neurologically Impaired and Brain Injured Patient". A two-part workshop for the New York Professional Association of alcoholism Counselors in November and December 1986.

"Emotional and Intellectual Development in Adolescence". Invited Speaker at New York University Metro Center Staff Development Conference in October 1986.

"Adolescent Depression and Suicide Risks: Key Diagnostic Indicators". Guest Speaker, Covenant House Continuing Education Seminar in October 1986.

"Professional Burnout: What Is It and What can We Learn About It?" Guest Speaker, Manhattan Bowery Project in October 1986.

Rehabilitation in the Terminally Ill Patient: Revamping our Strategies for Service Delivery". Grand Rounds invited Speaker at New York University Medical Center's Rusk Institute of Rehabilitation Medicine, July 16, 1986.

"Child Development: Age 0-6 and 7-12". A two part Lecture Series. Presented at St. Joseph's Children's Services annual Social work in-service training seminar in March 1986.

"Brain Injury and Recovery". A four part lecture series for doctoral interns. Presented at New York University's Department of Psychiatry in February 1986.

"Neuropsychological and Cognitive Sequelae to Chronic Polysubstance Abuse". Presented at the New York Association of Addiction Counselors Conference in September 1985.

"How We Grow". A three-part workshop presented to the clinical staff – Community Prevention Programs of St. Joseph's Children's Services in July 1985.

"Clinical Neuropsychology in Practice". An eight-part workshop for doctoral interns. Presented at New York University's Department of Psychiatry in March and April 1985.

"Development over the Life Span". A Series of workshops presented at St. Joseph's Children's Services in January through March 1985.

"The Grieving Process: Adjusting to Physical Trauma, Disability, and Illness". A seminar presented to Special Nursing Units at Bellevue Hospital Center during June, July and August 1983.

"Adjustment to Latency and Preadolescence: Issues for Adoptive parents". Presented at the Adoption Family Forum, St. Joseph's Children's Services in August 1983.

"Counseling the Terminal Patient: Clinical and Social Concerns". Presented at the New York University Medical Center, Institute of Rehabilitation Medicine, Grand rounds in April 1983.

"Parenting the Adopted child: Issues and Methods". Presented at the Adoption Family Forum, St. Joseph's Children's Services in August 1982.

"The Role of Psychology in Rehabilitation Medicine". Presented at Bellevue Hospital's Annual Conference for Health Professionals in October 1981.

"Program Models using the Community in the Career Development of the Disabled". Presented with Ryan, P., Smith, J., Wolff, B., and Zuger, R., at the American Personnel and Guidance Association Conference in April 1981.

"Working with needs of Disabled Students in Mainstreaming". Presented with Ryan, P., Smith, J., and Zuger, R., at the American Personnel and Guidance Association National Conference in April 1981.

"The Education and Employment of Physically Disabled Youth: A ten Year Follow up Study of Vocational Outcomes". Presented with Ryan, P., at the American Congress of Rehabilitation Medicine Conference in October 1980.

"Overcoming Barriers to Employment: The Effects of Career Development Program within a Rehabilitation Facility on the Disabled Adolescent's Transition to the World of Work". Presented with Ryan, P., at the American Congress of Rehabilitation Medicine Conference in October 1980.

"A Model for the Career Development of Physically Disabled Adolescents and Young Adults". Presented at the American Personnel and Guidance Association National Conference in March 1980.

"Working with the Adolescent Physically Disabled Student from a Psychological and Developmental Perspective". Presented at the Institute of Rehabilitation Medicine's Continuing Education courses for allied health professionals in December 1979.

"A Model for working with Minority Adolescents in Group Counseling". Presented with Hunt, P., and Smith, J. at the Pennsylvania Personnel and Guidance Association Conference in November 1979.

"Clinical Research on a Summer Work Program that Fosters the Psych-social Development of Physically Disabled Adolescents". Presented to the Business Advisory Placement Council for the Institute of Rehabilitation Medicine at New York University Medical Center in September 1979.

"Leader Anxiety: Implications for Working with Minority Females in Group Counseling". Presented with Hunt, P., and Smith, J., at the American and Guidance Association National Conference in April 1979.

"Factors Affecting the Development of Adolescent Physically Disabled Students: A Model Work Program for Enhancing their Personal Growth and Maturity". Presented at the Institute of Rehabilitation Medicine Placement Conference in May 1978.

"A Workshop in Assertiveness Training". Presented at Temple University's Ambler Campus in March 1978.

"The Residence Director's Dilemma: How to Assert control in a Situation Without Imposing Extreme Constraints". A staff Development Program presented at Temple University's Residential Life Center in February 1978.

Guest Speaker engagement and workshops on adolescent substance abuse in New York City and Nassau County Public Schools, Rotary, Kiwanis, and Lions Clubs, as well as, to various community groups during 1975-1976.

## PUBLICATIONS

Canedo, A., Grix, M., Nicoletti, J. "An Analysis of Assessment Instruments for the Minimally Responsive Patient (MRP): Clinical Observations". Brain Injury, 2002 May;16(5):453-61.

Bezkor, M. and Canedo, A. "Physiological and Psychological Factors Influencing Sexual Dysfunction in Multiple Sclerosis": Part I. Journal of Sexuality and Disability, Fall 1998.

Bezkor, M. and Canedo, A. "Physiological and Psychological Factors Influencing Sexual Dysfunction in Multiple Sclerosis": Part II. Journal of Sexuality and Disability, Fall 1998.

Canedo, A. "The Psychological Impact of Spinal Cord Injury". In P. Berczeller and M. Bezkor (Eds.), Medical Complications of Quadriplegia. Yearbook: Baltimore, Md., May 1986.

Canedo, A. "The Psychosexual Adjustments to Spinal Cord Injury". In P. Berczeller and M. Bezkor (Eds.), Medical complications of Quadriplegia. Yearbook: Baltimore, MD, May 1986.

Canedo, A. "A Survey of Sex Education Needs in Spinal Cord Injury Outpatients". Bellevue Hospital Monograph, 1985.

Canedo, A. and Goldstein, P. "Acute Nursing Care of the Stroke Patient: Accident Prone Behavior and Preventive Intervention Strategies". Bellevue Hospital Monograph 1984.

Canedo, A., Goldstein, P. and Beloff, I. "A Guide To Your Inpatient Rehabilitation". Bellevue Hospital Monograph 1983. Revised in 1986

## THESIS

"A structured work program for physically disabled youth: Its effects on various aspects of personality and vocational maturity". A doctoral dissertation submitted to the graduate board of Temple University in November 1979.

"The effects of methadone maintenance on the self-concept and personality integration of chronic heroin addicts". A master's degree thesis submitted to the graduate board of Hunter College in December 1975.