# Exhibit "E"

**ANGELO R. CANEDO, Ph.D., M.S., L.N.H.A.**

| | |
|---|---|
| N.Y.S. LICENSED NURSING HOME ADMINISTRATOR<br>N.Y.S. LICENSED PSYCHOLOGIST | 38-11 Corporal Stone Street<br>Bayside, New York  11361<br>(718) 428-1742 |

February 1, 2008

De Caro & Kaplen, LLP
Counselors at Law
Attention: Mr. Michael Kaplen
427 Bedford Road, Suite 260
Pleasantville, New York 10570

Dear Mr. Kaplen,

I am writing at your request to provide further clarity on the statements I made during my brief clinical examination of Ms. Sabina Paradi. As noted in my clinical summary, Ms. Paradi was seen bedside in the ICU. Details of the exam appear in my clinical summary dated 6/21/07 and the examination occurred on 6/19/07. My report was dictated the evening of my examination and transcribed/edited on the 21st.

At the time of the examination the patient was demonstrating signs of being in a vegetative state but I felt there was the potential to progress to a minimum responsive state as noted in my clinical summary.

She demonstrated reflexive and spontaneous responses. However, there were times when she seemed to orient to voice and was more consistent when it was her father's voice. There were affective changes noted when responding to family as opposed to calls by this clinician. She also intermittently demonstrated sustained visual pursuit when it did not require notable head movements and she was able to track across midline. She responded to comforting and to changes in vocal inflection/intonation with facially demonstrative changes coupled with decreased facial tension/tone. Unfortunately, careful and prolonged observation was not afforded because of her being in an ICU setting.

My visit was to discern her potential to participate in a Coma Stimulation Program. My report notes that I thought she demonstrated some potential albeit marginal at the time because of her more acute clinical status.

While unable to follow instructions reliably nor able to communicate her needs verbally, she did demonstrate repeatedly the ability to localize to face and sound and to demonstrate, albeit minimally, some repeated awareness of stimuli that were both soothing and threatening. Through reproducible visual fixation and some facial affective responses to specific eliciting stimuli such as a familiar soothing voice she did show

**ANGELO R. CANEDO, Ph.D., M.S., L.N.H.A.**

N.Y.S. LICENSED NURSING HOME ADMINISTRATOR
N.Y.S. LICENSED PSYCHOLOGIST

38-11 Corporal Stone Street
Bayside, New York 11361
(718) 428-1742

preliminary evidence that she was entering a minimally conscious state. As consciousness seems to present on a continuum these early signs were potentially indicative of the ability to show some further gains in a structured sensory stimulation program.

In summary, it is my opinion that Sabina Paradi had the ability to feel pain and demonstrated same during the evaluation. Sabina also demonstrated evidence of being aware of particular stimuli in her environment. These indicators support my opinion that Sabina was minimally conscious.

Respectfully submitted,

*[signature]*

Angelo R. Canedo, Ph.D., M.S., L.N.H.A., F.A.C.H.E.
NYS Licensed Psychologist