# Exhibit "G"

PARADI, SABINA         243001
1342538                125268664
STAVROPOULOS, CHRI NRS HS
02/25/07   NOR B
F 04/19/1983  23Y

| DATE & TIME | |
|---|---|
| 3/23 1110 | **Respiratory Therapy** Prior notes reviewed. Pt rec'd on Mech Vent CMV 14 VT 500ml FiO₂ 40 Peep 5 BBS ⊕ mildly coarse LLL crackles c̄ Ig Amt of thick whitish secretions. RR 14/20, SpO₂ 97%, HR 136 Plat 17 PIP 23.  —Carol Blake, RRT |
| 3/23/07 2pm | OT Note M.D. orders received, chart reviewed, IE completed. Please see for details of current status & goals.  —K. Feled, MSOTR/L x1816 |
| 3/23/07 2p | OT Note Addendum Chart reviewed. Will fabricate & fit pt c̄ B resting hand splints as able & continue to monitor positioning to prevent contractures.  —K. Feled, MSOTR/L x1816 |
| 3/23 215 | PT note Attempted to initiate PT tx session however pt appeared uncomfortable & had ↑ coughing episodes c̄ mod secretions produced. Will attempt to tx later this pm.  —[signature] PT |
| 3/23/07 | Social Work Note: Chart reviewed. Pt is 23 y.o.F. s/p MVA, s/p TBI, s/p craniectomy, s/p SDH, cerebral s/p trach on vent, s/p PEG. Pt. unable to S.W. to initiate discussion around D/C care plan. S.W. met c̄ pt's mother Shelly Paradi C.P. (905) 286-5850 and discussed D/C process for Acute vs |

PARADI, SABINA         243001
1342538              125268664
STAVROPOULOS, CHRII NRS HS
02/25/07    NOR B
F 04/19/1983  23Y

**DATE & TIME**

3/23-3/24 Noop Care
Pt received on ventilator settings of
CMV14, Vt 500, O₂ 40% and Peep +5.
RR: 14/16, Sat: 99% and O₂: 115.
Suctioned for creamy yellow secretions.
—Nilson



342538  Rm 430  24 MAR 07

3/23
3/24 NSG Received Pt. eyes open @ times
GCS as charted Vent settings as charted
Sx for tannish secretions mod amts.
HR ↑ Temp as per flow sheet Dr Alexander 2305
Aware medicated for pain with fair
results. Will continue to monitor
closely. All safety precautions maintained.
Tolerating feeds. Having soft BM's
lg amts.     —Hadely RN



**Saint Vincent Catholic Medical Centers**

Saint Vincent's Manhattan, 153 West 11th Street, New York, NY 10011

```
PARADI, SABINA           243001
1342538                  125268664
STAVROPOULOS, CHRI  NRS HS
02/25/07   NOR B
F 04/19/1983  23Y
```

## HISTORY AND PROGRESS NOTES

| DATE & TIME | |
|---|---|
| 3/26 – 3/27/07 | Nursing 8P-8A |



Rm 430   26 MAR 07 23:55   HR 109   VPB 0   SINUS R1

Pt opening eyes to stimulus & spontaneously at times. Pt decerebrating with (R) arm but also lifting (R) arm off the bed spontaneously. See Glasgow Coma Scale for Neuro Assessment. Left pupil usually larger than the right but both eyes briskly reactive to light. Pt in sinus Tachycardia w/had ectopics. Pt medicated X1 with MSO4 IV. O2 Sats acceptable. Trach attached to vent. Secretions moderate & large. U/O acceptable via foley. Jevity 1.5 infusing at 40 mls/hr via PEG. no residual noted. U/O adequate via foley. Labs drawn – see flow sheet. Complete bed bath given – pt. turned & positioned from side to side. Ointments applied to groin & sacral rash. — Traci Cameron, RN
Pt c̄ 1 large soft BM. G. Cameron, RN



Saint Vincent Catholic Medical Centers
Saint Vincent's Manhattan, 153 West 11th Street, New York, NY 10011

PARADI, SABINA         243001
1342538                125268664
STAVROPOULOS, CHRI NRS HS
02/25/07         NOR B
F 04/19/1983  23Y

## HISTORY AND PROGRESS NOTES

| DATE & TIME | |
|---|---|
| 3/27/07 6:45 AM | **NEUROSURGERY** <br> Dx: S/P (R) Hemicraniectomy, Pneumonia POD #: 29    IID: 30 <br> Tmax: 103.3   BP: 97-169 / 52-91   RR: 19-35   CVP: —   ICP/CPP: — <br> Tcurr: 100.1   HR: 96-180   SpO2: 99-100%   PCW: —   Ventric.: — <br> I/O: 3070 / 2450   FS:    CO: —   JP Drain: — <br><br> LABS: (P) <br> 139 \| 104 \| 10  /  8.6  \   PT: 14.9   Ca: 16 <br> 3.7 \| 26 \| .3  ⟨124 \| 1.0⟩  27 \ 666   INR: 1.2   Mg: 2.0 <br>                                     PTT: 32.3   PO4: 4.0 <br> Lipase - 23 <br><br> MEDS:                          Radiographic Studies: <br> - KEPPRA  - Imipenem  - Clonidine <br> - HepSQ  - Flagyl  - Ativan PRN <br> - Lopressor - Pepcid <br> - CIPRO  - Cultures <br><br> Physical Exam: <br> - Patient is tracked & on vent - opens eyes spontaneously <br> - PUPILS are Reactive B/L <br> - Decerebrate c̄ B/L UE to deep pain <br> - Minimal withdrawl of B/L LE to pain <br> - Does not FC <br><br> A/P: <br> - Neurologically unchanged c̄ ↑ fever <br> - Cont. Abx as per ID <br> - DVT & GI Prophylaxis <br> - Cont. tube feed. <br> - F/U Cx |

```
PARADI, SABINA            243001
1342538                   125268664
STAVROPOULOS, CHRI NRS HS
02/25/07    NOR B
F 04/19/1983  23Y
```

| DATE & TIME | |
|---|---|
| 3/27/07 | ID |
| | Fm LD3 |
| | WBC 11.0 (78%N)   LOB |
| | 3/26 cath tp (?) |
| | sputum ? Rcd + GNR (Acineto a pin) |
| | 3/25 Blcxs |
| | Acineto is (S) Poly B |
| | Recod'. (1) Con't sompen/(cipro 1tyyl O # 12/14. |
| | (2) f/u WBC & temps, post catheter removal. |
| | If ↑ing temps, or if persistent temps and ↑WBC, |
| | will evaluate for Δ to poly B for Acinetobacter |
| | coverage. |
| | — RAHim 1/6/ |
| 3/27/07  9:45 AM | OT Note |
| | Chart reviewed, pt received sidelying in bed, ⊕ trach, all lines |
| | intact. Pt tolerated B dig't & wrist PROM & stretch. |
| | Pt becoming somewhat agitated c continued ther ex & unable |
| | to perform further UE ther ex. Pt would not benefit |
| | from B resting hand splints at this time 2° normal |
| | tone & 1'd ROM. Will continue to f/u. |
| | K Peled, MSOTR/L x1876. |



Saint Vincent Catholic Medical Centers

Saint Vincent's Manhattan, 153 West 11th Street, New York, NY 10011

PARADI, SABINA          243001
1342538                 125268664
STAVROPOULOS, CHRI  NRS HS
02/25/07    NOR B
F 04/19/1983 23Y

**HISTORY AND PROGRESS NOTES**

DATE & TIME: 3/31/7

## NEUROSURGERY

Dx: s/p TBI  Pneumonia          POD #: 33    HD: 34

Tmax: 102.5   BP: 111-142/53-86   RR: 16-34   CVP: —    ICP/CPP: —
Tcurr: 102.5  HR: 85-173          SpO2: 100   PCW: —    Ventric.: —
I/O: 3280 / 2900                  FS:         CO: —     JP Drain: —

LABS:

142 | 106 | 8  / 97 \  13.7 / 9.4 \ 522   PT: 12.8   Ca: 8.8
3.8 | 28  | 0.6 \ 8.8 /        \ 29 /     INR: 1.0   Mg:
                                          PTT: 34.0  PO4: 3.9

MEDS: Keppra      Lopressor         Radiographic Studies:
      Heparin Sub Q  Imipenem       Clonidine
      Bacitracin     Xeroderm       Dilaudid
      Lactulose      Nystatin Cream
      Isotears       Pepcid

Physical Exam:
Trached & Vent
Pupils equal and Reactive B/L
Decerebrate posturing on PE
※ → Beginning to follow simple commands, inconsistently
- Continues prolonged Tachycardia overnight

A/P: Neurologically - pt appears to follow simple commands intermittently
  DVT / GI prophylaxis
  Continue Tube Feeding
  Continue Antibiotics - Start Polymyxin B spray ID
  F/U Blood Cultures
  Plan for Transfer to Vent/Wean Service

                                               [signature]
                                               2305



Saint Vincent Catholic Medical Centers

Saint Vincent's Manhattan, 153 West 11th Street, New York, NY 10011

```
PARADI, SABINA          243001
1342538              125268664
STAVROPOULOS, CHRI NRS HS
02/25/07        NOR B
F 04/19/1983   23Y
```

## HISTORY AND PROGRESS NOTES

| DATE & TIME | |
|---|---|
| 4/2/5? | **NEUROSURGERY** |

Dx: SP TBI Pneumonia     POD #:     HD:

Tmax: 162³   BP: 108-126 / 75-61   RR: 18-37   CVP: ↓   ICP/CPP↑

Tcurr: 101   HR:   SpO2: 99-100%   PCW: ↑   Ventric.: ↓

I/O: 2870 / 2316   FS:   CO:   JP Drain:?

**LABS:**

```
 144 | 105 | 10  /         \ 9-6 /        PT: 13.5    Ca: 9.3
 4.6 | 28  | .4 \ 103 | 160 / 30 \ 630    INR: 1.1    Mg: 3.8
                                          PTT: 44.1   PO4: 1.6
```

MEDS: Keppra        Glutamine        Radiographic Studies:
      Heparin Sub Q  Lopressor       Potassium
      Bacitracin     Pepcid          Flagyl
      Lacrilube      Culturelle
      Isotears       Clonidine

Physical Exam:
- Pt is trached & vented
- Pupils are equal & reactive B/L
- Decerebrating posturing
- Does not F/C
- **Opens eyes to voice**

A/P:
- Neurologically unchanged
- DVT / GI prophylaxis
- Cont. Tube Feeding
- Continue Antibiotics
- F/U Cx
- Plan f Transfer to Vent wean Service

A. Prichard 2305



**Saint Vincent Catholic Medical Centers**
Saint Vincent's Manhattan, 153 West 11th Street, New York, NY 10011

```
PARADI, SABINA          243001
1342538                 125268664
STAVROPOULOS, CHRI NRS HS
02/25/07    NOR B
F 04/19/1983  23Y
```

## HISTORY AND PROGRESS NOTES

| DATE & TIME | |
|---|---|
| 4/12/07 7:30 AM | **NEUROSURGERY** |

Dx: S/P Hemicraniectomy, TBI    POD #: 45    HD: 46

Tmax: 102.7    BP: 84-149 / 36-100    RR: 14-36    CVP: —    ICP/CPP: →

Tcurr: 97.7    HR: 78-116    SpO2: 100%    PCW: —    Ventric.: —

I/O: 406 / 2810    FS:    CO: —    JP Drain: —

LABS:

$$\frac{140 | 106 | 10}{3.9 | 24 | .5} < \frac{8.4}{106 | 132 | 26} < 655$$

PT: 14.9    Ca: 8.9
INR: 1.2    Mg: 2.2
PTT: 35.2    PO4: 6.1

Urine - 10,000 col/mL    Sputum - (4/10) - Many wbc, Moderate gm⊖ Rods
— P. aeroginosa

MEDS: Heparin Sub Q    Polymyxin    Radiographic Studies:
Nystatin    Linezolid    MRI
Cellcept    Klonopin    Abort/Prevatil    Tobramycin
Pepcid    Indem    Keppra
Clonidine    Tylenol    Flagyl

Physical Exam: ⓒ Patient is Trached on Vent
Open eyes to voice
ⓕ Decerebrate on Right, ⓛ Movement (Purposeful) on left.
Does not F/C
Pupils are equal & reactive B/L

A/P: Neurologically unchanged
DVT/GI prophylaxis
Continue Antibiotics
Plan for 24hr EEG Monitoring

A. Arhan 236

```
PARADI, SABINA              243001
1342538                     125268664
STAVROPOULOS, CHRI NRS HS
02/25/07   NOR B
F 04/19/1983  23Y    EMERG
```

| DATE & TIME | |
|---|---|
| 4/12/07 | ID |
| | Tm 102.7, wbc tmps 480 |
| | 40.5 wbc 13.A   eos 5.9 |
| | 4/10 ucx → 10k colonies |
| | sputum → many WBC → Pseudomonas highly sensitive |
| | 4/10→4/6 BCx(−) |
| | No new GPC/GPR recovered. |
| | Recommend: (1) Cont Poly B (Tobra) D#7 and monitor creat. |
| | (2) Cont Linezolid D#6 of ?10d course. |
| | (3) continue Fluc. |
| | (4) f/u WBC, temps. (If worsening parameters, will eval for reinstitut- |
| | ion of cipro v. antifungal coverage.) |
| | — RAHIM MGI |
| 4/12 | CHP NO Temp ... VSS at goal ... [illegible] |
| | ... Sxn plan for arrival ... |
| 4/12/07 | Neuro: Pt. follows commands. Opens eyes to sound. Postures when attempting to move onus on command. |
| | Discussed with Dr Mullin - EEG monitoring at this point is elective since there are no seizures & pt. is responsive. |
| | [signature] |

PARADI, SABINA        243001
1342538               125268664
STAVROPOULOS, CHRI NRS HS
02/25/07    NOR B
F 04/19/1983   23Y

| DATE & TIME | |
|---|---|
| 4/17/07 10:05 pm | CCM cont'd<br>6) P wyk<br>Vasodynes<br>80 mg ain<br>Pepcid |
| | [illegible] D.S, 981<br>CMANN<br>Ankym patty pt seen & examined — D. Giffin<br>art [illegible] (indirect) [illegible]<br>NSX - NBS noted [illegible]<br>12-8 |
| 4/17/07 12:45 pm | Neurology consult - addendum pg 4<br>Clarification was requested as to pt's ability to follow commands.<br>Pt does close eyes upon command, which indicates some degree of comprehension.<br>Clinical question. d/w Dr. Aherfeld<br>[signature] 2BF |

**NewYork-Presbyterian**
The University Hospital of Columbia and Cornell


45160

Paradi
518 3922

REHABILITATION MEDICINE CONSULTATION                         IF NO PLATE, PRINT NAME, SEX AND HISTORY NO.

**PAST SURGICAL HISTORY:** ☒ None ☐ Past surgeries (elaborate below): _surgeries per HPI_
**ALLERGIES:** ☐ NKDA ☐ Latex ☒ Allergic to: _Cefepime, Dilantin_
**SOCIAL HISTORY:** ☐ Retired ☐ Disabled ☐ Currently employed as _was dietetic intern here_
Lives: ☒ Alone ☐ With family (elaborate): _____
Home Accessibility: Stairs to enter: ____ Stairs to Bed/Bathroom: ____
Smoking History: ☒ None ☐ Ex-smoker ☐ Current smoker ____ pk/d ____ years
Drinking History: ☒ None ☐ Ex Drinker ☐ Current drinker ____ drinks/day ____ years
Substance Abuse: ☐ None ☐ Ex User ☒ Current User: Drug(s) _med marijuana_ for ____ years
**PAST FUNCTIONAL HISTORY/STATUS:** ☒ Independent in AADL and Mobility
ADL: ☐ Independent ☐ Needs Assistance: Feeding: ____ LE Dressing: ____ UE Dressing: ____
Mobility: ☐ Independent ☐ Needs Assistance: Transfers: ____ Ambulation: ____
Assistive Device: ☐ None ☐ Cane ☐ Walker ☐ Crutches ☐ Wheelchair
**CURRENT FUNCTIONAL STATUS:** ☐ Independent in AADL and Mobility _dependent_
ADL: ☐ Independent ☐ Needs Assistance: Feeding: ____ LE Dressing: ____ UE Dressing: ____
Mobility: ☐ Independent ☐ Needs Assistance: Transfers: ____ Ambulation: ____
Assistive Device: ☐ None ☐ Cane ☐ Walker ☐ Crutches ☐ Wheelchair
**PHYSICAL EXAM:** (Elaborate abnormal findings)
Pulse: _112_  Resp: _0_  BP: _123/74_  Temp: _99.1_  Weight: ____  BMI: ____
General: ☐ Not Done ☐ WD ☐ WN ☐ Obese ☐ Cachectic ☐ NAD _in bed opens eyes to voice, blinked_
Eyes: ☐ Not Done ☐ PERRLA ☐ Icteric ☐ EOMI _Ø tracking_  _twice when asked Ø tracking_
Neck: ☐ Not Done ☒ Supple ☒ No JVD _⊕ trach_
Hearing: ☐ Not Done ☐ Intact ☐ Decreased ☐ R ☐ L ☐ B/L _unable to assess Ø response to clap_
Lymph Nodes: ☐ Not Done ☒ No Lymphadenopathy _but did blink when asked_
Dentition: ☒ Not Done ☐ Edentulous ☐ Poor dentition ☐ Carious
Cardiac: ☐ Not Done ☒ Normal S1&S2 ☐ S3 ☐ S4 ☐ No Murmurs ☐ Murmurs
Respiratory: ☐ Not Done ☒ CTA ☒ Normal Effort _⊕ trach_
Abdomen: ☐ Not Done ☒ NABS ☐ NT ☐ ND ☐ No HSM _Distended ⊕ PEG_
Skin: ☒ Not Done ☐ No Breakdown ☐ No rashes ☐ No bruising
Psychiatric: ☐ Not Done ☐ Normal Affect _Not verbal, no tracking, blinks to threat_
Surgical Wounds: ☐ Not Done ☐ Intact Dressings ☒ Wound C/D/I
Circulation: ☐ Not Done ☒ Pulses Present in all limbs
Extremities: ☐ Not Done ☐ No Edema ☐ No Calf Tenderness _+ edema L hand_

| ROM: | SldrEx | SldrFl | SldrIR | SldrER | ElbFl | ElbEx | WrFl | WrEx | HipFl | HipEx | HipIR | HipER | KnFl | KnEx | AnDF | AnPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RUE | ✓ | | | | | | | → | RLE → | | | | | | | |
| LUE | ✓ | | | | | | | → | LLE → | | | | | | | |

Neurological: Mentation: ☐ Not Done ☐ A+O x 3 _opens eyes to voice_
CN 2-12: ☐ Not Done ☐ Intact _unable to assess_
Motor Exam: ☐ Not Done ☐ 5/5 Throughout ☐ Normal Bulk ☐ With Wasting ☐ Fasciculations ☐ 5/5

| | Delt | Bic | Tri | WrEx | WrFl | Grasp | Int | | HipFl | HipE | KnFl | KnEx | AnDF | AnPF | Per | PT | EHL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RUE | _unable to assess_ | | | | | | | RLE | | | | | | | | | |
| LUE | | | | | | | | LLE | | | | | | | | | |

Reflexes: _2  2_
              _2 ☺ 2_
              _2    2_
              _2    2_
☐ Not Done

Coordination: ☐ Not Done ☐ normal
Finger → Nose _unable_ Heel → Shin ____ RAM ____ Romberg ____
Tone: ☐ Not Done ☐ normal _↑ throughout Mod Ash 3_
RLE ____ LLE ____ LUE ____ RUE ____

Sensory Exam: ☐ Not Done ☐ Intact to LT Throughout _unable_
Gait: ☐ Not Tested ☒ Unable ☐ Normal _R wrist flexed → extends passively to -5°_
Other: _thighs adducted L>R, knees flexed. Bilat feet & plantar_