DOCUMENT ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X   (ECF)
BODO PARADY, as Special Administrator of the Estate   07 CIV 3640 (JCF)
of SABINA PARADI and BODO PARADY and MARY
MOORE, individually,                                  Magistrate Judge Francis
                                                      -all purposes-
            Plaintiffs,
       -against-                                      **AFFIRMATION OF SERVICE**
MICHAEL R. PHILLIPS,                                  **OPPOSITION PAPERS**
            Defendant,

---------------------------------------------------------------------------X

MICHAEL V. KAPLEN, a member of the bar of the Southern District of New York and the Courts of the State of New York, affirm under the penalties of perjury that:

On August 14, 2008, I caused a copy of *Plaintiffs Memorandum of Law in Opposition to Motion to Bar Testimony of Dr. Steven Flanagan, M.D. and Angelo Canedo, Ph.D.* to be served electronically upon the United States District Court for the Southern District of New York and upon James D. Butler, P.A., 591 Summit Avenue, Jersey City, N.J. 07306, attorney for defendant, and upon Richard W. Wedinger, Esq., Barry, McTiernan & Wedinger, 1024 Amboy Avenue, Edison, N.J. 08837, personal attorney for defendant.  Courtesy copies of same was also served via Fedex upon: Magistrate Judge James C. Francis, IV, United States District Court, Southern District of New York, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated: Pleasantville, New York
       August 14, 2008                DE CARO & KAPLEN, LLP

                                      By: S/ *Michael V. Kaplen*

1

Michael V. Kaplen, Esq.
A member of the firm
Attorneys for Plaintiff
427 Bedford Road
Pleasantville, NY 10570
(914) 747 4410
6132-MVK

To:
James D. Butler, P.A.
591 Summit Avenue
Jersey City, N.J. 07306
Attorney for defendant Phillips

Richard W. Wedinger, Esq.
Barry, McTiernan & Wedinger
1024 Amboy Avenue
Edison, N.J. 08837
Personal attorney for defendant Phillips