DOCUMENT ELECTRONICALLY FILED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
BODO PARADY, as Special Administrator of
the Estate of SABINA PARADI and BODO
PARADY and MARY MOORE, individually,

        07 CIV 3640 (JCF)
        ECF CASE

                      Plaintiffs,

       Magistrate Judge Francis-all purposes

     -against-

**CERTIFICATION OF SERVICE**

MICHAEL R. PHILLIPS,

                   Defendants,
-------------------------------------------------------- x

     PAUL A. LIGGIO, ESQ., of full age, hereby certifies as follows:

     1.      I am an attorney at law admitted to practice in the State of New York and the United States District Court for the Southern District of New York, associated with the law firm of James D. Butler, P.A., attorneys for defendant, Michael R. Phillips in the above matter.

     2.      On August 14, 2008, I caused a copy of defendant's Memorandum of Law regarding Choice of Law, Loss Allocation Rules, to be served electronically (with courtesy copies sent regular mail) upon the Court and upon Michael V. Kaplen, Esq., DeCaro & Kaplen, LLP, 427 Bedford Road, Ste 260, Pleasantville, NY 10570, counsel for plaintiffs, and upon Richard Wedinger, Esq., Barry, McTiernan & Wedinger, 1024 Amboy Avenue, Edison, NJ  08837, counsel for defendant.

3.      I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED:  August 14, 2008

Respectfully submitted,

JAMES D. BUTLER, P.A.
591 Summit Avenue
Jersey City, New Jersey  07306
(201) 653-1676
Attorneys for Defendant, Michael R. Phillips

BY:___s/ Paul A. Liggio_____
        PAUL A. LIGGIO (PAL/8122)