DOCUMENT ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BODO PARADY, as Special Administrator of
the Estate of SABINA PARADI and BODO
PARADY and MARY MOORE, individually,

                07 CIV 3640 (JCF)
                ECF CASE

           Plaintiffs,          Magistrate Judge Francis

    -against-

                **CERTIFICATION**

MICHAEL R. PHILLIPS,

           Defendants,
-----------------------------------------------------------x

    PAUL A. LIGGIO, of full age, hereby certifies as follows:

    1.    I am an attorney at law of the State of New York and the United States District Court for the Southern District of New York, associated with the law firm of James D. Butler, P.A., attorneys for defendant, Michael R. Phillips in the above matter, and as such, I am familiar with the facts herein.

    2.    The Exhibit "A" attached to this Reply Memorandum regarding defendant's In Limine Motion to Bar Plaintiffs' Economic Expert, Stan V. Smith, is a true copy from our file.

JAMES D. BUTLER, P.A.
ATTORNEY AT LAW
591 SUMMIT AVE.
JERSEY CITY, N.J. 07306
(201) 653-1676

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: August 28, 2008

                                                s/Paul A. Liggio
                                        Paul A. Liggio, Esq. (PAL/8122)
                                        JAMES D. BUTLER, P.A.
                                        Attorneys for Defendant, Phillips
                                        591 Summit Avenue
                                        Jersey City, New Jersey 07306
                                        (201) 653-1676