DOCUMENT ELECTRONICALLY FILED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
BODO PARADY, as Special Administrator of
the Estate of SABINA PARADI and BODO
PARADY and MARY MOORE, individually,

                                  Plaintiffs,

       -against-

MICHAEL R. PHILLIPS,

                                  Defendants,
-------------------------------------------------------- x

07 CIV 3640 (JCF)
ECF CASE

Magistrate Judge Francis-all purposes

**CERTIFICATION OF SERVICE**

    PAUL A. LIGGIO, ESQ., of full age, hereby certifies as follows:

    1.    I am an attorney at law admitted to practice in the State of New York and the United States District Court for the Southern District of New York, associated with the law firm of James D. Butler, P.A., attorneys for defendant, Michael R. Phillips in the above matter.

    2.    On August 27, 2008, I caused a copy of defendant's Reply Memorandum of Law regarding defendant's In Limine Motion to Bar Introduction of decedent's photographs at time of trial, to be served electronically (with courtesy copies sent regular mail) upon the Court and upon Michael V. Kaplen, Esq., DeCaro & Kaplen, LLP, 427 Bedford Road, Ste 260, Pleasantville, NY 10570, counsel for plaintiffs, and upon Richard Wedinger, Esq., Barry, McTiernan & Wedinger, 1024 Amboy Avenue, Edison, NJ  08837, counsel for defendant.

JAMES D. BUTLER, P.A.
ATTORNEY AT LAW
591 SUMMIT AVE.
JERSEY CITY, N.J. 07306
(201) 658-1676

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: August 28, 2008

> Respectfully submitted,
>
> JAMES D. BUTLER, P.A.
> 591 Summit Avenue
> Jersey City, New Jersey 07306
> (201) 653-1676
> Attorneys for Defendant, Michael R. Phillips
>
> BY: s/ Paul A. Liggio
> PAUL A. LIGGIO (PAL/8122)