## BARRY, McTIERNAN & WEDINGER

COUNSELORS AT LAW
1024 AMBOY AVENUE
EDISON, NEW JERSEY 08837

RICHARD W. WEDINGER, ESQ.**
DIANA LAPADULA, ESQ.**
ANTHONY W. GUIDICE, ESQ.
SEAN M. CONNELLY, ESQ.
LAUREL A. WEDINGER-GYIMESI, ESQ.**
SEAN P. DEL DUCA, ESQ.**
EUN K. KIM, ESQ.**
PATRICIA S. CASAMENTO, ESQ.**

TEL: (732) 225-3510
FAX: (732) 225-3544
website address: bmctwlaw.com

NEW YORK OFFICE
265 JOLINE AVE., SUITE A
STATEN ISLAND, NY 10307
(718) 317-9000

JOHN J. MOORE, ESQ. of counsel Ŧ

**Admitted in New York and New Jersey
Ŧ Admitted in New York

**Admitted in New York and New Jersey

September 4, 2008

*Via U.S. Mail*

Ms. Kristen Frank
Travelers of New Jersey
P.O. Box 906
Cedar Knolls, New Jersey 07927

    Re: Paradi, et al. v. Phillips
       Date of Loss : 2/25/07
       Your File No. : UVL 6238
       Our File No. : MS R10106

Dear s. Frank:

  Kindly accept the following as an additional demand on behalf of my client to settle the above-captioned matter. As you are aware, plaintiffs' attorney made the representation in Court before Magistrate Judge Francis on September 3, 2008, and again on September 4, 2008, that he is willing to accept the policy limits in exchange for a full release of all matters relating to this together with a hold harmless with regard to any medical bills and all liens related to this accident. Plaintiff would thereafter provide my client with a full Release.

  Your repeated failures to settle this case within the policy limits can only be viewed as placing the interest of the insurer above the interests of their insured and are in bad faith. I look forward to receiving acknowledgment in the very near future that you have resolved this case with a full release to Mr. Phillips.

         Very truly yours,

         Barry, McTiernan & Wedinger


         Richard W. Wedinger, Esq.

RWW/ll
MS-R10106\corers\cn090408

cc: next page

September 4, 2008
Page 2


cc:
***Via fax: (212) 805-0206
and www.nysd.uscourts.gov***
Honorable James C. Francis
United States District Court
For The Southern District of New York
Case No.: 07-3640

***Via fax: (201) 653-3673
   and U.S. Mail***
James D. Butler, Esq.
James D. Butler, P.A.
Attorney at Law
591 Summit Avenue
Jersey City, New Jersey 07306-2703

***Via fax: (914) 747-4403
   and U.S. Mail***
Michael V. Kaplen, Esq.
De Caro & Kaplen, LLP
427 Bedford Road - Suite 260
Pleasantville, New York 10570
Your File No.: 6132-MVK
*Attorney for Plaintiffs*