UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X  (ECF)

BODO PARADY, as Special Administrator of the Estate     07 CIV 3640 (JCF)
of SABINA PARADI and BODO PARADY and MARY
MOORE, individually,     Magistrate Judge
    Francis-all purposes

                          Plaintiffs,

MICHAEL R. PHILLIPS,     **ORDER TO SHOW CAUSE**

                          Defendant,

------------------------------------------------------------------X

Upon the reading and filing of the affirmation of MICHAEL V. KAPLEN, ESQ., duly affirmed to on the 5th day of September 2008 and the exhibits annexed thereto and upon all the pleadings and proceedings had heretofore herein, and sufficient cause appearing therefore, it is hereby

ORDERED that the defendant MICHAEL R. PHILLPS, and the following medical providers, health care providers, health insurers and/or other creditors of the Estate of SABINA PARADI:

American Medical Response
520 S. Main Street, Suite 2422
Akron, OH  44311

Columbia University Radiologists
PO Box 29737
New York, NY 10087

Columbia University Medicine
Medicine Sub-Specialties
PO Box 10209
Newark, NJ 07193

New York Epilepsy & Neurology, PLLC
18 East 41 Street, Suite 1203
New York, NY 10017

SallieMae
PO Box 9500

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/08

1

Wilkes-Barre, PA 18773

US Dept of Education
PO Box 530260
Atlanta, GA 30353

Adult EKG Group
GPO Box 27050
New York, NY 10087

Columbia Presbyterian Hospital
Dept of Medicine
Clinical Revenue Office
Parker Plaza
400 Kelby Street
Fort Lee, NJ 07024

Columbia Presbyterian Hospital
Department of Neurology
PO Box 29784
New York, NY 10087

Columbia University Medicine Cardiology
PO Box 10209
Newark, NJ 07193

Rehabilitation Medicine
GPO Box 29986
New York, NY 10087

Eastside Orthotics & Prosthetics
34 Commerce Drive, Suite 200
Riverhead, NY 11901

Gagliardi Smith & Tietjen, MD
36 Seventh Avenue
Suite 512
New York, NY 10011

Greenbaum Wagner, MD
222 West 14th Street
New York, NY 10011

Moon Hi Lee, MD
PO Box 29228
Pathology Dept
New York, NY 10087

Medical Assoc Group
St Vincent's Hospital
PO Box 6074

2

New York, NY 10249

New York Presbyterian Hospital
622 West 168 Street
New York, NY 10032

New York Presbyterian Hospital
2020 Lindell Avenue
Nashville, TN 37203

Village Park Medical, PC
31 Washington Sq West
New York, NY 10011

Bank of America
PO Box 15713
Wilmington, DE 19886

Errol Gordon, MD
622 West 168 Street
New York, NY 10032

Manhattan Neurosurgical Associates
170 W 12 Street
New York, NY 10011

Anil Mendriatta, MD
622 W. 168 Street
New York, NY 10032

St Vincents Hospital
PO Box 32454
Hartford, CT 06150

Anna Rozenschtein, MD
622 West 168 Street
New York, NY 10032

Helen Hayes Hospital
Route 9W
East Haverstraw, NY 10993

FDNY/EMS
PO Box 1248
Americus, GA 31709

E. Connoloy Jr. MD
710 W. 168 Street
New York, NY 10032

New York Presbyterian EMS

3

525 East 68th Street Room M 101
New York, NY 10021

Mark E. Astiz, MD
222 West 14th Street
New York, NY 10011

Elizabeth W. Lazzara, M.D.
Columbia Presbyterian Radiology
PO Box 29737
New York, NY 10087

William Mandell, M.D.
31 Washington Sq W # 4
New York, NY 10011

Jeffrey H. Newhouse, M.D.
Columbia Presbyterian Hospital
177 Fort Washington Ave #3-250
New York, NY 10032

John H. Austin, M.D.
Milstein Hospital
177 Fort Washington Ave # 124
New York, NY 10032

Charles M Carpati, MD
222 West 14th Street
New York, NY 10011

Linda A Kirschenbaum, DO
222 West 14th Street
New York, NY 10011

Blue Cross/Blue Shield
15 Metrotech Center
Brooklyn, NY 11201

Meridian Resource Company, Recovery Services
20725 Watertown Road
Waukesha, WI 53186

SHOW CAUSE before this Court on the 17th day of September 2008 at 9:30 o'clock in the forenoon thereof, or as soon thereafter as counsel may be heard, why an Order should not be issued herein:

4

1) Extinguishing the rights of any creditor listed in the NOTICE OF ADMINISTRATION OF THE ESTATE OF SABINA PARADI (exhibit "K") by virtue of their failure to comply with the notice and filing requirements of CALIFORNIA PROBATE CODE §910O and/or the failure to timely commence a lawsuit pursuit to CALIFORNIA CODE OF CIVIL PROCEDURE §366.2

2) In the event that this Court determines that the rights of the Creditors listed in aforesaid Notice to Creditors are not extinguished, then allowing and permitting plaintiffs to amend their pre trial order to assert these damages as part of the trial of the within action (exhibits "F", "G" and "H");

3) In the event that this Court determines that the purported rights of EMPIRE BLUE CROSS/BLUE SHIELD are not extinguished by virtue of the failure to timely file a claim pursuant to CALIFORNIA PROBATE CODE §9100 and /or timely file suit against the ESTATE OF SABINA PARADI pursuant to CALIFORNIA CODE OF CIVIL PROCEDURE §366.2 then to extinguish the purported right of subrogation and/or lien interest asserted by EMPIRE BLUE CROSS/BLUE SHIELD thought their recovery representative, MERIDIAN RESOURCE COMPANY, LLC for payments made for medical hospital and other care rendered to SABINA PARADI pursuant to NEW YORK CPLR §4545 and/or pursuant to PERREIRA V. REDIGER T/A, 169 N.J. 399, 778 A2nd 429;

4) In the alternative, allowing and permitting plaintiffs to amend the Pre-Trial Order in this case to seek damages for the medical, hospital and other expenses paid by BLUE CROSS/BLUE SHIELD on behalf of SABINA PARADI.

ORDERED that sufficient reason appearing therefore, let service of a copy of this Order to Show Cause and all of the papers on which it is based be served upon: JAMES BUTLER, ESQ. attorney for defendant MICHAEL PHILLPS at his offices located at 591 Summit Avenue, Jersey City, New Jersey 07306 and upon RICHARD W. WEDINGER, ESQ., Barry, McTiernan & Wedinger, personal counsel for defendant PHILLIPS at his offices located at 1024 Amboy Avenue, Edison, New Jersey 08837 by US Postal Service, next day delivery on or before the 10th day of September 2008 be deemed good and sufficient service and upon each of the creditors listed in exhibit "K" at the address listed on the Notice to Creditors to wit:

American Medical Response
520 S. Main Street, Suite 2422
Akron, OH 44311

Columbia University Radiologists
PO Box 29737
New York, NY 10087

Columbia University Medicine
Medicine Sub-Specialties
PO Box 10209
Newark, NJ 07193

New York Epilepsy & Neurology, PLLC
18 East 41 Street, Suite 1203
New York, NY 10017

SallieMae
PO Box 9500
Wiles-Barre, PA 18773

US Dept of Education
PO Box 530260
Atlanta, GA 30353

Adult EKG Group
GPO Box 27050
New York, NY 10087

6

Columbia Presbyterian Hospital
Dept of Medicine
Clinical Revenue Office
Parker Plaza
400 Kelby Street
Fort Lee, NJ 07024

Columbia Presbyterian Hospital
Department of Neurology
PO Box 29784
New York, NY 10087

Columbia University Medicine Cardiology
PO Box 10209
Newark, NJ 07193

Rehabilitation Medicine
GPO Box 29986
New York, NY 10087

Eastside Orthotics & Prosthetics
34 Commerce Drive, Suite 200
Riverhead, NY 11901

Gagliardi Smith & Tietjen, MD
36 Seventh Avenue
Suite 512
New York, NY 10011

Greenbaum Wagner, MD
222 West 14th Street
New York, NY 10011

Moon Hi Lee, MD
PO Box 29228
Pathology Dept
New York, NY 10087

Medical Assoc Group
St Vincent's Hospital
PO Box 6074
New York, NY 10249

New York Presbyterian Hospital
622 West 168 Street
New York, NY 10032

New York Presbyterian Hospital
2020 Lindell Avenue
Nashville, TN 37203

7

Village Park Medical, PC
31 Washington Sq West
New York, NY 10011

Bank of America
PO Box 15713
Wilmington, DE 19886

Errol Gordon, MD
622 West 168 Street
New York, NY 10032

Manhattan Neurosurgical Associates
170 W 12 Street
New York, NY 10011

Anil Mendriatta, MD
622 W. 168 Street
New York, NY 10032

St Vincents Hospital
PO Box 32454
Hartford, CT 06150

Anna Rozenschtein, MD
622 West 168 Street
New York, NY 10032

Helen Hayes Hospital
Route 9W
East Haverstraw, NY 10993

FDNY/EMS
PO Box 1248
Americus, GA 31709

E. Connoloy Jr. MD
710 W. 168 Street
New York, NY 10032

New York Presbyterian EMS
525 East 68th Street Room M 101
New York, NY 10021

Mark E. Astiz, MD
222 West 14th Street
New York, NY 10011

Elizabeth W. Lazzara, M.D.
Columbia Presbyterian Radiology
PO Box 29737

New York, NY 10087

William Mandell, M.D.
31 Washington Sq W # 4
New York, NY 10011

Jeffrey H. Newhouse, M.D.
Columbia Presbyterian Hospital
177 Fort Washington Ave #3-250
New York, NY 10032

John H. Austin, M.D.
Milstein Hospital
177 Fort Washington Ave # 124
New York, NY 10032

Charles M Carpati, MD
222 West 14th Street
New York, NY 10011

Linda A Kirschenbaum, DO
222 West 14th Street
New York, NY 10011

Blue Cross/Blue Shield
15 Metrotech Center
Brooklyn, NY 11201

Meridian Resource Company, Recovery Services
20725 Watertown Road
Waukesha, WI 53186

all by US Postal Service, next day delivery on or before the 10th day of September 2008 be deemed good and sufficient service thereof.

DATED: New York, New York

September 8 2008

_____
James C. Francis, IV
United States Magistrate Judge