UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
BODO PARADY, as Special Administrator of the Estate    07 CIV 3640 (JCF)
of SABINA PARADI and BODO PARADY and MARY
MOORE, individually,                                                    Magistrate Judge Francis
                          Plaintiffs,                            -all purposes-
        -against-
                                                    **AFFIDAVIT OF SERVICE**
MICHAEL R. PHILLIPS,                                            **FOR ORDER TO SHOW CAUSE**

                          Defendant,
--------------------------------------------------------------------------X

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF WESTCHESTER  )

    I, the undersigned, solemnly swear(or affirm): I am not a party to the action, am over 18 years of age and reside at Queens County.

    On September 8, 2008, I served the within **Order to Show Cause, Affirmation in Support of Order to Show Cause and supporting exhibits**, by dispatching a copy by next day (overnight) U.S. Postal Service delivery to each of the following persons at the last known address set forth after each name below.

| | |
|---|---|
| JAMES D. BUTLER, ESQ.<br>Attorney for Defendant<br>MICHAEL R. PHILLIPS<br>591 Summit Avenue<br>Jersey City, N.J. 07306 | Columbia University Medicine<br>Medicine Sub-Specialties<br>PO Box 10209<br>Newark, NJ 07193 |
| Richard W. Wedinger, Esq.<br>BARRY, MCTIERNAN &<br>WEDINGER<br>Personal Attorney for Defendant<br>MICHAEL R. PHILLIPS<br>1024 Amboy Avenue<br>Edison, N.J. 08837 | New York Epilepsy & Neurology,<br>PLLC<br>18 East 41 Street, Suite 1203<br>New York, NY 10017<br><br>SallieMae<br>PO Box 9500<br>Wilkes-Barre, PA 18773 |
| American Medical Response<br>520 S. Main Street, Suite 2422<br>Akron, OH 44311 | US Dept of Education<br>PO Box 530260<br>Atlanta, GA 30353 |
| Columbia University Radiologists<br>PO Box 29737<br>New York, NY 10087 | Adult EKG Group<br>GPO Box 27050<br>New York, NY 10087 |

- 1 -

Columbia Presbyterian Hospital
Dept of Medicine
Clinical Revenue Office
Parker Plaza
400 Kelby Street
Fort Lee, NJ 07024

Columbia Presbyterian Hospital
Department of Neurology
PO Box 29784
New York, NY 10087

Columbia University Medicine
Cardiology
PO Box 10209
Newark, NJ 07193

Rehabilitation Medicine
GPO Box 29986
New York, NY 10087

Eastside Orthotics & Prosthetics
34 Commerce Drive, Suite 200
Riverhead, NY 11901

Gagliardi Smith & Tietjen, MD
36 Seventh Avenue
Suite 512
New York, NY 10011

Greenbaum Wagner, MD
222 West 14th Street
New York, NY 10011

Moon Hi Lee, MD
PO Box 29228
Pathology Dept
New York, NY 10087

Medical Assoc Group
St Vincent's Hospital
PO Box 6074
New York, NY 10249

New York Presbyterian Hospital
622 West 168 Street
New York, NY 10032

New York Presbyterian Hospital
2020 Lindell Avenue
Nashville, TN 37203

Village Park Medical, PC
31 Washington Sq West
New York, NY 10011

Bank of America
PO Box 15713
Wilmington, DE 19886

Errol Gordon, MD
622 West 168 Street
New York, NY 10032

Manhattan Neurosurgical Associates
170 W 12 Street
New York, NY 10011

Anil Mendriatta, MD
622 W. 168 Street
New York, NY 10032

St Vincents Hospital
PO Box 32454
Hartford, CT 06150

Anna Rozenschtein, MD
622 West 168 Street
New York, NY 10032

Helen Hayes Hospital
Route 9W
East Haverstraw, NY 10993

FDNY/EMS
PO Box 1248
Americus, GA 31709

E. Connoloy Jr. MD
710 W. 168 Street
New York, NY 10032

New York Presbyterian EMS
525 East 68th Street Room M 101
New York, NY 10021

Mark E. Astiz, MD
222 West 14th Street
New York, NY 10011

Elizabeth W. Lazzara, M.D.
Columbia Presbyterian Radiology
PO Box 29737
New York, NY 10087

William Mandell, M.D.
31 Washington Sq W # 4
New York, NY 10011

Jeffrey H. Newhouse, M.D.
Columbia Presbyterian Hospital
177 Fort Washington Ave #3-250
New York, NY 10032

John H. Austin, M.D.
Milstein Hospital
177 Fort Washington Ave # 124
New York, NY 10032

Charles M Carpati, MD
222 West 14th Street
New York, NY 10011

Linda A Kirschenbaum, DO
222 West 14th Street
New York, NY 10011

Meridian Resource Company,
Recovery Services
20725 Watertown Road
Waukesha, WI 53186

Sworn to before me this

9th day of September 2008

_____
NOTARY PUBLIC

MICHAEL V. KAPLEN
Notary Public, State of New York
No. 41-4718745
Qualified in Westchester County
Commission Expires January 31, 2011

_____
ANDY BROUARD