DOCUMENT ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
BODO PARADY, as Special Administrator of
the Estate of SABINA PARADI and BODO
PARADY and MARY MOORE, individually,

07 CIV 3640 (JCF)
ECF CASE

                 Plaintiffs,

Magistrate Judge Francis-all purposes

-against-

**CERTIFICATION OF SERVICE**

MICHAEL R. PHILLIPS,

                 Defendants,
------------------------------------------------------- x

ALEXANDER T. WEST, JR., ESQ., of full age, hereby certifies as follows:

1.    I am an attorney at law admitted to practice in the State of New York and the United States District Court for the Southern District of New York, associated with the law firm of James D. Butler, P.A., attorneys for defendant, Michael R. Phillips in the above matter.

2.    On September 12, 2008, I caused a copy of defendant's Response to Plaintiffs' Order to Show Cause returnable September 17, 2008, to be served electronically (with courtesy copies sent regular mail) upon the Court and upon Michael V. Kaplen, Esq., DeCaro & Kaplen, LLP, 427 Bedford Road, Ste 260, Pleasantville, NY 10570, counsel for plaintiffs, and upon Richard Wedinger, Esq., Barry, McTiernan & Wedinger, 1024 Amboy Avenue, Edison, NJ 08837, personal counsel for defendant.

3.    Additionally, on September 12, 2008, I caused a copy of defendant's Response to Plaintiffs' Order to Show Cause returnable September 17, 2008, to be served by United States Postal Service Express Mail to each of the following persons at the last known addresses as set forth below:

JAMES D. BUTLER, P.A.
ATTORNEY AT LAW
591 SUMMIT AVE.
JERSEY CITY, N.J. 07306
(201) 653-1676

American Medical Response
520 S. Main Street, Suite 2422
Akron, OH 44311

Columbia University Radiologists
PO Box 29737
New York, NY 10087

Columbia University Medicine
Medicine Sub-Specialties
PO Box 10209
Newark, NJ 07193

New York Epilepsy & Neurology, PLLC
18 East 41st Street, Suite 1203
New York, NY 10017

Sallie Mae
PO Box 9500
Wiles-Barre, PA 18773

US Dept of Education
PO Box 530260
Atlanta, GA 30353

Adult EKG Group
GPO Box 27050
New York, NY 10087

Columbia Presbyterian Hospital
Dept of Medicine
Clinical Revenue Office
Parker Plaza
400 Kelby Street
Fort Lee, NJ 07024

Columbia Presbyterian Hospital
Department of Neurology
PO Box 29784
New York, NY 10087

Columbia University Medicine Cardiology
PO Box 10209
Newark, NJ 07193

ES D. BUTLER, P.A.
ATTORNEY AT LAW
591 SUMMIT AVE.
JRSEY CITY, N.J. 07306
(201) 653-1676

Rehabilitation Medicine
GPO Box 29986
New York, NY 10087

Eastside Orthotics & Prosthetics
34 Commerce Drive, Suite 200
Riverhead, NY 11901

Gagliardi Smith & Tietjen, MD
36 Seventh Avenue, Suite 512
New York, NY 10011

Greenbaum Wagner, MD
222 West 14th Street
New York, NY 10011

Moon Hi Lee, MD
PO Box 29228
Pathology Dept
New York, NY 10087

Medical Assoc Group
St. Vincent's Hospital
PO Box 6074
New York, NY 10249

New York Presbyterian Hospital
622 West 168th Street
New York, NY 10032

New York Presbyterian Hospital
2020 Lindell Avenue
Nashville, TN 37203

Village Park Medical, PC
31 Washington Sq West
New York, NY 10011

Bank of America
PO Box 15713
Wilmington, DE 19886

Errol Gordon, MD
622 West 168th Street
New York, NY 10032

Manhattan Neurosurgical Associates
170 W 12th Street
New York, NY  10011

Anil Mendriatta, MD
622 W 168th Street
New York, NY  10032

St. Vincent's Hospital
PO Box 32454
Hartford, CT  06150

Anna Rozenschtein, MD
622 West 168th Street
New York, NY  10032

Helen Hayes Hospital
Route 9W
East Haverstraw, NY  10993

FDNY/EMS
PO Box 1248
Americus, GA  31709

E. Connoloy Jr. MD
710 W 168th Street
New York, NY  10032

New York Presbyterian EMS
525 East 68th Street, Room M 101
New York, NY  10021

Mark E. Astiz, MD
222 West 14th Street
New York, NY  10011

Elizabeth W. Lazzara, MD
Columbia Presbyterian Radiology
PO Box 29737
New York, NY  10087

William Mandell, MD
31 Washington Sq W # 4
New York, NY  10011

Jeffrey H. Newhouse, MD
Columbia Presbyterian Hospital
177 Fort Washington Ave #3-250
New York, NY  10032

John H. Austin, MD
Milstein Hospital
177 Fort Washington Ave # 124
New York, NY 10032

Charles M. Carpati, MD
222 West 14th Street
New York, NY 10011

Linda A. Kirschenbaum, DO
222 West 14th Street
New York, NY 10011

Blue Cross/Blue Shield
15 Metrotech Center
Brooklyn, NY 11201

Meridian Resource Company
Recovery Services
20725 Watertown Road
Waukesha, WI 53186

4.  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: September 12, 2008

Respectfully submitted,

JAMES D. BUTLER, P.A.
591 Summit Avenue
Jersey City, New Jersey 07306
(201) 653-1676
Attorneys for Defendant, Michael R. Phillips

BY:  s/ Alexander T. West, Jr.,
ALEXANDER T. WEST, JR. (ATW/1033)